Alexander Chen [SBN 245798]
alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone:  949-250-1555
Facsimile:  714-882-7770

Attorneys for Defendant and Counterclaimant,
Arex Industries, Inc

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD.**, a Chinese company,<br><br>        Plaintiff,<br><br>v.<br><br>**AREX INDUSTRIES, INC.**, a California company,<br><br>Defendant. | Case No.: 2:22-cv-01692-JWH-PD<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTER-COMPLAINT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[*Filed concurrently with Declaration of Alexander Chen and [Proposed] Order*]<br><br>FRCP Rule 15(a)(2)<br>Date:  August 18, 2023<br>Time: 9:00 AM<br>Courtroom.:9D, 9th Floor<br><br>Trial Date: January 8, 2024<br>Action Filed: March 14, 2022 |
| **AREX INDUSTRIES, INC.**, a California company,<br><br>        Counterclaimaint,<br><br>v.<br><br>**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD.**, a Chinese company,<br><br>        Counterdefendant. | |

INHOUSE CO. LAW FIRM

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED** that on August 18, 2023, at 9:00 AM in Courtroom 9 of this Court, located at 411 W. 4th Street, Santa Ana, California 92701-4516, defendant and countercomplainant Arex Industries, Inc. ("Arex") will move the court for an order permitting the filing of a Third Amended Counter-Complaint. A copy of the proposed Third Amended Counter-Complaint ("TACC"), red-lined to show all changes, is attached as **Exhibit 1**. A clean copy of the proposed TACC with changes accepted is attached as **Exhibit 2**.

The proposed amendments are as follows:

1. Adding factual allegations regarding plaintiff and counter-defendant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd.'s ("ZYA") transfer of VLAND trademarks to Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL") during the pendency of this lawsuit.

2. Adding ZHL as a counter-defendant. ZHL is an alter ego company organized and existing under the laws of China, having its principal place of business in Zhejiang, China. ZHL was used to fraudulently receive assets from ZYA during the pendency of this lawsuit against ZYA, and ZHL continues to sell the accused products underlying Arex's counterclaims under the VLAND trademarks that previously belonged to ZYA.

3. Adding Yonghuo Wang ("Wang") as a defendant. Wang is an individual alter ego of ZYA who a citizen of China, residing in Guangzhou, China. Wang is the principal of both ZYA and ZHL. Wang uses ZYA and ZHL as a vehicle for selling sell the accused products underlying Arex's counterclaims.

4. Adding a section on Alter Ego Allegations, including subsections regarding the roles of the various counter-defendants as alter egos of ZYA.

5. Adding factual allegations regarding counter-defendants' attempt to avoid liability by fraudulent transfer of assets, including the various registered trademarks for VLAND from ZYA to ZHL.

6. Adding a fifth cause of action for fraudulent transfer under California Civil Code section 3439 *et seq.* with supporting facts.

<div style="writing-mode: vertical-lr">INHOUSE CO. LAW FIRM</div>

7. Adding a sixth cause of action for Walker Process Sherman Act Section 2 antitrust violation.

8. Adding a seventh cause of action for Unfair Competition under California Business & Professions Code section 17200 with supporting facts.

9. Adding an eighth cause of action for False Advertising under California Business & Professions Code section 17500 with supporting facts.

10. Adding a ninth cause of action for Violation of Section 43(a) of the Lanham Act.

11. Adding to the prayer six additional forms of relief to which Arex is entitled as a result of the additional causes of action.

This motion is necessitated on the ground that it is in the interests of justice and of judicial efficiency to allow the proposed amendment, as ZYA has transferred its operation and assets to ZHL in an blatant attempt to avoid any liability in this lawsuit. This motion is necessitated in view of Arex's very recent discovery of ZYA and ZHL's incredible fraud carried out against the USPTO, the public, and the Court.

Arex acted diligently in seeking this amendment as soon as the additional information underling the newly added claims and parties was uncovered through third party discovery efforts. The amendments are related to the subject matter of the existing controversy between the parties and will not result in undue prejudice to ZYA. Allowing the amendment would therefore promote the efficient resolution of all claims between the parties. Arex also requests an order that the attached proposed TACC be deemed filed and served as of the date the motion is granted.

The motion will be based upon this notice, the Memorandum in Support and the Declaration of Alexander Chen, the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

On July 5, 2023, Arex sent its proposed Third Amended Cross-Complaint to Opposing counsel Micky Yao requesting an in person meeting to meet and confer consistent with L.R. 7-3.  On July 7, 2023, Arex met and confer with counsel Yao via room to go over the reasons why Arex seeks for leave to file its Third Amended Cross-Complaint. Mr. Yao expressed that he would oppose Arex's motion.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: July 14, 2023,                                **INHOUSE CO. LAW FIRM**

By: _____
     Alexander Chen, Esq.
     Katja M. Grosch, Esq.
     Theodore Lee, Esq.
     Attorneys for Defendant and Counterclaimant
     Arex Industries, Inc.

INHOUSE CO. LAW FIRM

*Notice of Motion and Motion for Leave to File Third Amended Counter-Complaint*

INHOUSE CO. LAW FIRM

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

Defendant and counterclaimant Arex Industries, Inc. ("Arex") respectfully submits this Memorandum of Points and Authorities in support of its Motion for Leave to File its Third Amended Counterclaims ("Motion") as detailed in the Notice above.

Arex's amendment is necessary because it is in the interests of justice and of judicial efficiency to allow the proposed amendment, as the proposed new defendants Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL") and Yonghuo Wang ("Wang") are the alter egos of counter-defendant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("ZYA"). Arex acted diligently in seeking this amendment as soon as the additional information underling the newly added claims and parties was uncovered through third party discovery efforts. Each of the proposed new defendants (the "Alter Ego Counter-defendants") have caused or enabled the importation and sale of the accused products underlying Arex's action, caused or enabled the fraudulent transfer of assets from ZYA and/or unlawfully received assets belonging to or controlled by ZYA, and otherwise caused or enabled ZYA to avoid liability or become judgment-proof. The alter ego allegations are also necessary in order to permit Arex to receive full relief due to ZYA's wrongdoing, as there is clearly a unity of interest, *inter alia*, between ZYA and each of the Alter Ego Counter-defendants. In fact, the website yzheng.com, which belongs to ZHL, advertises the "Vland" trademark, while the "About Us" section states that the company is "ZYA".

The additional causes of actions including the antirust claim, the unfair competition claims, and the violation of the Lanham act, all stem from the recent discovery of ZYA and ZHL's fraud in obtaining their '796 patent using stolen USPTO practitioner identity, as well as ZYA's fraudulent transfers of its trademarks and operations to ZHL, each of which shows Wang signing on behalf of both ZYA and ZHL. Such actions are spelled out in detail in the recent Second Amended Crossclaims, including the deposition testimony by the USPTO agent who supposedly signed the application that she was not involved and no idea who prosecuted the patent application in her name. Fraud on such a grand scale cannot be overlooked. ZYA and ZHL have damaged the public and competition by

INHOUSE CO. LAW FIRM

1   publicly claiming that it has a valid patent when they knew it was obtained by fraud, and they cannot

2   be allowed to escape responsibility for their actions.

3        All of the amendments are related to the subject matter of the existing controversy between the

4   parties and will not result in prejudice to ZYA. Allowing the amendment would therefore promote the

5   efficient resolution of all claims between the parties.

6        Arex thus respectfully requests that this Court grant its Motion and orders that the proposed

7   TACC (Ex. 2) be deemed filed and served as of the date of the order granting this motion.

8   **II.      FACTUAL AND PROCEDURAL HISTORY**

9        This lawsuit concerns patent infringement by ZYA and the Alter Ego Counter-Defendants

10  ("Counter-defendants") with relation to Arex's United States Design Patent No. No. D909,634

11  ("Patent-in-Suit"), which is related to vehicle headlights. The accused products are Counter-

12  defendants' "VLAND LED headlights for Ford 150 2018-2020" (the "Accused Products").

13       ZYA filed its Complaint against Arex on March 14, 2022. [Doc. 1] Arex filed its Counter-

14  claim against ZYA on May 23, 2022. [Doc. 29] Arex filed its First Amended Counterclaim on July 15,

15  2022. [Doc. 40]

16       On April 17, 2023, the operative scheduling order was issued, with the discovery cut-off date

17  on October 2, 2023, and jury trial set for January 8, 2024. [Doc. 58] Specifically, the scheduling order

18  does not have a cut-off date for amendment of complaint.

19       On June 7, 2023, this honorable Court ordered Arex to file its Second Amended Counterclaims

20  ("SACC") pursuant to its order granting in part ZYA's FRCP 12(b)(6) motion to dismiss. [Doc. 63]

21  On June 23, 2023, Arex filed its SACC.[Doc. 64]

22

23  **III.    ARGUMENT**

24       *A.  Legal Standard*

25       Federal Rules of Civil Procedure, Rule 15(a)(2) ("Rule 15") governs amendments with leave of

26  court prior to trial. Rule 15 provides the parties with flexibility in presenting their claims and defenses.

27  It assures that cases will be heard on their merits and avoids injustices which sometimes resulted from

28  strict adherence to earlier technical pleading requirements. *Foman v. Davis*, 371 U.S. 178, 182 (1962);

INHOUSE CO. LAW FIRM

*Slayton v. American Express Co.*, 460 F.3d 215, 228(2nd Cir. 2006). Amendments under Rule 15 include the addition of parties. FRCP 21; *Nelson v. Adams USA, Inc.*, 529 U.S. 460, 466-467(2000).

The Rules provide that leave to amend should be freely given "when justice so requires." FRCP 15(a)(2); *Runnion ex rel. Runnion v. Girl Scouts of Greater Chicago & Northwest Indiana*, 786 F.3d 510, 519-520(7th Cir. 2015); *Affordable Business Interiors, Inc. v. Pomeroy IT Solutions Sales Co., Inc.*, 336 FRD 162, 165(ND IL 2020). Federal policy strongly favors determination of cases on their merits. Therefore, the role of pleadings is limited, and leave to amend the pleadings is freely given unless the opposing party makes a showing of undue prejudice, bad faith, or dilatory motive on the part of the moving party. *Foman v. Davis*, 371 U.S. 178, 182(1962); *Sonoma County Ass'n of Retired Employees v. Sonoma County*, 708 F.3d 1109, 1117(9th Cir. 2013); *see Lone Star Ladies Invest. Club v. Schlotzsky's Inc.*, 238 F3d 363, 367 (5th Cir. 2001) (policy favoring leave to amend "a necessary companion to notice pleading and discovery").

In contrast, the circumstances under which Rule 15(a) "permits denial of leave to amend are limited." *Ynclan v. Department of Air Force*, 943 F.2d 1388, 1391(5th Cir. 1991)."Courts may decline to grant leave to amend only if there is strong evidence of 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment, etc.'" *Sonoma County Ass'n of Retired Employees v. Sonoma County, supra*, 708 F.3d at 1117 (brackets in original) (quoting *Foman v. Davis, supra*, 371 US at 182).The party seeking leave to amend need only establish the reason why justice requires the amendment. The burden is then on the party opposing the motion to convince the court that "justice" requires denial. *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401, 406-407 (11th Cir. 1989); *see Clarke v. Upton*, 703 F.Supp.2d 1037, 1041(ED CA 2010); *Alzheimer's Institute of America v. Elan Corp. PLC*,274 FRD 272, 276(ND CA 2011).

There is no time limit for amendment under FRCP 15(a)(2), or pursuant to the operative scheduling order in this case. Thus, leave to amend may be sought any time before entry of judgment.

*Notice of Motion and Motion for Leave to File Third Amended Counter-Complaint*

Phillips & Stevenson, Fed. Civ. Pro. Before Tr., Calif. And 9th Cir. Editions (Rutter Grp. 2021) ¶ 8:1469.

### B.  The Amendment is Necessary and Proper as to the Fraudulent Transfer Claim

Arex's proposed TACC is necessary and proper to allow Arex to recover all damages it has suffered and continues to suffer from Counter-defendants' wrongful acts related to the subject matter of this action in a single lawsuit. Decl. Chen, ¶ 4. It is in the interests of justice and of judicial efficiency to allow the proposed amendment, as the proposed new defendants have caused or enabled the importation and/or sale of the Accused Products, caused or enabled the fraudulent transfer of assets of ZYA and/or unlawfully received assets belonging to or controlled by ZYA, and otherwise caused or enabled ZYA to avoid liability in this lawsuit or be otherwise judgment-proof. The gravamen of the lawsuit has not changed. *Id.*¶ 5. The alter ego allegations are thus also necessary, in order to permit Arex to receive full relief due to ZYA's wrongdoing, as there is clearly a unity of interest, *inter alia*, between ZYA and each of the Alter Ego Defendants. *Id.* at ¶ 6.

On January 6, 2022, ZYA sent a letter to Arex demanding that Arex stop interfere with its business in selling the Accused Products by enforcing the Patent-in-Suit. On March 14, 2022, ZYA filed the instant lawsuit alleging various harms as a result of Arex's enforcement efforts. On May 13, 2022, ZYA filed a motion for preliminary injunction, which included the admission that ZYA is the owner of the registered trademark "VLAND", and claimed that sales of its VLAND products have suffered, and will continue to suffer, irreparable harm as a result of Arex's alleged interference.

On April 21, 2023, ZYA stated in verified discovery responses that "[p]laintiff has no active stores on Amazon.com. Plaintiff is only a manufacturer of the alleged accused products." ZYA's discovery responses further state that "[o]ur company's financial sales decreased after we received Defendant's cease and desist letter. Our company could not sell any headlights in 2022 due to the cease-and-desist letter. Our Company also stopped selling the headlights in December 2021 due to the warehouse holding the products after receiving Arex's cease and desist letter."

However, as of the date of filing this motion, the Accused Products remain available for sale in Amazon's Vland Store, Vlandus.com, Vland-USA.com, Vland-official.com, Vlandshop.com, and Vlandfactory.com. See Decl. Chen, ¶¶ 19-24, Exs. 4-9.

In fact, as of July 3, 2023, Vlandfactory.Com states clearly state it is operated and own by ZYA Decl. Chen, ¶ 24. Ex 9.:



On July 3, 2023, Arex ordered the Accused Product, which has been processed and shipped (¶ 25, Ex 10):



*Notice of Motion and Motion for Leave to File Third Amended Counter-Complaint*

Arex has further discovered that on December 2022, almost a year into this case, ZYA assigned all of its trademarks to ZHL:

| Mark | Serial Number | Previous Owner | Current Owner | Assignment Date |
|---|---|---|---|---|
|  | 88486095 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 88483414 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
|  | 88196972 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 86834961 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |

Each assignment was signed on behalf of both parties by none other than Wang:

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                              ASSIGNEE:
**ZHEJIANG YUANZHENG AUTO &**        **ZHEJIANG HONGGUAN LIGHTING**
**MOTORCYCLE ACCESSORIES CO.,**       **TECHNOLOGY CO., LTD.**
**LTD**

Signed by: _Wang Yong huo_            Signed by: _Wang, Yong huo_
          Name: Wang, Yonghuo                    Name: Wang, Yonghuo
          Title: Principal                       Title: Principal

Thus, ZHL, under identical ownership as ZYA, continues to sell the Accused Products, believing itself free of lability from this lawsuit, while ZYA claims that it was forced to stop all sales because of Arex's patent enforcement. The shell game by ZYA, ZHL, and Wang is poorly disguised and cannot go unpunished.

Accordingly, a fifth cause of action for fraudulent transfer under California Civil Code Section 3439 is necessary as a result of ZYA's fraudulent transfer of its assets and operation to the Alter Ego Counter-Defendants. *Id.* at ¶ 7.

### C. Each Counter-Defendant was Added for Good Cause

ZYA operates a manufacturer-direct retail business in the United States importing products from China and selling them through various channels such as Amazon. After it became increasingly clear that ZYA faced liability in this case, ZYA devised a plan to fraudulently transfer its operations and assets to another entity in order to avoid liabilities, specifically, ZHL. ZHL is a company organized and existing under the laws of China, having its principal place of business in Zhejiang, China. ZHL is a China-based manufacturer, online distributor, and retailer of automobile parts and accessories. ZYA fraudulently transferred its assets to ZHL and as a result, ZHL is currently the owner

*Notice of Motion and Motion for Leave to File Third Amended Counter-Complaint*

of the United States registered trademarks for VLAND for various lights for vehicles. Counter-defendant Wang, an individual residing in Gangzhou, China, is the principal of both ZYA and ZHL.

Therefore, due to the good cause for amendment stated *supra* and the lack of any undue prejudice, Arex respectfully requests that its Motion be granted.

### D.  Arex's Discovery of Clear Fraud on the USPTO by ZYA Prompted adding of Claims Six through Nine.

This motion was made necessary after Arex learned through third party discovery that ZYA's patent was obtained through indisputable fraud. On May 30, 2023, the USPTO agent who allegedly signed ZYA's patent application, Jie Yang, testified under oath that someone fraudulently used her name and her USPTO agent license to prosecute ZYA's '796 patent entirely without Yang's knowledge or authorization. Yang testified that she had never heard of the applicant ZYA or the inventor Yu Chen. Yang testified that she had neither seen nor signed any part of the prosecution file for ZYA's '796 patent, which contains at least six locations purporting to bear Yang's signature:

> Q: … [I]s it also your position that you do not have a client-practitioner relationship with regard to Mr.Yu Chen (misspelled as YuanZheng), the inventor of this application?
>
> A: I do not have any practitioner-client relationship with the inventor. What's his name again?
>
> ….
>
> Q: …You do not have any practitioner relationship – relationship with the inventor, as well as the applicant, correct?
>
> A: That's correct.

Decl. Chen, ¶ 8, Ex. 3, 16:10-23.

> Q: There is signature, signature number signature is Jie Yang. The name is also Jie Yang and the registration number of this particular attorney or agent, 77665. Now my question for you is, is your registration number at USPTO 77665?
>
> A: Yes, that's my number.
>
> Q: Are you familiar with this document at all?
>
> A: No.

*Notice of Motion and Motion for Leave to File Third Amended Counter-Complaint*

INHOUSE CO. LAW FIRM

Q: Is this not your signature, ma'am?

A: I did not sign it

Decl. Chen, ¶ 8, Ex. 3, 45:11-21.

Q: You have any knowledge or reason to understand why your signature is affixed to this particular transmittal?

A: I don't know how it got there.

Decl. Chen, ¶ 8, Ex. 3, 45:11-46:3.

Q Did you authorize anyone to sign on behalf of this Information Disclosure Statement?

A: No.

Decl. Chen, ¶ 8, Ex. 3,52:10- 12.

The USPTO MPEP Section 2016 on Fraud, Inequitable Conduct, or Violation of Duty of Disclosure Affects All Claims [R-08.2017], provides that a finding of "fraud," "inequitable conduct," or violation of duty of disclosure with respect to any claim in an application or patent, renders all the claims thereof unpatentable or invalid. While most fraud on the USPTO occurs in the context of intentionally withholding prior art, fraud in this context of using identity theft to procure USPTO Patent falls squarely into the definition of "Fraud". Accordingly, ZYA has fraudulently obtained patents from the USPTO, including but not limited to U.S. Patent Number D925,796.

ZYA has knowingly and willfully committed fraud upon the USPTO in prosecuting its patent and made false or misleading statements regarding the validity of its patent in connection with the sale of their products. ZYA has knowingly and willfully participated in unlawful, unfair, and fraudulent business practices and unfair and deceptive, untrue, and misleading advertising prohibited by California Business and Professions Code sections 17200 and 17500, the Sherman Act Section 2 Walker Process Fraud and the Section 42 of the Lanham Act.

Accordingly, a sixth cause of action of violation of Sherman Act Section 2, Walker Process Fraud, a seventh cause of action for California Unfair Competition, an eighth cause of action for California False Advertising, and a ninth cause of action for violation of Section 42 of the Lanham

1   Act, are necessary as a result of Arex's recently discovery of ZYA, ZHL, and Wang's massive fraud

2   on the USPTO in obtaining the D925,796 Patent. Decl. Chen at ¶ 9.

3       As stated above, these additional causes of actions including the antirust claim, the unfair

4   competition claims and the violation of the Lanham act, all stem from the recent uncovering the ZYA

5   and ZHL's effort in obtaining the '796 patent by fraud using stolen USPTO practitioner identity. Decl.

6   Chen at ¶ 10. Such actions were spelled out in detail in the recently Second Amended Cross Complaint

7   including admission by the USPTO agent who supposedly signed the application that she has

8   absolutely no idea who prosecuted the patent application and how her name got in there. *Id.* at ¶ 11.

9   Such grand scale of fraud should not be put aside and must be examined in detail and people involved

10  must take accountability.  ZYA and ZHL cannot escape this responsibility and further damaged the

11  public and competition by publicly flaunting that it has a valid patent when they knew every well none

12  of it was true.

13      The remaining changes relate to jurisdiction or are minor or grammatical. Decl. Chen at ¶ 12.

14  All of the amendments are related to the subject matter of the existing controversy between the parties

15  and will not result in prejudice to ZYA. *Id.* at ¶ 13. Allowing the amendment would therefore promote

16  the efficient resolution of all claims between the parties. *Id.* at ¶ 14.

17      ### E. Arex Moved Diligently in Seeking this Relief

18      Counter-defendants will not be able to assert any prejudice whatsoever. The operative

19  scheduling order was entered on April 17, 2023, and the trial date has been set for January 8, 2024,

20  whereas the discovery does not close until October 2, 2023. *Id.* at ¶ 15. The TACC and this Motion

21  were prepared and drafted as soon as the existence and activities of the Alter Ego Counter-defendants

22  were discovered. Due to ZYA's shell game, fraudulent transfers of its assets, and use of the Alter Ego

23  Counter-defendants to continue to sell Accused Products, the process to uncover the true identities of

24  alter egos ZYA could not be uncovered any earlier. *Id.* at ¶ 16. Immediately after the deposition on

25  May 30, 2023, the parties participated in a settlement conference on June 2, 2023. *Id.* at ¶ 17. On June

26  7, 2023, this Court issued its order granting ZYA's FRCP 12(b)(6) motion in part, which required

27

28

INHOUSE CO. LAW FIRM

Arex to file a SACC curing deficiency in its inequitable conduct claim by June 23, 2023, which Arex did. Once the SACC was on file, Arex swiftly moved to file the instant motion. *Id.* at ¶ 18.

## IV.   CONCLUSION

Simply stated, ZYA, ZHL, and Wang have no regard for the law. ZYA obtains its patent by fraud, stealing the identity of a USPTO agent. It then advertises that it has a valid patent and initiated this lawsuit on the basis that its fraudulently obtained patent shields it from patent infringement liability. Next, ZYA transferred its assets and operations to affiliate company ZHL, owned and managed by the same person (Wang), in a transparent effort to avoid liability and become judgment-proof. The amendment proposed by Arex is necessary in order to hold those responsible for ZYA liable for their despicable actions. Based on all of the foregoing, defendant and counterclaimant Arex Industries, Inc., respectfully requests that this Court grant its Motion and order that the TACC attached to the Declaration of Alexander Chen as **Exhibit 2** be deemed filed and served as of the date of the Court's order.

DATED: July 14, 2023                              **INHOUSE CO. LAW FIRM**



By: _____
        Alexander Chen, Esq.
        Katja M. Grosch, Esq.
        Theodore Lee, Esq.
        Attorneys for Defendant and Counterclaimant
        Arex Industries, Inc.

15

# EXHIBIT 1

1  Alexander Chen [SBN 245798]
   alexc@inhouseco.com
2  Katja M. Grosch [SBN 266935]
   kmg@inhouseco.com
3  Theodore S. Lee [SBN 281475]
   tlee@inhouseco.com
4  **INHOUSE CO. LAW FIRM**
   7700 Irvine Center Drive, Suite 800
5  Irvine, CA 92618
   Telephone:  949-250-1555
6  Facsimile:   714-882-7770

7  Attorneys for Defendant and Counterclaimant,
   Arex Industries, Inc
8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11  _____ )

12  **ZHEJIANG YUANZHENG AUTO &**    ) Case No. 2:22-cv-01692-JWH-PD
    **MOTORCYCLE ASSESSORIES CO.,**  )
13  **LTD.**, a Chinese company,      )
                                      ) ~~SECOND~~THIRD AMENDED
14         Plaintiff,                 ) COUNTERCLAIMS FOR:
                                      )
15  v.                                ) ~~1.~~ INFRINGEMENT OF US PATENT
                                      )     NO. D909,634;
16                                    )
    **AREX INDUSTRIES, INC.**, a California ) ~~2.~~ WILLFUL INFRINGEMENT;
17  company,                         ) **2.**
                                      )
18         Defendant.                 ) ~~3.~~ DECLARATION OF INVALIDITY OF
                                      )     US PATENT NO. D925,796; ~~and~~
19  _____ ) **3.**
                                      )
20  **AREX INDUSTRIES, INC.**, a California ) **4.  DECLARATION OF**
    company,                         )     **UNENFORCEABLILTY OF US**
21                                    )     **PATENT NO. D925,796;**
                                      ) **5.  FRAUDULENT TRANSFER;**
22         Counterclaimaint,          ) **6.  CALIFORNIA FLASE**
                                      )     **ADVERTISING; and**
23  v.                                ) **7.  CALIFORNIA UNFAIR**
                                      )     **COMPETITION**
24                                    ) **8.  WALKER PROCESS ANTITRUST**
    **ZHEJIANG YUANZHENG AUTO &**    )     **VIOLATION**
25  **MOTORCYCLE ASSESSORIES CO.,**  )
    **LTD.**, a Chinese company,      )
26                                    )
27         Counterdefendant.          )
                                      )
28  _____ )

                                    1

~~THIRD~~~~SECOND~~AMENDED COUNTERCLAIMS

1    Defendant and Counterclaimant Arex Industries, Inc. ("Arex") presents the following

2    allegations and facts in support of these Counterclaims and demands a jury trial on all causes of action

3    stated herein against the named Counterclaim Defendant as follows:

4                                    **JURISDICTION AND VENUE**

5        1.    This is a civil action for infringement of a patent and for a declaration of

6    noninfringement and invalidity of a patent, arising under the patent laws of the United States, including,

7    without limitation, 35 U.S.C. § 100, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. § 2201, *et*

8    *seq.*

9        2.    This court has subject matter jurisdiction over these claims pursuant to the patent laws of

10   the United States under 28 U.S.C. §§ 1331 and 1338(a) and the Declaratory Judgment Act, 28 U.S.C.

11   §§ 2201-2202.

12       3.    Venue properly lies within the Central District of California pursuant to 28 U.S.C.

13   § 1391(b), (c), and (d).

14                                           **PARTIES**

15       4.    Arex is a corporation registered and existing under the laws of the State of California,

16   having its principal place of business at 5300 Irwindale Ave, Irwindale, California 91706.

17       5.    Upon information and belief, Zhejiang Yuanzheng Auto & Motorcycle Accessories

18   Co., Ltd. ("ZYA") is a company organized and existing under the laws of China, having its principal

19   place of business in Wenzhou, China. ZYA has consented to the jurisdiction of this Court by initiating

20   this lawsuit.

21       6.    Upon information and belief, ZYA is a China-based manufacturer, online distributor,

22   and retailer of auto and motorcycle parts and accessories, and ~~Yuanzheng~~ ZYA is the owner of the

23   United Stated registered trademark for VLAND for various lights for vehicles.

24       —— Upon information and belief, Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL")

25   is a company organized and existing under the laws of China, having its principal place of business in

26   Zhejiang, China.

27

28

                                              2

                        ~~THIRD~~~~SECOND~~AMENDED COUNTERCLAIMS

**Formatted:** Font: Bold, Underline, Font color: Custom Color(RGB(0,0,10))

7.   Upon information and belief, ZHL is a China-based manufacturer, online distributor, and retailer of automobile parts and accessories, and ZHL is currently the owner of the United Stated registered trademarks for VLAND for various lights for vehicles.

Upon information and belief, Yonghuo Wang ("Wang") is an individual having a citizenship of China residing in Gangzhou, China.

8.   Upon information and belief, Wang is the principal of both ZYA and ZHL.

**ALTER EGO ALLEGATIONS**

9.   Arex is informed and believes and thereon alleges that the individual and entity named as Counter-Defendants herein, including but not limited to Yonghuo Wang and Zhejiang Hongguang Lighting ZHL Technology Co., Ltd (hereinafter collectively referred to as the "Alter Ego Counter-Defendants"), and each of them, were at all times relevant herein the alter egos Zhejiang Yuanzheng Auto & Motorcycle Assesories Accessories Co., Ltd. ZYA by the reason of the following:

(a) Arex is informed and believes and thereon alleges that Defendant ZYA, at all times herein was mentioned, dominated, influenced, and controlled by each of the Alter Ego Counter-Defendants and the officers thereof as well as the business, property, and affairs of each said entities;

(b) Arex is informed and believes and thereon alleges that, at all times herein mentioned, there existed and now exists a unity of interest and ownership between Defendant ZYA and each of the Alter Ego Counter-Defendants; the individual and separateness of Defendant ZYA and each of the Alter Ego Counter-Defendants have ceased;

(c) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA has been and continues to be a mere shell and naked framework which the Alter Ego Defendants uses as a conduit for the conduct of their personal business, property, and affairs;

(d) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA was created and continued pursuant to a fraudulent plan, scheme, and/or device conceived and operated by the Alter Ego Counter-Defendants, whereby the income,

3

Formatted: Indent: Left: 0"

Formatted: Font: Bold, Underline, Font color: Custom Color(RGB(0,0,10))

revenue, and profit of ZYA were diverted by the Alter Ego Counter-Defendants to themselves;

(e) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA was organized by the Alter Ego Counter-Defendants as a device to avoid liability and for the purpose of substituting financially irresponsible entities in the place and stead of ZYA;

(f) By virtue of the foregoing, adherence to the fiction of the separate corporate existence of ZYA would, under the circumstances, sanction a fraud and promote injustice in that Arex would be unable to realize any judgment in its favor.

(g) Additionally, upon information and belief, Wang is the principal for both ZYA and ZHL. ZHL owns the VLAND trademark in the European Union; ZHL owns the VLAND trademark in Australia; and after the transfer by ZYA to ZHL, ZHL owns the VLAND Trademarks in the United States as well.

(h) Attached **Exhibit I** is a true and copy of a copy of the website yzheng.com , which is the website of ZHL showing in the same webpage bearing "Vland" trademark, while in the "About US" section stating that the company is "ZYA" and then at the bottom of the webpage stating that the company is ZHL.

6.

### THE ASSERTED PATENT AND INFRINGMENT THEREOF

7.10.   On February 2, 2021, the United States Patent and Trademark Office duly and legally issued United States Design Patent No. D909,634, entitled "Vehicle Headlight" ("the '634 Patent"). The patent's named inventor is Mizeng He. Arex is the assignee and owner of the entire right, title, and interest in and to the '634 Patent and as such is vested with the right to bring this suit for damages and other relief. A true and correct copy of the '634 Patent is attached hereto as **Exhibit A.**

11.    ZYA's "VLAND LED headlights for Ford 150 2018-2020" (the "Accused Products") arecopiedare copied from the '634 Patent and are listed on VLAND's website[1] and on Amazon.com[2]. A true and correct copy of ZYA's listings are is attached hereto as **Exhibit B**.

**COUNTER-DEFENDANTS' ATTEMPT TO AVOID LIABILITY**
**AND FRAUDULENT TRANSFER**

12.    At the commencement of this lawsuit, ZYA was the owner of several United States registered trademarks for VLAND, including U.S. Reg. Nos. 6302000, 6301997, 5781201, and 5065813 (the "VLAND Trademarks"), all of which relates to motor vehicle products and/or accessories.

13.    On or about December 12, 2022, in the midst of this current action, ZYA transferred through assignment the entire interest in the VLAND Trademarks from ZYA to ZHL. Each of the assignments for the VLAND Trademarks was recorded with the USPTO and a true and correct copy of each is attached hereto as **Exhibit G**.

14.    After the fraudulent transfer of ZYA's VLAND Trademarks and potentially other assets to ZHL, ZYA has taken the position that ZYA has only sold the Accused Product up to November of 2021 and has since not sold any Accused Products.

15.    Contrary to ZYA's statement and positionHowever, a search for VLAND and the Accused Products shows that the Accused Products are still being sold under the VLAND Trademarks on Amazon.com.

**FRAUDULENT ACQUISITION OF PATENTS FROM**
**THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**USPTO AND INJURY TO COMPETITION AND CUSTOMERS OF COMPETITORS**
**(WALKER PROCESS CLAIM)**

16.    Incredibly, ZYA has devised a scheme to fraudulently obtained patents formfrom the United States Patent and Trademark Office ("USPTO"). In counsel's years of experience and practice in the field of intellectual property and in dealing with the USPTO, counsel has never seen such blatant

---

[1] https://www.vland-official.com/products/vland-led-projector-headlights-for-ford-f150-2018-2020-without-sequential-turn-signal

[2] https://www.amazon.com/Upgraded-Headlights-Pickup-Assembly-YAA-F150-2042A/dp/B08PZ1N9V8/ref=sr_1_3?crid=1H58RM39S8QVC&dchild=1&key

fraud- before the USPTO committed by anyone on the USPTO. The level of the fraud and audacity of ZYA in its fraud is unprecedented and shocking to say the lease.

17.   UnfortunatelyTo date, ZYA, however, has been successfully in its scheme in fraudulently obtaining patents, including but not limited to U.S. Patent Number D925,796.

18.   Specifically, ZYA's D925,796 Patent indicated that a USPTO patent practitioner named Jie Yang (Ms. Y "Yang"), with Registration Number 77,665, prosecuted the patent application.

19.   Ms. Yang, however, has denied under oath that she prosecuted the patent application or , and she has further taken the position that she has never authorized the use of her name and registration number for the prosecution of the D925,796 patent.

20.   ZYA hasdid not, in its D925,796 patent application, disclose the fact that Ms. Yang was not involved in the prosecution of the patent, nor did she not authorized the use of her name and registration for the prosecution of the patent.

21.   Accordingly, ZYA made representations to the USPTO that were material to the patentability of its then pending patent application which it knew to be false. The materially false representations and omissions were intended to induce and did induce reliance by the patent examiners charged with determining whether to grant ZYA's patent claims.

22.   Indeed, but for ZYA's materially false statements and omissions, the D925,796 patents application could not issue into a patent would not have issued.

1.

**COUNT ONE**

**INFRINGEMENT OF THE '634 PATENT BY ZYA**

2.23.   Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

3.24.   ZYAhas knowledge of the design embodied in the '634 Patent in as early as February 2019 when Arex debuted its product, bearing the '634 Patent, in the US. ZYAhas knowledge ofits infringement of the '634 Patent since at leastDecember 2021, when counsel for ZYA contacted Arex's counsel in response to Arex's October 27, 2021,cease2021, cease and desist letter to third party US ELogistics Service Corp.

6

~~4.~~25.   The '634 Patent has a single claim directed to the ornamental design for vehicle headlights as shown below:



| Arex's<br>D909,634 Design Patent |
| --- |

5.26.   ZYA copied the design for its Accused Products from the design of the '634 Patent. A side-by-side comparison of the '634 Patent and an exemplary specimen of ZYA's headlight is shown below:

**Formatted:** Indent: Left:  0", First line:  0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.5" + Tab after:  0.75" + Indent at:  0.75"



| Arex's<br>D909,634 Design Patent | ZYA's<br>headlight |
|---|---|

8

THIRDSECONDAMENDED COUNTERCLAIMS



27. As depicted above, the headlight design of the Accused Product is the same or substantially the same as the headlight design of the '634 Patent. While both are designed as aftermarket lights to replace the original Ford 2018 headlight, ZYA copied the designs of Arex and made its own design to be so similar to Arex such that an ordinary observer would be so deceived by the substantial similarity between the designs.

28. Indeed, the '634 Patent is comprised of the following main ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

8.29.   Specifically, the '634 Patent contains a middle section that has ***prominent*** triple horizonal LED bars with marginal spacing between each bar ("Triple LED Bars") that immediately draw the user's attention. These Triple LED Bars are the prominent design element, and are not disclosed in any of the prior art cited in the '634 Patent's prosecution history. The Accused Product also has aesthetically identical features comprising of the five ornamental features listed above and most importantly, the Triple LED Bars.

9.30.   Except for the slight differences in the non-material respect of the appearance of the inner side lamp (5), the accused product bears identical features matching that of the '634 patent, most notably the Triple LED Bars and the two LED lights with reversed arrow bezels placed on the top and bottom of the Triple LED Bar. Given that the similarity between these points of novelty, such that the overall design of the '634 Patent and Accused Products are nearly identical, there is no doubt that ZYA's Accused Products infringe the '634 Patent. Giving such attention as a purchaser usually gives, an ordinary user would be so confused by the substantial similarity between the designs so as to be induced to purchase ZYA's product supposing it to be from Arex.

10.31.   Arex has not granted a license or any other authorization to ZYA to make use, offer for sale, sell, or import headlights that embody the headlight design patented in the '634 Patent.

11.32.   Arex alleges upon information and belief that, without authority, ZYA has infringed and continues to infringe the '634Patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '634Patent in violation of 35 U.S.C. § 271, including but not limited to the Accused Products.

12.33.   ZYA's acts of infringement of the '634Patent was undertaken without authority, permission, or license from Arex. ZYA's infringement violates 35 U.S.C. § 271.

13.34.   Arex is informed and believes that ZYA intentionally sells, ships, or otherwise causes to be delivered the Accused Products in the United States, with knowledge that they are designed to and do practice the infringing features of the '634 Patent.

14.35.   Arex has been damaged in an amount to be proven at trial, but not less than $1,000,000, plus interest, attorney's fees, and costs as provided by law.

1   ~~15.~~36.   Arex is without an adequate remedy at law and has thus been irreparably harmed by

2   these acts of infringement. Arex asserts upon information and belief that infringement of the asserted

3   claims of the '634 Patent is continuous and ongoing unless and until ZYA is enjoined from further

4   infringement by the Court.

5                                       <u>**COUNT TWO**</u>

6                          **WILLFUL INFRINGEMENT OF THE ASSERTED PATENT**

7       ~~16.~~37.   Arex re-alleges and incorporates by reference each allegation in the preceding

8   paragraphs as though fully set forth herein.

9       ~~17.~~38.   ZYA's infringement of the '634 Patent has been willful.

10      ~~18.~~39.   ZYA has had actual knowledge of the '634 Patent since as early as 2019 February and

11  also at least as early as December 2021 when counsel for ZYA contacted Arex's counsel in response to

12  Arex's October 27, 2021, letter to US E-Logistics Service Corp.

13      ~~19.~~40.   Accordingly, ZYA's continued marketing and sales evidence not only ZYA's pre-suit

14  knowledge of the '634 Patent, but that ZYA's infringement of the '634 Patent has been, and continues

15  to be, willful and deliberate, warranting treble damages.

16      ~~20.~~41.   Indeed, ZYA's sole possible defense to willfulness is that it has a valid design patent of

17  its own. However, this defense is premised on fraud and foul play.

18      ~~21.~~42.   On information and belief, when ZYA filed its U.S. Design Patent D925,796 ("the '796

19  Patent") on July 21, 2020, it copied all of the key ornamental features of Arex's F150 headlight that are

20  embodied in the '634 Patent.

21      ~~22.~~43.   The F150 product embodied in the '634 Patent was introduced into US commerce as

22  early as February 2019. It proved to be a tremendous success and received accolades from the industry

23  and users alike.

24      ~~23.~~44.   On information and belief, eyeing the success of Arex's F150 headlight, ZYA devised a

25  scheme by which it would (a) copy the designs, (b) make slight changes, (c) withhold key prior art that

26  would show that the changes were not novel, and (4) proceed to obtain a patent by fraud and sell the

27  products under the cover of a duly-issued patent.

28

**Formatted:** Indent: Left:  0", First line:  0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.5" + Tab after:  0.75" + Indent at:  0.75", Tab stops:  0", List tab + Not at  0.75"

24.45.  Indeed, ZYA first obtained a copy of the F150 sample and copied its prominent key ornamental features including the features of (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizonal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

25.46.  After ZYA copied the prominent features, it made a marginal effort to distinguish their design from the '634 Patent by incorporating a grill-like bar covering the inner side lamp, a feature that was already disclosed in prior art, specifically, the 2018 Ford F-150 King Ranch Edition exterior halogen headlight ("King Ranch Light").

| King Ranch Light | ZYA's '796 |
|---|---|



26.47.  ZYA purposely withheld the prior art of the King Ranch Light from the USPTO during the prosecution of the '796 Patent. Had the King Ranch Light prior art been disclosed to the USPTO, the Examiner would not have issued the '796 Patent, given that the only material difference between Arex's '634 Patent and ZYA's '796 Patent is the grill-like bar covering the inner side lamp, a feature that was already disclosed on the King Ranch Light.

27.48.  ZYA filed its '796 Patent application as an expedited request, which requires a certification that the relevant agents and principals had conducted a thorough prior art search. Based on the attorney's certification of prior art search, only three (3) items of prior art were offered, none of which were the '634 Patent or the King Ranch Light. Despite the heightened requirement of self-certification of a thorough prior art search, ZYA still failed to disclose the King Ranch Light.

28.49.  On information and belief, ZYA knew that it had obtained the '796Patent improperly by copying the features of the '634 Patent and adding a grill-like bar covering the inner side lamp identical to the 2018 Ford King Ranch F150 headlight, and further failing to disclose the existence of the King Ranch Light prior art to the USPTO.ZYA's reliance on the '796 Patent as a defense to Arex's infringement claims so that they can continue to sell without consequences only makes their conduct even more egregious.

29.50.  Therefore, Arex seeks to recover enhanced damages against for willfulness as authorized by law.

## COUNT THREE

### DECLARATION OF INVALIDITY OF D925,796 PATENT

30.
51.      Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

31.52.  The '796 Patent is owned by ZYA, and a copy thereof is attached hereto as **Exhibit C**.

32.53.  Arex contends that the claim of the '796 Patent is invalid for failure to comply with one or more of the conditions for patentability set forth in Part II of Title 35 of the United States Code, including 35 U.S.C. §§ 102and 103 because it is anticipated or is obvious in view of Arex's '634 Patent and the other prior art discussed above.

33.54.  As shown in **Exhibit D**, ZYA contends that the '796 Patent does not infringe upon the '634 Patent because it was issued after the patent examiner considered the '634 Patent.

34.55.  Under 35 USC §§ 102, a person cannot obtain a design patent if someone else already has made an identical version of the design. Simply put, the design must be new. A design that is not new or novel is said to be "anticipated by the prior art." Under the U.S. patent laws, a design that is "anticipated" is not entitled to patent protection.

13

Formatted: Indent: Left: 0", First line: 0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Tab after: 0.75" + Indent at: 0.75", Tab stops: 0", List tab + Not at 0.75"

35.56.  When viewed as a whole, the '796 Patent is "identical in all material respects" to the overall visual impression of the '634 Patent. Minor differences between the prior art and the claimed design do not preclude a finding of anticipation.

36.57.  The distinctive ornamental features of the '634 Patent are compared to the '796 Patent in the charts herein. Specifically, as shown in Fig. 2, the '634 Patent is comprised of these main ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizontal LED bars with marginal spacing between each bar (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

37.    The '634 Patent contains a middle main section that has the ***prominent*** Triple

58.    LED Bars that immediately draw the user's attention. These Triple LED Bars are the prominent design element that is not disclosed in any of the prior art cited in the '634 Patent's prosecution history. Similarly, the '796 Patent also has aesthetically identical features comprising of the five ornamental features and most importantly, the Triple LED Bars. This undisputed similarity between the '634 Patent and the '796 Patent can be seen in the following comparison chart.:

| AREX's '634 | ZYA's '796 |
|---|---|

14

INHOUSE CO. LAW FIRM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



38.59.   Except for slight non-material differences in the appearance of the inner side lamp (5), the '796 Patent bears identical features matching that of the '634 Patent, most notably the Triple LED Bar and the two LED lights with reversed arrow bezels placed on top and bottom of the Triple LED Bar. The differences between these points of novelty and the Accused Products are so minor that the overall design of the '634 Patent and '796 Patent are identical in all material respects, and the '796 Patent should be held invalid under 35 USC § 102.

39.60.   A claimed design is invalid as "obvious" if it would have been obvious to a designer of ordinary skill who designs articles of the type involved.

40.61.   Here, the combination of the '634 Patent with a closely related secondary reference, such as the King Ranch Light already in public display and use as early as January 12, 2017, would suggest the claimed design to a designer of ordinary skill. Indeed, a designer of ordinary skill would have combined these references to create the same overall visual appearance as the claimed design.

THIRDSECONDAMENDED COUNTERCLAIMS

Formatted: Indent: Left:  0", First line:  0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.5" + Tab after:  0.75" + Indent at:  0.75", Tab stops:  0", List tab + Not at  0.75"

41. 62.  The slight non-material differences in the appearance of the inner side lamp (5) with grill like bar is disclosed in the King Ranch Light, shown in **Exhibit E**.

42. 63.  By combining the design of the '634 Patent as primary prior art and the King Ranch Light as secondary prior art, the '796 Patent is invalid for obviousness under 35 USC § 103.

43. 64.  An actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, exists between Arex and ZYA with respect to the invalidity of the '796 Patent.

44. 65.  A judicial declaration of the invalidity of the '796 Patent, under 35 USC § 102 for Anticipation and 35 USC § 103 for Obviousness, is necessary and appropriate to resolve this controversy.

<div align="center">

**COUNT FOUR**

**DECLARATION OF UNENFORCEABILITY OF D925,796 PATENT**

</div>

45. 66.  Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

46. 67.  Every person who is substantively involved in the preparation or prosecution of the patent application and who was associated with ZYA owed a duty to disclose information material to patentability to the USPTO under 37 C.F.R. section 1.56(a).

47. 68.  The obligation of such individuals to disclose material information to the USPTO is also reflected in the Manual of Patent Examining Procedure (MPEP), Chapter 2000.

48. 69.  For example, MPEP section 2001.01 states: "the duty of disclosure ... would apply to individuals within the corporation or institution who were substantively involved in the preparation or prosecution of the application, and actions by such individuals may affect the rights of the corporation or institution." MPEP § 2001.01 (Rev. 10.2019, Last revised June 2020).

49. 70.  The duty of disclosure applies to those who are associated with the inventor, the applicant, an assignee, or anyone to whom there is an obligation to assign the application. 37 CFR 1.56(c)(3).

50. 71.  The individuals, therefore, and according 37 CF 1.56(c)(3), that have duties to disclose prior art, include the named inventor Yu Chen of Rui'an China, who is also the manager of applicant

ZYA, the named prosecuting USPTO ~~agent~~ practitioner Jie Yang, the designer of the accused light apparatus Xiaopeng Liao, the principal of applicant ZYA Wang Yonghuo.

~~51.~~72.   The '796 Patent is presumed to be owned by ZYA as ZYA was the named applicant.

~~52.~~73.   Arex contends that the sole claim of the '796 Patent is unenforceable because it was procured by inequitable conduct.

~~53.~~74.   On information and belief, when ZYA filed its application for the '796 Patent, Yu Chen, Xiaopeng Liao and Wang Yonghuo copied all of the key ornamental features of Arex's F150 headlight.

~~54.~~75.   Specifically, Arex's F150 product ("the '634 Patent") was introduced into US commerce in as early as February 2019 and was tremendously successful with accolades from the industry and users alike.

~~55.~~76.   On information and belief, eyeing the success of the Arex F150 headlight, Yu Chen, Xiaopeng Liao and Wang Yonghuo wanted to cache by selling AREX copycat.  To do so, they would (a) copy the AREX design, (b) make slight changes by adding a feature from a prior art, (c) withhold the disclosure of the prior art during prosecution of the copycat design and (d) obtain a patent by fraud so they can sell the copycat design legitimately.

~~56.~~77.   On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo first obtained a sample of the Arex's F150 headlight and copied its prominent key ornamental features including (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

~~57.~~78.   On information and belief, after copying the prominent features from AREX, Yu Chen, Xiaopeng Liao, and Wang Yonghuo, in the spring of 2020, next purchased a copy of the "Ford F150

17

King Ranch Light" which was revealed to the public in as early as 2017 and available to purchase in the fall of 2017.

58.79.  Specifically, the Ford F150 King Ranch Light was developed by Ford for its F150, specifically the thirteenth generation F150 mid cycle upgrade Model Year 2018-2020. It was revealed to the public in 2017 Detroit Auto Show on January 8, 2017.

59.80.  They then made a marginal effort to distinguish the Arex design by copying the grill-like bar covering the inner side lamp, a prominent feature in the "Ford F150 King Ranch Light." There is no doubt that Yu Chen, Xiaopeng Liao, and Wang Yonghuo copied the "grill-like bar covering" of the 2018 King Ranch because the same feature looks exactly identical in ZYA's design as illustrated in the below side by side comparison.

| Ford F150 2018 King Ranch | ZYA's '796 |
|---|---|



60.81.  It is important to explain here that while certain products are available for public to purchase, the USPTO Examiner often will not know about it unless such products also has a patent for reasons being that examiner often only search USPTO database for prior art search.  On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew that and chose to not inform the Examiner of the Ford F150 King ranch.

61.82.  After the ZYA completes its design, it then proceeded to put together a USPTO application for design patent on or about July 21, 2020.

18

62.83. Every person who is substantively involved in the preparation or prosecution of the patent application and who was associated with ZYA owed a duty to disclose information material to patentability to the USPTO under 37 C.F.R. section 1.56(a).

63.84. Information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and (1) It establishes, by itself or in combination with other information, a *prima facie* case of unpatentability of a claim; or (2) It refutes, or is inconsistent with, a position the applicant takes in:(i) Opposing an argument of unpatentability relied on by the Office, or (ii) Asserting an argument of patentability.

64.85. The "grill-like bar covering" feature was not in any of the prior art cited during the prosecution of the ZYA patent and thus is not cumulative nor made of a record in the application. Likewise, a prima facie case of unpatentability would have been established had the Examiner been made aware of the "grill-like bar covering" as it should have been made as a record in the application.

65.86. Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew they had an affirmative duty to disclosing the "grill-like bar covering" of the 2018 King Ranch prior art but made a conscious decision to withhold the prior art because they knew had they done so, the ZYA patent would not have been issued.

66.87. On July 21, 2020, when the application was filed, an information disclosure statement ("IDS") was filed in connection to the application which is meant for applicant to disclose all pertinent prior art considered. There was no mention of the "grill-like bar covering" of the 2018 King Ranch in the IDS.

67.88. Worst, on August 29, 2020, thirty-eight (38) days after the original application was filed, Yu Chen, Xiaopeng Liao, and Wang Yonghuo then moved to expedite the ZYA Patent application , which requires a certification that the relevant agents and principals have conducted a thorough prior art search. (35 CFR. 1.155 (2).)

68.89. Specifically, the expedited application under 35 CF. 1.155 is a special procedure that affords immediate processing of the application based on applicant's promise that it conducted a pre-examination search and to list the search result is listed in the information disclosure statement.

19

1   USPTO provides such expedited procedure in reliance of applicant's duty of candor.  ZYA, including

2   Yu Chen, Xiaopeng Liao, and Wang Yonghuo took advantage of the system and abused it.

3        69.90.   Based on the certification of prior art search under the expeditedated request dated on

4   August 29, 2020, and shown in **Exhibit F,** only three (3) items of prior art were offered, *none of which*

5   discloses the "grill-like bar covering" of the 2018 King Ranch prior art.

6        70.91.   Despite the heightened requirement of self-certification of a thorough prior art search,

7   ZYA, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo purposelydly failed to disclose the King

8   Ranch Light, which contains ZYA's grill-like bar covering the inner side lamp. The intent is to deceive

9   is especially obvious given that ZYA offered certification that they had conducted the required prior art

10   search.

11        71.92.   Based on the above inequitable conduct, the '796 Patent is unenforceable.

12        72.93.   Even more sinister than Yu Chen, Xiaopeng Liao, and Wang Yonghuo's intentional

13   withholding of the King Ranch Prior art to fraudulently obtain the issuance of the '796 patent is the

14   shocking deposition testimony of USPTO agent licensed practitioner Jie Yang stating that the entire

15   '796 application was procured by fraud.

16        73.94.   Specifically, on May 2, 2023, the USPTO licensed practitioner agent Jie Yang to which

17   this application was prosecuted under was deposed. It was revealed that the '796 patent was never

18   authorized to be prosecuted by her. Jie Yang testified that someone fraudulently used her name and her

19   USPTO practitioner agent license to prosecute the '796 patent entirely without Yang's knowledge or

20   authorization. That she has never heard of the applicant ZYA, the inventor Yu Chen, or for that matter

21   Xiaopeng Liao or Wang Yonghuo.

22        74.95.   When asked, as the entire prosecution file for '796 patent contains at least six (6)

23   different locations bearing Yang's signature, individually and collectively, Yang stated that she had

24   never seen any of the documents and certainly did not sign them

25   For example:

26        Q: ……..is it also your position that you do not have a client-practitioner relationship with
           regard to Mr. Yu Chen (misspelled as YuanZheng), the inventor of this application?
27

28        A: I do not have any practitioner-client relationship with the inventor. What's his name again?

**Formatted:** Font: Not Bold, Italic, No underline

1       ....

2       A: That's correct.

3       Q: ....You do not have any practitioner relationship – relationship with the inventor, as well as
4       the applicant, correct?

5       A: That's correct.

6       (p.16, ln 10 to ln 23.)

7       Q: Q:Madam Madam Court Reporter to go ahead and mark this Exhibit Number 7 and by way of
8       sharing the screen, I will represent to you Exhibit 7 is a Design Patent Application transmittal
        referring to first name of inventor, Yu Chen, of this particular patent at issue, and I want to go
9       ahead and
10      ask you to go and look to the bottom.

11      (p.45, ln 3 to ln 7.)

12      Q: There is signature, signature number signature is Jie Yang and
13      the registration number of this particular attorney or agent, 77665. Now my question for you is,
        is your registration number at USPTO 77665?

14
15      A: Yes, that's my number.

16      Q: Are you familiar with this document at all?

17      A: No.

18      Q: Is this not your signature, ma'am?

19      A: I did not sign it

20      (p.45, ln 11 to ln 21.)

21
22      Q: You have any knowledge or reason to understand why your signature is affixed to this
        particular transmittal?

23      A: I don't know how it got there.

24
25      (       p.45 ln 11 to ln :22 to P.46, ln 3.)

26      Q Did you authorize anyone to sign on behalf of this Information Disclosure Statement?

27      A: No.

28      (p.52, ln 10 to ln 12.)

THIRDSECOND AMENDED COUNTERCLAIMS

Q: Go ahead and look at Exhibit 15. I just sent -- Madam Court Reporter, please go ahead and mark as Exhibit 15. This -- I ~~will represent~~will represent to you this is the fees transmittal. This was a fees ~~transmittal that~~transmittal that was submitted to the USPTO in connection to the prosecution of this particular application. Towards the bottom I will ask you to carefully -- look -- it states the authorized signature is Jie Yang, dated June 21st, 2021. The prosecutioner's name is Jie Yang, registration number 77665. To the extent you testified that this is you, do you recognize the signature here?

A: I did not sign it.

(p.55~~, ln 5  to ~~20.)

Q: Have you authorized your friend, Mr. Wang, to file any patent applications on your behalf?

A: I did not authorize Mr. Wang to file these applications.

(p.89~~, ln 12 to ~~19.)

~~75.~~96.   Yang suspects that the firm of W&K, which prosecuted the patent, specifically Yu Wang, someone who is neither an attorney or a registered USPTO agent, stole her identity to prosecute the '796 patent.

~~76.~~97.   Under USPTO MPEP Section 2016 Fraud, Inequitable Conduct, or Violation of Duty of Disclosure Affects All Claims [R-08.2017], a finding of "fraud," "inequitable conduct," or violation of duty of disclosure with respect to any claim in an application or patent, renders all the claims thereof unpatentable or invalid. *See Therasense Inc. v. Becton Dickinson and Co.*, 649 F.3d 1276, 1288, 99 USPQ2d 1065, 1071 (Fed. Cir. 2011), *Chromalloy American Corp. v. Alloy Surfaces Co.*, 339 F. Supp. 859, 173 USPQ 295 (D.Del. 1972) and *Strong v. General Electric Co.*, 305 F. Supp. 1084, 162 USPQ 141 (N.D. Ga. 1969), aff'd, 434 F.2d1042, 168 USPQ 8 (5th Cir. 1970), cert. denied, 403 U.S. 906 (1971). In *J. P. Stevens & Co. v. Lex TexLtd.*, 747 F.2d 1553, 1561, 223 USPQ 1089, 1093-94 (Fed. Cir. 1984).

~~77.~~98.   While most fraud on the USPTO occurs in the context of intentionally withholding prior art, fraud in this context of using identity theft to procure USPTO Patent falls squarely into the definition of "Fraud" as defined in the MPEP 2016 and the cases thereunder.

~~78.~~99.   Accordingly based on this indisputable fraud and inequitable conduct, the '796 Patent is unenforceable.

79.100.     An actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, exists between Arex and ZYA with respect to the enforceability of the '796 Patent.

101.    A judicial declaration of the unenforceability of the '796 Patent is appropriate to resolve this controversy.

**COUNT FIVE**

**FRAUDULENT TRANSFER**

**(Cal. Civil Code § 3439 *et. seq.*)**

102.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

103.    On January 6, 2022, ZYA sent a cease and desist a letter asking to Arex demanding that it not to interfere with its business in selling its VALND F150 headlight stop attempting to enforce its patent rights against ZYA.

104.    On March 14, 2022, ZYA filed the instant its lawsuit alleging various harms as a result of Arex's patent enforcement interference if it selling VALND F150 headlight efforts.

On May 13, 2022, ZYA filed its a motion for Ppreliminary Iinjunction, admitting that Plaintiff which included the admission that ZYA is the owner of the registered trademark "VLAND". The motion further

105.    In the same pleading it stated that VLAND has suffered, and will continue to suffer, irreparable harm as a result of Arex's alleged interference. This pleading was signed by ZYA's counsel Tianyu Ju on May 13, 2022.

106.    On April 21, 2023, ZYA's responds in its verified discovery responses state that "[p]laintiff has no active stores on Amazon.com. Plaintiff is only a manufacturer of the alleged accused products." In the same response, ZYA states that "[o]ur company's financial sales decreased after we received Defendant's cease and desist letter. Our company could not sell any headlights in 2022 due to the cease and desist letter. Our Company also stopped selling the headlights in December 2021 due to the warehouse holding the products after receiving Arex's cease and desist letter."

Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as follows: Our company's financial sales decreased after we received Defendant's cease and desist letter. Our company could not sell any headlights in 2022 due to the cease and desist letter. Our Company also stopped selling the headlights in December 2021 due to the warehouse holding the products after receiving Arex's cease and desist letter.

107.    It went on to state that it has only sold 308 of the accused products in 2021.

Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as follows: Refer to sales data in the March 20, 2023 production. Plaintiff sold 368 ACCUSED PRODUCTS in the year of 2021. Plaintiff's profit for each of the Accused Product is ¥ 503.01 (RMB).

108.    Yet as of the time of this complaint, the very same VLAND F150 light is available for sale in Amazon's Vland Store, Vlandus.com, Vland-USA.com, Vland-official.com, Vlandshop.com, and Vlandfactory.com.

109.    Attached **Exhibit J** is a true and correct copy of the website Amazon's Vland Store showing it selling the accused product as of July 3, 2023.

110.    Attached **Exhibit K** is a true and correct copy of the website Vlandus.Com showing it selling the accused product as of July 3, 2023.

111.    Attached **Exhibit L** is a true and correct copy of the website Vland-USA.Com showing it selling the accused product as of July 3, 2023.

112.    Attached **Exhibit M** is a true and correct copy of the website Vland-Official.com showing it selling the accused product as of July 3, 2023.

113.    Attached **Exhibit N** is a true and correct copy of the website Vlandshop.com showing it selling the accused product as of July 3, 2023.

24

THIRDSECONDAMENDED COUNTERCLAIMS

114.    Attached **Exhibit O** is a true and correct copy of the website Vlanddfactory.Com showing it selling the accused product as of July 3, 2023.

115.    In fact, as of July 3, 2023, Vlandfactory.Com states clearly state it is operated and own by ZYA:



116.    And onOn July 3, 2023, Arex an order was placed and paidan order for the aAccused lightProduct, and it was indeed processed and tracking number generated:

25

THIRDSECONDAMENDED COUNTERCLAIMS

117.    Attached as **Exhibit P** is a true copy of the order that was placed and paid for the aAccused lightProduct on July 2, 2023, and it was indeedwhich has been processed and tracking number generatedshipped.

118.    Why does ZYA's filed its preliminary injunction filed inn May of 2022 when it already stopped selling VLAND F150 headlights in December of 2021?.

119.    Why are the VLAND F150 headlights still for sale as of the day of this complaint on all major eCommerce site if ZYA could not sell anymorestopped selling them in 2021 December of 2021?

Indeed, Counter Plaintiff was clearly able to purchase the accused product as of the date of this complaint.

120.    Perplexed, ZYA has since discovered that conducts further investigation and realized thatZYA transferred all of its VLAND trademarks to VLAND has already been transferred to ZYA to ZHL in December 2022, which has the exact same ownership as ZYA.

Apparently on December 2022, all of the trademarks of Vland have been assigned by ZYA to ZHL.

| Mark | Serial Number | Previous Owner | Current Owner | Assignment Date |
|---|---|---|---|---|
|  | 88486095 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 88483414 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |

THIRDSECONDAMENDED COUNTERCLAIMS

| VLAND | 88196972 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 86834961 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |

121.   Each assignment was signed by non -other the Mr. Wang Yang Huoon behalf of ZYA and on behalf of ZHL:.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD

ASSIGNEE:
ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.

Signed by: Wang Yong hao
Name: Wang, Yonghuo
Title: Principal

Signed by: Wang Yong huo
Name: Wang, Yonghuo
Title: Principal

122.   The transfer make sense.This fraudulent transfers permits the people behind ZYA to continue to sell the Accused Products via –ZHL would continue to sell the accused VLAND F150 headlight, who was not initially named infree of liability from this lawsuit. ZYA will claims that it has

27

THIRDSECONDAMENDED COUNTERCLAIMS

Formatted: No bullets or numbering

Formatted: Line spacing: single

Formatted: Line spacing: single, No bullets or numbering

sustained damage and could not sell any VLAND F150 because of Arex's cease and desist letter, but t. This is a farce that flies in the face of this Court.

123.    ZYA and ZHL's outlandish shell game is poorly disguised and should be punished cannot be permitted to stand.

124.    Specifically, ZYA's Vland trademarks and other assets were transferred by and among the Alter Ego Defendants with fraudulent intent to hinder, delay, or defraud Arex (actual fraud).

125.    Alternatively, upon information and belief, the transfers by and among the Alter Ego Defendants were made for less than reasonably equivalent value (constructive fraud).

126.    These fraudulent transfers were a substantial factor in causing harm to Arex. Due to the improper transfer of ZYA's trademarks and other assets into the names of the Alter Ego Defendants, ZYA has cut off its liability herein and made itself judgment-proof. Without this cause of action, all of ZYA's assets will beyond Arex's reach by the time this action case concludes.

127.    Arex seeks avoidance of the transfers, judgment against the transferees for the value of the assets transferred, that the Defendants Counter-defendants post an undertaking in the amount of the value of the transferred assets, attachment, preliminary and permanent injunction against further disposition or transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if disposed of, and/or any other and further relief the court deems appropriate.

128.    Arex further seeks consequential and punitive damages against these D Counter-defendants as the transfers were made with malicious intent in an effort to avoid liability for ZYA's patent infringement.

## COUNT SIX

## ATTEMPTED MONOPOLIZATION (15 U.S.C § 2) WALKER PROCESS SHERMAN ACT VIOLATION

129.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

130.    As detailed with particularity in paragraphs 69-104 of these Counterclaims, the '796 patent is unenforceable because individuals associated with the filing and prosecution of the '796 patent, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo, acting as agents and/or with knowledge of

1  ZYA intentionally and willfully misled the USPTO by omitting material information and using stolen

2  USPTO agent identity which if known by the PTO, would have resulted in the USPTO not allowing the

3  patent.

4  131.   Knowing that Patent '796  was obtained by fraud and the commission of inequitable

5  conduct before the USPTO, ZYA nonetheless commenced the present action against Arex in this instant

6  action based on the very existence and validity of its '796 patent.

7  As it turns out, the very existence and validity of its '796 patent is based on lies, intentional

8  misrepresentation, and is a farce that flies in the face of the United States judicial system.

9  132.   Such conduct constitutes a knowing, willful, and intentional attempt to enforce patent

10  procured by fraud and to improperly maintain and/or obtain monopoly power in the relevant market in

11  the United States in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. The relevant market

12  consists of sellers of Ford 150 headlight having (1) a single LED projector light with surrounding bezel

13  (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow)

14  positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing

15  between each bar (headlight middle main section), (3) a single LED projector light with a surrounding

16  bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing

17  arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and

18  taping around the outer perimeter of the headlamp, (5) an inner side lamp (parking light) adjacent and

19  protruding horizontally to the triple horizontal LED bars, and (6) a grill-like bar covering the inner side

20  lamp.

21  133.   ZYA has acted with specific intent to unlawfully monopolize the relevant markets, and

22  has a dangerous probability of achieving monopoly power in the relevant market as evidenced by the

23  anticompetitive conduct alleged herein, and without legitimate business justification.

24  134.   As a direct and proximate result of ZYA's anticompetitive conduct alleged heretofore,

25  competition in the relevant markets has been, and will continue to be, injured to the detriment of

26  consumers who will be subject to reduced choice, retarded quality in terms of product attributes.

27

28

29

THIRDSECONDAMENDED COUNTERCLAIMS

135.   As a direct and proximate result of ZYA's anticompetitive conduct alleged heretoforein, Arex hashas been and continues to be been iinjured in its business and property and is threatened with additional losses from ZYA's conduct.

**COUNT SEVEN**

**VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW**

**(Cal. Bus. & Prof. Code § 17200 Against All Counter-Ddefendants).**

136.   Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

137.   The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition", including any "unlawful, unfair, and fraudulent business act or practice". Cal. Bus. & Prof. Code § -17200.

138.   Counter-Ddefendant's's actions set forth herein constitute intentional business acts and practices that are unlawful, unfair, and fraudulent, including Counter-Ddefendant's's unreasonable cease and desist letters, and harassment inby filing this frivolous lawsuit to the Counter-Plaintiffagainst Arex.

139.   As demonstrated above, Counter-dDefendants violated the Unfair Competition LawUCL by knowingly and willfully committeding fraud upon the USPTO in prosecuting their patent using a stolen identity and made false or misleading statements regarding the validity of their patent in connection sales of their products as well as the demand lettercease and desist letter sent to the Counter-PlaintiffArex, ultimately leading to this lawsuit.

140.   As demonstrated above, Counter-defendants violated the UCL by knowingly and willfully committing fraud upon the USPTO in prosecuting their patent using a stolen identity andAs demonstrated above, Counter-Defendant violated the Unfair Competition Law as its actions of knowingly and willfully committed fraud upon the USPTO in prosecuting their patent using stolen identity and enforcing such patent through at least the cease-and-desistdemand letter and the institution of this lawsuit. This conduct is a violation of Sherman Act Section 2, which constitutes both as unlawful and unfair business practices.

141.   As a direct and proximate result of Counter-Ddefendants's acts of unfair competition, Counter-dDefendants haves wrongfully harmed Counter-PlaintiffArex. Counter-Ddefendants must

should  therefore disgorge all profits from the above conduct and further should be ordered to

performprovide full restitution to Counter-Plaintiff as a consequence of Counter-Defendant's unlawful,

unfair, and fraudulent activitiesArex.

, and/or is designed to deceive a substantial segment of consumers into believing that Counter-

Defendants have successfully designed and obtained a patent registration for its products.

Counter-Defendants' patent registration is invalid and unenforceable and Counter-Defendants' false and

misleading statement to the contrary deceives consumers. This deception is material in that it has, upon

information and belief, influenced, and will continue to influence, consumer purchasing decisions

regarding Counter-Defendants' products and services, and to the detriment of Arex.COUNT EIGHT

**FALSE ADVERTISING —— VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW**

**(Cal. Bus. & Prof. Code § 17500 Against All Counter-dDefendants)**

142.    Arex re-alleges and incorporates by reference each and every allegation in the preceding

paragraphs as though fully set forth herein.

143.    California's unfair competition law §Section 17500 of California's Business and

Professions Code ( UCL§ 17500  )protects both consumers and competitors by promoting fair

competition in commercial markets for goods and services. This Section text of the UCL competition

law ( UCL) makes it it unlawful:

for any person, . . . corporation . . . or any employee thereof with intent directly or indirectly
to dispose of real or personal property or to perform services . . .or to induce the public to
enter into any obligation relating thereto, to make or disseminate . . . before the public in this
state, . . . in any newspaper or other publication . . . or in any other manner or means
whatever . . . any statement, concerning that real or personal property or those services . . .
which is untrue or misleading, and which is known, or which by the exercise of reasonable
care should be known, to be untrue or misleading . . . .
Cal. Bus. & Prof. Code § 17500.

144.    Counter-dDefendants knowingly and willfully committed fraud upon the USPTO in

prosecuting their patent and made false or misleading statements regarding the validity of their patent in

connection with the advertising and sale of their products.

31

145.   Specifically, Counter-dDefendants, on at least one location on the point-of-sale web page, would advertised that the Accused Product For F150 headlight which is the subject of the lawsuit has a valid design patent.

146.   Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent.



147.   The statements in thishe advertisingent are simply untrue orand misleading and the Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement iwas untrue and misleading.

A violation of Section 17500 is a misdemeanor, punishable by fine or imprisonment. Cal. Bus. & Prof. Code §17500

148.   Injunctive relief and restitution are also available to both private and public prosecutors under the UCL. (Id. at § 17535).

149.   Accordingly, Counter-dDefendants should thereforemust disgorge all profits from the above conduct and further should be ordered to perforprovidem full restitution to Counter-PlaintiffArex.

32

THIRDSECONDAMENDED COUNTERCLAIMS

1   ~~'s conduct constitutes unlawful, unfair, and/or fraudulent business practices within the State~~

2   ~~of California in one or more of the following ways:~~

3   ~~Counter-Defendants' conduct is unlawful as their patent was obtained in violation of the~~

4   ~~relevant patent law of the United States and also because their advertising and sale of~~

5   ~~their products are in violation of false advertisement in violation of California law.~~

6   ~~Counter-Defendants' conduct is unfair as it is substantially injurious to consumers in that~~

7   ~~it wrongly limits competition through the use of an invalid patent registration and~~

8   ~~unfairly influence consumer purchasing decision regarding Counter-Defendants' products~~

9   ~~and services, and to the detriment of the consumers. Counter-Defendants'~~

10  ~~misrepresentation as to the validity of their patent in relation to its products is unfair—the~~

11  ~~harm caused by such conduct outweighs any benefit to Counter-Defendant, the State of~~

12  ~~California, or its residents.~~

13  ~~Counter-Defendants' conduct is fraudulent because it likely deceive members of the~~

14  ~~public as to the validity of their patent and fraudulently influence consumers' purchasing~~

15  ~~decisions regarding Counter-Defendants' products and services, and to the detriment of~~

16  ~~the consumers.~~

17  ~~Counter-Defendants' /or2~~**COUNT NINE**

18  **VIOLATION OF SECTION 43(a) of the LANHAM ACT**

19  150.   Arex re-alleges and incorporates by reference each and every allegation in the preceding

20  paragraphs as though fully set forth herein.

21  151.   ~~Like Section 17500 of the UCL,~~ Section 43(a) of the Lanham Act is designed to protect

22  both consumers as well as competitors. Section 43(a) of the Lanham Act provides, in relevant part:

23

24  (1) Any person who, on or in connection with any goods or services, or any container for

25  goods, uses in commerce any . . . false or misleading representation of fact, which --
    .-:

26  (B) in commercial advertising or promotion, misrepresents the nature, characteristics,
    qualities, or geographic origin of his or another person s goods, services, or commercial

27  activities, shall be liable in a civil action by any person who believes that he or she is
    likely to be damaged by such act.

28  15 U.S.C. §1125(a).

Formatted: Indent: Left:  0.75", Tab stops: Not at 0.75"

Formatted: Font: Bold

Formatted:  No bullets or numbering

Formatted: Font: (Default) Times

Formatted: Font: (Default) Times New Roman

Formatted: No Spacing, Indent: Left: 0.5", Space Before:  0 pt, After:  0 pt, Line spacing: Exactly 23 pt, No bullets or numbering

Formatted: Indent: Left:  0.5", First line:  0.5", Space Before:  0 pt, After:  0 pt

152.   The elements for a false advertising claim under Section 43(a) are: (1) a false statement of fact by the defendant in a commercial advertisement about its own or another's product; (2) the statement actually deceived or has the tendency to deceive a substantial segment of its audience; (3) the deception is material, in that it is likely to influence the consumer's purchasing decisions; (4) the defendant caused its false statement to enter interstate commerce; and (5) the plaintiff has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to defendant or by a lessening of the good will associated with its products. *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1139 (9th Cir. 1997).

153.   Counter-defendants knowingly and willfully committed fraud upon the USPTO in prosecuting their patent and made false or misleading statements regarding the validity of their patent in connection with the advertising and sale of their products.

154.   Specifically, Counter-Defendant on at least one location on the point-of-sale web page would advertise that For F150 headlight which is the subject of the lawsuit has valid design patent.

155.   Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent.

156.   The statements in the advertising are simply untrue or misleading and Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement is untrue and misleading.

157.   The statement actually deceived or has the tendency to deceive a substantial segment of its audience.

158.   The deception is material, in that it is likely to influence the consumer's purchasing decision.

159.   Counter-defendants caused their false statements to enter interstate commerce.

160.   Arex has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to Counter-defendants or by a lessening of the good will associated with its products.

A plaintiff who successfully establishes a violation of Section 43(a) of the Lanham ActArex is thus entitled to may obtain injunctive relief and is entitled to recover, subject to the principles of equity, (1)Counter-defendants' profits, (2) any damages sustained by the plaintiff, and (3) the costs of the actionsuit.

161.    The court may treble any of these damages and, in exceptional cases, may award reasonable attorney fees to the prevailing party. 15 U.S.C. §§ 1116 and 1117(a).

Accordingly, Counter-Plaintiff shall seek this Court to award Counter-plaintiff's profit, the damages sustained by the plaintiff, the cost of the action, a treble of damage and attorneys fees against the Counter-Defendant.

80.

## PRAYER FOR RELIEF

WHEREFORE, Arex prays for relief and judgment as follows:

1.    That ZYA takes nothing by itscomplaintits complaint;

2.    That the Court enter judgment against ZYA and in favor of Arex and that ZYA's claims be dismissed in their entirety, with prejudice;

3.    That this Court determine that ZYA, ZHL, and Waong haves infringed the '634 Patent;

4.    That ZYA, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within the United States;

5.    That ZHL, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within the United States;

6.    That this Court permanently enjoin ZYA, ZHL, and Woang andas well as their agents and employees from continuing their unlawful actions set forth herein;

7.    That this Court Arex recover treble damages;void t avoidance of the fraudulent transfers, enter judgment against the transferees for the value of the assets transferred, order that the

35

ZYA, ZHL and Woang post an undertaking in the amount of the value of the transferred assets, attachment, preliminary and permanent injunction against further disposition or transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if disposed of;

8.    Consequential and punitive damages and ZYA, ZHL, and Wong;

Disgorgement of ZYA, ZHL and Wong's sales and profits.

4.9.

5.10.    Compensation for all damages caused by ZYA, ZHL, and Woang's unfair competition and or infringement of the '634 Patent to be determined at trial, and but not less than $1,000,000;$3,000,000;

6.11.    A finding that this case is exceptional and awarding reasonable attorney's fees to Arex pursuant to 35 U.S.C. § 285;:

12.    A finding that this case is exceptional, thereby trebling the damages and awarding reasonable attorney's fees to Arex pursuant to 15 U.S.C. §§ 1116 and 1117(a).

7.13.    Granting Arex pre-and post-judgment interest on its damages, together with all costs and expenses;

8.14.    Finding ZYA, ZHL, and Woang's infringement of the '634 Patent to be willful and increasing damages up to three times the amount found or assessed by the jury;

9.15.    Ordering that ZYA, ZHL, and Waong to deliver to Arex or destroy all infringing products;

10.16.  Declaring that the claims of the '796 Patent is invalid;

11.17.  Declaring that the claims of the '796 Patent are unenforceable; and

18.    Granting Arex such other and further relief as the Court may deem just and proper.

12.1.   Disgorgement of ZYA, ZHL and Wong's sales and profits.

DATED: JuNEJune 23July 143, 2023.                    **INHOUSE CO. LAW FIRM**

THIRDSECONDAMENDED COUNTERCLAIMS

**Formatted:** Font: Times

1

2

3   By: _____

4       Alexander Chen, Esq.
        Katja M. Grosch, Esq.
5       Theodore Lee, Esq.
        Attorneys for Defendant and Counterclaimant
6       ____Arex Industries, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRDSECONDAMENDED COUNTERCLAIMS

1

## **DEMAND FOR JURY TRIAL**

2

Defendant and Counter-claiman thereby demands a trial by jury on all claims.

3

4

DATED: June 23July 143, 20232023.                    INHOUSE CO. LAW FIRM

5

6

7

8

By: _____

9            Alexander Chen, Esq.

10           Katja M. Grosch, Esq.
             Theodore Lee, Esq.

11           Attorneys for Defendant and Counterclaimant
             Arex Industries, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRDSECONDAMENDED COUNTERCLAIMS

# EXHIBIT 2

Alexander Chen [SBN 245798]
alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone:  949-250-1555
Facsimile:  714-882-7770

Attorneys for Defendant and Counterclaimant,
Arex Industries, Inc

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD.**, a Chinese company, <br><br> Plaintiff, <br><br> v. <br><br> **AREX INDUSTRIES, INC.**, a California company, <br><br> Defendant. | Case No. 2:22-cv-01692-JWH-PD <br><br> **THIRD AMENDED COUNTERCLAIMS FOR:** <br><br> 1. **INFRINGEMENT OF US PATENT NO. D909,634;** <br> 2. **WILLFUL INFRINGEMENT;** <br> 3. **DECLARATION OF INVALIDITY OF US PATENT NO. D925,796;** <br> 4. **DECLARATION OF UNENFORCEABLILTY OF US PATENT NO. D925,796;** |
| **AREX INDUSTRIES, INC.**, a California company, <br><br> Counterclaimaint, <br><br> v. <br><br> **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD.**, a Chinese company, <br><br> Counterdefendant. | 5. **FRAUDULENT TRANSFER;** <br> 6. **CALIFORNIA FLASE ADVERTISING; and** <br> 7. **CALIFORNIA UNFAIR COMPETITION** <br> 8. **WALKER PROCESS ANTITRUST VIOLATION** |

Defendant and Counterclaimant Arex Industries, Inc. ("Arex") presents the following allegations and facts in support of these Counterclaims and demands a jury trial on all causes of action stated herein against the named Counterclaim Defendant as follows:

## JURISDICTION AND VENUE

1.      This is a civil action for infringement of a patent and for a declaration of noninfringement and invalidity of a patent, arising under the patent laws of the United States, including, without limitation, 35 U.S.C. § 100, *et seq*., and the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*.

2.      This court has subject matter jurisdiction over these claims pursuant to the patent laws of the United States under 28 U.S.C. §§ 1331 and 1338(a) and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

3.      Venue properly lies within the Central District of California pursuant to 28 U.S.C. § 1391(b), (c), and (d).

## PARTIES

4.      Arex is a corporation registered and existing under the laws of the State of California, having its principal place of business at 5300 Irwindale Ave, Irwindale, California 91706.

5.      Upon information and belief, Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("ZYA") is a company organized and existing under the laws of China, having its principal place of business in Wenzhou, China. ZYA has consented to the jurisdiction of this Court by initiating this lawsuit.

6.      Upon information and belief, ZYA is a China-based manufacturer, online distributor, and retailer of auto and motorcycle parts and accessories, and ZYA is the owner of the United Stated registered trademark for VLAND for various lights for vehicles.

7.   Upon information and belief, Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL") is a company organized and existing under the laws of China, having its principal place of business in Zhejiang, China. ZHL is a China-based manufacturer, online distributor, and retailer of automobile parts and accessories, and ZHL is currently the owner of the United Stated registered trademarks for VLAND for various lights for vehicles.

2

INHOUSE CO. LAW FIRM

8.   Upon information and belief, Yonghuo Wang ("Wang") is an individual having a citizenship of China residing in Gangzhou, China. Wang is the principal of both ZYA and ZHL.

## ALTER EGO ALLEGATIONS

9.   Arex is informed and believes and thereon alleges that the individual and entity named as Counter-Defendants herein, including but not limited to Wang and ZHL (hereinafter collectively referred to as the "Alter Ego Counter-Defendants"), and each of them, were at all times relevant herein the alter egos ZYA by the reason of the following:

(a) Arex is informed and believes and thereon alleges that ZYA, at all times herein was mentioned, dominated, influenced, and controlled by each of the Alter Ego Counter-Defendants and the officers thereof as well as the business, property, and affairs of each said entities;

(b) Arex is informed and believes and thereon alleges that, at all times herein mentioned, there existed and now exists a unity of interest and ownership between ZYA and each of the Alter Ego Counter-Defendants; the individual and separateness of ZYA and each of the Alter Ego Counter-Defendants have ceased;

(c) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA has been and continues to be a mere shell and naked framework which the Alter Ego Defendants uses as a conduit for the conduct of their personal business, property, and affairs;

(d) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA was created and continued pursuant to a fraudulent plan, scheme, and/or device conceived and operated by the Alter Ego Counter-Defendants, whereby the income, revenue, and profit of ZYA were diverted by the Alter Ego Counter-Defendants to themselves;

(e) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA was organized by the Alter Ego Counter-Defendants as a device to avoid liability and for the purpose of substituting financially irresponsible entities in the place and stead of ZYA;

INHOUSE CO. LAW FIRM

(f)  By virtue of the foregoing, adherence to the fiction of the separate corporate existence of ZYA would, under the circumstances, sanction a fraud and promote injustice in that Arex would be unable to realize any judgment in its favor.

(g)  Additionally, upon information and belief, Wang is the principal for both ZYA and ZHL. ZHL owns the VLAND trademark in the European Union; ZHL owns the VLAND trademark in Australia; and after the transfer by ZYA to ZHL, ZHL owns the VLAND Trademarks in the United States as well.

(h)  Attached **Exhibit I** is a true and copy of a copy of the website yzheng.com , which is the website of ZHL showing in the same webpage bearing "Vland" trademark, while in the "About US" section stating that the company is "ZYA" and then at the bottom of the webpage stating that the company is ZHL.

## THE ASSERTED PATENT AND INFRINGEMENT THEREOF

10.     On February 2, 2021, the United States Patent and Trademark Office duly and legally issued United States Design Patent No. D909,634, entitled "Vehicle Headlight" ("the '634 Patent"). The patent's named inventor is Mizeng He. Arex is the assignee and owner of the entire right, title, and interest in and to the '634 Patent and as such is vested with the right to bring this suit for damages and other relief. A true and correct copy of the '634 Patent is attached hereto as **Exhibit A**.

11.     ZYA's "VLAND LED headlights for Ford 150 2018-2020" (the "Accused Products") are copied from the '634 Patent and are listed on VLAND's website[1] and on Amazon.com[2]. A true and correct copy of ZYA's listings is attached hereto as **Exhibit B**.

## COUNTER-DEFENDANTS' ATTEMPT TO AVOID LIABILITY
## AND FRAUDULENT TRANSFER

12.     At the commencement of this lawsuit, ZYA was the owner of several United States registered trademarks for VLAND, including U.S. Reg. Nos. 6302000, 6301997, 5781201, and 5065813 (the "VLAND Trademarks"), all of which relates to motor vehicle products and/or accessories.

---

[1] https://www.vland-official.com/products/vland-led-projector-headlights-for-ford-f150-2018-2020-without-sequential-turn-signal

[2] https://www.amazon.com/Upgraded-Headlights-Pickup-Assembly-YAA-F150-2042A/dp/B08PZ1N9V8/ref=sr_1_32?crid=1H58RM39S8QVC&dchild=1&key

INHOUSE CO. LAW FIRM

13.     On or about December 12, 2022, in the midst of this current action, ZYA transferred through assignment the entire interest in the VLAND Trademarks from ZYA to ZHL. Each of the assignments for the VLAND Trademarks was recorded with the USPTO and a true and correct copy of each is attached hereto as **Exhibit G.**

14.     After the fraudulent transfer of ZYA's VLAND Trademarks and potentially other assets to ZHL, ZYA has taken the position that ZYA has only sold the Accused Product up to November of 2021 and has since not sold any Accused Products.

15.     However, a search for VLAND and the Accused Products shows that the Accused Products are still being sold under the VLAND Trademarks on Amazon.com.

<div align="center">

**FRAUDULENT ACQUISITION OF PATENTS FROM**

**THE USPTO AND INJURY TO COMPETITION**

</div>

16.     Incredibly, ZYA has fraudulently obtained patents from the United States Patent and Trademark Office ("USPTO"). In counsel's years of experience and practice in the field of intellectual property, counsel has never seen such blatant fraud before the USPTO. The level of the fraud and audacity of ZYA is unprecedented.

17.     To date, ZYA has been successfully in its scheme in fraudulently obtaining patents, including but not limited to U.S. Patent Number D925,796.

18.     Specifically, ZYA's D925,796 Patent indicated that a USPTO patent practitioner Jie Yang ("Yang"), Registration Number 77,665, prosecuted the patent application.

19.      Yang, however, has denied under oath that she prosecuted the patent application or authorized the use of her name and registration number for the prosecution of the D925,796 patent.

20.     ZYA did not, in its D925,796 patent application, disclose the fact that Ms. Yang was not involved in the prosecution of the patent, nor did she not authorized the use of her name and registration for the prosecution of the patent.

21.     Accordingly, ZYA made representations to the USPTO that were material to the patentability of its then pending patent application which it knew to be false. The materially false representations and omissions were intended to induce and did induce reliance by the patent examiners charged with determining whether to grant ZYA's patent claims.

INHOUSE CO. LAW FIRM

22.     Indeed, but for ZYA's materially false statements and omissions, the D925,796 patent would not have issued.

<center><u>**COUNT ONE**</u></center>

<center>**INFRINGEMENT OF THE '634 PATENT BY ZYA**</center>

23.     Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

24.     ZYA has knowledge of the design embodied in the '634 Patent in as early as February 2019 when Arex debuted its product, bearing the '634 Patent, in the US. ZYA has knowledge of its infringement of the '634 Patent since at least December 2021, when counsel for ZYA contacted Arex's counsel in response to Arex's October 27, 2021, cease and desist letter to third party US ELogistics Service Corp.

25.     The '634 Patent has a single claim directed to the ornamental design for vehicle headlights as shown below:



Arex's
D909,634 Design Patent

THIRD AMENDED COUNTERCLAIMS

INHOUSE CO. LAW FIRM



26.     ZYA copied the design for its Accused Products from the design of the '634 Patent. A side-by-side comparison of the '634 Patent and an exemplary specimen of ZYA's headlight is shown below:

| Arex's D909,634 Design Patent | ZYA's headlight |
|---|---|
| | |

7

INHOUSE CO. LAW FIRM













THIRDAMENDED COUNTERCLAIMS

27.     As depicted above, the headlight design of the Accused Product is the same or substantially the same as the headlight design of the '634 Patent. While both are designed as aftermarket lights to replace the original Ford 2018 headlight, ZYA copied the designs of Arex and made its own design to be so similar to Arex such that an ordinary observer would be so deceived by the substantial similarity between the designs.

28.     Indeed, the '634 Patent is comprised of the following main ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

29.     Specifically, the '634 Patent contains a main middle section that has ***prominent*** triple horizonal LED bars with marginal spacing between each bar ("Triple LED Bars") that immediately draw the user's attention. These Triple LED Bars are the prominent design element, and are not disclosed in any of the prior art cited in the '634 Patent's prosecution history. The Accused Product also has aesthetically identical features comprising of the five ornamental features listed above and most importantly, the Triple LED Bars.

30.     Except for the slight differences in the non-material respect of the appearance of the inner side lamp (5), the accused product bears identical features matching that of the '634 patent, most notably the Triple LED Bars and the two LED lights with reversed arrow bezels placed on the top and bottom of the Triple LED Bar. Given that the similarity between these points of novelty, such that the overall design of the '634 Patent and Accused Products are nearly identical, there is no doubt that ZYA's Accused Products infringe the '634 Patent. Giving such attention as a purchaser usually gives, an ordinary user would be so confused by the substantial similarity between the designs so as to be induced to purchase ZYA's product supposing it to be from Arex.

INHOUSE CO. LAW FIRM

31.     Arex has not granted a license or any other authorization to ZYA to make use, offer for sale, sell, or import headlights that embody the headlight design patented in the '634 Patent.

32.     Arex alleges upon information and belief that, without authority, ZYA has infringed and continues to infringe the '634Patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '634Patent in violation of 35 U.S.C. § 271, including but not limited to the Accused Products.

33.     ZYA's acts of infringement of the '634Patent was undertaken without authority, permission, or license from Arex. ZYA's infringement violates 35 U.S.C. § 271.

34.     Arex is informed and believes that ZYA intentionally sells, ships, or otherwise causes to be delivered the Accused Products in the United States, with knowledge that they are designed to and do practice the infringing features of the '634 Patent.

35.     Arex has been damaged in an amount to be proven at trial, but not less than $1,000,000, plus interest, attorney's fees, and costs as provided by law.

36.     Arex is without an adequate remedy at law and has thus been irreparably harmed by these acts of infringement. Arex asserts upon information and belief that infringement of the asserted claims of the '634 Patent is continuous and ongoing unless and until ZYA is enjoined from further infringement by the Court.

## COUNT TWO

## WILLFUL INFRINGEMENT OF THE ASSERTED PATENT

37.     Arex re-alleges and incorporates by reference each allegation in the preceding paragraphs as though fully set forth herein.

38.     ZYA's infringement of the '634 Patent has been willful.

39.     ZYA has had actual knowledge of the '634 Patent since as early as 2019 February and also at least as early as December 2021 when counsel for ZYA contacted Arex's counsel in response to Arex's October 27, 2021, letter to US E-Logistics Service Corp.

40.     Accordingly, ZYA's continued marketing and sales evidence not only ZYA's pre-suit knowledge of the '634 Patent, but that ZYA's infringement of the '634 Patent has been, and continues to be, willful and deliberate, warranting treble damages.

41.     Indeed, ZYA's sole possible defense to willfulness is that it has a valid design patent of its own. However, this defense is premised on fraud and foul play.

42.     On information and belief, when ZYA filed its U.S. Design Patent D925,796 ("the '796 Patent") on July 21, 2020, it copied all of the key ornamental features of Arex's F150 headlight that are embodied in the '634 Patent.

43.     The F150 product embodied in the '634 Patent was introduced into US commerce as early as February 2019. It proved to be a tremendous success and received accolades from the industry and users alike.

44.     On information and belief, eyeing the success of Arex's F150 headlight, ZYA devised a scheme by which it would (a) copy the designs, (b) make slight changes, (c) withhold key prior art that would show that the changes were not novel, and (4) proceed to obtain a patent by fraud and sell the products under the cover of a duly-issued patent.

45.     Indeed, ZYA first obtained a copy of the F150 sample and copied its prominent key ornamental features including the features of (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

46.     After ZYA copied the prominent features, it made a marginal effort to distinguish their design from the '634 Patent by incorporating a grill-like bar covering the inner side lamp, a feature that was already disclosed in prior art, specifically, the 2018 Ford F-150 King Ranch Edition exterior halogen headlight ("King Ranch Light").

INHOUSE CO. LAW FIRM

| King Ranch Light | ZYA's '796 |
|---|---|



47. ZYA purposely withheld the prior art of the King Ranch Light from the USPTO during the prosecution of the '796 Patent. Had the King Ranch Light prior art been disclosed to the USPTO, the Examiner would not have issued the '796 Patent, given that the only material difference between Arex's '634 Patent and ZYA's '796 Patent is the grill-like bar covering the inner side lamp, a feature that was already disclosed on the King Ranch Light.

48. ZYA filed its '796 Patent application as an expedited request, which requires a certification that the relevant agents and principals had conducted a thorough prior art search. Based on the attorney's certification of prior art search, only three (3) items of prior art were offered, none of which were the '634 Patent or the King Ranch Light. Despite the heightened requirement of self-certification of a thorough prior art search, ZYA still failed to disclose the King Ranch Light.

49. On information and belief, ZYA knew that it had obtained the '796Patent improperly by copying the features of the '634 Patent and adding a grill-like bar covering the inner side lamp identical to the 2018 Ford King Ranch F150 headlight, and further failing to disclose the existence of the King Ranch Light prior art to the USPTO.ZYA's reliance on the '796 Patent as a defense to Arex's infringement claims so that they can continue to sell without consequences only makes their conduct even more egregious.

50. Therefore, Arex seeks to recover enhanced damages against for willfulness as authorized by law.

THIRDAMENDED COUNTERCLAIMS

**COUNT THREE**

**DECLARATION OF INVALIDITY OF D925,796 PATENT**

51.     Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

52.     The '796 Patent is owned by ZYA, and a copy thereof is attached hereto as **Exhibit C**.

53.     Arex contends that the claim of the '796 Patent is invalid for failure to comply with one or more of the conditions for patentability set forth in Part II of Title 35 of the United States Code, including 35 U.S.C. §§ 102and 103 because it is anticipated or is obvious in view of Arex's '634 Patent and the other prior art discussed above.

54.     As shown in **Exhibit D**, ZYA contends that the '796 Patent does not infringe upon the '634 Patent because it was issued after the patent examiner considered the '634 Patent.

55.     Under 35 USC §§ 102, a person cannot obtain a design patent if someone else already has made an identical version of the design. Simply put, the design must be new. A design that is not new or novel is said to be "anticipated by the prior art." Under the U.S. patent laws, a design that is "anticipated" is not entitled to patent protection.

56.     When viewed as a whole, the '796 Patent is "identical in all material respects" to the overall visual impression of the '634 Patent. Minor differences between the prior art and the claimed design do not preclude a finding of anticipation.

57.     The distinctive ornamental features of the '634 Patent are compared to the '796 Patent in the charts herein. Specifically, as shown in Fig. 2, the '634 Patent is comprised of these main ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bar (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

INHOUSE CO. LAW FIRM

THIRDAMENDED COUNTERCLAIMS

58.     The '634 Patent contains a middle main section that has the ***prominent*** Triple LED Bars that immediately draw the user's attention. These Triple LED Bars are the prominent design element that is not disclosed in any of the prior art cited in the '634 Patent's prosecution history. Similarly, the '796 Patent also has aesthetically identical features comprising of the five ornamental features and most importantly, the Triple LED Bars. This undisputed similarity between the '634 Patent and the '796 Patent can be seen in the following chart:



| AREX's '634 | ZYA's '796 |
|---|---|

59.     Except for slight non-material differences in the appearance of the inner side lamp (5), the '796 Patent bears identical features matching that of the '634 Patent, most notably the Triple LED Bar and the two LED lights with reversed arrow bezels placed on top and bottom of the Triple LED Bar. The differences between these points of novelty and the Accused Products are so minor that the

THIRDAMENDED COUNTERCLAIMS

overall design of the '634 Patent and '796 Patent are identical in all material respects, and the '796 Patent should be held invalid under 35 USC § 102.

60. A claimed design is invalid as "obvious" if it would have been obvious to a designer of ordinary skill who designs articles of the type involved.

61. Here, the combination of the '634 Patent with a closely related secondary reference, such as the King Ranch Light already in public display and use as early as January 12, 2017, would suggest the claimed design to a designer of ordinary skill. Indeed, a designer of ordinary skill would have combined these references to create the same overall visual appearance as the claimed design.

62. The slight non-material differences in the appearance of the inner side lamp (5) with grill like bar is disclosed in the King Ranch Light, shown in **Exhibit E**.

63. By combining the design of the '634 Patent as primary prior art and the King Ranch Light as secondary prior art, the '796 Patent is invalid for obviousness under 35 USC § 103.

64. An actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201,*et seq*., exists between Arex and ZYA with respect to the invalidity of the '796 Patent.

65. A judicial declaration of the invalidity of the '796 Patent, under 35 USC § 102 for Anticipation and 35 USC § 103 for Obviousness, is necessary and appropriate to resolve this controversy.

## COUNT FOUR

## DECLARATION OF UNENFORCEABILITY OF D925,796 PATENT

66. Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

67. Every person who is substantively involved in the preparation or prosecution of the patent application and who was associated with ZYA owed a duty to disclose information material to patentability to the USPTO under 37 C.F.R. section 1.56(a).

68. The obligation of such individuals to disclose material information to the USPTO is also reflected in the Manual of Patent Examining Procedure (MPEP), Chapter 2000.

INHOUSE CO. LAW FIRM

15

THIRD AMENDED COUNTERCLAIMS

69.     For example, MPEP section 2001.01 states: "the duty of disclosure ... would apply to individuals within the corporation or institution who were substantively involved in the preparation or prosecution of the application, and actions by such individuals may affect the rights of the corporation or institution."MPEP § 2001.01 (Rev. 10.2019, Last revised June 2020).

70.     The duty of disclosure applies to those who are associated with the inventor, the applicant, an assignee, or anyone to whom there is an obligation to assign the application. 37 CFR 1.56(c)(3).

71.     The individuals, therefore, and according 37 CF 1.56(c)(3), that have duties to disclose prior art, include the named inventor Yu Chen of Rui'an China, who is also the manager of applicant ZYA, the named prosecuting USPTO practitioner Jie Yang, the designer of the accused light apparatus Xiaopeng Liao, the principal of applicant ZYA Wang Yonghuo.

72.     The '796 Patent is presumed to be owned by ZYA as ZYA was the named applicant.

73.     Arex contends that the sole claim of the '796 Patent is unenforceable because it was procured by inequitable conduct.

74.     On information and belief, when ZYA filed its application for the '796 Patent, Yu Chen, Xiaopeng Liao and Wang Yonghuo copied all of the key ornamental features of Arex's F150 headlight.

75.     Specifically, Arex's F150 product ("the '634 Patent") was introduced into US commerce in as early as February 2019 and was tremendously successful with accolades from the industry and users alike.

76.     On information and belief, eyeing the success of the Arex F150 headlight, Yu Chen, Xiaopeng Liao and Wang Yonghuo wanted to cache by selling AREX copycat.  To do so, they would (a) copy the AREX design, (b) make slight changes by adding a feature from a prior art, (c) withhold the disclosure of the prior art during prosecution of the copycat design and (d) obtain a patent by fraud so they can sell the copycat design legitimately.

77.     On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo first obtained a sample of the Arex's F150 headlight and copied its prominent key ornamental features including (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section),

(2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

78.     On information and belief, after copying the prominent features from AREX, Yu Chen, Xiaopeng Liao, and Wang Yonghuo, in the spring of 2020,next purchased a copy of the "Ford F150 King Ranch Light" which was revealed to the public in as early as 2017 and available to purchase in the fall of 2017.

79.     Specifically, the Ford F150 King Ranch Light was developed by Ford for its F150, specifically the thirteenth generation F150 mid cycle upgrade Model Year 2018-2020. It was revealed to the public in 2017 Detroit Auto Show on January 8, 2017.

80.     They then made a marginal effort to distinguish the Arex design by copying the grill-like bar covering the inner side lamp, a prominent feature in the "Ford F150 King Ranch Light." There is no doubt that Yu Chen, Xiaopeng Liao, and Wang Yonghuo copied the "grill-like bar covering" of the 2018 King Ranch because the same feature looks exactly identical in ZYA's design as illustrated in the below side by side comparison.

| Ford F150 2018 King Ranch | ZYA's '796 |
|---|---|
|  | |

THIRDAMENDED COUNTERCLAIMS

81.     It is important to explain here that while certain products are available for public to purchase, the USPTO Examiner often will not know about it unless such products also has a patent for reasons being that examiner often only search USPTO database for prior art search.  On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew that and chose to not inform the Examiner of the Ford F150 King ranch.

82.     After the ZYA completes its design, it then proceeded to put together a USPTO application for design patent on or about July 21, 2020.

83.     Every person who is substantively involved in the preparation or prosecution of the patent application and who was associated with ZYA owed a duty to disclose information material to patentability to the USPTO under 37 C.F.R. section 1.56(a).

84.     Information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and (1) It establishes, by itself or in combination with other information, a *prima facie* case of unpatentability of a claim; or (2) It refutes, or is inconsistent with, a position the applicant takes in:(i) Opposing an argument of unpatentability relied on by the Office, or (ii) Asserting an argument of patentability.

85.     The "grill-like bar covering" feature was not in any of the prior art cited during the prosecution of the ZYA patent and thus is not cumulative nor made of a record in the application. Likewise, a prima facie case of unpatentability would have been established had the Examiner been made aware of the "grill-like bar covering" as it should have been made as a record in the application.

86.     Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew they had an affirmative duty to disclosing the "grill-like bar covering" of the 2018 King Ranch prior art but made a conscious decision to withhold the prior art because they knew had they done so, the ZYA patent would not have been issued.

87.     On July 21, 2020, when the application was filed, an information disclosure statement ("IDS") was filed in connection to the application which is meant for applicant to disclose all pertinent prior art considered. There was no mention of the "grill-like bar covering" of the 2018 King Ranch in the IDS.

88.     Worst, on August 29, 2020, thirty-eight (38) days after the original application was filed, Yu Chen, Xiaopeng Liao, and Wang Yonghuo then moved to expediate the ZYA Patent application , which requires a certification that the relevant agents and principals have conducted a thorough prior art search. (35 CFR. 1.155 (2).)

89.     Specifically, the expedited application under 35 CF. 1.155 is a special procedure that affords immediate processing of the application based on applicant's promise that it conducted a pre-examination search and to list the search result is listed in the information disclosure statement. USPTO provides such expedited procedure in reliance of applicant's duty of candor.  ZYA, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo took advantage of the system and abused it.

90.     Based on the certification of prior art search under the expedited request dated on August 29, 2020, and shown in **Exhibit F,** only three (3) items of prior art were offered, *none of which* discloses the "grill-like bar covering" of the 2018 King Ranch prior art.

91.     Despite the heightened requirement of self-certification of a thorough prior art search, ZYA, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo purposely failed to disclose the King Ranch Light, which contains ZYA's grill-like bar covering the inner side lamp. The intent is to deceive is especially obvious given that ZYA offered certification that they had conducted the required prior art search.

92.     Based on the above inequitable conduct, the '796 Patent is unenforceable.

93.     Even more sinister than Yu Chen, Xiaopeng Liao, and Wang's intentional withholding of the King Ranch Prior art to fraudulently obtain the issuance of the '796 patent is the shocking deposition testimony of USPTO licensed practitioner Yang stating that the entire '796 application was procured by fraud.

94.     Specifically, on May 2, 2023, the USPTO licensed practitioner Yang was deposed. It was revealed that the '796 patent was never authorized to be prosecuted by her. Yang testified that someone fraudulently used her name and her USPTO practitioner license to prosecute the '796 patent entirely without Yang's knowledge or authorization. That she has never heard of the applicant ZYA, the inventor Yu Chen, or for that matter Xiaopeng Liao or Wang.

95.     When asked, as the entire prosecution file for '796 patent contains at least six (6) different locations bearing Yang's signature, individually and collectively, Yang stated that she had never seen any of the documents and certainly did not sign them

For example:

Q: ……..is it also your position that you do not have a client-practitioner relationship with regard to Mr. Yu Chen (misspelled as YuanZheng), the inventor of this application?

A: I do not have any practitioner-client relationship with the inventor. What's his name again?

….

Q: ….You do not have any practitioner relationship – relationship with the inventor, as well as the applicant, correct?

A: That's correct.

(16:10-23.)

Q: Madam Court Reporter to go ahead and mark this Exhibit Number 7 and by way of sharing the screen, I will represent to you Exhibit 7 is a Design Patent Application transmittal referring to first name of inventor, Yu Chen, of this particular patent at issue, and I want to go ahead and ask you to go and look to the bottom.

(45:3-7.)

Q: There is signature, signature number signature is Jie Yang. The name is also Jie Yang and the registration number of this particular attorney or agent, 77665. Now my question for you is, is your registration number at USPTO 77665?

A: Yes, that's my number.

Q: Are you familiar with this document at all?

A: No.

Q: Is this not your signature, ma'am?

A: I did not sign it

(45:11-21.)

Q: You have any knowledge or reason to understand why your signature is affixed to this particular transmittal?

THIRDAMENDED COUNTERCLAIMS

INHOUSE CO. LAW FIRM

A: I don't know how it got there.

(45:22-46:3.)

Q Did you authorize anyone to sign on behalf of this Information Disclosure Statement?

A: No.

(52:10-12.)

Q: Go ahead and look at Exhibit 15. I just sent -- Madam Court Reporter, please go ahead and mark as Exhibit 15. This -- I will represent to you this is the fees transmittal. This was a fees transmittal that was submitted to the USPTO in connection to the prosecution of this particular application. Towards the bottom I will ask you to carefully -- look -- it states the authorized signature is Jie Yang, dated June 21st, 2021. The prosecutioner's name is Jie Yang, registration number 77665. To the extent you testified that this is you, do you recognize the signature here?

A: I did not sign it.

(55:5-20.)

Q: Have you authorized your friend, Mr. Wang, to file any patent applications on your behalf?

A: I did not authorize Mr. Wang to file these applications.

(89:12-19.)

96.      Yang suspects that the firm of W&K, which prosecuted the patent, specifically Yu Wang, someone who is neither an attorney or a registered USPTO agent, stole her identity to prosecute the '796 patent.

97.      Under USPTO MPEP Section 2016 Fraud, Inequitable Conduct, or Violation of Duty of Disclosure Affects All Claims [R-08.2017], a finding of "fraud," "inequitable conduct," or violation of duty of disclosure with respect to any claim in an application or patent, renders all the claims thereof unpatentable or invalid. *See Therasense Inc. v. Becton Dickinson and Co*., 649 F.3d 1276, 1288, 99 USPQ2d 1065, 1071 (Fed. Cir. 2011), *Chromalloy American Corp. v. Alloy Surfaces Co*., 339 F. Supp. 859, 173 USPQ 295 (D.Del. 1972) and *Strong v. General Electric Co.,* 305 F. Supp. 1084, 162 USPQ 141 (N.D. Ga. 1969), aff'd, 434 F.2d1042, 168 USPQ 8 (5th Cir. 1970), cert. denied, 403 U.S. 906 (1971). In *J. P. Stevens & Co. v. Lex TexLtd*., 747 F.2d 1553, 1561, 223 USPQ 1089, 1093-94 (Fed. Cir. 1984).

98.     While most fraud on the USPTO occurs in the context of intentionally withholding prior art, fraud in this context of using identity theft to procure USPTO Patent falls squarely into the definition of "Fraud" as defined in the MPEP 2016 and the cases thereunder.

99.     Accordingly based on this indisputable fraud and inequitable conduct, the '796 Patent is unenforceable.

100.    An actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq*., exists between Arex and ZYA with respect to the enforceability of the '796 Patent.

101.    A judicial declaration of the unenforceability of the '796 Patent is appropriate to resolve this controversy.

## COUNT FIVE

### FRAUDULENT TRANSFER

### (Cal. Civil Code § 3439 *et seq.*)

102.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

103.    On January 6, 2022, ZYA sent a letter to Arex demanding that it stop attempting to enforce its patent rights against ZYA.

104.    On March 14, 2022, ZYA filed the instant suit alleging various harms as a result of Arex's patent enforcement efforts.

105.    On May 13, 2022, ZYA filed a motion for preliminary injunction, which included the admission that ZYA is the owner of the registered trademark "VLAND". The motion further stated that VLAND has suffered, and will continue to suffer, irreparable harm as a result of Arex's alleged interference.

106.    On April 21, 2023, ZYA's verified discovery responses state that "[p]laintiff has no active stores on Amazon.com. Plaintiff is only a manufacturer of the alleged accused products." In the same response, ZYA states that "[o]ur company's financial sales decreased after we received Defendant's cease and desist letter. Our company could not sell any headlights in 2022 due to the cease

INHOUSE CO. LAW FIRM

and desist letter. Our Company also stopped selling the headlights in December 2021 due to the warehouse holding the products after receiving Arex's cease and desist letter."

> 23    Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as
> 24    follows: Our company's financial sales decreased after we received Defendant's cease and desist
> 25    letter. Our company could not sell any headlights in 2022 due to the cease and desist letter. Our
> 26    Company also stopped selling the headlights in December 2021 due to the warehouse holding the
> 27    products after receiving Arex's cease and desist letter.
> 28

107.   It went on to state that it has only sold 308 of the accused products in 2021.

> Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as follows: Refer to sales data in the March 20, 2023 production. Plaintiff sold 368 ACCUSED PRODUCTS in the year of 2021. Plaintiff's profit for each of the Accused Product is ￥503.01 (RMB).

108.   Yet as of the time of this complaint, the very same VLAND F150 light is available for sale in Amazon's Vland Store, Vlandus.com, Vland-USA.com, Vland-official.com, Vlandshop.com, and Vlandfactory.com.

109.   Attached **Exhibit J** is a true and correct copy of the website Amazon's Vland Store showing it selling the accused product as of July 3, 2023.

110.   Attached **Exhibit K** is a true and correct copy of the website Vlandus.Com showing it selling the accused product as of July 3, 2023.

111.   Attached **Exhibit L** is a true and correct copy of the website Vland-USA.Com showing it selling the accused product as of July 3, 2023.

112.   Attached **Exhibit M** is a true and correct copy of the website Vland-Official.com showing it selling the accused product as of July 3, 2023.

113.   Attached **Exhibit N** is a true and correct copy of the website Vlandshop.com showing it selling the accused product as of July 3, 2023.

THIRDAMENDED COUNTERCLAIMS

114.    Attached **Exhibit O** is a true and correct copy of the website Vlanddfactory.Com showing it selling the accused product as of July 3, 2023.

115.    In fact, as of July 3, 2023, Vlandfactory.Com states clearly state it is operated and own by ZYA:



116.    On July 3, 2023, Arex placed an order for the Accused Product, and it was indeed processed and tracking number generated:



117.    Attached as **Exhibit P** is a true copy of the order that was placed for the Accused Product on July 2, 2023, which has been processed and shipped.

THIRDAMENDED COUNTERCLAIMS

118.    ZYA's preliminary injunction filed in May of 2022 when it already stopped selling VLAND F150 headlights in December of 2021?

119.    Why are the VLAND F150 headlights still for sale as of the day of this complaint on all major eCommerce site if ZYA stopped selling them in December of 2021?

120.    ZYA has since discovered that ZYA transferred all of its VLAND marks to ZHL in December 2022, which has the exact same ownership as ZYA.

| Mark | Serial Number | Previous Owner | Current Owner | Assignment Date |
|---|---|---|---|---|
|  | 88486095 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 88483414 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
|  | 88196972 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 86834961 | Zhejiang Yuanzheng Auto & Motorcycle | ZHEJIANG HONGGUAN LIGHTING | 12/2/2022 |

INHOUSE CO. LAW FIRM

25

| | | Accessories Co., Ltd limited company (ltd.) CHINA | TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | |
|---|---|---|---|---|

121.    Each assignment was signed by non other the Wang on behalf of ZYA and on behalf of ZHL:

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                ASSIGNEE:
ZHEJIANG YUANZHENG AUTO &                ZHEJIANG HONGGUAN LIGHTING
MOTORCYCLE ACCESSORIES CO.,              TECHNOLOGY CO., LTD.
LTD

Signed by:  Wang Yong hua          Signed by:  Wang, Yong hua
            Name: Wang, Yonghuo                Name: Wang, Yonghuo
            Title: Principal                   Title: Principal

122.    This fraudulent transfers permits the people behind ZYA to continue to sell the Accused Products via ZHL, who was not initially named in this lawsuit. ZYA claims that it has sustained damage and could not sell any VLAND F150 because of Arex's cease and desist letter, but this is a farce.

123.    ZYA and ZHL's shell game is poorly disguised and cannot be permitted to stand.

124.    Specifically, ZYA's Vland trademarks and other assets were transferred by and among the Alter Ego Defendants with fraudulent intent to hinder, delay, or defraud Arex (actual fraud).

125.    Alternatively, upon information and belief, the transfers by and among the Alter Ego Defendants were made for less than reasonably equivalent value (constructive fraud).

126.    These fraudulent transfers were a substantial factor in causing harm to Arex. Due to the improper transfer of ZYA's trademarks and other assets into the names of the Alter Ego Defendants, ZYA has cut off its liability herein and made itself judgment-proof. Without this cause of action, all of ZYA's assets will beyond Arex's reach by the time this case concludes.

26

127.    Arex seeks avoidance of the transfers, judgment against the transferees for the value of the assets transferred, that the Counter-defendants post an undertaking in the amount of the value of the transferred assets, attachment, preliminary and permanent injunction against further disposition or transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if disposed of, and/or any other and further relief the court deems appropriate.

128.    Arex further seeks consequential and punitive damages against these Counter-defendants as the transfers were made with malicious intent in an effort to avoid liability for ZYA's patent infringement.

<div align="center">

**COUNT SIX**

**ATTEMPTED MONOPOLIZATION (15 U.S.C § 2) WALKER PROCESS SHERMAN ACT VIOLATION**

</div>

129.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

130.    As detailed with particularity in paragraphs 69-104 of these Counterclaims, the '796 patent is unenforceable because individuals associated with the filing and prosecution of the '796 patent, including Yu Chen, Xiaopeng Liao, and Wang, acting as agents and/or with knowledge of ZYA intentionally and willfully misled the USPTO by omitting material information and using stolen USPTO agent identity which if known would have resulted in the USPTO not allowing the patent.

131.    Knowing that Patent '796  was obtained by fraud and the commission of inequitable conduct before the USPTO, ZYA nonetheless commenced the present action against Arex based on its '796 patent.

132.    Such conduct constitutes a knowing, willful, and intentional attempt to enforce patent procured by fraud and to improperly maintain and/or obtain monopoly power in the relevant market in the United States in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. The relevant market consists of sellers of Ford 150 headlight having (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bar (headlight middle main section), (3) a single LED projector light with a surrounding

INHOUSE CO. LAW FIRM

bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars, and (6) a grill-like bar covering the inner side lamp.

133. ZYA has acted with specific intent to unlawfully monopolize the relevant markets, and has a dangerous probability of achieving monopoly power in the relevant market as evidenced by the anticompetitive conduct alleged herein, and without legitimate business justification.

134. As a direct and proximate result of ZYA's anticompetitive conduct alleged heretofore, competition in the relevant markets has been, and will continue to be, injured to the detriment of consumers who will be subject to reduced choice, retarded quality in terms of product attributes.

135. As a direct and proximate result of ZYA's anticompetitive conduct alleged herein, Arex has been and continues to be injured in its business and property.

## COUNT SEVEN

### VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW

#### (Cal. Bus. & Prof. Code § 17200 Against All Counter-defendants)

136. Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

137. The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition", including any "unlawful, unfair, and fraudulent business act or practice". Cal. Bus. & Prof. Code § 17200.

138. Counter-defendants' actions set forth herein constitute intentional business acts and practices that are unlawful, unfair, and fraudulent, including Counter-defendants' unreasonable harassment by filing this frivolous lawsuit against Arex.

139. As demonstrated above, Counter-defendants violated the UCL by knowingly and willfully committing fraud upon the USPTO in prosecuting their patent using a stolen identity and made false or misleading statements regarding the validity of their patent in connection sales of their products as well as the demand letter sent to Arex, ultimately leading to this lawsuit.

INHOUSE CO. LAW FIRM

140.    As demonstrated above, Counter-defendants violated the UCL by knowingly and willfully committing fraud upon the USPTO in prosecuting their patent using a stolen identity and enforcing such patent through at least the demand letter and the institution of this lawsuit. This conduct is a violation of Sherman Act Section 2, which constitutes both unlawful and unfair business practices.

141.    As a direct and proximate result of Counter-defendants' acts of unfair competition, Counter-defendants have wrongfully harmed Arex. Counter-defendants must therefore disgorge all profits from the above conduct and further should be ordered to provide full restitution to Arex.

## COUNT EIGHT

## FALSE ADVERTISING

### (Cal. Bus. & Prof. Code § 17500 Against All Counter-defendants)

142.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

143.    Section 17500 of California's Business and Professions Code protects both consumers and competitors by promoting fair competition in commercial markets for goods and services. This Section makes it unlawful:

> for any person, . . . corporation . . . or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services . . .or to induce the public to enter into any obligation relating thereto, to make or disseminate . . . before the public in this state, . . . in any newspaper or other publication . . . or in any other manner or means whatever . . . any statement, concerning that real or personal property or those services . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading . . . .
> Cal. Bus. & Prof. Code § 17500.

144.    Counter-defendants knowingly and willfully committed fraud upon the USPTO in prosecuting their patent and made false or misleading statements regarding the validity of their patent in connection with the advertising and sale of their products.

145.    Specifically, Counter-defendants, on at least one location on the point-of-sale web page, advertised that the Accused Product has a valid design patent.

146.    Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent:

INHOUSE CO. LAW FIRM



Our factory has American DOT, European E-Mark and Chinese CCC certification to assure product quality. In terms of appearance, we have the appearance and design patents of our car lights. As for production capacity, our factory has IATF 16949 auto parts production management system and ISO 9001 quality management system certification standards.

147.    The statements in this advertisement are untrue and misleading and Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement was untrue and misleading.

148.    A violation of Section 17500 is a misdemeanor, punishable by fine or imprisonment. Injunctive relief and restitution are also available under the UCL. (§ 17535).

149.    Accordingly, Counter-defendants must disgorge all profits from the above conduct and should be ordered to provide full restitution to Arex.

## COUNT NINE

## VIOLATION OF SECTION 43(a) of the LANHAM ACT

150.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

151.    Section 43(a) of the Lanham Act is designed to protect both consumers as well as competitors. Section 43(a) of the Lanham Act provides, in relevant part:

(1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any . . . false or misleading representation of fact, which --

30

THIRD AMENDED COUNTERCLAIMS

...
(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or another person s goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act.

15 U.S.C. §1125(a).

152.    The elements for a false advertising claim under Section 43(a) are: (1) a false statement of fact by the defendant in a commercial advertisement about its own or another's product; (2) the statement actually deceived or has the tendency to deceive a substantial segment of its audience; (3) the deception is material, in that it is likely to influence the consumer's purchasing decisions; (4) the defendant caused its false statement to enter interstate commerce; and (5) the plaintiff has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to defendant or by a lessening of the good will associated with its products. *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1139 (9th Cir. 1997).

153.    Counter-defendants knowingly and willfully committed fraud upon the USPTO in prosecuting their patent and made false or misleading statements regarding the validity of their patent in connection with the advertising and sale of their products.

154.    Specifically, Counter-Defendant on at least one location on the point-of-sale web page would advertise that For F150 headlight which is the subject of the lawsuit has valid design patent.

155.    Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent.

156.    The statements in the advertising are simply untrue or misleading and Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement is untrue and misleading.

157.    The statement actually deceived or has the tendency to deceive a substantial segment of its audience.

158.    The deception is material, in that it is likely to influence the consumer's purchasing decision.

159.    Counter-defendants caused their false statements to enter interstate commerce.

INHOUSE CO. LAW FIRM

160.    Arex has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to Counter-defendants or by a lessening of the good will associated with its products.

161.    Arex is thus entitled to injunctive relief and to recover, subject to the principles of equity, Counter-defendants' profits, damages, and costs of suit.  The court may treble any of these damages and, in exceptional cases, may award reasonable attorney fees to the prevailing party. 15 U.S.C. §§ 1116 and 1117(a).

## **PRAYER FOR RELIEF**

WHEREFORE, Arex prays for relief and judgment as follows:

1.    That ZYA take nothing by its complaint;

2.    That the Court enter judgment against ZYA and in favor of Arex and that ZYA's claims be dismissed in their entirety, with prejudice;

3.    That this Court determine that ZYA, ZHL, and Wang have infringed the '634 Patent;

4.    That ZYA, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within the United States;

5.    That ZHL, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within the United States;

6.    That this Court permanently enjoin ZYA, ZHL, and Wang as well as their agents and employees from continuing their unlawful actions set forth herein;

7.    That this Court void the fraudulent transfers, enter judgment against the transferees for the value of the assets transferred, order that the ZYA, ZHL and Wang post an undertaking in the amount of the value of the transferred assets, attachment, preliminary and permanent injunction against further disposition or transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if disposed of;

THIRDAMENDED COUNTERCLAIMS



8.      Consequential and punitive damages;

9.      Disgorgement of ZYA, ZHL and Wong's sales and profits.

10.     Compensation for all damages caused by ZYA, ZHL, and Wang's unfair competition and infringement of the '634 Patent to be determined at trial, and but not less than $3,000,000;

11.     A finding that this case is exceptional and awarding reasonable attorney's fees to Arex pursuant to 35 U.S.C. § 285;

12.     A finding that this case is exceptional, thereby trebling the damages and awarding reasonable attorney's fees to Arex pursuant to 15 U.S.C. §§ 1116 and 1117(a).

13.     Granting Arex pre-and post-judgment interest on its damages, together with all costs and expenses;

14.     Finding ZYA, ZHL, and Wang's infringement of the '634 Patent to be willful and increasing damages up to three times the amount found or assessed by the jury;

15.     Ordering that ZYA, ZHL, and Wang to deliver to Arex or destroy all infringing products;

16.     Declaring that the claims of the '796 Patent is invalid;

17.     Declaring that the claims of the '796 Patent are unenforceable; and

18.     Granting Arex such other and further relief as the Court may deem just and proper.


DATED: July 14, 2023,                                       **INHOUSE CO. LAW FIRM**



By: _____
        Alexander Chen, Esq.
        Katja M. Grosch, Esq.
        Theodore Lee, Esq.
        Attorneys for Defendant and Counterclaimant
        Arex Industries, Inc.

## <u>DEMAND FOR JURY TRIAL</u>

Defendant and Counter claimant thereby demands a trial by jury on all claims.

DATED: July 14, 2023,                                **INHOUSE CO. LAW FIRM**



By: _____
        Alexander Chen, Esq.
        Katja M. Grosch, Esq.
        Theodore Lee, Esq.
        Attorneys for Defendant and Counterclaimant
        Arex Industries, Inc.

Exhibit "A"

US00D909634S

(12) **United States Design Patent**  (10) Patent No.: **US D909,634 S**

He  (45) Date of Patent: ** **Feb. 2, 2021**

(54) **VEHICLE HEADLIGHT**

(71) Applicant: **Arex Industries, Inc.**, Irwindale, CA (US)

(72) Inventor: **Mizeng He**, TaiZhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/677,455**

(22) Filed: **Jan. 21, 2019**

(51) LOC (13) Cl. ............................................... **26-06**

(52) **U.S. Cl.**
USPC ......................................................... **D26/28**

(58) **Field of Classification Search**
USPC ....... D26/28, 29, 30, 31, 32, 33, 34, 35, 36; 362/459–468, 475–478, 485–487
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115; F21S 48/225; F21S 48/1233; F21S 48/1266; F21S 48/1388; F21S 48/2268; F21V 21/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D769,480 S | * | 10/2016 | Lai | D26/28 |
| D771,291 S | * | 11/2016 | Tsai | D26/28 |
| D807,547 S | * | 1/2018 | Lin | D26/28 |
| D842,503 S | * | 3/2019 | Yang | D26/28 |
| D843,621 S | * | 3/2019 | Yang | D26/28 |
| D844,199 S | * | 3/2019 | Lin | D26/28 |
| D844,200 S | * | 3/2019 | Lin | D26/28 |
| D846,770 S | * | 4/2019 | Kozub | D26/28 |
| D849,285 S | * | 5/2019 | Lin | D26/28 |
| D850,677 S | * | 6/2019 | Lin | D26/28 |
| D855,849 S | * | 8/2019 | Lin | D26/28 |
| D857,262 S | * | 8/2019 | Lin | D26/28 |
| D863,627 S | * | 10/2019 | Lin | D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(74) *Attorney, Agent, or Firm* — Theodore S. Lee, Esq.

(57) **CLAIM**

The ornamental design for a vehicle headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle headlight;

FIG. **2** is a front view thereof;

FIG. **3** is a right side view thereof;

FIG. **4** is an alternative perspective view thereof; and,

FIG. **5** is a top view thereof.

The broken lines are for environmental purposes only and form no part of the claimed design. The drawings and descriptions represent the right side embodiment. The claim is also for a mirror image of a left side embodiment that is not shown.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2

**U.S. Patent**          Feb. 2, 2021          Sheet 3 of 5          US D909,634 S



FIG. 3



FIG. 4

Case 2:22-cv-01692-JWH-PD   Document 71   Filed 07/16/23   Page 96 of 184   Page ID #:947



FIG. 5

Exhibit "B"









VLAND LED Projector Headlig ×

vland-official.com/collections/ford-headlights/products/vland-led-projector-headlights-for-ford-f150-2018-2020-without-sequential-turn-signal

Guest

5% DISCOUNT FOR NEW CUSTOMERS!! Code:Welcome5

Notice: Affected by Covid-19, there will be some delay on the delivery.Thanks for understanding !

VLAND

All categories

VLAND OFFICIAL | Headlights | Tail Lights | Fog Lights | License Plate Lights | LED Bulbs | Combination Set | Accessory Lighting | Blog | Login

Home › Ford headlights › VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

Click to expand

# VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

☆☆☆☆☆ (0 reviews)

$499.99

Description

**Bulk Discount:**

We accept bulk discount on the same item with minimum order quantity from 3 set and more in one order. Contact us for more details if you need a bulk discount and we will offer a limited time code when you purchase more from us.

Projector Black Housing

1

Add to cart

Buy it now

Share this:

Chat with us

Hello
Select your address    Automotive Parts & Accessories ▾    18 f150 headligh

Hello, Sign in
Account & Lists ▾    Returns & Orders    0

All   Best Sellers   Audible   Customer Service   Prime ▾   New Releases   Books   Pharmacy   Registry    Deals for you, gifts for them

57

Automotive › Lights & Lighting Accessories › Lighting Assemblies & Accessories › Headlight Assemblies, Parts & Accessories › Headlight Assemblies

Sponsored

**amazon**confirmed**fit**  |  **Make sure this fits**



Roll over image to zoom in

VIDEO

ED Upgraded
[Ford F150 13th
018 2019 2020
tor) ] with DRLs
ssembly YAA-
Black

Store
tings  |  4 answered questions

tails

**Pay $41.67/month for 12 months, interest-free upon
approval for the Amazon Rewards Visa Card**

Color: **Projector**

  

$499.99    $699.00    $699.00

| **Light Source Type** | LED |
| **Brand** | YUANZHENG |
| **Position** | Inside |
| **Voltage** | 12 Volts (DC) |

**About this item**

- ◆ Direct OEM Fitment - 3D LED headlights assembly for Ford F150 Pickup 2018 2019 2020. Designed as a perfect replacement for your OE lights, they install the same way as factory units.
- ◆ Interchange Part Info - OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M. Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140. Same performance with the original cars. Easy to install. (If you can not confirm, tell us and we will help)
- ♀ LED display - NO NEED bulbs (included). Bright superior lighting makes your vehicle more visible on the road and improving your driving safety.
- ◆ Exclusive Custom Style - Stylish 3D LED bar, amber W sequential turn signal, high / low beam.

**$499.99**

FREE delivery: **Nov 4 - 12**

Select delivery location

Only 7 left in stock - order
soon.

Qty: 1

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   YUANZHENG US
Sold by   YUANZHENG US

**Return policy:** Extended holiday
return window till Jan 31, 2022

1-Click ordering is not available for
this item.

[ Add to List ]

**Share**

152

Sponsored

Provide you stronger concentrated light output in comparison to ordinary head lamps.

- ◆ Thoroughly Tested - DOT and SAE approved, comply with rigorous quality and safety standards. Rigorously tested to provide smooth operation and hermetically sealed to prevent moisture from being trapped inside. Water proof, dirt proof, shock proof.

› See more product details



**Alexa Pay for Gas**
Use the Alexa app on your phone, an Echo Auto, or Alexa-enabled device in your car for a safe and simple way to fill up your tank. Say, pay, and be on your way. Try saying, "Alexa, pay for gas" the next time you're at an Exxon or Mobil station. Discover How

## Buy it with

 +  + 

Total price: **$590.17**

[ Add all three to Cart ]

Some of these items ship sooner than the others. Show details

☑ **This item:** VLAND Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] … **$499.99**

☑ IJDMTOY Smoked Lens Full LED High Mount Third Brake/Stop Light Assembly Compatible With 2015-up Ford F-150, … **$34.19**

☑ Upgrade LED Fog Lights for 2015-2020 Ford F150 4 Inch LED Fog Light Assembly Kit,36W Waterproof LED Bumper L… **$55.99**

## Products related to this item

Page 1 of 35

Sponsored ⓘ



VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp…

90

**$699.00**



VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Se…

27

**$699.00**



ACANII - For 2018-2020 Ford F150 Chrome LED Tube w/Sequential Signal LED Projector …

**$485.99**



VLAND LED Headlights Compatible For [2015-2017 Ford F150 XL, XLT, Lariat, King Ranc…

2

**$689.99**

ACANII - For Ford F150 C Amber LED T Sequential S

**$485.99**

## What other items do customers buy after viewing this item?

Page 1 of 4



**Upgrade LED Fog Lights for 2015-2020 Ford F150 4 inch LED Fog Light Assembly Kit,36W Waterproof LED Bumper Lamps Set-1 Pair**
1,105

$55.99



**VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp Assembly Full LED with DRL, Turn Signal, Plug-and-play,...**
90

$699.00



**DEE ZEE DZ43204 Tailgate Assist Shock**
10,749

38 offers from $32.90



**VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No Need Extra Bulbs, Black Housing**
27

$499.99



**Bullet Antenn F150 (2009-2 Highly Durab Truck Antenn - Car Wash-F Antenna for I**

$18.95

## Product Description

YUANZHENG

- We are the Manufacturer

Zhejiang Yuanzheng Auto & Motorcycle accessories Ltd is the leading manufacturer and parent company of the brand VLAND. YUANZHENG is specialised on the design and manufacturing modified car accessories. Our products are popular in China, United States, South East Asia, Russia, Middle East and many other countries.







## SPECIFICATION Headlights For Ford F150










**Projector headlamps**

- **More concentrated**
- **Durable High Low Beam**
- **Stylish using experience**

**Amer Turn Signal Light**

- **Fashion outlook upgrade to your car**
- **Manufacture LED Beads**
- **More dependable performance**

**OE Power Plug**

- **P-N-P operation.**
- **Install easily**
- **Housing Material: ABS**

**Hi / Low Beam Lens**

- **Housing Material: PC**
- **Housing Color: Black**
- **Waterproof: IP67**







bulbs needed, HI / LOW Beam
+ Turn Signal + Running /
Parking Light

| | |
|---|---|
| Voltage | 12 Volts (DC) |

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Compare with similar items

   

| | This item VLAND Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] with DRLs Head Lamp Assembly YAA-F150-2042A, Black | 4WDKING 7 Inch LED Round Headlight, Cree H6024 High Low Beam Compatible with Wrangler 97-2017 JK TJ LJ CJ Hummber H1 H2 (Black Pair) | VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp Assembly Full LED with DRL, Turn Signal, Plug-and-play, Black | ACANII - For 2018-2020 Ford F150 Black Amber LED Tube Sequential Signal LED Projector Headlights Headlights Left+Right |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (4) | (101) | (90) | (5) |
| Price | $499⁹⁹ | $99⁹⁹ | $699⁰⁰ | $498⁹⁶ |
| Sold By | YUANZHENG US | 4WDKING | VLAND-OFFICIAL | EJay |

## Products related to this item

Page 1 of 20

Sponsored

    

| VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp... | VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Se... | Fits 2018-2020 Ford F150 Pickup Truck [Halogen Type] Projector Black Headlights Pai... | ACANII - For 2018-2020 Ford F150 Black Amber LED Tube Sequential Signal LED Project... | VLAND LED Compatible F 2017 Ford F Lariat, King F |
|---|---|---|---|---|
| 90 | 27 | 6 | 5 | |
| $699.00 | $699.00 | $398.98 | $498.96 | $689.99 |

# Videos

### Videos for this product



VLAND LED Headlights For Ford
F150 Pickup 2018-2020

YUANZHENG US

### Videos for related products



Jeep Gladiator Oculus Headlight
Installation Guide

Oracle Lighting



AUTOSAVER88 Headlight for 99-02
Silverado/00-06 Tahoe Suburban

autosaver88



The Installat
Headlights &

Xprite USA

Upload your video

---

# Customer questions & answers

Have a question? Search for answers

**0 votes**

**Question:** Is there warranty

**Answer:** Dear customer, we are one year warranty.
Any question, we can apply the replacement.
Other questions will welcome to email: vland04@yzheng.com
By YUANZHENG US SELLER on February 27, 2021

**0 votes**

**Question:** Does the black projector style have the sequential turn signal option like the black full led set?

**Answer:** Dear customer, no. The turn signal is no sequential.
By YUANZHENG US SELLER on July 23, 2021

**0 votes**

**Question:** Does clear mean chrome?

**Answer:** Yes dear friend, housing of this 2042 headlights is chrome, fit for 2018 2019 F150 (NOT for raptor). Same looking to the OE ones, but YUANZHENG 2042 headlights have the sequential turn signal. For more detail please tell and I will help you. vland04@yzheng.com
By YUANZHENG US SELLER on December 24, 2019

**0 votes**

**Question:** Amazon is stating this doesn't fit my 2019 ford stx. please advise. also I see this is plug and play but only see one plug. most have 3. please advise

**Answer:** Dear customer, yes. It have 3 connector, plug and play.
By YUANZHENG US SELLER on September 6, 2021

---

# Customer reviews

### 4.7 out of 5

4 global ratings

| | |
|---|---|
| 5 star | 68% |
| 4 star | 32% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How are ratings calculated?

### No customer reviews

There are 0 customer reviews and 4 customer ratings.

## Review this product

Share your thoughts with other customers

Write a customer review

Shop now

Sponsored

# Recommended based on your shopping trends

Page 1 of 3

Sponsored

    

**AlphaRex Base Model Black Fit 18-20 Ford F150 Halogen Type Black Switchback DRL/Signal LED Tube**
68
$595.00

**VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Sequential Turn Signal, No Need**
27
$699.00

**Partsam H6054 7x6 5x7 LED Headlights Sealed Beam Hi/Low w/ H4 Wiring Harness Compatible with Jeep**
453
$50.99

**Partsam 2PCS Rectangle H6054 LED Headlights 5x7 7x6 Headlamp Hi/Low Sealed Beam H4 9003 Plug 6054 H5054**
3,620
$47.99

**For Volvo Headlight 2001 2002 and Passe Black Bez**
$371.05

# Best Sellers in this category

Page 1 of 6

    

**THISWORX Car Vacuum Cleaner - Portable, High Power, Handheld Vacuums w/ 3 Attachments, 16 Ft...**
187,859
#1 Best Seller in Vacuums
$35.99

**Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Cleaner Auto Air Vent Interior...**
17,250
#1 Best Seller in Detailing Tools
$5.94

**iOttie Easy One Touch 4 Dash & Windshield Universal Car Mount Phone Holder Desk Stand for iPhone,...**
57,079
#1 Best Seller in Amazon Launchpad Electronics
$16.06

**First Alert HOME1 Rechargeable Standard Home Fire Extinguisher UL Rated 1-A:10-B:C, Red**
26,863
#1 Best Seller in Fire Extinguishers
$17.98

**Car Charg 3.4a Fast Port USB Lighter Ad iPhone 13**
#1 Best Se Phone Auto
$8.99

10/26/21, 3:16 PM Amazon.com: WLANBE Full LED Upgraded Headlights for Ford F150 13th Gen pickup 2015 2016 2017 2018 2019 2020 (not for Raptor) with D...

Case 2:22-cv-01692-JWB Document 7-1 Filed 07/13/23 Page 110 of 184 Page ID #:1

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |

English | United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video In Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Exhibit "C"

US00D925796S

(12) **United States Design Patent** (10) Patent No.: **US D925,796 S**

Chen (45) Date of Patent: ** **Jul. 20, 2021**

(54) **CAR HEADLIGHT**

(71) Applicant: **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD.**, Rui'an (CN)

(72) Inventor: **Yu Chen**, Rui'an (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/743,300**

(22) Filed: **Jul. 21, 2020**

(51) **LOC (13) Cl.** ................................................ **26-06**

(52) **U.S. Cl.**
USPC .......................................................... **D26/28**

(58) **Field of Classification Search**
USPC ........ D26/28, 29, 30, 31, 32, 33, 34, 35, 36, D26/44
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115; F21S 48/225; F21S 48/1233; F21S 48/1266; F21S 48/1388; F21S 48/2268; F21V 21/04; F21W 2103/35; F21W 3/40; F21W 2102/17; F21W 2102/30; F21W 2103/00; F21W 2103/55; F21W 2104/00; F21W 2107/17; F21W 2107/13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D593,233 S | 5/2009 | Bai et al. |
| D597,689 S | 8/2009 | Sun et al. |

| | | | | |
|---|---|---|---|---|
| D849,285 S | * | 5/2019 | Lin | ................................. D26/28 |
| D855,849 S | * | 8/2019 | Lin | ................................. D26/28 |
| D863,627 S | * | 10/2019 | Lin | ................................. D26/28 |
| D863,628 S | * | 10/2019 | Lin | ................................. D26/28 |
| D874,040 S | * | 1/2020 | He | ................................. D26/28 |
| D878,642 S | | 3/2020 | Ren | |
| D883,535 S | * | 5/2020 | He | ................................. D26/28 |
| D883,536 S | * | 5/2020 | Lin | ................................. D26/28 |
| D890,386 S | * | 7/2020 | Wu | ................................. D26/28 |
| D890,388 S | * | 7/2020 | Wu | ................................. D26/28 |
| D892,368 S | * | 8/2020 | Lin | ................................. D26/28 |
| D903,158 S | * | 11/2020 | Platto | ................................. D26/28 |
| D907,264 S | * | 1/2021 | Lin | ................................. D26/28 |
| D909,634 S | * | 2/2021 | He | ................................. D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(57) **CLAIM**

The ornamental design for a car headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a car headlight showing my new design;
FIG. **2** is a second perspective view of the thereof;
FIG. **3** is a front view of the thereof;
FIG. **4** is a back view of the thereof;
FIG. **5** is a left side view of the thereof;
FIG. **6** is a right side view of the thereof;
FIG. **7** is a top view of the thereof; and,
FIG. **8** is a bottom view of the thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



# FIG. 8

Exhibit "D"

# GLACIER LAW LLP

TIANYU JU

200 PARK AVENUE,
SUITE 1703,
NEW YORK, 10166
EMAIL: IRIS.JU@GLACIER.LAW
WEB: WWW.GLACIER.LAW

TELEPHONE (312) 270-0413
FACSIMILE (312) 801-4587

**January 6, 2022**

**Alexander Chen**
**ALEXC@INHOUSECO.COM**
**Yard House Restaurant Building**
**7700 Irvine Center Dr., Suite 800**
**Irvine, CA 92618**

### SENT VIA CERTIFIED MAIL

Dear Mr. Chen,

As you have already known, Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("Client") has retained Glacier Law LLP for representation regarding Arex Industries, Inc's. ("Arex") Confidential Settlement Communication letter.

Enclosed, please find our Client's response as well as demand regarding Arex's cease-and-desist letter to US ELogistics Service Corp. ("ELogistics") and demanded it to stop the sale and shipment of our client's VLAND LED Headlights for Ford F150, because Arex believes that our client's VLAND LED Headlights infringe Arex's patent, U.S. Patent No. D909,634S ("D634 Patent") Elogistics received the letter and promptly followed the instructions contained in the letter.

As opposed to what Arex claims about the infringement, the Products in dispute do not infringe the 'D634 Patent as the products in dispute incorporated with our Client's own Patent. Our Client is the lawful owner of all rights, title, and interest of the U.S. Patent No. D925,796. See Exhibit A for your reference. Our Client's Patent is different from Arex's 'D634 Patent, as the 'D634 Patent is referenced by the USPTO when issuing our Client's Patent.

Arex's letter has caused serious interfered with Our Client's business operation and caused huge loss of profits. Our Client, therefore, demands that Arex cease harassing our Client as well as its partners immediately. If by such time we do not receive any response from you, we expressly reserve the right to pursue any and all available legal and equitable remedies, including, but not limited to, instituting formal litigation proceedings against Arex.

Very Truly Yours,

Tianyu Ju, Esq

# Exhibit A

US00D925796S

(12) **United States Design Patent** (10) Patent No.: **US D925,796 S**

Chen

(45) Date of Patent: ** **Jul. 20, 2021**

(54) **CAR HEADLIGHT**

(71) Applicant: **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD.**, Rui'an (CN)

(72) Inventor: **Yu Chen**, Rui'an (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/743,300**

(22) Filed: **Jul. 21, 2020**

(51) **LOC (13) Cl.** .............................................. **26-06**

(52) **U.S. Cl.**
USPC .......................................................... **D26/28**

(58) **Field of Classification Search**
USPC ........ D26/28, 29, 30, 31, 32, 33, 34, 35, 36, D26/44
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115; F21S 48/225; F21S 48/1233; F21S 48/1266; F21S 48/1388; F21S 48/2268; F21V 21/04; F21W 2103/35; F21W 3/40; F21W 2102/17; F21W 2102/30; F21W 2103/00; F21W 2103/55; F21W 2104/00; F21W 2107/17; F21W 2107/13

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D593,233 S | 5/2009 | Bai et al. |
| D597,689 S | 8/2009 | Sun et al. |

| | | | | |
|---|---|---|---|---|
| D849,285 S | * | 5/2019 | Lin | ................................. D26/28 |
| D855,849 S | * | 8/2019 | Lin | ................................. D26/28 |
| D863,627 S | * | 10/2019 | Lin | ................................. D26/28 |
| D863,628 S | * | 10/2019 | Lin | ................................. D26/28 |
| D874,040 S | * | 1/2020 | He | ................................. D26/28 |
| D878,642 S | | 3/2020 | Ren | |
| D883,535 S | * | 5/2020 | He | ................................. D26/28 |
| D883,536 S | * | 5/2020 | Lin | ................................. D26/28 |
| D890,386 S | * | 7/2020 | Wu | ................................. D26/28 |
| D890,388 S | * | 7/2020 | Wu | ................................. D26/28 |
| D892,368 S | * | 8/2020 | Lin | ................................. D26/28 |
| D903,158 S | * | 11/2020 | Platto | ................................. D26/28 |
| D907,264 S | * | 1/2021 | Lin | ................................. D26/28 |
| D909,634 S | * | 2/2021 | He | ................................. D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(57) **CLAIM**

The ornamental design for a car headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a car headlight showing my new design;
FIG. **2** is a second perspective view of the thereof;
FIG. **3** is a front view of the thereof;
FIG. **4** is a back view of the thereof;
FIG. **5** is a left side view of the thereof;
FIG. **6** is a right side view of the thereof;
FIG. **7** is a top view of the thereof; and,
FIG. **8** is a bottom view of the thereof.

**1 Claim, 8 Drawing Sheets**



**U.S. Patent**     Jul. 20, 2021     Sheet 1 of 8     **US D925,796 S**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



# FIG. 6



FIG. 7



FIG. 8

Exhibit "E"



Firefox File Edit View History Bookmarks Tools Window Help
Fri Jul 8 1:46 PM
2018 Ford F-150 King Ranch - E
PLAYING
https://www.youtube.com/watch?v=NjK7gXligH0
110%
YouTube
2018 ford f-150 king ranch
SIGN IN
THE NEW F-150
SCT www.SuperCarTube.net
2018 Ford F-150 King Ranch - Exterior and Interior Walkaround - Debut at 2017 Detroit Auto Show
169,150 views • Jan 12, 2017
755 DISLIKE SHARE SAVE
Launchpad
SuperCarTube
YES 27
Yes on Prop 27
yestoprop27.com
LEARN MORE
Before You Buy Solar
See What Others Paid For 3 to 10kW Systems Near You, Then Compare Prices For Your Home
solar-estimate.org
VISIT SITE
NEW 2018 Ford F150 KING RANCH - REVIEW - Ecoboost | ...
CCV TV
13K views • 4 years ago
20:13
2017 F-150 KING RANCH
2017 Ford F 150 King Ranch - Exterior & Interior Walkaround
Lasco Ford
25K views • 4 years ago
13:47
2019 Ford F150 Raptor - Exterior and Interior Walkarou...
AutoMotoTube
30K views • 3 years ago
6:05
The KING RANCH is the NICEST Ford F150 you can buy - Here's...
AutoVlog
273K views • 5 years ago
KING RANCH
9:42
See Thru Jet Engine
Archive order

Exhibit "F"

Doc Code: ROCKET
Document Description:  Req for Expedited Processing, Design Rocket Docket

PTO/SB/27 (05-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REQUEST FOR EXPEDITED EXAMINATION OF A DESIGN APPLICATION (37 CFR 1.155) | Application Number | 29743300 |
| --- | --- | --- |
| | Filing Date | 07/21/2020 |
| | First Named Inventor | Yu Chen |
| | Title | Car headlight |
| | Atty Docket Number | TXUN-US-ID-20034 |

ADDRESS TO:

MAIL STOP EXPEDITED DESIGN
COMMISSIONER OF PATENTS
P.O. Box 1450
Alexandria, VA  22313-1450

This is a request for expedited examination of a design application under 37 CFR 1.155.

NOTE: If the present form (PTO/SB/27) accompanies a new nonprovisional design application under 37 CFR 1.53(b),
include form PTO/SB/18 "Design Patent Application Transmittal" or its equivalent.  Do not include the present
form (PTO/SB/27) on the date of filing a new international design application. For an international design
application to qualify for expedited examination, 37 CFR 1.155(a)(1) provides that the international design
application first must have been published by WIPO pursuant to Hague Agreement Article 10(3).

A preexamination search was conducted. The field of search was:

LOC: 26-06

KI=(S1) AND CC=(US) AND CTB=(Car headlight);

Related applications:  NONE

The following items are required under 37 CFR 1.155:

- Drawings in compliance with 37 CFR 1.84, unless the design application is an international design application that
  designates the United States and was published by WIPO pursuant to Hague Agreement Article 10(3).
- The fee set forth in 37 CFR 1.17(k).
- An information disclosure statement in compliance with 37 CFR 1.98.

Note: The Office will not grant a request for expedited examination if all of the requirements of 37 CFR 1.155 are not satisfied.
In addition, the Office will not examine an application that is not in a condition for examination (e.g., missing basic filing fee)
even if the applicant files a request for expedited examination under 37 CFR 1.155.

| /JIE YANG/ | 08/19/2020 |
| --- | --- |
| Signature | Date |

| JIE YANG | 77665 |
| --- | --- |
| Typed or printed name | Registration Number, if applicable |

Telephone Number

**Warning: Information on this form may become public.  Credit card information should not be included on this form.**
**Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.48. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.
Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing, and submitting the completed
application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this
burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR
COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 29743300 |
| Filing Date | 2020-07-21 |
| First Named Inventor | Yu Chen |
| Art Unit | 2913 |
| Examiner Name | |
| Attorney Docket  Number | TXUN-US-ID-20034 |

## U.S.PATENTS     Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | D597689 | S1 | 2009-08-04 | BYD Company Limited | CLAIM 1 |
| | 2 | D593233 | S1 | 2009-05-26 | BYD Company Limited | CLAIM 1 |
| | 3 | D878642 | S1 | 2020-03-17 | GUANGZHOUSHI OULIANG ZHAOMING LIMITED | CLAIM 1 |

If you wish to add additional U.S. Patent citation information please click the Add button.     Add

## U.S.PATENT APPLICATION PUBLICATIONS     Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.     Add

## FOREIGN PATENT DOCUMENTS     Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

EFS Web 2.1.17

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 29743300 |
| Filing Date | 2020-07-21 |
| First Named Inventor | Yu Chen |
| Art Unit | 2913 |
| Examiner Name | |
| Attorney Docket  Number | TXUN-US-ID-20034 |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

1 See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  2 Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  3 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  5 Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| Application Number | 29743300 |
| Filing Date | 2020-07-21 |
| First Named Inventor | Yu Chen |
| Art Unit | 2913 |
| Examiner Name | |
| Attorney Docket Number | TXUN-US-ID-20034 |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /JIE YANG/ | Date (YYYY-MM-DD) | 2020-08-19 |
|---|---|---|---|
| Name/Print | JIE YANG | Registration Number | 77665 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# EXHIBIT G

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                ETAS ID: TM773814
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

## RECEIVING PARTY DATA

| | |
|---|---|
| **Name:** | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| **Street Address:** | No. 185 Fengdu 2nd Road, |
| **Internal Address:** | International Automobile and Motorcycle Industry Base, |
| **City:** | Ruian City, Zhejiang Province |
| **State/Country:** | CHINA |
| **Postal Code:** | 325204 |
| **Entity Type:** | Limited Company (Ltd.): CHINA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 6302000 | VLAND |

## CORRESPONDENCE DATA

**Fax Number:**
***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***
**Email:**                            trademarks@kaiplaw.com
**Correspondent Name:**        Rumit Ranjit Kanakia
**Address Line 1:**              21750 Hardy Oak Blvd Ste 104
**Address Line 2:**              KA IP Law PLLC, PMB 68590
**Address Line 4:**              San Antonio, TEXAS 78258-4946

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=88486095#page1.tif
source=88486095#page2.tif

CH $40.00   6302000

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "No.185, Fedndfu Second Road, Tangxia Town, Ruian, Zhejiang Province CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**, a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN),325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 012 | 6302000 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: _Wang Yonghuo_
Name: Wang, Yonghuo
Title: Principal

Signed by: _Wang Yong huo_
Name: Wang, Yonghuo
Title: Principal

Case 2:22-cv-01692-JWH-DB   Document 71   Filed 07/18/23   Page 145 of 184   Page ID #:996
# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                ETAS ID: TM773840
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5065813 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=86834961#page1.tif
source=86834961#page2.tif

*(right margin, vertical text)* 5065813    CH $40.00

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "LUOFENG NORTH INDUSTRIAL AREA, NO185 FENGDU 2ND ROAD, TANGXIA RUIAN, ZHEJIANG PROVINCE CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN) 325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 011 | 5065813 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: *Wang Yong hua*
Name: Wang, Yonghuo
Title: Principal

Signed by: *Wang, Yong huo*
Name: Wang, Yonghuo
Title: Principal

Case 2:22-cv-01692-JWH-DD Document 71 Filed 07/18/23 Page 148 of 184 Page ID #:999

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                            ETAS ID: TM773837
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City, Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5781201 | VLAND |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=88196972#page1.tif
source=88196972#page2.tif

CH $40.00    5781201

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "C/O LegalForce RAPC Worldwide 446 E Southern Ave Tempe, ARIZONA UNITED STATES 85282" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN) 325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 011 | 5781201 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: _____
Name: Wang, Yonghuo
Title: Principal

Signed by: _____
Name: Wang, Yonghuo
Title: Principal

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM773835

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| **Street Address:** | No. 185 Fengdu 2nd Road, |
| **Internal Address:** | International Automobile and Motorcycle Industry Base, |
| **City:** | Ruian City, Zhejiang Province |
| **State/Country:** | CHINA |
| **Postal Code:** | 325204 |
| **Entity Type:** | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 6301997 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=88483414#page1.tif
source=88483414#page2.tif

CH $40.00   6301997

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD,** a limited company organized and existing under the laws of China, having its principal place of business at "No.185, Fedndfu Second Road, Tangxia Town, Ruian, Zhejiang Province CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN),325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 012 | 6301997 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                        ASSIGNEE:
**ZHEJIANG YUANZHENG AUTO &**          **ZHEJIANG HONGGUAN LIGHTING**
**MOTORCYCLE ACCESSORIES CO.,**        **TECHNOLOGY CO., LTD.**
**LTD**

Signed by: _Wang Yonghuo_              Signed by: _Wang Yonghuo_
    Name: Wang, Yonghuo                      Name: Wang, Yonghuo
    Title: Principal                         Title: Principal

# EXHIBIT H









2018-2020 Ford F150 Vland LE

https://vlandshop.com/product/2018-2020-ford-f150-vland-led-dual-beam-projector-headlights-black/ 80%

English business@vlandshop.com LOGIN / REGISTER

VLAND SHOP BY MODELS SHOP BY CATEGORY OUR STORY SUPPORT CONTACT SALE DEALER 0

Home / FORD / Ford F150 / Vland F150 Headlights /

# 18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black

(18 reviews)

**US$499.99**

- 1 + ADD TO CART BUY NOW

Receive items in 1-4 business days

VISA PayPal

Add to wishlist Compare

For Bulk Orders or Wholesale Businesses, please Con
Not include discounted products

12-Months Warranty 14-Day
Lifetime Support Free Sl

- Direct OEM Fitment – VLAND LED headlights assembly for FORD F150 2018 2019 2020. Designed as a perfect replacement for your OE lights, they install the same way

Vland
We typically reply in a few minutes

Welcome to our store：
We will reply you within 2 days.
1. The default is the price of a set
2. Normally, orders will be shipped within 2 days
3. LHD/RHD means driver's seat on the left/right
Newest discount code:VlandJune
Got any questions?

Write a message

Add free live chat to your site

2018-2020 Ford F150 Vland LE

https://vlandshop.com/product/2018-2020-ford-f150-vland-led-dual-beam-projector-headlights-black/ 80%

VLAND SHOP BY MODELS SHOP BY CATEGORY OUR STORY SUPPORT CONTACT SALE DEALER

- Direct OEM Fitment – VLAND LED headlights assembly for FORD F150 2018 2019 2020. Designed as a perfect replacement for your OE lights, they install the same way as factory units.
- DRL with Dynamic Animation – No bulbs needed. Dynamic animation comes to life when you lock or unlock the vehicle. A choreographed sequence of light in motion greets you upon your arrival or bids you farewell. Ultra-modern fiber optic style to give a touch of high-end elegance to the appearance of your vehicle making it stand out from the rest.
- Part Interchange Info – Left: FO2502335, #FL3Z13008B; FO2502344, #FL3Z13008H Right: FO2503335, #FL3Z13008A, FL3Z13008ACP; FO2 FL3Z13008C, FL3Z13008G.
- We have the ***Projector Black Housing*** 1 style i They are the latest LED technology headlights fe turn signals and dynamic activate lighting, choos you want best and place order now!

Get a Installation Guide | Find Install Videos

**SKU:** YAA-F150-2042A-NB32A

**Categories:** F150 Headlights, FORD, Ford F150, He Vland F150, Vland F150 Headlights

**Tags:** 2018 Ford F150, 2019 Ford F150, 2020 Ford F F150 13th Gen

Share:

Vland
We typically reply in a few minutes

Welcome to our store:
We will reply you within 2 days.
1. The default is the price of a set
2. Normally, orders will be shipped within 2 days
3. LHD/RHD means driver's seat on the left/right
Newest discount code:VlandJune
Got any questions?

Write a message

Add free live chat to your site

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black

US$499.99 - 1 + ADD TO CART BUY NOW

2018-2020 Ford F150 Vland LE ×

https://vlandshop.com/product/2018-2020-ford-f150-vland-led-dual-beam-projector-headlights-black/ 80%

VLAND SHOP BY MODELS SHOP BY CATEGORY OUR STORY SUPPORT CONTACT SALE DEALER 0

## Frequently bought together

+

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector US$474.99

15-20 Ford F150 13th Gen (P552) Vland LED Tail Lights With US$227.99

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black US$474.99

15-20 Ford F150 13th Gen (P552) Vland LED Tail Lights With Sequential Turn Signal US$227.99

Smoked w/amber turns

~~US$739.98~~ US$702.98

For 2 items

ADD TO CART

Vland
We typically reply in a few minutes

Welcome to our store:
We will reply you within 2 days.
1. The default is the price of a set
2. Normally, orders will be shipped within 2 days
3. LHD/RHD means driver's seat on the left/right
Newest discount code:VlandJune
Got any questions?

Write a message

Add free live chat to your site

### Description

- **Plug-and-play install method for your convenience**

  Connect the VLAND car lamp cable to the original car cable in plug-and-play mode, plus easy-to-understand video installation instructions.

- **Own factory production, strictly control the whole process of production**

  Adopt advanced manufacturing equipment and strict quality control standards to ensure product quality.

- **Product certification certifies your trusted choice.**

  Our factory has American DOT, European E-Mark and Chinese CCC certification to assure product quality. In terms of appearance, we have the appearance design patents of our car lights. As for production capacity, our factory has IATF 16949 auto parts production management system and ISO 9001 quality management system certification standards.

- **1 year of after-sale service makes you feel cost-effective**

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black ★★★★★ US$499.99 - 1 + ADD TO CART BUY NOW

- **1 year of after-sale service makes you feel cost-effective**

We promise that VLAND can be refunded and replaced if the lights are not artificially modified within one year.

- **Upgrade lighting, experience new feelings**

Compared with the same shape of the original car lights, VLAND can change the appearance and configuration of the car lights through old reform services, independent design and upgrades, allowing you to experience the new feelings at a minimal cost. Choose VLAND to give your car a new lease of life.

- **A variety of reflector colors is available to meet your individual needs**

In order to coordinate with the body color, VLAND reflectors are available in a variety of colors to make your car more beautiful.

Additional information

Vehicle Fitment

Reviews (18)

Shipping & Warranty

## questions & answers

Ask the community here    **ASK THE COMMUNITY**

## RELATED PRODUCTS

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black

US$499.99   −  1  +   ADD TO CART   BUY NOW



2018-2020 Ford F150 Vland LE

https://vlandshop.com/product/2018-2020-ford-f150-vland-led-dual-beam-projector-headlights-black/ 80%

VLAND SHOP BY MODELS SHOP BY CATEGORY OUR STORY SUPPORT CONTACT SALE DEALER

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector US$474.99

15-20 Ford F150 13th Gen (P552) Vland LED Tail Lights With US$227.99

US$702.98

For 2 items

ADD TO CART

Description

- **Own factory production, strictly control the whole process of production**

  Adopt advanced manufacturing equipment and strict quality control standards to ensure product quality.

- **Product certification certifies your trusted choice.**

  Our factory has American DOT, European E-Mark and Chinese CCC certification to assure product quality. In terms of appearance, we have the appearance and design patents of our car lights. As for production capacity, our factory has IATF 16949 auto parts production management system and ISO 9001 quality management system certification standards.

- **1 year of after-sale service makes you feel cost-effective**

  We promise that VLAND can be refunded and replaced if the lights are not artificially modified within one year.

- **Upgrade lighting, experience new feelings**

  Compared with the same shape of the original car lights, VLAND can change the appearance and configuration of the car lights through old reform services, independent design and upgrades, allowing you to experience the new feelings at a minimal cost. Choose VLAND to give your car a new lease of life.

- **A variety of reflector colors is available to meet your individual needs**

  In order to coordinate with the body color, VLAND reflectors are available in a variety of colors to make your car more beautiful.

**Additional information**

**Vehicle Fitment**

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black US$499.99 - 1 + ADD TO CART BUY NOW

Screen Shot 2021-08-12 at 11.57.13 AM

# EXHIBIT I







FOR BMW MINI F55 F56 2014-UP LED TAIL LAMP

FOR TOYOTA REIZ MARK X 2010-2013 LED HEAD

FOR TOYOTA HILUX 2015-UP HEAD LAMP

## Sign up to our Newsletter & Get the Ebook

You personal data is safe with us, it will never be disclosed to any third partions or sold, you can unsubscribe anytime.

Enter you email    Sing Up

EMAIL

ADDRESS

+86 400 6677 555

PHONE

© 2021 ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO.,LTD

# EXHIBIT J





Skip to main content Deliver to Anna Coto De Caza 92679 Automotive Parts ... Search Amazon EN Hello, Alexander Account & Lists Returns & Orders 1

All Clinic Same-Day Delivery Amazon Basics Pharmacy Groceries Buy Again Amazon Business Livestreams Health & Household Beauty & Personal Care Save up to 30% on grocery

Automotive Your Garage Deals & Rebates Best Sellers Parts Accessories Tools & Equipment Car Care Motorcycle & Powersports Truck RV Tires & Wheels Vehicle Showroom Amazon Business

‹ Back to results

Sponsored

amazonconfirmedfit | Make sure this fits

Roll over image to zoom in

# VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No Need Extra Bulbs, Black Housing

Visit the VLAND Store

3.7 69 ratings | 32 answered questions

$440.99

FREE Returns

May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **LED Projector**

$709.99 | $440.99 | $679.99 | $679.99

## Purchase options and add-ons

**Payment plans**

From $73.50/mo (6 mo) with 0% APR

**Light Source Type** LED

**Voltage** 12 Volts (DC)

| | |
|---|---|
| **Brand** | VLAND |
| **Color** | LED Projector |
| **Specific Uses For Product** | Head Lights |
| **Vehicle Service Type** | 18-20 f150 |
| **Year** | 2018 |
| **Special Feature** | Plug and play, Full led, HI/ LO beam with led bulbs, cannot be changed, Black housing |

See more

## About this item

- OEM Direct Fitment - Replacement for 17-20 Ford f150( NOT Fit a Raptor). New look designed to be an exact replacement for your factory Head lamps with no vehicle modifications required for getting the job done right.
- Dash Flashes Faster - It's Normal the turn signal indicator on the dash flashes faster after install these vland led headlight assembly. No error codes and the signals front and back will flash at the normal pace. It's just the way these F-150's are for some models such as F-150 Lariat Abyss Gray with oem led.
- NOTE- Any question please feel free to message us! Please keep all boxes labels and user manuals when you receive the package. In the event merchandise is damaged, becomes defective or needs to be returned, please message us and provide the product label, video& pictures proof, make sure the pictures& video clearly shows the defect.
- SAE/ DOT Certified - Approved by the SAE. Meet and exceed DOT regulations and compliant with FMVSS 108. Thoroughly tested to meet all federal quality and international standards and are fully street legal.
- Interchange Part Info - OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M. Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140.
- Custom Fiber Ptic LED Display - This type of head light is full led light bars, no need any bulb, the led is built-in, cannot be replaced.Ultra-modern fiber optic style to give a touch of high-end elegance to the appearance of your vehicle making it stand out from the rest.

› See more product details

Report incorrect product information.

**Buy new:**

$440.99

FREE Returns

FREE delivery **Friday, July 7**. Order within 14 hrs 14 mins

Deliver to Anna - Coto De Caza 92679

**Only 9 left in stock - order soon**

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | VLAND US |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

See more

Add a gift receipt for easy returns

**Save with Used - Like New**

$346.29

FREE delivery: **Sunday, July 9**
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

**Buy it on Amazon Business**

**Save up to 5%** on this product with business-only pricing.

Create a free account

New & Used (2) from $346.29 Prime FREE Delivery

Sponsored

**VLAND** is the leading manufacturer that specialized on the design and manufacturing modified car accessories. With a wide range of backgrounds from business management, technology, buyer experience and automotive modify service sectors.

Welcome people from all walks of life to join the expedition to share the great wealth created by the high development and deep potential restructured car lights.

## Product Description

**VLAND Led Headlights for F150 2018 2019 2020 (Not Fit A Raptor)**
*Sequential Turn Signal*

*Full Led, No Need Extra Bulbs*

*Black Housing*

**Message us when you meet any questions**
*Please keep all boxes labels and user manuals when you receive the package. In the event merchandise is damaged, becomes defective or needs to be returned, please message us and provide the product label, video& pictures proof, make sure the pictures& video clearly shows the defect.*

- Certification: DOT.
- Operating voltage: 12V 35~42W.
- Housing Color: Black/ Chrome
- Style: OE/ Led Projector

**Functions& Feature**
*Daytime Running Light, Switchback Turn Signal, High Beam and Low Beam*
**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that sequential feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

*Contain*

*2 x Led headlights including left and right sides*

*2 x DELUXE to GENERAL adapters*

*1 x ACC cable*

*1 x User manual*

**Replacement for the following Vehicles,**
**2018 2019 2020 F150 Pickup Trucks( Not for Raptor)**

- F-150 Limited Crew Cab Pickup 4-Door
- F-150 SSV Crew/ Extended Cab Pickup 4-Door
- F-150 Lariat Crew/ Extended Cab Pickup 4-Door
- F-150 Police Responder Crew Cab Pickup 4-Door
- F-150 XL Crew/Extended Cab Pickup 4-Door
- F-150 XL/ XLT Standard Cab Pickup 2-Door
- F-150 XLT Crew/ Extended Cab Pickup 4-Door
- F-150 King Ranch Crew Cab Pickup 4-Door
- F-150 Platinum Crew Cab Pickup 4-Door

Interchange Part Info,

- Partslink #: FO2503335, FO2502335, FO2503335, FO2519140, FO2518140.
- OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L,
- HL3Z-13008-B,HL3Z-13008-M.

**How to Remove the Sequential Indicator**

**Switchback Turning Light**
*The vland headlights have a row of amber LED which can set up to run as sequential lighting.*

**Circuit Board Controller**
*Open the stabilizer on the bottom of led headlights gently.*

**Disconnect the Yellow Wire**
*Find out the yellow wire with a label and disconnect it.*

**Stable Signal as OE**
*Done, the headlights will work as OE headlights.*

**ACC Wiring Harness**

- You need to connect the ACC harness to the fuse box if your Tundra does not currently have the OEM LED DRL function. The ACC harness is already included in the headlights package.
- It has the same connections and wires with the original trucks, replacement for the stock Unit directly. Designed to provide trouble-free installation.

**Plug&Play**    **Mounting Panels**    **Low Beam**    **Daytime Running Light**

    

|  | LED-Chrome | LED-Black | LED Projector | Clear Lens | Smoke Lens |
|---|---|---|---|---|---|
| Turn Signal | Amber+Seuential | Amber | Amber+Seuential | Red | Red |
| Color | Chrome | Black | Black | Smoke | Clear |
| Full Led | √ | √ | √ | √ | √ |

**VLAND LED Headlights Upgrade Your Styling of Vehicle.**

**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that dynamic animation feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

**Product information**

**Technical Details**

| Brand | VLAND |
|---|---|
| Color | LED Projector |
| Specific Uses For Product | Head Lights |
| Vehicle Service Type | 18-20 f150 |
| Year | 2018 |
| Special Feature | Plug and play, Full led, HI/ LO beam with led bulbs, cannot be changed, Black housing |
| Wattage | 42 watts |
| Auto Part Position | Unknown |
| Lens Color | Black |
| Lens Material | Polycarbonate |

**Additional Information**

| ASIN | B08KGKYL8T |
|---|---|
| Customer Reviews | 3.7 ★★★☆☆  69 ratings  3.7 out of 5 stars |
| Best Sellers Rank | #540,562 in Automotive (See Top 100 in Automotive)  #6,371 in Automotive Headlight Assemblies |
| Date First Available | September 30, 2020 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

| Manufacturer | VLAND |
|---|---|
| Item Weight | 27.4 pounds |
| Package Dimensions | 23.8 x 19.5 x 18.5 inches |
| Manufacturer Part Number | YAA-F150-2042 |
| OEM Part Number | OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M , Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140. |
| Special Features | Plug and play, Full led, Hi/ LO beam with led bulbs, cannot be changed, Black housing |
| Safety Rating | DOT Certified |

Feedback

Would you like to **tell us about a lower price?**

## Compare with similar items



|  | **This item** VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No Need Extra Bulbs, Black Housing | ACANII - For [Halogen Model] 2018-2020 Ford F150 Black Smoked Switchback Signal LED Tube Projector Headlights Headlamps, Cyber Black | AKKON - Fit 2018 2019 2020 Ford F150 [Full LED] Black Halogen Model w/Sequential LED Switchback Signal Strip Projector Headlights | VLAND LED Headlight Assembly Fit for Ford F150 13th Gen 2018-2020, Plug-and-play, Not for Raptor, Black |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (69) | (74) | (0) | (4) |
| Price | $440⁹⁹ | $398⁹⁹ | $879⁹⁹ | $679⁹⁹ |
| Sold By | VLAND US | EJay | AKKON | VLAND-STORE |
| Auto Part Position | Unknown | Front | Front | Front |
| Brand Name | VLAND | ACANII | AKKON | VLAND |
| Lens Color | Black | Smoke | Clear | Clear |
| Lens Material | Polycarbonate | — | Crystal | Abs,Glass |
| Light Source | LED | Low Beam H7 / High Beam H1 (Included) | Full-LED Low Beam & High Beam | LED |
| Voltage | 12.00 volts_of_direct_current | — | — | — |

## Products related to this item

Sponsored 

    

| VLAND Projector LED Headlights Fit for F150 2018 2019 2020 (Not Fit A Raptor), No N... | PZ Headlight Assembly Replacement For Ford F-150 2018-2021 Halogen Model... | PZ for Ford F150 2018-2022 LED high/low beam headlight Assembly... | M-AUTO OE Style Left+Right Headlights Assembly w/PRE-ASSEMBLED 6000K... | G-PLUS Headlights Compatible With 92-96 Bronco/92-96 Ford F150 F250 F350 Super Duty... | XWQHJW LED Headlight Bulbs Compatible For FORD F150 2015 2016 2017 2018 2019 2020... | VLAND Headlights Assembly Fit for Ford F-150 13th Gen 2018-2020(Not for... | CHUS Repla 2016 2020 |
|---|---|---|---|---|---|---|---|
| 2 | | 10 | | 9 | 39 | 3 | |
| $479.99 | $375.88 | $664.99 | $391.00 | $89.99 | $49.99 ($5.10/Count) | $679.99 | $69. |

## Related Posts



| ADCARLIGHTS   + Follow | AmeriLite   + Follow | OEDRO   + Follow | CNNELL |
|---|---|---|---|
| Compatible with 2004-2008 Ford F150 Pickup/ 2006-2008 Lincoln Mark LT | We got some sick Light for your Ford Pickup! Enjoy the LED Projectors, Switchback Light Tube, LED DRL... | #Headlight Assembly# #OEDRO# | CNNELL brings your high appearance val |
| See more Posts > | See more Posts > | See more Posts > | See more Posts > |

## Looking for specific info?

See questions and answers ›

## Customer reviews

### 3.7 out of 5

69 global ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 16% |
| 3 star | | 8% |
| 2 star | | 7% |
| 1 star | | 21% |

˅ How customer reviews and ratings work

### Reviews with images

See all photos ›



Top reviews

### Top reviews from the United States

David

**Great looking but failed after 3 weeks -- Update: all is working now --**

Reviewed in the United States on July 7, 2022

Color: LED Projector    Verified Purchase

They look great but unfortunately failed after 3 weeks - amber running light on passenger side stopped working. Really disappointing considering the time spent doing the install. Sent a message to VLand so hopefully will get resolved...

UPDATE 7/13/22: VLAND reached out and sent me a replacement passenger side light within a few days. I haven't had the time to install yet, but I do appreciate the quick customer service. Will update again once I have put the new light in.

UPDATE: 7/22/22: Back down to 1 star. After spending the time to disassemble the and reinstall the replacement light, the new passenger side light has the exact same issue as the first - the amber running light not working at all. This leads me to believe its a wiring harness issue but VLAND insists on sending me ANOTHER passenger light and not a new harness as I requested - which of course is out of stock so who knows when I'll receive it. I'm not pleased about how this has gone and I can't recommend VLAND at all at this point.

˅ Read more

3 people found this helpful

Helpful    Report

caa

**Great looks- water in lense after 6 months**

Reviewed in the United States on May 12, 2023

Color: 18-20 F150(LED+Animation)    Verified Purchase

These headlights have a great look and have been working great for a few months. I had to program my truck with forscan to prevent hyperflashing but other than that the headlamps have worked as intended.

It wasn't until recently the driver side developed water inside. I am waiting for vland to respond to my emails and see how they proceed with resolving the issue. I will update when they respond.

Update: VLAND has sent me a replacement and everything is working as expected. Overall I can't say that I recommend these headlamps. After having to use Forscan to prevent hyperflashing and then only lasting 6 months on the truck, I'm a bit disappointed. The overall light output is just okay. For the price of these headlamps I would expect a bit better quality overall.

Helpful    Report

Hunter

**A nice upgrade to premium OEM looks without the price tag**

Reviewed in the United States on August 10, 2021

Color: LED-Black    Verified Purchase

I'll try to make this review brief and to the point,

The good:

These headlights are worth the money. Plain and simple. The light output is good, the fitment is near OEM, the looks are almost impossible to distinguishable from OEM. They truly transform the looks of the truck and make me happy that I didn't spend thousands extra for a higher end model that came with these lights

˅ Read more

Sponsored

but with added features that I didn't care for. Overall it took about 1 1/2 hours to install. The only special tools you'll need (you still need a few different size sockets, etc.) are some cheap body panel removal tools. Forscan will also be required to disable the bulb outage detection so the hyper flash on the dash will stop, however externally the turn signals will operate at the normal speed/interval without doing this.

The "just ok":
The wiring harness adapter is decent, however the connectors feel sort of cheap. They all snapped together with a positive click but I would definitely use dielectric grease on all connections as I doubt they are

2 people found this helpful

Helpful     Report

Travis

**Great cosmetic upgrade for my 2019 F-150 Lariat.**
Reviewed in the United States on December 17, 2019
Color: LED-Black     Verified Purchase     Early Reviewer Rewards   (What's this?)

These are mean looking lights. I got these for my 2019 F-150 Lariat Abyss Gray with oem led. They're plug and play but come with harnesses if your OEM are halogen. As another reviewer said they look just like the oem but they're black where the oem's have chrome. The other difference is the daytime running lights flash yellow when the turn signal is on but the rest of the time they're white led. I would have given these five stars but I just put them in yesterday and also my turn signal indicator on the dash flashes faster. No error codes though and the signals front and back flash at the normal pace. These are a pain in the neck to install but it has nothing to do with the lights. It's just the way these F-150's are. I'd recommend buying a panel pulling tool kit because I did and it was worth it. The lights fit perfectly and I did a night time road test and they're just as bright as my oem led.

4 people found this helpful

Helpful     Report

David Meneses

**Okay**
Reviewed in the United States on September 10, 2022
Color: 18-20 F150(LED+Animation)     Verified Purchase

The lights work when they want to

Helpful     Report

angel perez

**Good**
Reviewed in the United States on June 15, 2022
Color: LED Projector     Verified Purchase

Good

Helpful     Report

Josh

**Very nice**
Reviewed in the United States on May 28, 2022
Color: LED Projector     Verified Purchase

To soon to tell

Helpful     Report

See all reviews

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

| English | United States |

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy |
| Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

# EXHIBIT K



VLAND LED Headlights For For ×

https://www.vlandus.com/products/vland-full-led-projector-headlights-for-ford-f150-13th-gen-pickup-2018 67%

VLAND

What are you looking for?

HOME SHOP BY MODELS ⌄ COLLECTIONS NEW ARRIVAL FRONT & REAR LIGHTS KIT SALE BLOG ABOUT US

English | USD ($)

Login

Home › VLAND LED Headlights For Ford F150 13th Gen Pickup 2018 2019 2020 with DRL F-150 aftermarket Front lights Assembly

Click to expand

# VLAND LED Headlights For Ford F150 13th Gen Pickup 2018 2019 2020 with DRL F-150 aftermarket Front lights Assembly

Save $50.00 ~~$499.99~~ $449.99

Quantity
1

Add to cart

Buy it now

Share this:

Fitment:
Fit For For Ford F150 13th Gen Pickup 2018 2019 2020 (**NOT For 2018 Raptor**) aftermarket Headlights.

2015-2017 FORD F150 HEADLIGHTS (Click)

Item Features:
Color: Full Black
Style: Full LED
High/Low beam: LED Projector
Running Light: LED (white)
Turn Signals: LED (**Amber**)

The items have the same connections and wires with the original headlights. It is plug and play, easy to install still professional installation is recommended.

Package Includes:

Chat

# EXHIBIT L



HOME   PRODUCTS ⌄   WHOLESALE ⌄   ABOUT VLAND ⌄   HELP CENTER   COUPONS                              Account

Notice: Affected by Covid-19, there will be some delay on the delivery.Thanks for understanding !          ×









# VLAND For Ford F-150 F150 2018-2020 Black LED Headlights

☆☆☆☆☆ 0

**SALE**  $579.00  ~~$779.00~~

QUANTITY

−  1  +

**ADD TO CART**

**BUY IT NOW**


🇺🇸 United States (US… ⌄

# EXHIBIT M



ALL    HOT SALE 🔥    NEW ARRIVALS    HEADLIGHTS ›    TAIL LIGHTS ›    LED BULBS    COMBINATION SET ›    ABOUT US    BLOGS ›    LOGIN

Home › Ford headlights › VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)



❮ Click to expand

# VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

★★★★★ 22 reviews

**Save $50.00**   ~~$499.99~~   **$449.99**

SKU YAA-F150-2042A-Pr-P01

**Quantity**
1

**Add to cart**

**Buy it now**

Share this:
f 🐦 in 📌

**Product Details**    Warranty    LHD and RHD    Shipping Policy

Return Policy



Chat with us 👋

# EXHIBIT N



Firefox File Edit View History Bookmarks Tools Window Help

2018-2020 Ford F150 Vland LE

https://vlandshop.com/product/2018-2020-ford-f150-vland-led-dual-beam-projector-headlights-black/ 80%

VLAND SHOP BY MODELS SHOP BY CATEGORY OUR STORY SUPPORT CONTACT SALE DEALER

Home / FORD / Ford F150 / Vland F150 Headlights /

# 18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black

(18 reviews)

**$499.99**

- 1 + ADD TO CART BUY NOW

Receive items in 1-4 business days

VISA PayPal Norton

Add to wishlist Compare

For Bulk Orders or Wholesale Businesses, please Contact us!
Not include discounted products

12-Months Warranty 14-Day Return

Lifetime Support Free Shipping

- Direct OEM Fitment – VLAND LED headlights assembly for FORD F150 2018 2019 2020. Designed as a perfect replacement for your OE lights, they install the same way

# EXHIBIT O



Firefox File Edit View History Bookmarks Tools Window Help

VLAND Full LED Projector Heac

https://vlandfactory.com/en-cn/products/vland-full-led-projector-headlights-for-ford-f150-13th-gen-pic 67%

VLAND All categories What are you looking for?

Home All Products Shop By Vehicle Monthly Sales New Arrivals Customer Services VLAND Partnership About us Login

Home › VLAND Full LED Projector Headlights For Ford F150 13th Gen Pickup 2018 2019 2020

# VLAND Full LED Projector Headlights For Ford F150 13th Gen Pickup 2018 2019 2020

$443.99 USD

Description LHD&RHD Shipping Warranty Partnership

**Fitment:**

Fit for Ford F150 2018 2019 2020 (Does not fit 2017-2020 Ford F-150 Raptor)

Certification: DOT

**Manufacturer Part Number:**

YAA-F150-2042A

**Item Features:**

Lens Color: Smoked

Housing Color: Black

Running Light: LED (Diamond White)

Brake Light: LED (Diamond White)

Turn Signals: LED (Amber. Without Sequential Indicators)

Low/High Beam: Full LED, no need bulbs.

**Package includes:**

1 pair of headlights with left side & right side.

**OEM Part Number:**

KL3Z13008D, JL3Z13008E, JL3Z13008T, JL3Z13008Z, JL3Z13008AD, KL3Z13008C, JL3Z13008C, JL3Z13008S, JL3Z13008Y, JL3Z13008AC, FO2502372, FO2503372

Style

LED Projector

Quantity
1

Add to cart

Buy it now

Checkout securely with

VISA PayPal

Share this:

Chat with us

USD

# EXHIBIT P

Thank you, Cory! - VLAND Factory

https://vlandfactory.com/48735682728/orders/fe6b27e865d74bc3d44642139cc01ff4 67%

## VLAND Factory

Order P03-3796

### Thank you, Cory!

//Include your GA4 measurement ID

### Your order is confirmed

We've accepted your order, and we're getting it ready. Come back to this page for updates on your shipment status.

SISH_FEDEX_GROUND_D tracking number:
780617823582

### Order details

**Contact information**

eagle996@gmail.com

**Payment method**

Express - $421.80

**Shipping address**

Cory Qui
16751 Noyes Ave,
Irvine CA 92606
United States
(714) 932-6659

**Billing address**

Cory Qui
16751 Noyes Ave,
Irvine CA 92606
United States
(714) 932-6659

**Shipping method**

Expedited

Need help? Contact us

Continue shopping

Refund policy Shipping policy Privacy policy Terms of service

USD

**VLAND Full LED Projector Headlights For Ford F150 13th Gen Pickup 2018 2019 2020**
LED Projector
VLAND JUN SALES (CAN'T COMBINE WITH OTHER DISCOUNTS.) (-$22.19)

~~$443.99~~
$421.80

| | |
|---|---|
| Subtotal | $421.80 |
| Shipping | Free |
| Total | USD $421.80 |

Chat with us

