Alexander Chen [SBN 245798]
alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
tlee@inhouseco.com
INHOUSE CO. LAW FIRM
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone:  949-250-1555
Facsimile:  714-882-7770

Attorneys for Defendant and Counterclaimant,
Arex Industries, Inc

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD., a Chinese company, | Case No. 2:22-cv-01692-JWH-PD |
| Plaintiff, | DECLARATION OF ALEXANDER CHEN IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT'S MOTION FOR LEAVE TO FILE THIRD AMENDED COUNTERCLAIMS |
| v. | |
| AREX INDUSTRIES, INC., a California company, | [Filed concurrently with Notice of Motion and Motion for Leave to Amend and [Proposed] Order] |
| Defendant. | |
| AREX INDUSTRIES, INC., a California company, | FRCP Rule 15(a)(2) |
| Counterclaimant, | Date:  August 18, 2023 |
| | Time: 9:00 AM |
| v. | Dept.: 9D, 9th Floor |
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD., a Chinese company, | Trial Date: January 8, 2024 |
| | Action Filed: March 14, 2022 |
| Counterdefendant. | |

INHOUSE CO. LAW FIRM

I, Alexander Chen, hereby declare as follows:

1.       I am an attorney admitted to practice before all courts of the State of California and the Central District Court of California. I am the principal of InHouse Co. Law Firm, attorney of record for defendant and counterclaimant Arex Industries, Inc. ("Arex") in the above-captioned action at all relevant times herein. I make this declaration based upon my own personal knowledge and could testify competently to all of the below.

2.       A true and correct copy of Arex's proposed third amended counter-complaint, red-lined to show all changes, is attached hereto as **Exhibit 1.**

3.       A true and correct copy of Arex's proposed third amended counter-complaint is attached hereto as **Exhibit 2.**

4.       Arex's proposed amendment is necessary and proper to allow Arex to recover all damages it suffered from counter-defendant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("ZYA") and proposed new counter defendants (collectively, the "Alter Ego Defendants") Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL"), and Yonghuo Wang ("Wang"), as a result of wrongful acts related to the subject matter of this action in a single lawsuit.

5.       It is in the interests of justice and of judicial efficiency to allow the proposed amendment, as the proposed new counter-defendants has caused or enabled the importation and sale of the Accused Products, caused to be fraudulently transferred assets of ZYA and/or unlawfully received assets belonging or controlled by ZYA, and otherwise caused or enabled ZYA to avoid liability in this lawsuit or be otherwise judgment-proof. The gravamen of the lawsuit has not changed.

6.       The alter ego allegations are thus also necessary, in order to maintain ZYA's liability in any event, as there is clearly a unity of interest, *inter alia*, between ZYA and each of the Alter Ego Defendants.

7.       A fifth cause of action for fraudulent transfer under California Civil Code Section 3439 and related additional supporting facts and prayer for relief were added and are necessary as a result of ZYA's action of fraudulently transferring its assets and operation to the Alter Ego Defendants that are added through this instant amendment.

INLIGHT & CO. LAW FIRM

8.     A true and correct copy of relevant excerpts from the transcript of the deposition of Jie Yang, the USPTO patent practitioner with Registration Number 77665 listed on ZYA's D925,796 Patent, is attached hereto as **Exhibit 3.**

9.     A sixth cause of action for Violation of Sherman Act Section 2 was added, a seventh cause of action for Unfair Business Competition under California Business & Professional Code section 17200, an eighth False Advertising under California Business & Professional Code section 17500 and a ninth cause of action for violation of the Section 42 of the Lanham Act were added and are necessary as a result of ZYA's action in using false and misleading statements regarding the validity of their patents in advertising and promoting of their products.

10.    These additional causes of actions including the antitrust claim, the unfair competition claims and the violation of the Lanham act, all stem from the recent uncovering the ZYA and ZHL's effort in obtaining the '796 patent by fraud using stolen USPTO practitioner identity.

11.    The USPTO agent who supposedly signed the application that she has absolutely no idea who prosecuted the patent application and how her name got in there.

12.    The remaining changes relate to jurisdiction or are minor or grammatical.

13.    All of the amendments are related to the subject matter of the existing controversy between the parties and will not result in prejudice to ZYA.

14.    Allowing the amendment would therefore promote the efficient resolution of all claims between the parties.

15.    Counter-defendants will not be able to assert any prejudice whatsoever. The operative scheduling order was entered on April 17, 2023, and the trial date has been set for January 8, 2024, whereas the discovery is not closed until October 2, 2023.

16.    Finally, the third amended counter-complaint and this Motion was prepared and drafted as soon as the existence of the Alter Ego Counter-Defendants for ZYA was discovered. Due to counter-defendant ZYA's attempt to play shell games by trying to avoid liability by fraudulent transfer of its assets to the Alter Ego Counter-Defendants and by using them to continue to sell Accused Products, the process to uncover the true identities of alter egos ZYA could not be uncovered any earlier.

INHOUSECO. LAW FIRM

1    17.    Arex did not waste time to file this motion for leave. Immediately after the deposition

2    on May 30, 2023, the parties participated in a settlement conference on June 2, 2023.

3    18.    On June 7, 2023, this Court issued its order granting ZYA's FRCP 12(b)(6) motion in

4    part, which required Arex to file a second amended counter-complaint curing deficiencies in its

5    inequitable conduct cause of action by June 23, 2023. The second amended counter-complaint was

6    filed in compliance with this Court's June 7, 2023, order. Thereafter, Arex immediately filed this

7    instant motion.

8    19.    Attached as **Exhibit 4** is a true and correct copy of the website Amazon's Vland Store

9    showing it selling the accused product as of July 3, 2023.

10   20.    Attached as **Exhibit 5** is a true and correct copy of the website Vlandus.Com showing

11   it selling the accused product as of July 3, 2023.

12   21.    Attached as **Exhibit 6** is a true and correct copy of the website Vland-USA.Com

13   showing it selling the accused product as of July 3, 2023.

14   22.    Attached as **Exhibit 7** is a true and correct copy of the website Vland-Official.com

15   showing it selling the accused product as of July 3, 2023.

16   23.    Attached as **Exhibit 8** is a true and correct copy of the website Vlandshop.com showing

17   it selling the accused product as of July 3, 2023.

18   24.    Attached as **Exhibit 9** is a true and correct copy of the website Vlandfactory.Com

19   showing it selling the accused product as of July 3, 2023.  In fact, as of July 3, 2023,

20   Vlandfactory.Com states clearly state it is operated and own by ZYA.

21   25.    Attached as **Exhibit 10** is a true and correct copy of the order that I placed for the

22   Accused Product on July 2, 2023, which has been processed and shipped.

23   26.    On July 5, 2023, I sent our proposed Third Amended Cross-Complaint to Opposing

24   counsel Micky Yao requesting an in person meeting to meet and confer consistent with L.R. 7-3.

25   27.    On July 7, 2023, I met and confer with counsel Yao via room to go over the reasons why

26   Arex seeks for leave to file its Third Amended Cross-Complaint. Mr. Yao expressed that he will oppose

27   our motion after our meet and confer.

28

Declaration of Chen ISO Motion for Leave to Amend Complaint

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is

2  true and correct.

3

4

5  DATED: July 14, 2023                    **INHOUSE CO. LAW FIRM**

6

7  

8

9  By: _____

10        Alexander Chen, Esq.
         Katja M. Grosch, Esq.

11        Theodore Lee, Esq.
         Attorneys for Defendant and Counterclaimant

12        Arex Industries, Inc.

13

14

15

16  

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Chen ISO Motion for Leave to Amend Complaint

# EXHIBIT 1

1  Alexander Chen [SBN 245798]
   alexc@inhouseco.com
2  Katja M. Grosch [SBN 266935]
   kmg@inhouseco.com
3  Theodore S. Lee [SBN 281475]
   tlee@inhouseco.com
4  **INHOUSE CO. LAW FIRM**
   7700 Irvine Center Drive, Suite 800
5  Irvine, CA 92618
   Telephone:  949-250-1555
6  Facsimile:   714-882-7770

7  Attorneys for Defendant and Counterclaimant,
   Arex Industries, Inc
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11
12  **ZHEJIANG YUANZHENG AUTO &**          )   Case No. 2:22-cv-01692-JWH-PD
    **MOTORCYCLE ASSESSORIES CO.,**        )
13  **LTD.**, a Chinese company,           )
                                           )   ~~SECOND~~THIRD AMENDED
14          Plaintiff,                     )   COUNTERCLAIMS FOR:
                                           )
15  v.                                     )   ~~1.~~  INFRINGEMENT OF US PATENT
                                           )       NO. D909,634;
16                                         )
    **AREX INDUSTRIES, INC.**, a California )   ~~2.~~  WILLFUL INFRINGEMENT;
17  company,                               )
                                           )   **2.**
18          Defendant.                     )   ~~3.~~  DECLARATION OF INVALIDITY OF
                                           )       US PATENT NO. D925,796; ~~and~~
19                                         )
                                           )   **3.**
20  _____       )
    **AREX INDUSTRIES, INC.**, a California )   **4.  DECLARATION OF**
21  company,                               )       **UNENFORCEABLILTY OF US**
                                           )       **PATENT NO. D925,796;**
22          Counterclaimaint,              )   **5.  FRAUDULENT TRANSFER;**
                                           )   **6.  CALIFORNIA FLASE**
23  v.                                     )       **ADVERTISING; and**
                                           )   **7.  CALIFORNIA UNFAIR**
24                                         )       **COMPETITION**
    **ZHEJIANG YUANZHENG AUTO &**          )   **8.  WALKER PROCESS ANTITRUST**
25  **MOTORCYCLE ASSESSORIES CO.,**        )       **VIOLATION**
    **LTD.**, a Chinese company,           )
26                                         )
                                           )
27          Counterdefendant.              )
                                           )
28

                                    1

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.06" + Indent at: 0.31"

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.06" + Indent at: 0.31"

Formatted: Font: Times New Roman, 12 pt, Bold

Formatted: Single Spacing, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.06" + Indent at: 0.31"

Formatted: Font: Bold

Formatted: Font: (Default) Times New Roman, 12 pt, Bold

Formatted: Font: (Default) Times New Roman, 12 pt, Bold

Formatted: Font: (Default) Times New Roman, 12 pt, Bold

1    Defendant and Counterclaimant Arex Industries, Inc. ("Arex") presents the following

2  allegations and facts in support of these Counterclaims and demands a jury trial on all causes of action

3  stated herein against the named Counterclaim Defendant as follows:

4                                   **JURISDICTION AND VENUE**

5    1.    This is a civil action for infringement of a patent and for a declaration of

6  noninfringement and invalidity of a patent, arising under the patent laws of the United States, including,

7  without limitation, 35 U.S.C. § 100, *et seq*., and the Declaratory Judgment Act, 28 U.S.C. § 2201, *et*

8  *seq.*

9    2.    This court has subject matter jurisdiction over these claims pursuant to the patent laws of

10  the United States under 28 U.S.C. §§ 1331 and 1338(a) and the Declaratory Judgment Act, 28 U.S.C.

11  §§ 2201-2202.

12    3.    Venue properly lies within the Central District of California pursuant to 28 U.S.C.

13  § 1391(b), (c), and (d).

14                                        **PARTIES**

15    4.    Arex is a corporation registered and existing under the laws of the State of California,

16  having its principal place of business at 5300 Irwindale Ave, Irwindale, California 91706.

17    5.    Upon information and belief, Zhejiang Yuanzheng Auto & Motorcycle Accessories

18  Co., Ltd. ("ZYA") is a company organized and existing under the laws of China, having its principal

19  place of business in Wenzhou, China. ZYA has consented to the jurisdiction of this Court by initiating

20  this lawsuit.

21    6.    Upon information and belief, ZYA is a China-based manufacturer, online distributor,

22  and retailer of auto and motorcycle parts and accessories, and ~~Yuanzheng~~ ZYA is the owner of the

23  United Stated registered trademark for VLAND for various lights for vehicles.

24    ——Upon information and belief, Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL")

25  is a company organized and existing under the laws of China, having its principal place of business in

26  Zhejiang, China.

27

28

THIRD~~SECOND~~AMENDED COUNTERCLAIMS

7.   Upon information and belief, ZHL is a China-based manufacturer, online distributor, and retailer of automobile parts and accessories, and ZHL is currently the owner of the United Stated registered trademarks for VLAND for various lights for vehicles.

—Upon information and belief, Yonghuo Wang ("Wang") is an individual having a citizenship of China residing in Gangzhou, China.

8.   Upon information and belief, Wang is the principal of both ZYA and ZHL.

### ALTER EGO ALLEGATIONS

9.   Arex is informed and believes and thereon alleges that the individual and entity named as Counter-Defendants herein, including but not limited to Yonghuo Wang and Zhejiang Hongguang LightingZHL Technology Co., Ltd (hereinafter collectively referred to as the "Alter Ego Counter-Defendants"), and each of them, were at all times relevant herein the alter egos Zhejiang Yuanzheng Auto & Motorcycle AssesoriesAccessories Co., Ltd.ZYA by the reason of the following:

(a) Arex is informed and believes and thereon alleges that Defendant ZYA, at all times herein was mentioned, dominated, influenced, and controlled by each of the Alter Ego Counter-Defendants and the officers thereof as well as the business, property, and affairs of each said entities;

(b) Arex is informed and believes and thereon alleges that, at all times herein mentioned, there existed and now exists a unity of interest and ownership between Defendant ZYA and each of the Alter Ego Counter-Defendants; the individual and separateness of Defendant ZYA and each of the Alter Ego Counter-Defendants have ceased;

(c) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA has been and continues to be a mere shell and naked framework which the Alter Ego Defendants uses as a conduit for the conduct of their personal business, property, and affairs;

(d) Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA was created and continued pursuant to a fraudulent plan, scheme, and/or device conceived and operated by the Alter Ego Counter-Defendants, whereby the income,

revenue, and profit of ZYA were diverted by the Alter Ego Counter-Defendants to themselves;

(e)  Arex is informed and believes and thereon alleges that, at all times herein mentioned, ZYA was organized by the Alter Ego Counter-Defendants as a device to avoid liability and for the purpose of substituting financially irresponsible entities in the place and stead of ZYA;

(f)  By virtue of the foregoing, adherence to the fiction of the separate corporate existence of ZYA would, under the circumstances, sanction a fraud and promote injustice in that Arex would be unable to realize any judgment in its favor.

(g)  Additionally, upon information and belief, Wang is the principal for both ZYA and ZHL. ZHL owns the VLAND trademark in the European Union; ZHL owns the VLAND trademark in Australia; and after the transfer by ZYA to ZHL, ZHL owns the VLAND Trademarks in the United States as well.

(h)  Attached **Exhibit I** is a true and copy of a copy of the website yzheng.com , which is the website of ZHL showing in the same webpage bearing "Vland" trademark, while in the "About US" section stating that the company is "ZYA" and then at the bottom of the webpage stating that the company is ZHL.

6.

### THE ASSERTED PATENT AND INFRINGMENT THEREOF

7.10.   On February 2, 2021, the United States Patent and Trademark Office duly and legally issued United States Design Patent No. D909,634, entitled "Vehicle Headlight" ("the '634 Patent"). The patent's named inventor is Mizeng He. Arex is the assignee and owner of the entire right, title, and interest in and to the '634 Patent and as such is vested with the right to bring this suit for damages and other relief. A true and correct copy of the '634 Patent is attached hereto as **Exhibit A**.

4

THIRDSECONDAMENDED COUNTERCLAIMS

11. ZYA's "VLAND LED headlights for Ford 150 2018-2020" (the "Accused Products") ~~are copied~~are copied from the '634 Patent and are listed on VLAND's website[1] and on Amazon.com[2]. A true and correct copy of ZYA's listings ~~are~~ is attached hereto as **Exhibit B**.

**COUNTER-DEFENDANTS' ATTEMPT TO AVOID LIABILITY**

**AND FRAUDULENT TRANSFER**

At the commencement of this lawsuit, ZYA was the owner of several United States

12. ~~r~~registered trademarks for VLAND, including U.S. Reg. Nos. 6302000, 6301997, 5781201, and 5065813 (the "VLAND Trademarks"), all of which relates to motor vehicle products and/or accessories.

13. On or about December 12, 2022, in the midst of this current action, ZYA transferred through assignment the entire interest in the VLAND Trademarks from ZYA to ZHL. Each of the assignments for the VLAND Trademarks was recorded with the USPTO and a true and correct copy of each is attached hereto as **Exhibit G**.

14. After the fraudulent transfer of ZYA's VLAND Trademarks and potentially other assets to ZHL, ZYA has taken the position that ZYA has only sold the Accused Product up to November of 2021 and has since not sold any Accused Products.

15. ~~Contrary to ZYA's statement and position~~However, a search for VLAND and the Accused Products shows that the Accused Products are still being sold under the VLAND Trademarks on Amazon.com.

**FRAUDULENT ACQUISITION OF PATENTS FROM**

**THE ~~UNITED STATES PATENT AND TRADEMARK OFFICE~~**

**USPTO AND INJURY TO COMPETITION AND CUSTOMERS OF COMPETITORS**

**(WALKER PROCESS CLAIM)**

16. Incredibly, ZYA has ~~devised a scheme to~~ fraudulently obtained patents ~~form~~from the United States Patent and Trademark Office ("USPTO"). ~~In~~ counsel's years of experience and practice in the field of intellectual property ~~and in dealing with the USPTO~~, counsel has never seen such blatant

---

[1] https://www.vland-official.com/products/vland-led-projector-headlights-for-ford-f150-2018-2020-without-sequential-turn-signal

[2] https://www.amazon.com/Upgraded-Headlights-Pickup-Assembly-YAA-F150-2042A/dp/B08PZ1N9V8/ref=sr_1_32?crid=1H58RM39S8QVC&dchild=1&key

THIRD~~SECOND~~AMENDED COUNTERCLAIMS

fraud- before the USPTO committed by anyone on the USPTO. The level of the fraud and audacity of ZYA in its fraud is unprecedented and shocking to say the lease.

17. Unfortunately To date, ZYA, however, has been successfully in its scheme in fraudulently obtaining patents, including but not limited to U.S. Patent Number D925,796.

18. Specifically, ZYA's D925,796 Patent indicated that a USPTO patent practitioner named Jie Yang (Ms. Y "Yang"), with Registration Number 77,665, prosecuted the patent application.

19. Ms. Yang, however, has denied under oath that she prosecuted the patent application or , and she has further taken the position that she has never authorized the use of her name and registration number for the prosecution of the D925,796 patent.

20. ZYA has did not, in its D925,796 patent application, disclose the fact that Ms. Yang was not involved in the prosecution of the patent, nor did she not authorized the use of her name and registration for the prosecution of the patent.

21. Accordingly, ZYA made representations to the USPTO that were material to the patentability of its then pending patent application which it knew to be false. The materially false representations and omissions were intended to induce and did induce reliance by the patent examiners charged with determining whether to grant ZYA's patent claims.

22. Indeed, but for ZYA's materially false statements and omissions, the D925,796 patent application could not issue into a patent would not have issued.

1.

## COUNT ONE

### INFRINGEMENT OF THE '634 PATENT BY ZYA

2.23.  Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

3.24.  ZYA has knowledge of the design embodied in the '634 Patent in as early as February 2019 when Arex debuted its product, bearing the '634 Patent, in the US. ZYA has knowledge of its infringement of the '634 Patent since at least December 2021, when counsel for ZYA contacted Arex's counsel in response to Arex's October 27, 2021, cease 2021, cease and desist letter to third party US ELogistics Service Corp.

6

THIRD SECOND AMENDED COUNTERCLAIMS

1    ~~4.~~25.   The '634 Patent has a single claim directed to the ornamental design for vehicle
2    headlights as shown below:



| Arex's D909,634 Design Patent |
|---|

7

THIRD~~SECOND~~AMENDED COUNTERCLAIMS

5. 26.    ZYA copied the design for its Accused Products from the design of the '634 Patent. A side-by-side comparison of the '634 Patent and an exemplary specimen of ZYA's headlight is shown below:

**Formatted:** Indent: Left: 0", First line: 0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Tab after: 0.75" + Indent at: 0.75"

| Arex's D909,634 Design Patent | ZYA's headlight |
|---|---|
|  |  |
|  |  |
|  |  |

INHOUSE CO. LAW FIRM



6.27.   As depicted above, the headlight design of the Accused Product is the same or substantially the same as the headlight design of the '634 Patent. While both are designed as aftermarket lights to replace the original Ford 2018 headlight, ZYA copied the designs of Arex and made its own design to be so similar to Arex such that an ordinary observer would be so deceived by the substantial similarity between the designs.

7.28.   Indeed, the '634 Patent is comprised of the following main ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

INHOUSE CO. LAW FIRM

Formatted: Indent: Left:  0", First line:  0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.5" + Tab after:  0.75" + Indent at:  0.75", Tab stops: Not at 0.75"

8.29.   Specifically, the '634 Patent contains a main middle section that has **prominent** triple horizonal LED bars with marginal spacing between each bar ("Triple LED Bars") that immediately draw the user's attention. These Triple LED Bars are the prominent design element, and are not disclosed in any of the prior art cited in the '634 Patent's prosecution history. The Accused Product also has aesthetically identical features comprising of the five ornamental features listed above and most importantly, the Triple LED Bars.

9.30.   Except for the slight differences in the non-material respect of the appearance of the inner side lamp (5), the accused product bears identical features matching that of the '634 patent, most notably the Triple LED Bars and the two LED lights with reversed arrow bezels placed on the top and bottom of the Triple LED Bar. Given that the similarity between these points of novelty, such that the overall design of the '634 Patent and Accused Products are nearly identical, there is no doubt that ZYA's Accused Products infringe the '634 Patent. Giving such attention as a purchaser usually gives, an ordinary user would be so confused by the substantial similarity between the designs so as to be induced to purchase ZYA's product supposing it to be from Arex.

10.31.   Arex has not granted a license or any other authorization to ZYA to make use, offer for sale, sell, or import headlights that embody the headlight design patented in the '634 Patent.

11.32.   Arex alleges upon information and belief that, without authority, ZYA has infringed and continues to infringe the '634 Patent by, *inter alia*, making, using, offering to sell, or selling in the United States, including in the State of California and within this District, products infringing the ornamental design covered by the '634 Patent in violation of 35 U.S.C. § 271, including but not limited to the Accused Products.

12.33.   ZYA's acts of infringement of the '634 Patent was undertaken without authority, permission, or license from Arex. ZYA's infringement violates 35 U.S.C. § 271.

13.34.   Arex is informed and believes that ZYA intentionally sells, ships, or otherwise causes to be delivered the Accused Products in the United States, with knowledge that they are designed to and do practice the infringing features of the '634 Patent.

14.35.   Arex has been damaged in an amount to be proven at trial, but not less than $1,000,000, plus interest, attorney's fees, and costs as provided by law.

THIRD SECOND AMENDED COUNTERCLAIMS

15.36. Arex is without an adequate remedy at law and has thus been irreparably harmed by these acts of infringement. Arex asserts upon information and belief that infringement of the asserted claims of the '634 Patent is continuous and ongoing unless and until ZYA is enjoined from further infringement by the Court.

## COUNT TWO

### WILLFUL INFRINGEMENT OF THE ASSERTED PATENT

16.37. Arex re-alleges and incorporates by reference each allegation in the preceding paragraphs as though fully set forth herein.

17.38. ZYA's infringement of the '634 Patent has been willful.

18.39. ZYA has had actual knowledge of the '634 Patent since as early as 2019 February and also at least as early as December 2021 when counsel for ZYA contacted Arex's counsel in response to Arex's October 27, 2021, letter to US E-Logistics Service Corp.

19.40. Accordingly, ZYA's continued marketing and sales evidence not only ZYA's pre-suit knowledge of the '634 Patent, but that ZYA's infringement of the '634 Patent has been, and continues to be, willful and deliberate, warranting treble damages.

20.41. Indeed, ZYA's sole possible defense to willfulness is that it has a valid design patent of its own. However, this defense is premised on fraud and foul play.

21.42. On information and belief, when ZYA filed its U.S. Design Patent D925,796 ("the '796 Patent") on July 21, 2020, it copied all of the key ornamental features of Arex's F150 headlight that are embodied in the '634 Patent.

22.43. The F150 product embodied in the '634 Patent was introduced into US commerce as early as February 2019. It proved to be a tremendous success and received accolades from the industry and users alike.

23.44. On information and belief, eyeing the success of Arex's F150 headlight, ZYA devised a scheme by which it would (a) copy the designs, (b) make slight changes, (c) withhold key prior art that would show that the changes were not novel, and (4) proceed to obtain a patent by fraud and sell the products under the cover of a duly-issued patent.

11

24.45. Indeed, ZYA first obtained a copy of the F150 sample and copied its prominent key ornamental features including the features of (1) a single LED projector light with surrounding bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizontal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and tapering around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

25.46. After ZYA copied the prominent features, it made a marginal effort to distinguish their design from the '634 Patent by incorporating a grill-like bar covering the inner side lamp, a feature that was already disclosed in prior art, specifically, the 2018 Ford F-150 King Ranch Edition exterior halogen headlight ("King Ranch Light").

| King Ranch Light | ZYA's '796 |
| --- | --- |
|  | |

26.47. ZYA purposely withheld the prior art of the King Ranch Light from the USPTO during the prosecution of the '796 Patent. Had the King Ranch Light prior art been disclosed to the USPTO, the Examiner would not have issued the '796 Patent, given that the only material difference between Arex's '634 Patent and ZYA's '796 Patent is the grill-like bar covering the inner side lamp, a feature that was already disclosed on the King Ranch Light.

THIRD SECOND AMENDED COUNTERCLAIMS

27.48.  ZYA filed its '796 Patent application as an expedited request, which requires a certification that the relevant agents and principals had conducted a thorough prior art search. Based on the attorney's certification of prior art search, only three (3) items of prior art were offered, none of which were the '634 Patent or the King Ranch Light. Despite the heightened requirement of self-certification of a thorough prior art search, ZYA still failed to disclose the King Ranch Light.

28.49.  On information and belief, ZYA knew that it had obtained the '796Patent improperly by copying the features of the '634 Patent and adding a grill-like bar covering the inner side lamp identical to the 2018 Ford King Ranch F150 headlight, and further failing to disclose the existence of the King Ranch Light prior art to the USPTO.ZYA's reliance on the '796 Patent as a defense to Arex's infringement claims so that they can continue to sell without consequences only makes their conduct even more egregious.

29.50.  Therefore, Arex seeks to recover enhanced damages against for willfulness as authorized by law.

## COUNT THREE

### DECLARATION OF INVALIDITY OF D925,796 PATENT

30.  Arex re-alleges and incorporates by reference each and every allegation in the preceding
51.  paragraphs as though fully set forth herein.

31.52.  The '796 Patent is owned by ZYA, and a copy thereof is attached hereto as **Exhibit C**.

32.53.  Arex contends that the claim of the '796 Patent is invalid for failure to comply with one or more of the conditions for patentability set forth in Part II of Title 35 of the United States Code, including 35 U.S.C. §§ 102and 103 because it is anticipated or is obvious in view of Arex's '634 Patent and the other prior art discussed above.

33.54.  As shown in **Exhibit D**, ZYA contends that the '796 Patent does not infringe upon the '634 Patent because it was issued after the patent examiner considered the '634 Patent.

34.55.  Under 35 USC §§ 102, a person cannot obtain a design patent if someone else already has made an identical version of the design. Simply put, the design must be new. A design that is not new or novel is said to be "anticipated by the prior art." Under the U.S. patent laws, a design that is "anticipated" is not entitled to patent protection.

13

35.56.  When viewed as a whole, the '796 Patent is "identical in all material respects" to the overall visual impression of the '634 Patent. Minor differences between the prior art and the claimed design do not preclude a finding of anticipation.

36.57.  The distinctive ornamental features of the '634 Patent are compared to the '796 Patent in the charts herein. Specifically, as shown in Fig. 2, the '634 Patent is comprised of these main ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizontal LED bars with marginal spacing between each bar (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

37.    The '634 Patent contains a middle main section that has the **prominent** Triple

58.    LED Bars that immediately draw the user's attention. These Triple LED Bars are the prominent design element that is not disclosed in any of the prior art cited in the '634 Patent's prosecution history. Similarly, the '796 Patent also has aesthetically identical features comprising of the five ornamental features and most importantly, the Triple LED Bars. This undisputed similarity between the '634 Patent and the '796 Patent can be seen in the following comparison chart.:

| AREX's '634 | ZYA's '796 |
|---|---|

14



58.59.   Except for slight non-material differences in the appearance of the inner side lamp (5), the '796 Patent bears identical features matching that of the '634 Patent, most notably the Triple LED Bar and the two LED lights with reversed arrow bezels placed on top and bottom of the Triple LED Bar. The differences between these points of novelty and the Accused Products are so minor that the overall design of the '634 Patent and '796 Patent are identical in all material respects, and the '796 Patent should be held invalid under 35 USC § 102.

59.60.   A claimed design is invalid as "obvious" if it would have been obvious to a designer of ordinary skill who designs articles of the type involved.

60.61.   Here, the combination of the '634 Patent with a closely related secondary reference, such as the King Ranch Light already in public display and use as early as January 12, 2017, would suggest the claimed design to a designer of ordinary skill. Indeed, a designer of ordinary skill would have combined these references to create the same overall visual appearance as the claimed design.

THIRDSECONDAMENDED COUNTERCLAIMS

15

Formatted: Indent: Left: 0", First line: 0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Tab after: 0.75" + Indent at: 0.75", Tab stops: 0", List tab + Not at 0.75"

grill like bar is disclosed in the King Ranch Light, shown in **Exhibit E**.

~~41.~~ 62. The slight non-material differences in the appearance of the inner side lamp (5) with

~~42.~~ 63. By combining the design of the '634 Patent as primary prior art and the King Ranch Light as secondary prior art, the '796 Patent is invalid for obviousness under 35 USC § 103.

~~43.~~ 64. An actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, exists between Arex and ZYA with respect to the invalidity of the '796 Patent.

~~44.~~ 65. A judicial declaration of the invalidity of the '796 Patent, under 35 U.S.C § 102 for Anticipation, and 35 USC § 103 for Obviousness, is necessary and appropriate to resolve this controversy.

**COUNT FOUR**

**DECLARATION OF UNENFORCEABILITY OF D925,796 PATENT**

~~45.~~ 66. Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

~~46.~~ 67. Every person who is substantively involved in the preparation or prosecution of the patent application and who was associated with ZYA owed a duty to disclose information material to patentability to the USPTO under 37 C.F.R. section 1.56(a).

~~47.~~ 68. The obligation of such individuals to disclose material information to the USPTO is also reflected in the Manual of Patent Examining Procedure (MPEP), Chapter 2000.

~~48.~~ 69. For example, MPEP section 2001.01 states: "the duty of disclosure ... would apply to individuals within the corporation or institution who were substantively involved in the preparation or prosecution of the application, and actions by such individuals may affect the rights of the corporation or institution." MPEP § 2001.01 (Rev. 10.2019, Last revised June 2020).

~~49.~~ 70. The duty of disclosure applies to those who are associated with the inventor, the applicant, an assignee, or anyone to whom there is an obligation to assign the application. 37 CFR 1.56(c)(3).

~~50.~~ 71. The individuals, therefore, and according 37 CF 1.56(c)(3), that have duties to disclose prior art, include the named inventor Yu Chen of Rui'an China, who is also the manager of applicant

**Formatted:** Indent: Left:  0", First line:  0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.5" + Tab after:  0.75" + Indent at:  0.75", Tab stops:  0", List tab + Not at  0.75"

1   ZYA, the named prosecuting USPTO ~~agent~~ practitioner Jie Yang, the designer of the accused light

2   apparatus Xiaopeng Liao, the principal of applicant ZYA Wang Yonghuo.

3        ~~51.~~72.   The '796 Patent is presumed to be owned by ZYA as ZYA was the named applicant.

4        ~~52.~~73.   Arex contends that the sole claim of the '796 Patent is unenforceable because it was

5   procured by inequitable conduct.

6        ~~53.~~74.   On information and belief, when ZYA filed its application for the '796 Patent, Yu Chen,

7   Xiaopeng Liao and Wang Yonghuo copied all of the key ornamental features of Arex's F150 headlight.

8        ~~54.~~75.   Specifically, Arex's F150 product ("the '634 Patent") was introduced into US commerce

9   in as early as February 2019 and was tremendously successful with accolades from the industry and

10  users alike.

11       ~~55.~~76.   On information and belief, eyeing the success of the Arex F150 headlight, Yu Chen,

12  Xiaopeng Liao and Wang Yonghuo wanted to cache by selling AREX copycat.  To do so, they would

13  (a) copy the AREX design, (b) make slight changes by adding a feature from a prior art, (c) withhold

14  the disclosure of the prior art during prosecution of the copycat design and (d) obtain a patent by fraud

15  so they can sell the copycat design legitimately.

16       ~~56.~~77.   On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo first obtained

17  a sample of the Arex's F150 headlight and copied its prominent key ornamental features including (1) a

18  single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid,

19  and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section),

20  (2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section),

21  (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal

22  lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main

23  section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp,

24  and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal

25  LED bars.

26       ~~57.~~78.   On information and belief, after copying the prominent features from AREX, Yu Chen,

27  Xiaopeng Liao, and Wang Yonghuo, in the spring of 2020, ~~next~~ purchased a copy of the "Ford F150

28

King Ranch Light" which was revealed to the public in as early as 2017 and available to purchase in the fall of 2017.

58. 79. Specifically, the Ford F150 King Ranch Ranch Light was developed by Ford for its F150, specifically the thirteenth generation F150 mid cycle upgrade Model Year 2018-2020. It was revealed to the public in 2017 Detroit Auto Show on January 8, 2017.

59. 80. They then made a marginal effort to distinguish the Arex design by copying the grill-like bar covering the inner side lamp, a prominent feature in the "Ford F150 King Ranch Light." There is no doubt that Yu Chen, Xiaopeng Liao, and Wang Yonghuo copied the "grill-like bar covering" of the 2018 King Ranch because the same feature looks exactly identical in ZYA's design as illustrated in the below side by side comparison.

| Ford F150 2018 King Ranch | ZYA's '796 |
|---|---|
|  |  |

60. 81. It is important to explain here that while certain products are available for public to purchase, the USPTO Examiner often will not know about it unless such products also has a patent for reasons being that examiner often only search USPTO database for prior art search. On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew that and chose to not inform the Examiner of the Ford F150 King ranch.

61. 82. After the ZYA completes its design, it then proceeded to put together a USPTO application for design patent on or about July 21, 2020.

Formatted: Indent: Left: 0", First line: 0.5", Outline numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Tab after: 0.75" + Indent at: 0.75", Tab stops: 0", List tab + Not at 0.75"

Formatted: Indent: Left: 0.39"

62.83.   Every person who is substantively involved in the preparation or prosecution of the patent application and who was associated with ZYA owed a duty to disclose information material to patentability to the USPTO under 37 C.F.R. section 1.56(a).

63.84.   Information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and (1) It establishes, by itself or in combination with other information, a *prima facie* case of unpatentability of a claim; or (2) It refutes, or is inconsistent with, a position the applicant takes in:(i) Opposing an argument of unpatentability relied on by the Office, or (ii) Asserting an argument of patentability.

64.85.   The "grill-like bar covering" feature was not in any of the prior art cited during the prosecution of the ZYA patent and thus is not cumulative nor made of a record in the application. Likewise, a prima facie case of unpatentability would have been established had the Examiner been made aware of the "grill-like bar covering" as it should have been made as a record in the application.

65.86.   Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew they had an affirmative duty to disclosing the "grill-like bar covering" of the 2018 King Ranch prior art but made a conscious decision to withhold the prior art because they knew had they done so, the ZYA patent would not have been issued.

66.87.   On July 21, 2020, when the application was filed, an information disclosure statement ("IDS") was filed in connection to the application which is meant for applicant to disclose all pertinent prior art considered. There was no mention of the "grill-like bar covering" of the 2018 King Ranch in the IDS.

67.88.   Worst, on August 29, 2020, thirty-eight (38) days after the original application was filed, Yu Chen, Xiaopeng Liao, and Wang Yonghuo then moved to expedite the ZYA Patent application , which requires a certification that the relevant agents and principals have conducted a thorough prior art search. (35 CFR. 1.155 (2).)

68.89.   Specifically, the expedited application under 35 CF. 1.155 is a special procedure that affords immediate processing of the application based on applicant's promise that it conducted a pre-examination search and to list the search result is listed in the information disclosure statement.

1 USPTO provides such expedited procedure in reliance of applicant's duty of candor.  ZYA, including

2 Yu Chen, Xiaopeng Liao, and Wang Yonghuo took advantage of the system and abused it.

3 69.90.  Based on the certification of prior art search under the expeditedated request dated on

4 August 29, 2020, and shown in **Exhibit F,** only three (3) items of prior art were offered, *none of which*

5 discloses the "grill-like bar covering" of the 2018 King Ranch prior art.

Formatted: Font: Not Bold, Italic, No underline

6 70.91.  Despite the heightened requirement of self-certification of a thorough prior art search,

7 ZYA, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo purposelydly failed to disclose the King

8 Ranch Light, which contains ZYA's grill-like bar covering the inner side lamp. The intent is to deceive

9 is especially obvious given that ZYA offered certification that they had conducted the required prior art

10 search.

11 71.92.  Based on the above inequitable conduct, the '796 Patent is unenforceable.

12 72.93.  Even more sinister than Yu Chen, Xiaopeng Liao, and Wang Yonghuo's intentional

13 withholding of the King Ranch Prior art to fraudulently obtain the issuance of the '796 patent is the

14 shocking deposition testimony of USPTO agent licensed practitioner Jie Yang stating that the entire

15 '796 application was procured by fraud.

16 73.94.  Specifically, on May 2, 2023, the USPTO licensed practitioner agent Jie Yang to which

17 this application was prosecuted under was deposed. It was revealed that the '796 patent was never

18 authorized to be prosecuted by her. Jie Yang testified that someone fraudulently used her name and her

19 USPTO practitioner agent license to prosecute the '796 patent entirely without Yang's knowledge or

20 authorization. That she has never heard of the applicant ZYA, the inventor Yu Chen, or for that matter

21 Xiaopeng Liao or Wang Yonghuo.

22 74.95.  When asked, as the entire prosecution file for '796 patent contains at least six (6)

23 different locations bearing Yang's signature, individually and collectively, Yang stated that she had

24 never seen any of the documents and certainly did not sign them

25 For example:

26 Q: ……..is it also your position that you do not have a client-practitioner relationship with

27 regard to Mr. Yu Chen (misspelled as YuanZheng), the inventor of this application?

28 A: I do not have any practitioner-client relationship with the inventor. What's his name again?

1 ....

2 A: That's correct.

3 Q: ….You do not have any practitioner relationship – relationship with the inventor, as well as

4 the applicant, correct?

5 A: That's correct.

6 (p. 16; ln 10 to ln 23.)

7 Q: Q: Madam Madam Court Reporter to go ahead and mark this Exhibit Number 7 and by way of

8 sharing the screen, I will represent to you Exhibit 7 is a Design Patent Application transmittal

9 referring to first name of inventor, Yu Chen, of this particular patent at issue, and I want to go ahead and

10 ask you to go and look to the bottom.

11 (p. 45; ln 3 to ln 7.)

12 Q: There is signature, signature number signature is Jie Yang. The name is also Jie Yang and

13 the registration number of this particular attorney or agent, 77665. Now my question for you is,

14 is your registration number at USPTO 77665?

15 A: Yes, that's my number.

16 Q: Are you familiar with this document at all?

17 A: No.

18 Q: Is this not your signature, ma'am?

19 A: I did not sign it

20 (p. 45 ln :11 to ln :21.)

21

22 Q: You have any knowledge or reason to understand why your signature is affixed to this

23 particular transmittal?

24 A: I don't know how it got there.

25 (   p. 45 ln 11 to ln :22 to P. 46; ln 3.)

26 Q Did you authorize anyone to sign on behalf of this Information Disclosure Statement?

27 A: No.

28 (p. 52; ln 10 to ln 12.)

THIRD SECOND AMENDED COUNTERCLAIMS

Q: Go ahead and look at Exhibit 15. I just sent -- Madam Court Reporter, please go ahead and mark as Exhibit 15. This -- I willrepresentwill represent to you this is the fees transmittal. This was a fees transmittalthattransmittal that was submitted to the USPTO in connection to the prosecution of this particular application. Towards the bottom I will ask you to carefully -- look -- it states the authorized signature is Jie Yang, dated June 21st, 2021. The prosecutioner's name is Jie Yang, registration number 77665. To the extent you testified that this is you, do you recognize the signature here?

A: I did not sign it.

(p.55: ln 5  to 20.)

Q: Have you authorized your friend, Mr. Wang, to file any patent applications on your behalf?

A: I did not authorize Mr. Wang to file these applications.

(p.89: ln 12to  19.)

75.96.  Yang suspects that the firm of W&K, which prosecuted the patent, specifically Yu Wang, someone who is neither an attorney or a registered USPTO agent, stole her identity to prosecute the '796 patent.

76.97.  Under USPTO MPEP Section 2016 Fraud, Inequitable Conduct, or Violation of Duty of Disclosure Affects All Claims [R-08.2017], a finding of "fraud," "inequitable conduct," or violation of duty of disclosure with respect to any claim in an application or patent, renders all the claims thereof unpatentable or invalid. *See Therasense Inc. v. Becton Dickinson and Co*., 649 F.3d 1276, 1288, 99 USPQ2d 1065, 1071 (Fed. Cir. 2011), *Chromalloy American Corp. v. Alloy Surfaces Co*., 339 F. Supp. 859, 173 USPQ 295 (D.Del. 1972) and *Strong v. General Electric Co.,* 305 F. Supp. 1084, 162 USPQ 141 (N.D. Ga. 1969), aff'd, 434 F.2d1042, 168 USPQ 8 (5th Cir. 1970), cert. denied, 403 U.S. 906 (1971). In *J. P. Stevens & Co. v. Lex TexLtd*., 747 F.2d 1553, 1561, 223 USPQ 1089, 1093-94 (Fed. Cir. 1984).

77.98.  While most fraud on the USPTO occurs in the context of intentionally withholding prior art, fraud in this context of using identity theft to procure USPTO Patent falls squarely into the definition of "Fraud" as defined in the MPEP 2016 and the cases thereunder.

78.99.  Accordingly based on this indisputable fraud and inequitable conduct, the '796 Patent is unenforceable.

22

1  79.100.      An actual and justiciable controversy within the meaning of the Declaratory

2  Judgment Act, 28 U.S.C. § 2201, *et seq.*, exists between Arex and ZYA with respect to the

3  enforceability of the '796 Patent.

4  101.    A judicial declaration of the unenforceability of the '796 Patent is appropriate to resolve

5  this controversy.

6

7  **COUNT FIVE**

8  **FRAUDULENT TRANSFER**

9  **(Cal. Civil Code § 3439 *et. seq.*)**

10  102.    Arex re-alleges and incorporates by reference each and every allegation in the preceding

11  paragraphs as though fully set forth herein.

12  103.    On January 6, 2022, ZYA sendst a cease and desist a letter askingto Arex demanding that

13  it not to interfere with its business in selling its VALND F150 headlightstop attempting to enforce its

14  patent rights against ZYA.

15  104.    On March 14, 2022, ZYA filed the instant its lawsuit alleging various harms as a result of

16  Arex's patent enforcementinterference if it selling VALND F150 headlight efforts.

17  On May 13, 2022, ZYA filed itsa motion for  Ppreliminary Iinjunction, admitting that

18  Plaintiffwhich included the admission that ZYA is the owner of the registered trademark "VLAND".

19  The motion further

20  105.    In the same pleading it statesd that VLAND has suffered, and will continue to suffer,

21  irreparable harm as a result of Arex's alleged interference. This pleading was signed by ZYA's counsel

22  Tianyu Ju on May 13, 2022.

23  106.    On April 21, 2023, ZYA's responds in its verified discovery responses state that

24  "[p]laintiff has no active stores on Amazon.com. Plaintiff is only a manufacturer of the alleged accused

25  products." In the same response, ZYA states that "[o]ur company's financial sales decreased after we

26  received Defendant's cease and desist letter. Our company could not sell any headlights in 2022 due to

27  the cease and desist letter. Our Company also stopped selling the headlights in December 2021 due to

28  the warehouse holding the products after receiving Arex's cease and desist letter."

Formatted: Indent: Left:  0", Tab stops: Not at  0" + 0.75"

Formatted: Font:

Formatted:  No bullets or numbering

Formatted: Font color: Custom Color(RGB(0,0,10)), Pattern: Clear

Formatted: Font color: Custom Color(RGB(0,0,10)), Pattern: Clear

Formatted: Indent: Left:  0"

Formatted: Font: (Default) TimesNewRomanPSMT

Formatted: Font: (Default) Times New Roman

Formatted: Font: (Default) TimesNewRomanPSMT, Font color: Custom Color(RGB(0,0,10))

Formatted: Font: (Default) TimesNewRomanPSMT, Font color: Custom Color(RGB(0,0,10))

Formatted: Font: (Default) TimesNewRomanPSMT, Font color: Custom Color(RGB(0,0,10))

Formatted: Font: Courier New

23   Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as
24   follows: Our company's financial sales decreased after we received Defendant's cease and desist
25   letter. Our company could not sell any headlights in 2022 due to the cease and desist letter. Our
26   Company also stopped selling the headlights in December 2021 due to the warehouse holding the
27   products after receiving Arex's cease and desist letter.
28

107.   It went on to state that it has only sold 308 of the accused products in 2021.

Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as follows: Refer to sales data in the March 20, 2023 production. Plaintiff sold 368 ACCUSED PRODUCTS in the year of 2021. Plaintiff's profit for each of the Accused Product is ¥ 503.01 (RMB).

108.   Yet as of the time of this complaint, the very same VLAND F150 light is available for sale in Amazon's Vland Store, Vlandus.com, Vland-USA.com, Vland-official.com, Vlandshop.com, and Vlandfactory.com.

109.   Attached **Exhibit J** is a true and correct copy of the website Amazon's Vland Store showing it selling the accused product as of July 3, 2023.

110.   Attached **Exhibit K** is a true and correct copy of the website Vlandus.Com showing it selling the accused product as of July 3, 2023.

111.   Attached **Exhibit L** is a true and correct copy of the website Vland-USA.Com showing it selling the accused product as of July 3, 2023.

112.   Attached **Exhibit M** is a true and correct copy of the website Vland-Official.com showing it selling the accused product as of July 3, 2023.

113.   Attached **Exhibit N** is a true and correct copy of the website Vlandshop.com showing it selling the accused product as of July 3, 2023.

THIRDSECOND AMENDED COUNTERCLAIMS

114.    Attached **Exhibit O** is a true and correct copy of the website Vlanddfactory.Com showing it selling the accused product as of July 3, 2023.

115.    In fact, as of July 3, 2023, Vlandfactory.Com states clearly state it is operated and own by ZYA:



116.    And onOn July 3, 2023, Arex an order was placed and paidan order for the aAccused lightProduct, and it was indeed processed and tracking number generated:

25

THIRDSECONDAMENDED COUNTERCLAIMS

IN HOUSE CO. LAW FIRM

117.   Attached as **Exhibit P** is a true copy of the order that was placed and paid for the aAccused lightProduct on July 2, 2023, and it was indeedwhich has been processed and tracking number generatedshipped.

118.   Why does ZYA's filed its preliminary injunction filed inn May of 2022 when it already stopped selling VLAND F150 headlights in December of 2021?

119.   Why are the VLAND F150 headlights still for sale as of the day of this complaint on all major eCommerce site if ZYA could not sell anymorestopped selling them in 2021 December of 2021?

Indeed, Counter Plaintiff was clearly able to purchase the accused product as of the date of this complaint.

120.   Perplexed, ZYA has since discovered that conducts further investigation and realized thatZYA transferred all of its VLAND trademarks to VLAND has already been transferred to ZYA to ZHL in December 2022, which has the exact same ownership as ZYA.

Apparently on December 2022, all of the trademarks of Vland have been assigned by ZYA to ZHL.

| Mark | Serial Number | Previous Owner | Current Owner | Assignment Date |
|---|---|---|---|---|
|  | 88486095 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 88483414 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |

THIRDSECONDAMENDED COUNTERCLAIMS

| | 88196972 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
|---|---|---|---|---|
| | 86834961 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |

121.   Each assignment was signed by non -other the Mr. Wang Yang Huo on behalf of ZYA and on behalf of ZHL:.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                          ASSIGNEE:
ZHEJIANG YUANZHENG AUTO &          ZHEJIANG HONGGUAN LIGHTING
MOTORCYCLE ACCESSORIES CO.,        TECHNOLOGY CO., LTD.
LTD

Signed by: Wang Yong Hao           Signed by: Wang Yong Huo
Name: Wang, Yonghao               Name: Wang, Yonghuo
Title: Principal                   Title: Principal

122.   The transfer make sense.This fraudulent transfers permits the people behind ZYA to continue to sell the Accused Products via  ZHL would continue to sell the accused VLAND F150 headlight, who was not initially named in free of liability from this lawsuit. ZYA will claims that it has

sustained damage and could not sell any VLAND F150 because of Arex's cease and desist letter, but t. This is a farce that flies in the face of this Court.

123.   ZYA and ZHL's outlandish shell game is poorly disguised and should be punished cannot be permitted to stand.

124.   Specifically, ZYA's Vland trademarks and other assets were transferred by and among the Alter Ego Defendants with fraudulent intent to hinder, delay, or defraud Arex (actual fraud).

125.   Alternatively, upon information and belief, the transfers by and among the Alter Ego Defendants were made for less than reasonably equivalent value (constructive fraud).

126.   These fraudulent transfers were a substantial factor in causing harm to Arex. Due to the improper transfer of ZYA's trademarks and other assets into the names of the Alter Ego Defendants, ZYA has cut off its liability herein and made itself judgment-proof. Without this cause of action, all of ZYA's assets will beyond Arex's reach by the time this action case concludes.

127.   Arex seeks avoidance of the transfers, judgment against the transferees for the value of the assets transferred, that the Defendants Counter-defendants post an undertaking in the amount of the value of the transferred assets, attachment, preliminary and permanent injunction against further disposition or transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if disposed of, and/or any other and further relief the court deems appropriate.

128.   Arex further seeks consequential and punitive damages against these D Counter-defendants as the transfers were made with malicious intent in an effort to avoid liability for ZYA's patent infringement.

**COUNT SIX**

**ATTEMPTED MONOPOLIZATION (15 U.S.C § 2) WALKER PROCESS SHERMAN ACT VIOLATION**

129.   Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

130.   As detailed with particularity in paragraphs 69-104 of these Counterclaims, the '796 patent is unenforceable because individuals associated with the filing and prosecution of the '796 patent, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo, acting as agents and/or with knowledge of

28

THIRD SECOND AMENDED COUNTERCLAIMS

ZYA intentionally and willfully misled the USPTO by omitting material information and using stolen USPTO agent identity which if known by the PTO, would have resulted in the USPTO not allowing the patent.

131.    Knowing that Patent '796  was obtained by fraud and the commission of inequitable conduct before the USPTO, ZYA nonetheless commenced the present action against Arex in this instant action based on the very existence and validity of its '796 patent.

As it turns out, the very existence and validity of its '796 patent is based on lies, intentional misrepresentation, and is a farce that flies in the face of the United States judicial system.

132.    Such conduct constitutes a knowing, willful, and intentional attempt to enforce patent procured by fraud and to improperly maintain and/or obtain monopoly power in the relevant market in the United States in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. The relevant market consists of sellers of Ford 150 headlight having- (1) a single LED projector light with surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section), (2) triple horizonal LED bars with marginal spacing between each bar (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars, and (6)- a grill-like bar covering the inner side lamp.

133.    ZYA has acted with specific intent to unlawfully monopolize the relevant markets, and has a dangerous probability of achieving monopoly power in the relevant market as evidenced by the anticompetitive conduct alleged herein, and without legitimate business justification.

134.    As a direct and proximate result of ZYA's anticompetitive conduct alleged heretofore, competition in the relevant markets has been, and will continue to be, injured to the detriment of consumers who will be subject to reduced choice, retarded quality in terms of product attributes.

135.   As a direct and proximate result of ZYA's anticompetitive conduct alleged heretoforein, Arex hashas been and continues to be been iinjured in its business and property and is threatened with additional losses from ZYA's conduct.

**COUNT SEVEN**

**VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW**

**(Cal. Bus. & Prof. Code § 17200 Against All Counter-Ddefendants).**

136.   Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

137.   The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition", including any "unlawful, unfair, and fraudulent business act or practice". Cal. Bus. & Prof. Code § -17200.

138.   Counter-Ddefendant's' actions set forth herein constitute intentional business acts and practices that are unlawful, unfair, and fraudulent, including Counter-Ddefendant's' unreasonable cease and desist letters, and harassment inby filing this frivolous lawsuit to the Counter-Plaintiffagainst Arex.

139.   As demonstrated above, Counter-dDefendants violated the Unfair Competition LawUCL by knowingly and willfully committeding fraud upon the USPTO in prosecuting their patent using a stolen identity and made false or misleading statements regarding the validity of their patent in connection sales of their products as well as the demand lettercease and desist letter sent to the Counter-PlaintiffArex, ultimately leading to this lawsuit.

140.   As demonstrated above, Counter-defendants violated the UCL by knowingly and willfully committing fraud upon the USPTO in prosecuting their patent using a stolen identity andAs demonstrated above, Counter-Defendant violated the Unfair Competition Law as its actions of knowingly and willfully committed fraud upon the USPTO in prosecuting their patent using stolen identity and enforcing such patent through at least the cease and desistdemand letter and the institution of this lawsuit. This conduct is a violation of Sherman Act Section 2, which constitutes both as unlawful and unfair business practices.

141.   As a direct and proximate result of Counter-Ddefendants's acts of unfair competition, Counter-dDefendants haves wrongfully harmed Counter-PlaintiffArex. Counter-Ddefendants must

should therefore disgorge all profits from the above conduct and further should be ordered to perform provide full restitution to Counter-Plaintiff as a consequence of Counter-Defendant's unlawful, unfair, and fraudulent activities Arex.

, and/or is designed to deceive a substantial segment of consumers into believing that Counter-Defendants have successfully designed and obtained a patent registration for its products.

Counter-Defendants' patent registration is invalid and unenforceable and Counter-Defendants' false and misleading statement to the contrary deceives consumers. This deception is material in that it has, upon information and belief, influenced, and will continue to influence, consumer purchasing decisions regarding Counter-Defendants' products and services, and to the detriment of Arex. **COUNT EIGHT**

**FALSE ADVERTISING — VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW**

**(Cal. Bus. & Prof. Code § 17500 Against All Counter-dDefendants)**

142.   Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

143.   California's unfair competition law § Section 17500 of California's Business and Professions Code ( UCL § 17500 ) protects both consumers and competitors by promoting fair competition in commercial markets for goods and services. This Section text of the UCL competition law ( UCL ) makes it it unlawful:

for any person, . . . corporation . . . or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services . . . or to induce the public to enter into any obligation relating thereto, to make or disseminate . . . before the public in this state, . . . in any newspaper or other publication . . . or in any other manner or means whatever . . . any statement, concerning that real or personal property or those services . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading . . . .

Cal. Bus. & Prof. Code § 17500.

144.   Counter-dDefendants knowingly and willfully committed fraud upon the USPTO in prosecuting their patent and made false or misleading statements regarding the validity of their patent in connection with the advertising and sale of their products.

31

145.    Specifically, Counter-dDefendants, on at least one location on the point-of-sale web page, would advertised that the Accused Product For F150 headlight which is the subject of the lawsuit has a valid design patent.

146.    Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent.



147.    The statements in thishe advertisingment are simply untrue orand misleading and the Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement iwas untrue and misleading.

A violation of Section 17500 is a misdemeanor, punishable by fine or imprisonment. Cal. Bus. & Prof. Code §17500

148.    Injunctive relief and restitution are also available to both private and public prosecutors under the UCL. (Id. at § 17535).

149.    Accordingly, Counter-dDefendants should thereforemust disgorge all profits from the above conduct and further should be ordered to perforprovidem full restitution to Counter-PlaintiffArex.

32

THIRDSECONDAMENDED COUNTERCLAIMS

~~'s conduct constitutes unlawful, unfair, and/or fraudulent business practices within the State of California in one or more of the following ways:~~

~~Counter Defendants' conduct is unlawful as their patent was obtained in violation of the relevant patent law of the United States and also because their advertising and sale of their products are in violation of false advertisement in violation of California law.~~

~~Counter Defendants' conduct is unfair as it is substantially injurious to consumers in that it wrongly limits competition through the use of an invalid patent registration and unfairly influence consumer purchasing decision regarding Counter Defendants' products and services, and to the detriment of the consumers. Counter Defendants' misrepresentation as to the validity of their patent in relation to its products is unfair—the harm caused by such conduct outweighs any benefit to Counter Defendant, the State of California, or its residents.~~

~~Counter Defendants' conduct is fraudulent because it likely deceive members of the public as to the validity of their patent and fraudulently influence consumers' purchasing decisions regarding Counter Defendants' products and services, and to the detriment of the consumers.~~

~~Counter Defendants' /or2~~**COUNT NINE**

**VIOLATION OF SECTION 43(a) of the LANHAM ACT**

150.   Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

151.   ~~Like Section 17500 of the UCL,~~ Section 43(a) of the Lanham Act is designed to protect both consumers as well as competitors. Section 43(a) of the Lanham Act provides, in relevant part:

(1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any . . . false or misleading representation of fact, which --

. . .

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or another person s goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act.

15 U.S.C. §1125(a).

33

THIRD~~SECOND~~ AMENDED COUNTERCLAIMS

152.    The elements for a false advertising claim under Section 43(a) are: (1) a false statement of fact by the defendant in a commercial advertisement about its own or another's product; (2) the statement actually deceived or has the tendency to deceive a substantial segment of its audience; (3) the deception is material, in that it is likely to influence the consumer's purchasing decisions; (4) the defendant caused its false statement to enter interstate commerce; and (5) the plaintiff has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to defendant or by a lessening of the good will associated with its products. *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1139 (9th Cir. 1997).

153.    Counter-defendants knowingly and willfully committed fraud upon the USPTO in prosecuting their patent and made false or misleading statements regarding the validity of their patent in connection with the advertising and sale of their products.

154.    Specifically, Counter-Defendant on at least one location on the point-of-sale web page would advertise that For F150 headlight which is the subject of the lawsuit has valid design patent.

155.    Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent.

156.    The statements in the advertising are simply untrue or misleading and Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement is untrue and misleading.

157.    The statement actually deceived or has the tendency to deceive a substantial segment of its audience.

158.    The deception is material, in that it is likely to influence the consumer's purchasing decision.

159.    Counter-defendants caused their false statements to enter interstate commerce.

160.    Arex has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to Counter-defendants or by a lessening of the good will associated with its products.

34

THIRD AMENDED COUNTERCLAIMS

A plaintiff who successfully establishes a violation of Section 43(a) of the Lanham ActArex is thus entitled tomay obtain injunctive relief and is entitled to recover, subject to the principles of equity, (1)Counter-defendant-s' profits, (2) any damages sustained by the plaintiff, and (3) the costs of the actionsuit.

161. The court may treble any of these damages and, in exceptional cases, may award reasonable attorney fees to the prevailing party. 15 U.S.C. §§ 1116 and 1117(a).

Accordingly, Counter-Plaintiff shall seek this Court to award Counter-plaintiff's profit, the damages sustained by the plaintiff, the cost of the action, a treble of damage and attorneys fees against the Counter-Defendant.

80.

## PRAYER FOR RELIEF

WHEREFORE, Arex prays for relief and judgment as follows:

1. That ZYA takes nothing by itscomplaintits complaint;

2. That the Court enter judgment against ZYA and in favor of Arex and that ZYA's claims be dismissed in their entirety, with prejudice;

3. That this Court determine that ZYA, ZHL, and Waong haves infringed the '634 Patent;

4. That ZYA, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within the United States;

5. That ZHL, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, be preliminarily and permanently enjoined from infringement of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or importing of unlicensed infringing products within the United States;

6. That this Court permanently enjoin ZYA, ZHL, and Woang andas well as their agents and employees from continuing their unlawful actions set forth herein;

7. That this Court Arex recover treble damages;void t avoidance of the fraudulent transfers, enter judgment against the transferees for the value of the assets transferred, order that the

35

ZYA, ZHL and Woang post an undertaking in the amount of the value of the transferred assets, attachment, preliminary and permanent injunction against further disposition or transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if disposed of;

8.      Consequential and punitive damages and ZYA, ZHL, and Wong;

Disgorgement of ZYA, ZHL and Wong's sales and profits.

4.9.

5.10.    Compensation for all damages caused by ZYA, ZHL, and Woang's unfair competition and oringringement of the '634 Patent to be determined at trial, and but not less than $1,000,000;$3,000,000;

6.11.    A finding that this case is exceptional and awarding reasonable attorney's fees to Arex pursuant to 35 U.S.C. § 285;:

12.     A finding that this case is exceptional, thereby trebling the damages and awarding reasonable attorney's fees to Arex pursuant to 15 U.S.C. §§ 1116 and 1117(a).

7.13.    Granting Arex pre-and post-judgment interest on its damages, together with all costs and expenses;

8.14.    Finding ZYA, ZHL, and Woang's infringement of the '634 Patent to be willful and increasing damages up to three times the amount found or assessed by the jury;

9.15.    Ordering that ZYA, ZHL, and Waong to deliver to Arex or destroy all infringing products;

10.16.  Declaring that the claims of the '796 Patent is invalid;

11.17.  Declaring that the claims of the '796 Patent are unenforceable; and

18.     Granting Arex such other and further relief as the Court may deem just and proper.

12.1.   Disgorgement of ZYA, ZHL and Wong's sales and profits.

DATED: JuNEJune 23July 143, 2023.                    **INHOUSE CO. LAW FIRM**

THIRDSECONDAMENDED COUNTERCLAIMS

Formatted: Font: Times

By: _____
     Alexander Chen, Esq.
     Katja M. Grosch, Esq.
     Theodore Lee, Esq.
     Attorneys for Defendant and Counterclaimant
     Arex Industries, Inc.

37

THIRDSECOND AMENDED COUNTERCLAIMS

Defendant and Counter-claimant thereby demands a trial by jury on all claims.

**DEMAND FOR JURY TRIAL**

DATED: ~~June 23~~ July 14, ~~2022~~ 2023,

——————— INHOUSE CO. LAW FIRM

By: _____

Alexander Chen, Esq.
Katja M. Grosch, Esq.
Theodore Lee, Esq.
Attorneys for Defendant and Counterclaimant
Arex Industries, Inc.

# EXHIBIT 2

Alexander Chen [SBN 245798]
alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
tlee@inhouseco.com
INHOUSE CO. LAW FIRM
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone:  949-250-1555
Facsimile:   714-882-7770

Attorneys for Defendant and Counterclaimant,
Arex Industries, Inc

INHOUSE CO. LAW FIRM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>v.<br><br>AREX INDUSTRIES, INC., a California company,<br><br>Defendant.<br><br>AREX INDUSTRIES, INC., a California company,<br><br>Counterclaimant,<br><br>v.<br><br>ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD., a Chinese company,<br><br>Counterdefendant. | Case No.  2:22-cv-01692-JWH-PD<br><br>**THIRD AMENDED COUNTERCLAIMS FOR:**<br><br>1. **INFRINGEMENT OF US PATENT NO. D909,634;**<br>2. **WILLFUL INFRINGEMENT;**<br>3. **DECLARATION OF INVALIDITY OF US PATENT NO. D925,796;**<br>4. **DECLARATION OF UNENFORCEABLITY OF US PATENT NO. D925,796;**<br>5. **FRAUDULENT TRANSFER;**<br>6. **CALIFORNIA FLASE ADVERTISING; and**<br>7. **CALIFORNIA UNFAIR COMPETITION**<br>8. **WALKER PROCESS ANTITRUST VIOLATION** |

1   Defendant and Counterclaimant Arex Industries, Inc. ("Arex") presents the following

2   allegations and facts in support of these Counterclaims and demands a jury trial on all causes of action

3   stated herein against the named Counterclaim Defendant as follows:

4                                    **JURISDICTION AND VENUE**

5       1.      This is a civil action for infringement of a patent and for a declaration of

6   noninfringement and invalidity of a patent, arising under the patent laws of the United States, including,

7   without limitation, 35 U.S.C. § 100, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. § 2201, *et*

8   *seq.*

9       2.      This court has subject matter jurisdiction over these claims pursuant to the patent laws of

10  the United States under 28 U.S.C. §§ 1331 and 1338(a) and the Declaratory Judgment Act, 28 U.S.C.

11  §§ 2201-2202.

12      3.      Venue properly lies within the Central District of California pursuant to 28 U.S.C.

13  § 1391(b), (c), and (d).

14                                         **PARTIES**

15      4.      Arex is a corporation registered and existing under the laws of the State of California,

16  having its principal place of business at 5300 Irwindale Ave, Irwindale, California 91706.

17      5.      Upon information and belief, Zhejiang Yuanzheng Auto & Motorcycle Accessories

18  Co., Ltd. ("ZYA") is a company organized and existing under the laws of China, having its principal

19  place of business in Wenzhou, China. ZYA has consented to the jurisdiction of this Court by initiating

20  this lawsuit.

21      6.      Upon information and belief, ZYA is a China-based manufacturer, online distributor,

22  and retailer of auto and motorcycle parts and accessories, and ZYA is the owner of the United Stated

23  registered trademark for VLAND for various lights for vehicles.

24      7.      Upon information and belief, Zhejiang Hongguang Lighting Technology Co., Ltd. ("ZHL")

25  is a company organized and existing under the laws of China, having its principal place of business in

26  Zhejiang, China. ZHL is a China-based manufacturer, online distributor, and retailer of automobile

27  parts and accessories, and ZHL is currently the owner of the United Stated registered trademarks for

28  VLAND for various lights for vehicles.

INHOUSECO. LAW FIRM

8.   Upon information and belief, Yonghuo Wang ("Wang") is an individual having a

citizenship of China residing in Gangzhou, China. Wang is the principal of both ZYA and ZHL.

## ALTER EGO ALLEGATIONS

9.   Arex is informed and believes and thereon alleges that the individual and entity named as

Counter-Defendants herein, including but not limited to Wang and ZHL (hereinafter collectively

referred to as the "Alter Ego Counter-Defendants"), and each of them, were at all times relevant herein

the alter egos ZYA by the reason of the following:

(a)  Arex is informed and believes and thereon alleges that ZYA, at all times herein was

mentioned, dominated, influenced, and controlled by each of the Alter Ego Counter-

Defendants and the officers thereof as well as the business, property, and affairs of each

said entities;

(b)  Arex is informed and believes and thereon alleges that, at all times herein mentioned,

there existed and now exists a unity of interest and ownership between ZYA and each

of the Alter Ego Counter-Defendants; the individual and separateness of ZYA and each

of the Alter Ego Counter-Defendants have ceased;

(c)  Arex is informed and believes and thereon alleges that, at all times herein mentioned,

ZYA has been and continues to be a mere shell and naked framework which the Alter

Ego Defendants uses as a conduit for the conduct of their personal business, property, and

affairs;

(d)  Arex is informed and believes and thereon alleges that, at all times herein mentioned,

ZYA was created and continued pursuant to a fraudulent plan, scheme, and/or device

conceived and operated by the Alter Ego Counter-Defendants, whereby the income,

revenue, and profit of ZYA were diverted by the Alter Ego Counter-Defendants to

themselves;

(e)  Arex is informed and believes and thereon alleges that, at all times herein mentioned,

ZYA was organized by the Alter Ego Counter-Defendants as a device to avoid liability

and for the purpose of substituting financially irresponsible entities in the place and

stead of ZYA;

INHOUSE CO. LAW FIRM

(f) By virtue of the foregoing, adherence to the fiction of the separate corporate existence

of ZYA would, under the circumstances, sanction a fraud and promote injustice in that

Arex would be unable to realize any judgment in its favor.

(g) Additionally, upon information and belief, Wang is the principal for both ZYA and

ZHL. ZHL owns the VLAND trademark in the European Union; ZHL owns the

VLAND trademark in Australia; and after the transfer by ZYA to ZHL, ZHL owns the

VLAND Trademarks in the United States as well.

(h) Attached **Exhibit I** is a true and copy of a copy of the website yzheng.com, which is

the website of ZHL, showing in the same webpage bearing "Vland" trademark, while in

the "About US" section stating that the company is "ZYA" and then at the bottom of

the webpage stating that the company is ZHL.

## THE ASSERTED PATENT AND INFRINGMENT THEREOF

10.    On February 2, 2021, the United States Patent and Trademark Office duly and legally

issued United States Design Patent No. D909,634, entitled "Vehicle Headlight" ("the '634 Patent").

The patent's named inventor is Mizeng He. Arex is the assignee and owner of the entire right, title, and

interest in and to the '634 Patent and as such is vested with the right to bring this suit for damages and

other relief. A true and correct copy of the '634 Patent is attached hereto as **Exhibit A.**

11.    ZYA's "VLAND LED headlights for Ford 150 2018-2020" (the "Accused Products")

are copied from the '634 Patent and are listed on VLAND's website[1] and on Amazon.com[2]. A true and

correct copy of ZYA's listings is attached hereto as **Exhibit B.**

## COUNTER-DEFENDANTS' ATTEMPT TO AVOID LIABILITY

## AND FRAUDULENT TRANSFER

12.    At the commencement of this lawsuit, ZYA was the owner of several United States

registered trademarks for VLAND, including U.S. Reg. Nos. 6302000, 6301997, 5781201, and

5065813 (the "VLAND Trademarks"), all of which relates to motor vehicle products and/or

accessories.

---

[1] https://www.vland-official.com/products/vland-led-projector-headlights-for-ford-f150-2018-2020-without-sequential-turn-signal
[2] https://www.amazon.com/Upgraded-Headlights-Pickup-Assembly-YAA-F150-2042A/dp/B08PZ1N9V8/ref=sr_1_32?crid=1H58RM39S8QVC&&child=1&key

4

INHOUSECO. LAW FIRM

1    13.    On or about December 12, 2022, in the midst of this current action, ZYA transferred

2    through assignment the entire interest in the VLAND Trademarks from ZYA to ZHL. Each of the

3    assignments for the VLAND Trademarks was recorded with the USPTO and a true and correct copy of

4    each is attached hereto as **Exhibit G.**

5    14.    After the fraudulent transfer of ZYA's VLAND Trademarks and potentially other assets

6    to ZHL, ZYA has taken the position that ZYA has only sold the Accused Product up to November of

7    2021 and has since not sold any Accused Products.

8    15.    However, a search for VLAND and the Accused Products shows that the Accused

9    Products are still being sold under the VLAND Trademarks on Amazon.com.

10    **FRAUDULENT ACQUISITION OF PATENTS FROM**

11    **THE USPTO AND INJURY TO COMPETITION**

12    16.    Incredibly, ZYA has fraudulently obtained patents from the United States Patent and

13    Trademark Office ("USPTO"). In counsel's years of experience and practice in the field of intellectual

14    property, counsel has never seen such blatant fraud before the USPTO. The level of the fraud and

15    audacity of ZYA is unprecedented.

16    17.    To date, ZYA has been successfully in its scheme in fraudulently obtaining patents,

17    including but not limited to U.S. Patent Number D925,796.

18    18.    Specifically, ZYA's D925,796 Patent indicated that a USPTO patent practitioner Jie

19    Yang ("Yang"), Registration Number 77,665, prosecuted the patent application.

20    19.    Yang, however, has denied under oath that she prosecuted the patent application or

21    authorized the use of her name and registration number for the prosecution of the D925,796 patent.

22    20.    ZYA did not, in its D925,796 patent application, disclose the fact that Ms. Yang was not

23    involved in the prosecution of the patent, nor did she not authorized the use of her name and

24    registration for the prosecution of the patent.

25    21.    Accordingly, ZYA made representations to the USPTO that were material to the

26    patentability of its then pending patent application which it knew to be false. The materially false

27    representations and omissions were intended to induce and did induce reliance by the patent examiners

28    charged with determining whether to grant ZYA's patent claims.

THIRD AMENDED COUNTERCLAIMS

22.     Indeed, but for ZYA's materially false statements and omissions, the D925,796 patent would not have issued.

## COUNT ONE

### INFRINGEMENT OF THE '634 PATENT BY ZYA

23.     Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

24.     ZYA has knowledge of the design embodied in the '634 Patent in as early as February 2019 when Arex debuted its product, bearing the '634 Patent, in the US. ZYA has knowledge of its infringement of the '634 Patent since at least December 2021, when counsel for ZYA contacted Arex's counsel in response to Arex's October 27, 2021, cease and desist letter to third party US ELogistics Service Corp.

25.     The '634 Patent has a single claim directed to the ornamental design for vehicle headlights as shown below:



Arex's
D909,634 Design Patent

THIRD AMENDED COUNTERCLAIMS



26.    ZYA copied the design for its Accused Products from the design of the '634 Patent. A side-by-side comparison of the '634 Patent and an exemplary specimen of ZYA's headlight is shown below:

| Arex's D909,634 Design Patent | ZYA's headlight |
|---|---|
|  | |

THIRDAMENDED COUNTERCLAIMS



THIRDAMENDED COUNTERCLAIMS

27.     As depicted above, the headlight design of the Accused Product is the same or

substantially the same as the headlight design of the '634 Patent. While both are designed as

aftermarket lights to replace the original Ford 2018 headlight, ZYA copied the designs of Arex and

made its own design to be so similar to Arex such that an ordinary observer would be so deceived by

the substantial similarity between the designs.

28.     Indeed, the '634 Patent is comprised of the following main ornamental features: (1) a

single LED projector light with surrounding bezel (having a top horizontal lid, bottom horizontal lid,

and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section),

(2) triple horizontal LED bars with marginal spacing between each bars (headlight middle main section),

(3) a single LED projector light with a surrounding bezel (having a top horizontal lid, bottom horizontal

lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main

section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp,

and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal

LED bars.

29.     Specifically, the '634 Patent contains a main middle section that has ***prominent*** triple

horizontal LED bars with marginal spacing between each bar ("Triple LED Bars") that immediately

draw the user's attention. These Triple LED Bars are the prominent design element, and are not

disclosed in any of the prior art cited in the '634 Patent's prosecution history. The Accused Product

also has aesthetically identical features comprising of the five ornamental features listed above and

most importantly, the Triple LED Bars.

30.     Except for the slight differences in the non-material respect of the appearance of the

inner side lamp (5), the accused product bears identical features matching that of the '634 patent, most

notably the Triple LED Bars and the two LED lights with reversed arrow bezels placed on the top and

bottom of the Triple LED Bar. Given that the similarity between these points of novelty, such that the

overall design of the '634 Patent and Accused Products are nearly identical, there is no doubt that

ZYA's Accused Products infringe the '634 Patent. Giving such attention as a purchaser usually gives,

an ordinary user would be so confused by the substantial similarity between the designs so as to be

induced to purchase ZYA's product supposing it to be from Arex.

INHOUSECO. LAW FIRM

1    31.    Arex has not granted a license or any other authorization to ZYA to make use, offer for

2 sale, sell, or import headlights that embody the headlight design patented in the '634 Patent.

3    32.    Arex alleges upon information and belief that, without authority, ZYA has infringed and

4 continues to infringe the '634Patent by, *inter alia*, making, using, offering to sell, or selling in the

5 United States, including in the State of California and within this District, products infringing the

6 ornamental design covered by the '634Patent in violation of 35 U.S.C. § 271, including but not limited

7 to the Accused Products.

8    33.    ZYA's acts of infringement of the '634Patent was undertaken without authority,

9 permission, or license from Arex. ZYA's infringement violates 35 U.S.C. § 271.

10    34.    Arex is informed and believes that ZYA intentionally sells, ships, or otherwise causes to

11 be delivered the Accused Products in the United States, with knowledge that they are designed to and

12 do practice the infringing features of the '634 Patent.

13    35.    Arex has been damaged in an amount to be proven at trial, but not less than $1,000,000,

14 plus interest, attorney's fees, and costs as provided by law.

15    36.    Arex is without an adequate remedy at law and has thus been irreparably harmed by

16 these acts of infringement. Arex asserts upon information and belief that infringement of the asserted

17 claims of the '634 Patent is continuous and ongoing unless and until ZYA is enjoined from further

18 infringement by the Court.

19    **COUNT TWO**

20    **WILLFUL INFRINGEMENT OF THE ASSERTED PATENT**

21    37.    Arex re-alleges and incorporates by reference each allegation in the preceding

22 paragraphs as though fully set forth herein.

23    38.    ZYA's infringement of the '634 Patent has been willful.

24    39.    ZYA has had actual knowledge of the '634 Patent since as early as 2019 February and

25 also at least as early as December 2021 when counsel for ZYA contacted Arex's counsel in response to

26 Arex's October 27, 2021, letter to US E-Logistics Service Corp.

27

28

THIRDAMENDED COUNTERCLAIMS

INHOUSE CO. LAW FIRM

1    40.    Accordingly, ZYA's continued marketing and sales evidence not only ZYA's pre-suit

2    knowledge of the '634 Patent, but that ZYA's infringement of the '634 Patent has been, and continues

3    to be, willful and deliberate, warranting treble damages.

4    41.    Indeed, ZYA's sole possible defense to willfulness is that it has a valid design patent of

5    its own. However, this defense is premised on fraud and foul play.

6    42.    On information and belief, when ZYA filed its U.S. Design Patent D925,796 ("the '796

7    Patent") on July 21, 2020, it copied all of the key ornamental features of Arex's F150 headlight that are

8    embodied in the '634 Patent.

9    43.    The F150 product embodied in the '634 Patent was introduced into US commerce as

10    early as February 2019. It proved to be a tremendous success and received accolades from the industry

11    and users alike.

12    44.    On information and belief, eyeing the success of Arex's F150 headlight, ZYA devised a

13    scheme by which it would (a) copy the designs, (b) make slight changes, (c) withhold key prior art that

14    would show that the changes were not novel, and (4) proceed to obtain a patent by fraud and sell the

15    products under the cover of a duly-issued patent.

16    45.    Indeed, ZYA first obtained a copy of the F150 sample and copied its prominent key

17    ornamental features including the features of (1) a single LED projector light with surrounding bezel

18    (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow)

19    positioned to the top (headlight top main section), (2) triple horizontal LED bars with marginal spacing

20    between each bars (headlight middle main section), (3) a single LED projector light with a surrounding

21    bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing

22    arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and

23    taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent

24    and protruding horizontally to the triple horizontal LED bars.

25    46.    After ZYA copied the prominent features, it made a marginal effort to distinguish their

26    design from the '634 Patent by incorporating a grill-like bar covering the inner side lamp, a feature that

27    was already disclosed in prior art, specifically, the 2018 Ford F-150 King Ranch Edition exterior

28    halogen headlight ("King Ranch Light").



| King Ranch Light | ZYA's '796 |
|---|---|
|  |  |

47. ZYA purposely withheld the prior art of the King Ranch Light from the USPTO during the prosecution of the '796 Patent. Had the King Ranch Light prior art been disclosed to the USPTO, the Examiner would not have issued the '796 Patent, given that the only material difference between Arex's '634 Patent and ZYA's '796 Patent is the grill-like bar covering the inner side lamp, a feature that was already disclosed on the King Ranch Light.

48. ZYA filed its '796 Patent application as an expedited request, which requires a certification that the relevant agents and principals had conducted a thorough prior art search. Based on the attorney's certification of prior art search, only three (3) items of prior art were offered, none of which were the '634 Patent or the King Ranch Light. Despite the heightened requirement of self-certification of a thorough prior art search, ZYA still failed to disclose the King Ranch Light.

49. On information and belief, ZYA knew that it had obtained the '796Patent improperly by copying the features of the '634 Patent and adding a grill-like bar covering the inner side lamp identical to the 2018 Ford King Ranch F150 headlight, and further failing to disclose the existence of the King Ranch Light prior art to the USPTO.ZYA's reliance on the '796 Patent as a defense to Arex's infringement claims so that they can continue to sell without consequences only makes their conduct even more egregious.

50. Therefore, Arex seeks to recover enhanced damages against for willfulness as authorized by law.

THIRDAMENDED COUNTERCLAIMS

INHOUSECO. LAW FIRM

1

2

## DECLARATION OF INVALIDITY OF D925,796 PATENT

3

4       51.     Arex re-alleges and incorporates by reference each and every allegation in the preceding

paragraphs as though fully set forth herein.

5       52.     The '796 Patent is owned by ZYA, and a copy thereof is attached hereto as **Exhibit C**.

6       53.     Arex contends that the claim of the '796 Patent is invalid for failure to comply with one

7  or more of the conditions for patentability set forth in Part II of Title 35 of the United States Code,

8  including 35 U.S.C. §§ 102and 103 because it is anticipated or is obvious in view of Arex's '634 Patent

9  and the other prior art discussed above.

10      54.     As shown in **Exhibit D**, ZYA contends that the '796 Patent does not infringe upon the

11  '634 Patent because it was issued after the patent examiner considered the '634 Patent.

12      55.     Under 35 USC §§ 102, a person cannot obtain a design patent if someone else already

13  has made an identical version of the design. Simply put, the design must be new. A design that is not

14  new or novel is said to be "anticipated by the prior art." Under the U.S. patent laws, a design that is

15  "anticipated" is not entitled to patent protection.

16      56.     When viewed as a whole, the '796 Patent is "identical in all material respects" to the

17  overall visual impression of the '634 Patent. Minor differences between the prior art and the claimed

18  design do not preclude a finding of anticipation.

19      57.     The distinctive ornamental features of the '634 Patent are compared to the '796 Patent in

20  the charts herein. Specifically, as shown in Fig. 2, the '634 Patent is comprised of these main

21  ornamental features: (1) a single LED projector light with surrounding bezel (having a top horizontal

22  lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the top

23  (headlight top main section), (2) triple horizontal LED bars with marginal spacing between each bar

24  (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top

25  horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to

26  the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the

27  outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding

28  horizontally to the triple horizontal LED bars.

THIRD AMENDED COUNTERCLAIMS

58.     The '634 Patent contains a middle main section that has the ***prominent*** Triple LED Bars that immediately draw the user's attention. These Triple LED Bars are the prominent design element that is not disclosed in any of the prior art cited in the '634 Patent's prosecution history. Similarly, the '796 Patent also has aesthetically identical features comprising of the five ornamental features and most importantly, the Triple LED Bars. This undisputed similarity between the '634 Patent and the '796 Patent can be seen in the following chart:



| AREX's '634 | ZYA's '796 |
|---|---|

59.     Except for slight non-material differences in the appearance of the inner side lamp (5), the '796 Patent bears identical features matching that of the '634 Patent, most notably the Triple LED Bar and the two LED lights with reversed arrow bezels placed on top and bottom of the Triple LED Bar. The differences between these points of novelty and the Accused Products are so minor that the

THIRDAMENDED COUNTERCLAIMS

INHOUSE CO. LAW FIRM

1   overall design of the '634 Patent and '796 Patent are identical in all material respects, and the '796

2   Patent should be held invalid under 35 USC § 102.

3        60.      A claimed design is invalid as "obvious" if it would have been obvious to a designer of

4   ordinary skill who designs articles of the type involved.

5        61.      Here, the combination of the '634 Patent with a closely related secondary reference,

6   such as the King Ranch Light already in public display and use as early as January 12, 2017, would

7   suggest the claimed design to a designer of ordinary skill. Indeed, a designer of ordinary skill would

8   have combined these references to create the same overall visual appearance as the claimed design.

9        62.      The slight non-material differences in the appearance of the inner side lamp (5) with

10  grill like bar is disclosed in the King Ranch Light, shown in **Exhibit E**.

11       63.      By combining the design of the '634 Patent as primary prior art and the King Ranch

12  Light as secondary prior art, the '796 Patent is invalid for obviousness under 35 USC § 103.

13       64.      An actual and justiciable controversy within the meaning of the Declaratory Judgment

14  Act, 28 U.S.C. § 2201,*et seq.*, exists between Arex and ZYA with respect to the invalidity of the '796

15  Patent.

16       65.      A judicial declaration of the invalidity of the '796 Patent, under 35 USC § 102 for

17  Anticipation and 35 USC § 103 for Obviousness, is necessary and appropriate to resolve this

18  controversy.

19               **COUNT FOUR**

20      **DECLARATION OF UNENFORCEABILITY OF D925,796 PATENT**

21       66.      Arex re-alleges and incorporates by reference each and every allegation in the preceding

22  paragraphs as though fully set forth herein.

23       67.      Every person who is substantively involved in the preparation or prosecution of the

24  patent application and who was associated with ZYA owed a duty to disclose information material to

25  patentability to the USPTO under 37 C.F.R. section 1.56(a).

26       68.      The obligation of such individuals to disclose material information to the USPTO is also

27  reflected in the Manual of Patent Examining Procedure (MPEP), Chapter 2000.

28

15

THIRD AMENDED COUNTERCLAIMS

INHOUSECO. LAW FIRM

1       69.    For example, MPEP section 2001.01 states: "the duty of disclosure ... would apply to

2   individuals within the corporation or institution who were substantively involved in the preparation or

3   prosecution of the application, and actions by such individuals may affect the rights of the corporation

4   or institution."MPEP § 2001.01 (Rev. 10.2019, Last revised June 2020).

5       70.    The duty of disclosure applies to those who are associated with the inventor, the

6   applicant, an assignee, or anyone to whom there is an obligation to assign the application. 37 CFR

7   1.56(e)(3).

8       71.    The individuals, therefore, and according 37 CF 1.56(e)(3), that have duties to disclose

9   prior art, include the named inventor Yu Chen of Rui'an China, who is also the manager of applicant

10  ZYA, the named prosecuting USPTO practitioner Jie Yang, the designer of the accused light apparatus

11  Xiaopeng Liao, the principal of applicant ZYA Wang Yonghuo.

12      72.    The '796 Patent is presumed to be owned by ZYA as ZYA was the named applicant.

13      73.    Arex contends that the sole claim of the '796 Patent is unenforceable because it was

14  procured by inequitable conduct.

15      74.    On information and belief, when ZYA filed its application for the '796 Patent, Yu Chen,

16  Xiaopeng Liao and Wang Yonghuo copied all of the key ornamental features of Arex's F150 headlight.

17      75.    Specifically, Arex's F150 product ("the '634 Patent") was introduced into US commerce

18  in as early as February 2019 and was tremendously successful with accolades from the industry and

19  users alike.

20      76.    On information and belief, eyeing the success of the Arex F150 headlight, Yu Chen,

21  Xiaopeng Liao and Wang Yonghuo wanted to cache by selling AREX copycat. To do so, they would

22  (a) copy the AREX design, (b) make slight changes by adding a feature from a prior art, (c) withhold

23  the disclosure of the prior art during prosecution of the copycat design and (d) obtain a patent by fraud

24  so they can sell the copycat design legitimately.

25      77.    On information and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo first obtained

26  a sample of the Arex's F150 headlight and copied its prominent key ornamental features including (1) a

27  single LED projector light with surrounding bezel (having a top horizontal lid, bottom horizontal lid,

28  and side lid displacing a backward pointing arrow) positioned to the top (headlight top main section),

(2) triple horizonal LED bars with marginal spacing between each bars (headlight middle main section), (3) a single LED projector light with a surrounding bezel (having a top horizonal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and taping around the outer perimeter of the headlamp, and (5) an inner side lamp (parking light) adjacent and protruding horizontally to the triple horizontal LED bars.

78. On information and belief, after copying the prominent features from AREX, Yu Chen, Xiaopeng Liao, and Wang Yonghuo, in the spring of 2020,next purchased a copy of the "Ford F150 King Ranch Light" which was revealed to the public in as early as 2017 and available to purchase in the fall of 2017.

79. Specifically, the Ford F150 King Ranch Light was developed by Ford for its F150, specifically the thirteenth generation F150 mid cycle upgrade Model Year 2018-2020. It was revealed to the public in 2017 Detroit Auto Show on January 8, 2017.

80. They then made a marginal effort to distinguish the Arex design by copying the grill-like bar covering the inner side lamp, a prominent feature in the "Ford F150 King Ranch Light." There is no doubt that Yu Chen, Xiaopeng Liao, and Wang Yonghuo copied the "grill-like bar covering" of the 2018 King Ranch because the same feature looks exactly identical in ZYA's design as illustrated in the below side by side comparison.

| Ford F150 2018 King Ranch | ZYA's '796 |
|---|---|



THIRDAMENDED COUNTERCLAIMS

IN HOLLO. LAW FIRM

81.     It is important to explain here that while certain products are available for public to

purchase, the USPTO Examiner often will not know about it unless such products also has a patent for

reasons being that examiner often only search USPTO database for prior art search.   On information

and belief, Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew that and chose to not inform the

Examiner of the Ford F150 King ranch.

82.     After the ZYA completes its design, it then proceeded to put together a USPTO

application for design patent on or about July 21, 2020.

83.     Every person who is substantively involved in the preparation or prosecution of the

patent application and who was associated with ZYA owed a duty to disclose information material to

patentability to the USPTO under 37 C.F.R. section 1.56(a).

84.     Information is material to patentability when it is not cumulative to information already

of record or being made of record in the application, and (1) It establishes, by itself or in combination

with other information, a *prima facie* case of unpatentability of a claim; or (2) It refutes, or is

inconsistent with, a position the applicant takes in:(i) Opposing an argument of unpatentability relied

on by the Office, or (ii) Asserting an argument of patentability.

85.     The "grill-like bar covering" feature was not in any of the prior art cited during the

prosecution of the ZYA patent and thus is not cumulative nor made of a record in the application.

Likewise, a prima facie case of unpatentability would have been established had the Examiner been

made aware of the "grill-like bar covering" as it should have been made as a record in the application.

86.     Yu Chen, Xiaopeng Liao, and Wang Yonghuo knew they had an affirmative duty to

disclosing the "grill-like bar covering" of the 2018 King Ranch prior art but made a conscious decision

to withhold the prior art because they knew had they done so, the ZYA patent would not have been

issued.

87.     On July 21, 2020, when the application was filed, an information disclosure statement

("IDS") was filed in connection to the application which is meant for applicant to disclose all pertinent

prior art considered. There was no mention of the "grill-like bar covering" of the 2018 King Ranch in

the IDS.

88.   Worst, on August 29, 2020, thirty-eight (38) days after the original application was filed, Yu Chen, Xiaopeng Liao, and Wang Yonghuo then moved to expedite the ZYA Patent application, , which requires a certification that the relevant agents and principals have conducted a thorough prior art search. (35 CFR. 1.155 (2)).

89.   Specifically, the expedited application under 35 CF. 1.155 is a special procedure that affords immediate processing of the application based on applicant's promise that it conducted a pre-examination search and to list the search result is listed in the information disclosure statement.

USPTO provides such expedited procedure in reliance of applicant's duty of candor.  ZYA, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo took advantage of the system and abused it.

90.   Based on the certification of prior art search under the expedited request dated on August 29, 2020, and shown in **Exhibit F,** only three (3) items of prior art were offered, *none of which* discloses the "grill-like bar covering" of the 2018 King Ranch prior art.

91.   Despite the heightened requirement of self-certification of a thorough prior art search, ZYA, including Yu Chen, Xiaopeng Liao, and Wang Yonghuo purposely failed to disclose the King Ranch Light, which contains ZYA's grill-like bar covering the inner side lamp. The intent is to deceive is especially obvious given that ZYA offered certification that they had conducted the required prior art search.

92.   Based on the above inequitable conduct, the '796 Patent is unenforceable.

93.   Even more sinister than Yu Chen, Xiaopeng Liao, and Wang's intentional withholding of the King Ranch Prior art to fraudulently obtain the issuance of the '796 patent is the shocking deposition testimony of USPTO licensed practitioner Yang stating that the entire '796 application was procured by fraud.

94.   Specifically, on May 2, 2023, the USPTO licensed practitioner Yang was deposed. It was revealed that the '796 patent was never authorized to be prosecuted by her. Yang testified that someone fraudulently used her name and her USPTO practitioner license to prosecute the '796 patent entirely without Yang's knowledge or authorization. That she has never heard of the applicant ZYA, the inventor Yu Chen, or for that matter Xiaopeng Liao or Wang.

INHOUSECO. LAW FIRM

1

2      95.      When asked, as the entire prosecution file for '796 patent contains at least six (6)

3  different locations bearing Yang's signature, individually and collectively, Yang stated that she had

4  never seen any of the documents and certainly did not sign them

5  For example:

6

7  Q: ……is it also your position that you do not have a client-practitioner relationship with

8  regard to Mr. Yu Chen (misspelled as YuanZheng), the inventor of this application?

9

10  A: I do not have any practitioner-client relationship with the inventor. What's his name again?

11

12  ….

13

14  Q: …You do not have any practitioner relationship – relationship with the inventor, as well as

15  the applicant, correct?

16

17  A: That's correct.

18

19  (16:10-23.)

20

21  Q: Madam Court Reporter to go ahead and mark this Exhibit Number 7 and by way of sharing

22  the screen, I will represent to you Exhibit 7 is a Design Patent Application transmittal referring

23  to first name of inventor, Yu Chen, of this particular patent at issue, and I want to go ahead and

24  ask you to go and look to the bottom.

25

26  (45:3-7.)

27

28  Q: There is signature, signature number signature is Jie Yang. The name is also Jie Yang and

the registration number of this particular attorney or agent, 77665. Now my question for you is,

is your registration number at USPTO 77665?

A: Yes, that's my number.

Q: Are you familiar with this document at all?

A: No.

Q: Is this not your signature, ma'am?

A: I did not sign it

(45:11-21.)

Q: You have any knowledge or reason to understand why your signature is affixed to this
particular transmittal?

20

THIRD AMENDED COUNTERCLAIMS

IN HOUSE CO. LAW FIRM

1    A: I don't know how it got there.

2    (45:22-46:3.)

3    Q Did you authorize anyone to sign on behalf of this Information Disclosure Statement?

4    A: No.

5    Q Did you authorize anyone to sign on behalf of this Information Disclosure Statement?

6    (52:10-12.)

7    Q: Go ahead and look at Exhibit 15. I just sent -- Madam Court Reporter, please go ahead and mark as Exhibit 15. This -- I will represent to you this is the fees transmittal. This was a fees

8    transmittal that was submitted to the USPTO in connection to the prosecution of this particular

9    application. Towards the bottom I will ask you to carefully -- look -- it states the authorized

10    signature is Jie Yang, dated June 21st, 2021. The prosecutioner's name is Jie Yang, registration number 77665. To the extent you testified that this is you, do you recognize the signature here?

11    A: I did not sign it.

12    (55:5-20.)

13    Q: Have you authorized your friend, Mr. Wang, to file any patent applications on your behalf?

14    A: I did not authorize Mr. Wang to file these applications.

15    (89:12-19.)

16

17    96.    Yang suspects that the firm of W&K, which prosecuted the patent, specifically Yu

18    Wang, someone who is neither an attorney or a registered USPTO agent, stole her identity to prosecute

19    the '796 patent.

20    97.    Under USPTO MPEP Section 2016 Fraud, Inequitable Conduct, or Violation of Duty of

21    Disclosure Affects All Claims [R-08.2017], a finding of "fraud," "inequitable conduct," or violation of

22    duty of disclosure with respect to any claim in an application or patent, renders all the claims thereof

23    unpatentable or invalid. *See Therasense Inc. v. Becton Dickinson and Co.*, 649 F.3d 1276, 1288, 99

24    USPQ2d 1065, 1071 (Fed. Cir. 2011), *Chromalloy American Corp. v. Alloy Surfaces Co.*, 339 F. Supp.

25    859, 173 USPQ 295 (D.Del. 1972) and *Strong v. General Electric Co.*, 305 F. Supp. 1084, 162 USPQ

26    141 (N.D. Ga. 1969), aff'd, 434 F.2d1042, 168 USPQ 8 (5th Cir. 1970), cert. denied, 403 U.S. 906

27    (1971). In *J. P. Stevens & Co. v. Lex TexLtd.*, 747 F.2d 1553, 1561, 223 USPQ 1089, 1093-94 (Fed.

28    Cir. 1984).

THIRD AMENDED COUNTERCLAIMS

IN HOUSE CO. LAW FIRM

98.     While most fraud on the USPTO occurs in the context of intentionally withholding prior

art, fraud in this context of using identity theft to procure USPTO Patent falls squarely into the

definition of "Fraud" as defined in the MPEP 2016 and the cases thereunder.

99.     Accordingly based on this indisputable fraud and inequitable conduct, the '796 Patent is

unenforceable.

100.    An actual and justiciable controversy within the meaning of the Declaratory Judgment

Act, 28 U.S.C. § 2201, *et seq.*, exists between Arex and ZYA with respect to the enforceability of the

'796 Patent.

101.    A judicial declaration of the unenforceability of the '796 Patent is appropriate to resolve

this controversy.

## COUNT FIVE

## FRAUDULENT TRANSFER

## (Cal. Civil Code § 3439 *et seq.*)

102.    Arex re-alleges and incorporates by reference each and every allegation in the preceding

paragraphs as though fully set forth herein.

103.    On January 6, 2022, ZYA sent a letter to Arex demanding that it stop attempting to

enforce its patent rights against ZYA.

104.    On March 14, 2022, ZYA filed the instant suit alleging various harms as a result of

Arex's patent enforcement efforts.

105.    On May 13, 2022, ZYA filed a motion for preliminary injunction, which included the

admission that ZYA is the owner of the registered trademark "VLAND". The motion further stated that

VLAND has suffered, and will continue to suffer, irreparable harm as a result of Arex's alleged

interference.

106.    On April 21, 2023, ZYA's verified discovery responses state that "[p]laintiff has no

active stores on Amazon.com. Plaintiff is only a manufacturer of the alleged accused products." In the

same response, ZYA states that "[o]ur company's financial sales decreased after we received

Defendant's cease and desist letter. Our company could not sell any headlights in 2022 due to the cease

THIRD AMENDED COUNTERCLAIMS

and desist letter. Our Company also stopped selling the headlights in December 2021 due to the warehouse holding the products after receiving Arex's cease and desist letter."

> 23   Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as
> 24   follows: Our company's financial sales decreased after we received Defendant's cease and desist
> 25   letter. Our company could not sell any headlights in 2022 due to the cease and desist letter. Our
> 26   Company also stopped selling the headlights in December 2021 due to the warehouse holding the
> 27   products after receiving Arex's cease and desist letter.
> 28

107.   It went on to state that it has only sold 308 of the accused products in 2021.

> Subject to and notwithstanding its General and Specific Objections, Plaintiff responds as
> follows: Refer to sales data in the March 20, 2023 production. Plaintiff sold 368 ACCUSED
> PRODUCTS in the year of 2021. Plaintiff's profit for each of the Accused Product is ￥503.01
> (RMB).

108.   Yet as of the time of this complaint, the very same VLAND F150 light is available for sale in Amazon's Vland Store, Vlandus.com, Vland-USA.com, Vland-official.com, Vlandshop.com, and Vlandfactory.com.

109.   Attached **Exhibit J** is a true and correct copy of the website Amazon's Vland Store showing it selling the accused product as of July 3, 2023.

110.   Attached **Exhibit K** is a true and correct copy of the website Vlandus.Com showing it selling the accused product as of July 3, 2023.

111.   Attached **Exhibit L** is a true and correct copy of the website Vland-USA.Com showing it selling the accused product as of July 3, 2023.

112.   Attached **Exhibit M** is a true and correct copy of the website Vland-Official.com showing it selling the accused product as of July 3, 2023.

113.   Attached **Exhibit N** is a true and correct copy of the website Vlandshop.com showing it selling the accused product as of July 3, 2023.

114.     Attached **Exhibit O** is a true and correct copy of the website Vlanddfactory.Com

showing it selling the accused product as of July 3, 2023.

115.     In fact, as of July 3, 2023, Vlandfactory.Com states clearly state it is operated and own by

ZYA:



116.     On July 3, 2023, Arex placed an order for the Accused Product, and it was indeed

processed and tracking number generated:



117.     Attached as **Exhibit P** is a true copy of the order that was placed for the Accused Product

on July 2, 2023, which has been processed and shipped.

118.    ZYA's preliminary injunction filed in May of 2022 when it already stopped selling VLAND F150 headlights in December of 2021?

119.    Why are the VLAND F150 headlights still for sale as of the day of this complaint on all major eCommerce site if ZYA stopped selling them in December of 2021?

120.    ZYA has since discovered that ZYA transferred all of its VLAND marks to ZHL in December 2022, which has the exact same ownership as ZYA.

| Mark | Serial Number | Previous Owner | Current Owner | Assignment Date |
|---|---|---|---|---|
|  | 88486095 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 88483414 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
|  | 88196972 | Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd limited company (ltd.) CHINA | ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | 12/2/2022 |
| VLAND | 86834961 | Zhejiang Yuanzheng Auto & Motorcycle | ZHEJIANG HONGGUAN LIGHTING | 12/2/2022 |

INHOUSE CO. LAW FIRM

| | | Accessories Co., Ltd limited company (ltd.) CHINA | TECHNOLOGY CO., LTD. LIMITED COMPANY (LTD.) CHINA | |
|---|---|---|---|---|
| | | | | |

121.    Each assignment was signed by non other the Wang on behalf of ZYA and on behalf of ZHL:

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                          ASSIGNEE:
ZHEJIANG YUANZHENG AUTO &          ZHEJIANG HONGGUAN LIGHTING
MOTORCYCLE ACCESSORIES CO.,        TECHNOLOGY CO., LTD.
LTD

Signed by:  _Wang Yong huo_          Signed by:  _Wang, Yong huo_
                Name: Wang, Yonghuo                        Name: Wang, Yonghuo
                Title: Principal                                    Title: Principal

122.    This fraudulent transfers permits the people behind ZYA to continue to sell the Accused Products via ZHL, who was not initially named in this lawsuit. ZYA claims that it has sustained damage and could not sell any VLAND F150 because of Arex's cease and desist letter, but this is a farce.

123.    ZYA and ZHL's shell game is poorly disguised and cannot be permitted to stand.

124.    Specifically, ZYA's Vland trademarks and other assets were transferred by and among the Alter Ego Defendants with fraudulent intent to hinder, delay, or defraud Arex (actual fraud).

125.    Alternatively, upon information and belief, the transfers by and among the Alter Ego Defendants were made for less than reasonably equivalent value (constructive fraud).

126.    These fraudulent transfers were a substantial factor in causing harm to Arex. Due to the improper transfer of ZYA's trademarks and other assets into the names of the Alter Ego Defendants, ZYA has cut off its liability herein and made itself judgment-proof. Without this cause of action, all of ZYA's assets will beyond Arex's reach by the time this case concludes.

THIRDAMENDED COUNTERCLAIMS

1      127.    Arex seeks avoidance of the transfers, judgment against the transferees for the value of

2   the assets transferred, that the Counter-defendants post an undertaking in the amount of the value of the

3   transferred assets, attachment, preliminary and permanent injunction against further disposition or

4   transfer of assets, appointment of a receiver, execution on the transferred assets or their proceeds if

5   disposed of, and/or any other and further relief the court deems appropriate.

6      128.    Arex further seeks consequential and punitive damages against these Counter-defendants

7   as the transfers were made with malicious intent in an effort to avoid liability for ZYA's patent

8   infringement.

9

10                                      COUNT SIX

11            ATTEMPTED MONOPOLIZATION (15 U.S.C § 2) WALKER PROCESS SHERMAN ACT

12                                      VIOLATION

13      129.    Arex re-alleges and incorporates by reference each and every allegation in the preceding

14   paragraphs as though fully set forth herein.

15      130.    As detailed with particularity in paragraphs 69-104 of these Counterclaims, the '796

16   patent is unenforceable because individuals associated with the filing and prosecution of the '796 patent,

17   including Yu Chen, Xiaopeng Liao, and Wang, acting as agents and/or with knowledge of ZYA

18   intentionally and wilfully misled the USPTO by omitting material information and using stolen USPTO

19   agent identity which if known would have resulted in the USPTO not allowing the patent.

20      131.    Knowing that Patent '796 was obtained by fraud and the commission of inequitable

21   conduct before the USPTO, ZYA nonetheless commenced the present action against Arex based on its

22   '796 patent.

23      132.    Such conduct constitutes a knowing, willful, and intentional attempt to enforce patent

24   procured by fraud and to improperly maintain and/or obtain monopoly power in the relevant market in

25   the United States in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2. The relevant market

26   consists of sellers of Ford 150 headlight having (1) a single LED projector light with surrounding bezel

27   (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing arrow)

28   positioned to the top (headlight top main section), (2) triple horizontal LED bars with marginal spacing

     between each bar (headlight middle main section), (3) a single LED projector light with a surrounding

1   bezel (having a top horizontal lid, bottom horizontal lid, and side lid displacing a backward pointing

2   arrow) positioned to the bottom (headlight lower main section), (4) a continuous LED bar wrapping and

3   taping around the outer perimeter of the headlamp, (5) an inner side lamp (parking light) adjacent and

4   protruding horizontally to the triple horizontal LED bars, and (6) a grill-like bar covering the inner side

5   lamp.

6       133.   ZYA has acted with specific intent to unlawfully monopolize the relevant markets, and

7   has a dangerous probability of achieving monopoly power in the relevant market as evidenced by the

8   anticompetitive conduct alleged herein, and without legitimate business justification.

9       134.   As a direct and proximate result of ZYA's anticompetitive conduct alleged heretofore,

10  competition in the relevant markets has been, and will continue to be, injured to the detriment of

11  consumers who will be subject to reduced choice, retarded quality in terms of product attributes.

12      135.   As a direct and proximate result of ZYA's anticompetitive conduct alleged herein, Arex

13  has been and continues to be injured in its business and property.

14                                  **COUNT SEVEN**

15                  **VIOLATION OF CALIFORNIA UNFAIR COMPETITION LAW**

16                  **(Cal. Bus. & Prof. Code § 17200 Against All Counter-defendants)**

17      136.   Arex re-alleges and incorporates by reference each and every allegation in the preceding

18  paragraphs as though fully set forth herein.

19      137.   The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition",

20  including any "unlawful, unfair, and fraudulent business act or practice". Cal. Bus. & Prof. Code

21  § 17200.

22      138.   Counter-defendants' actions set forth herein constitute intentional business acts and

23  practices that are unlawful, unfair, and fraudulent, including Counter-defendants' unreasonable

24  harassment by filing this frivolous lawsuit against Arex.

25      139.   As demonstrated above, Counter-defendants violated the UCL by knowingly and

26  willfully committing fraud upon the USPTO in prosecuting their patent using a stolen identity and made

27  false or misleading statements regarding the validity of their patent in connection sales of their products

28  as well as the demand letter sent to Arex, ultimately leading to this lawsuit.

IN HOUSE CO. LAW FIRM

140.    As demonstrated above, Counter-defendants violated the UCL by knowingly and

willfully committing fraud upon the USPTO in prosecuting their patent using a stolen identity and

enforcing such patent through at least the demand letter and the institution of this lawsuit. This conduct

is a violation of Sherman Act Section 2, which constitutes both unlawful and unfair business practices.

141.    As a direct and proximate result of Counter-defendants' acts of unfair competition,

Counter-defendants have wrongfully harmed Arex. Counter-defendants must therefore disgorge all

profits from the above conduct and further should be ordered to provide full restitution to Arex.

## COUNT EIGHT

## FALSE ADVERTISING

## (Cal. Bus. & Prof. Code § 17500 Against All Counter-defendants)

142.    Arex re-alleges and incorporates by reference each and every allegation in the preceding

paragraphs as though fully set forth herein.

143.    Section 17500 of California's Business and Professions Code protects both consumers

and competitors by promoting fair competition in commercial markets for goods and services. This

Section makes it unlawful:

for any person, . . . corporation . . . or any employee thereof with intent directly or indirectly
to dispose of real or personal property or to perform services . . .or to induce the public to
enter into any obligation relating thereto, to make or disseminate . . . before the public in this
state, . . . in any newspaper or other publication . . . or in any other manner or means
whatever . . . any statement, concerning that real or personal property or those services . . .
which is untrue or misleading, and which is known, or which by the exercise of reasonable
care should be known, to be untrue or misleading . . . .
Cal. Bus. & Prof. Code § 17500.

144.    Counter-defendants knowingly and willfully committed fraud upon the USPTO in

prosecuting their patent and made false or misleading statements regarding the validity of their patent in

connection with the advertising and sale of their products.

145.    Specifically, Counter-defendants, on at least one location on the point-of-sale web page,

advertised that the Accused Product has a valid design patent.

146.    Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the

subject F150 headlight dated June 29, 2023, touting it having valid US design patent:



Our factory has American DOT, European E-Mark and Chinese CCC certification to assure product quality. In terms of appearance, we have the appearance and design patents of our car lights.  As for production capacity, our factory has IATF 16949 auto parts production management system and ISO 9001 quality management system certification standards.

147.    The statements in this advertisment are untrue and misleading and Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement was untrue and misleading.

148.    A violation of Section 17500 is a misdemeanor, punishable by fine or imprisonment. Injunctive relief and restitution are also available under the UCL. (§ 17535).

149.    Accordingly, Counter-defendants must disgorge all profits from the above conduct and should be ordered to provide full restitution to Arex.

<u>**COUNT NINE**</u>

**VIOLATION OF SECTION 43(a) of the LANHAM ACT**

150.    Arex re-alleges and incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

151.    Section 43(a) of the Lanham Act is designed to protect both consumers as well as competitors. Section 43(a) of the Lanham Act provides, in relevant part:

> (1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any . . . false or misleading representation of fact, which --

30

IN & OUT CO. LAW FIRM

···

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or another person s goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act.

15 U.S.C. §1125(a).

152.   The elements for a false advertising claim under Section 43(a) are: (1) a false statement of fact by the defendant in a commercial advertisement about its own or another's product; (2) the statement actually deceived or has the tendency to deceive a substantial segment of its audience; (3) the deception is material, in that it is likely to influence the consumer's purchasing decisions; (4) the defendant caused its false statement to enter interstate commerce; and (5) the plaintiff has been or is likely to be injured as a result of the false statement, either by a direct diversion of sales from itself to defendant or by a lessening of the good will associated with its products. *Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134, 1139 (9th Cir. 1997).

153.   Counter-defendants knowingly and willfully committed fraud upon the USPTO in prosecuting their patent and made false or misleading statements regarding the validity of their patent in connection with the advertising and sale of their products.

154.   Specifically, Counter-Defendant on at least one location on the point-of-sale web page would advertise that For F150 headlight which is the subject of the lawsuit has valid design patent.

155.   Attached as **Exhibit H** is a true and correct copy of the VLAND website selling the subject F150 headlight dated June 29, 2023, touting it having valid US design patent.

156.   The statements in the advertising are simply untrue or misleading and Counter-defendants knew, or by the exercise of reasonable care should have known, that this statement is untrue and misleading.

157.   The statement actually deceived or has the tendency to deceive a substantial segment of its audience.

158.   The deception is material, in that it is likely to influence the consumer's purchasing decision.

159.   Counter-defendants caused their false statements to enter interstate commerce.

INHOUSECO. LAW FIRM

160.    Arex has been or is likely to be injured as a result of the false statement, either by a direct

diversion of sales from itself to Counter-defendants or by a lessening of the good will associated with its

products.

161.    Arex is thus entitled to injunctive relief and to recover, subject to the principles of equity,

Counter-defendants' profits, damages, and costs of suit.  The court may treble any of these damages and,

in exceptional cases, may award reasonable attorney fees to the prevailing party. 15 U.S.C. §§ 1116 and

1117(a).

## PRAYER FOR RELIEF

WHEREFORE, Arex prays for relief and judgment as follows:

1.    That ZYA take nothing by its complaint;

2.    That the Court enter judgment against ZYA and in favor of Arex and that ZYA's claims

be dismissed in their entirety, with prejudice;

3.    That this Court determine that ZYA, ZHL, and Wang have infringed the '634 Patent;

4.    That ZYA, its officers, agents, servants, employees, and attorneys, and those persons in

active concert or participation with them, be preliminarily and permanently enjoined from infringement

of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or

importing of unlicensed infringing products within the United States;

5.    That ZHL, its officers, agents, servants, employees, and attorneys, and those persons in

active concert or participation with them, be preliminarily and permanently enjoined from infringement

of the '634 Patent, including but not limited to any making, using, offering for sale, selling, or

importing of unlicensed infringing products within the United States;

6.    That this Court permanently enjoin ZYA, ZHL, and Wang as well as their agents and

employees from continuing their unlawful actions set forth herein;

7.    That this Court void the fraudulent transfers, enter judgment against the transferees for

the value of the assets transferred, order that the ZYA, ZHL and Wang post an undertaking in the

amount of the value of the transferred assets, attachment, preliminary and permanent injunction

against further disposition or transfer of assets, appointment of a receiver, execution on the transferred

assets or their proceeds if disposed of;

INHOUSE CO. LAW FIRM

8.     Consequential and punitive damages;

9.     Disgorgement of ZYA, ZHL, and Wong's sales and profits.

10.     Compensation for all damages caused by ZYA, ZHL, and Wang's unfair competition and infringement of the '634 Patent to be determined at trial, and but not less than $3,000,000;

11.     A finding that this case is exceptional and awarding reasonable attorney's fees to Arex pursuant to 35 U.S.C. § 285;

12.     A finding that this case is exceptional, thereby trebling the damages and awarding reasonable attorney's fees to Arex pursuant to 15 U.S.C. §§ 1116 and 1117(a).

13.     Granting Arex pre-and post-judgment interest on its damages, together with all costs and expenses;

14.     Finding ZYA, ZHL, and Wang's infringement of the '634 Patent to be willful and increasing damages up to three times the amount found or assessed by the jury;

15.     Ordering that ZYA, ZHL, and Wang to deliver to Arex or destroy all infringing products;

16.     Declaring that the claims of the '796 Patent is invalid;

17.     Declaring that the claims of the '796 Patent are unenforceable; and

18.     Granting Arex such other and further relief as the Court may deem just and proper.

DATED: July 14, 2023.

INHOUSE CO. LAW FIRM

By: _____

Alexander Chen, Esq.
Katja M. Grosch, Esq.
Theodore Lee, Esq.
Attorneys for Defendant and Counterclaimant
Arex Industries, Inc.

THIRD AMENDED COUNTERCLAIMS

## **DEMAND FOR JURY TRIAL**

Defendant and Counter claimant thereby demands a trial by jury on all claims.

DATED: July 14, 2023,                    **INHOUSE CO. LAW FIRM**



By: _____
           Alexander Chen, Esq.
           Katja M. Grosch, Esq.
           Theodore Lee, Esq.
           Attorneys for Defendant and Counterclaimant
           Arex Industries, Inc.

THIRDAMENDED COUNTERCLAIMS

Exhibit "A"

US00D909634S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D909,634 S**
He     (45) **Date of Patent:**     ** **Feb. 2, 2021**

(54) **VEHICLE HEADLIGHT**

(71) Applicant: **Arex Industries, Inc.**, Irwindale, CA (US)

(72) Inventor: **Mizeng He**, TaiZhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/677,455**

(22) Filed: **Jan. 21, 2019**

(51) **LOC (13) Cl.** .............................................. **26-06**
(52) **U.S. Cl.**
USPC ............................................. **D26/28**
(58) **Field of Classification Search**
USPC ....... D26/28, 29, 30, 31, 32, 33, 34, 35, 36;
362/459–468, 475–478, 485–487
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115;
F21S 48/225; F21S 48/1233; F21S
48/1266; F21S 48/1388; F21S 48/2268;
F21V 21/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D769,480 | S | * | 10/2016 | Lai ................................ D26/28 |
| D771,291 | S | * | 11/2016 | Tsai ............................... D26/28 |
| D807,547 | S | * | 1/2018 | Lin ................................ D26/28 |

| | | | | |
|---|---|---|---|---|
| D842,503 | S | * | 3/2019 | Yang .............................. D26/28 |
| D843,621 | S | * | 3/2019 | Yang .............................. D26/28 |
| D844,199 | S | * | 3/2019 | Lin ................................ D26/28 |
| D844,200 | S | * | 3/2019 | Lin ................................ D26/28 |
| D846,770 | S | * | 4/2019 | Kozub ............................ D26/28 |
| D849,285 | S | * | 5/2019 | Lin ................................ D26/28 |
| D850,677 | S | * | 6/2019 | Lin ................................ D26/28 |
| D855,849 | S | * | 8/2019 | Lin ................................ D26/28 |
| D857,262 | S | * | 8/2019 | Lin ................................ D26/28 |
| D863,627 | S | * | 10/2019 | Lin ................................ D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee
(74) *Attorney, Agent, or Firm* — Theodore S. Lee, Esq.

(57) **CLAIM**

The ornamental design for a vehicle headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle headlight;
FIG. **2** is a front view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is an alternative perspective view thereof; and,
FIG. **5** is a top view thereof.
The broken lines are for environmental purposes only and form no part of the claimed design. The drawings and descriptions represent the right side embodiment. The claim is also for a mirror image of a left side embodiment that is not shown.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent          Feb. 2, 2021          Sheet 3 of 5          US D909,634 S



FIG. 3



FIG. 4



FIG. 5

Exhibit "B"









10/26/21, 9:03 PM    Case 2:22-cv-01692-JLR ...ED [Ford F150 13th Gen ( 2018 2019 2020 NOT for Raptor ) ] with D...
#:1127

Hello
**Select your address**

Automotive Parts & Accessories ▾

18 f150 headlight

Hello, Sign in
**Account & Lists** ▾

Returns
& Orders

**0**

All  Best Sellers  Audible  Customer Service  Prime ▾  New Releases  Books  Pharmacy  Registry

Deals for you, gifts for them

57

Automotive › Lights & Lighting Accessories › Lighting Assemblies & Accessories › Headlight Assemblies, Parts & Accessories › Headlight Assemblies

Sponsored

**amazon**confirmed**fit**  |  **Make sure this fits**



Roll over image to zoom in

**VIDEO**

ED Upgraded
[Ford F150 13th
018 2019 2020
tor) ] with DRLs
ssembly YAA-
**Black**

Store

tings  |  **4 answered questions**

tails

**$499.99**

**FREE delivery: Nov 4 - 12**

Select delivery location

**Only 7 left in stock - order
soon.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from  YUANZHENG US
Sold by  YUANZHENG US

**Return policy:** Extended holiday
return window till Jan 31, 2022

1-Click ordering is not available for
this item.

Add to List

**Pay $41.67/month for 12 months, interest-free upon
approval for the Amazon Rewards Visa Card**

Color: **Projector**


$499.99


$699.00

$699.00

**Light Source
Type**       LED

**Brand**      YUANZHENG

**Position**   Inside

**Voltage**    12 Volts (DC)

**About this Item**

- ◆ Direct OEM Fitment - 3D LED headlights
  assembly for Ford F150 Pickup 2018 2019 2020.
  Designed as a perfect replacement for your OE
  lights, they install the same way as factory units.
- ◆ Interchange Part Info - OEM #: HL3Z-13008-G,
  HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K,
  HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-
  B,HL3Z-13008-M. Partslink #: FO2503335,
  FO2502335, FO2503335, FO2502335, FO2519140,
  FO2518140. Same performance with the original
  cars. Easy to install. (If you can not confirm, tell us
  and we will help)
- 💡 LED display - NO NEED bulbs (included). Bright
  superior lighting makes your vehicle more visible on
  the road and improving your driving safety.
- ◆ Exclusive Custom Style - Stylish 3D LED bar,
  amber W sequential turn signal, high / low beam.

**Share**

152

Sponsored

https://www.amazon.com/Upgraded-Headlights-Pickup-Assembly-YAA-F150-2042A/dp/B08PZ1N9V8/ref=sr_1_32?crid=1H58RM39S8QVC&dchild=1...    1/9

Provide you stronger concentrated light output in comparison to ordinary head lamps.

- ◆ Thoroughly Tested - DOT and SAE approved, comply with rigorous quality and safety standards. Rigorously tested to provide smooth operation and hermetically sealed to prevent moisture from being trapped inside. Water proof, dirt proof, shock proof.

› See more product details



**Alexa Pay for Gas**
Use the Alexa app on your phone, an Echo Auto, or Alexa-enabled device in your car for a safe and simple way to fill up your tank. Say, pay, and be on your way. Try saying, "Alexa, pay for gas" the next time you're at an Exxon or Mobil station. Discover How

## Buy it with

 +  + 

Total price: **$590.17**

Add all three to Cart

Some of these items ship sooner than the others. Show details

☑ **This item:** VLAND Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] … $499.99

☑ IJDMTOY Smoked Lens Full LED High Mount Third Brake/Stop Light Assembly Compatible With 2015-up Ford F-150, … $34.19

☑ Upgrade LED Fog Lights for 2015-2020 Ford F150 4 Inch LED Fog Light Assembly Kit,36W Waterproof LED Bumper L… $55.99

## Products related to this item

**Page 1 of 35**

Sponsored ⓘ

    

| VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp… 90 $699.00 | VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Se… 27 $699.00 | ACANII - For 2018-2020 Ford F150 Chrome LED Tube w/Sequential Signal LED Projector … $485.99 | VLAND LED Headlights Compatible For [2015-2017 Ford F150 XL, XLT, Lariat, King Ranc… 2 $689.99 | ACANII - For Ford F150 C Amber LED T Sequential S $485.99 |

## What other items do customers buy after viewing this item?

**Page 1 of 4**







Upgrade LED Fog Lights for 2015-2020 Ford F150 4 Inch LED Fog Light Assembly Kit,36W Waterproof LED Bumper Lamps Set-1 Pair
1,105
$55.99

VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp Assembly Full LED with DRL, Turn Signal, Plug-and-play,...
90
$699.00

DEE ZEE DZ43204 Tailgate Assist Shock
10,749
38 offers from $32.90

VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No Need Extra Bulbs, Black Housing
27
$499.99

Bullet Antenn F150 (2009-2 Highly Durab Truck Antenn - Car Wash-F Antenna for I
$18.95

## Product Description



- We are the Manufacturer

**Zhejiang Yuanzheng Auto & Motorcycle accessories Ltd is the leading manufacturer and parent company of the brand VLAND. YUANZHENG is specialised on the design and manufacturing modified car accessories. Our products are popular in China, United States, South East Asia, Russia, Middle East and many other countries.**

Case 2:22-cv-01682-JWH-PVC Document 1-1 Filed 03/11/22 Page 95 of 195 Page ID #:1130





## SPECIFICATION Headlights For Ford F150









**Projector headlamps**

- More concentrated
- Durable High Low Beam
- Stylish using experience

**Amer Turn Signal Light**

- Fashion outlook upgrade to your car
- Manufacture LED Beads
- More dependable performance

**OE Power Plug**

- P-N-P operation.
- Install easily
- Housing Material: ABS

**Hi / Low Beam Lens**

- Housing Material: PC
- Housing Color: Black
- Waterproof: IP67







10/28/21, 9:38 PM

Case 2:22-cv-01692-JXN-DD Document 7 Filed 07/16/22 Page 96 of 195 Page ID #:1131

Amazon.com: vLXMb1 Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] with D...

Case 2:22-cv-01602-JAD-PCH Document Head lights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor)] with D...
Filed 05/13/2022 Page 6 of 21 205 NOT Page ID #:1132

bulbs needed, HI / LOW Beam
+ Turn Signal + Running /
Parking Light

| | |
|---|---|
| Voltage | 12 Volts (DC) |

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Compare with similar items

   

| | | | |
|---|---|---|---|
| **This Item** VLAND Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] with DRLs Head Lamp Assembly YAA-F150-2042A, Black | 4WDKING 7 Inch LED Round Headlight, Cree H6024 High Low Beam Compatible with Wrangler 97-2017 JK TJ LJ CJ Hummber H1 H2 (Black Pair) | VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp Assembly Full LED with DRL, Turn Signal, Plug-and-play, Black | ACANII - For 2018-2020 Ford F150 Black Amber LED Tube Sequential Signal LED Projector Headlights Headlights Left+Right |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

| | | | | |
|---|---|---|---|---|
| **Customer Rating** | (4) | (101) | (90) | (5) |
| **Price** | $499⁹⁹ | $99⁹⁹ | $699⁰⁰ | $498⁹⁶ |
| **Sold By** | YUANZHENG US | 4WDKING | VLAND-OFFICIAL | EJay |

### Products related to this Item

Page 1 of 20

Sponsored ⓘ

    

| | | | | |
|---|---|---|---|---|
| VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp... | VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Se... | Fits 2018-2020 Ford F150 Pickup Truck [Halogen Type] Projector Black Heedlights Pai... | ACANII - For 2018-2020 Ford F150 Black Amber LED Tube Sequential Signal LED Project... | VLAND LED Compatible F 2017 Ford F Lariat, King F |
| 90 | 27 | 6 | 5 | |
| $699.00 | $699.00 | $398.98 | $498.96 | $689.99 |

Case 2:22-cv-01692-JAD-DJA Document 34 Filed 07/13/23 Page 38 of 125 Page ID
#:1133

# Videos

### Videos for this product



**VLAND LED Headlights For Ford
F150 Pickup 2018-2020**

YUANZHENG US

### Videos for related products



**Jeep Gladiator Oculus Headlight
Installation Guide**

Oracle Lighting



**AUTOSAVER88 Headlight for 99-02
Silverado/00-06 Tahoe Suburban**

autosaver88



**The Installati
Headlights 8**

Xprite USA

Upload your video

# Customer questions & answers

Have a question? Search for answers

| | | |
|---|---|---|
| 0 votes | **Question:** | **Is there warranty** |
| | **Answer:** | Dear customer, we are one year warranty.<br>Any question, we can apply the replacement.<br>Other questions will welcome to email: vland04@yzheng.com<br>By YUANZHENG US SELLER  on February 27, 2021 |

| | | |
|---|---|---|
| 0 votes | **Question:** | **Does the black projector style have the sequential turn signal option like the black full led set?** |
| | **Answer:** | Dear customer, no. The turn signal is no sequential.<br>By YUANZHENG US SELLER  on July 23, 2021 |

| | | |
|---|---|---|
| 0 votes | **Question:** | **Does clear mean chrome?** |
| | **Answer:** | Yes dear friend, housing of this 2042 headlights is chrome, fit for 2018 2019 F150 (NOT for raptor). Same looking to the OE ones, but YUANZHENG 2042 headlights have the sequential turn signal. For more detail please tell and I will help you. vland04@yzheng.com<br>By YUANZHENG US SELLER  on December 24, 2019 |

| | | |
|---|---|---|
| 0 votes | **Question:** | **Amazon is stating this doesn't fit my 2019 ford stx. please advise. also I see this is plug and play but only see one plug. most have 3. please advise** |
| | **Answer:** | Dear customer, yes. It have 3 connector, plug and play.<br>By YUANZHENG US SELLER  on September 6, 2021 |

# Customer reviews

**4.7 out of 5**

4 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 32% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 4 customer ratings.

Case 2:22-cv-01687-JAD-DJA Document 64-1 Filed 07/06/23 Page 99 of 123 Page ID #:1134

## Review this product

Share your thoughts with other customers

Write a customer review

Shop now

Sponsored

## Recommended based on your shopping trends

Page 1 of 3

Sponsored

    

**AlphaRex Base Model Black Fit 18-20 Ford F150 Halogen Type Black Switchback DRL/Signal LED Tube**
68
$595.00

**VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Sequential Turn Signal, No Need**
27
$699.00

**Partsam H6054 7x6 5x7 LED Headlights Sealed Beam Hi/Low w/ H4 Wiring Harness Compatible with Jeep**
453
$50.99

**Partsam 2PCS Rectangle H6054 LED Headlights 5x7 7x6 Headlamp Hi/Low Sealed Beam H4 9003 Plug 6054 H5054**
3,620
$47.99

**For Volvo Headlight 2001 2002 and Passe Black Bez**
$371.05

## Best Sellers in this category

Page 1 of 6

    

**THISWORX Car Vacuum Cleaner - Portable, High Power, Handheld Vacuums w/ 3 Attachments, 16 Ft...**
187,859
#1 Best Seller ✗ in Vacuums
$35.99

**Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Cleaner Auto Air Vent Interior...**
17,250
#1 Best Seller ✗ in Detailing Tools
$5.94

**iOttie Easy One Touch 4 Dash & Windshield Universal Car Mount Phone Holder Desk Stand for iPhone,...**
57,079
#1 Best Seller ✗ in Amazon Launchpad Electronics
$16.06

**First Alert HOME1 Rechargeable Standard Home Fire Extinguisher UL Rated 1-A:10-B:C, Red**
26,863
#1 Best Seller ✗ in Fire Extinguishers
$17.98

**Car Charg 3.4a Fast Port USB Lighter Ad iPhone 13**
#1 Best S Phone Auto
$8.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |
|---------|---------------|

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video In Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Exhibit "C"

US00D925796S

(12) **United States Design Patent**      (10) **Patent No.:**      **US D925,796 S**

Chen      (45) **Date of Patent:**   ✱✱   **Jul. 20, 2021**

(54) **CAR HEADLIGHT**

(71) Applicant: **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD.**, Rui'an (CN)

(72) Inventor: **Yu Chen**, Rui'an (CN)

(✱✱) Term: **15 Years**

(21) Appl. No.: **29/743,300**

(22) Filed: **Jul. 21, 2020**

(51) **LOC (13) Cl.** ............................................. **26-06**

(52) **U.S. Cl.**
USPC ......................................... **D26/28**

(58) **Field of Classification Search**
USPC ........ D26/28, 29, 30, 31, 32, 33, 34, 35, 36,
D26/44
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115;
F21S 48/225; F21S 48/1233; F21S
48/1266; F21S 48/1388; F21S 48/2268;
F21V 21/04; F21W 2103/35; F21W 3/40;
F21W 2102/17; F21W 2102/30; F21W
2103/00; F21W 2103/55; F21W 2104/00;
F21W 2107/17; F21W 2107/13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D593,233 S | | 5/2009 | Bai et al. |
| D597,689 S | | 8/2009 | Sun et al. |
| D849,285 S | * | 5/2019 | Lin | ................................. D26/28 |
| D855,849 S | * | 8/2019 | Lin | ................................. D26/28 |
| D863,627 S | * | 10/2019 | Lin | ................................. D26/28 |
| D863,628 S | * | 10/2019 | Lin | ................................. D26/28 |
| D874,040 S | * | 1/2020 | He | ................................. D26/28 |
| D878,642 S | | 3/2020 | Ren | |
| D883,535 S | * | 5/2020 | He | ................................. D26/28 |
| D883,536 S | * | 5/2020 | Lin | ................................. D26/28 |
| D890,386 S | * | 7/2020 | Wu | ................................. D26/28 |
| D890,388 S | * | 7/2020 | Wu | ................................. D26/28 |
| D892,368 S | * | 8/2020 | Lin | ................................. D26/28 |
| D903,158 S | * | 11/2020 | Platto | ................................. D26/28 |
| D907,264 S | * | 1/2021 | Lin | ................................. D26/28 |
| D909,634 S | * | 2/2021 | He | ................................. D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(57) **CLAIM**

The ornamental design for a car headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a car headlight showing my new design;
FIG. **2** is a second perspective view of the thereof;
FIG. **3** is a front view of the thereof;
FIG. **4** is a back view of the thereof;
FIG. **5** is a left side view of the thereof;
FIG. **6** is a right side view of the thereof;
FIG. **7** is a top view of the thereof; and,
FIG. **8** is a bottom view of the thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

Exhibit "D"

# GLACIER LAW LLP

TIANYU JU

200 PARK AVENUE,
SUITE 1703,
NEW YORK, 10166
EMAIL: IRIS.JU@GLACIER.LAW
WEB: WWW.GLACIER.LAW

TELEPHONE (312) 270-0413
FACSIMILE (312) 801-4587

**January 6, 2022**

**Alexander Chen**
**ALEXC@INHOUSECO.COM**
**Yard House Restaurant Building**
**7700 Irvine Center Dr., Suite 800**
**Irvine, CA 92618**

### SENT VIA CERTIFIED MAIL

Dear Mr. Chen,

As you have already known, Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("Client") has retained Glacier Law LLP for representation regarding Arex Industries, Inc's. ("Arex") Confidential Settlement Communication letter.

Enclosed, please find our Client's response as well as demand regarding Arex's cease-and-desist letter to US ELogistics Service Corp. ("ELogistics") and demanded it to stop the sale and shipment of our client's VLAND LED Headlights for Ford F150, because Arex believes that our client's VLAND LED Headlights infringe Arex's patent, U.S. Patent No. D909,634S ("D634 Patent") Elogistics received the letter and promptly followed the instructions contained in the letter.

As opposed to what Arex claims about the infringement, the Products in dispute do not infringe the 'D634 Patent as the products in dispute incorporated with our Client's own Patent. Our Client is the lawful owner of all rights, title, and interest of the U.S. Patent No. D925,796. See Exhibit A for your reference. Our Client's Patent is different from Arex's 'D634 Patent, as the 'D634 Patent is referenced by the USPTO when issuing our Client's Patent.

Arex's letter has caused serious interfered with Our Client's business operation and caused huge loss of profits. Our Client, therefore, demands that Arex cease harassing our Client as well as its partners immediately. If by such time we do not receive any response from you, we expressly reserve the right to pursue any and all available legal and equitable remedies, including, but not limited to, instituting formal litigation proceedings against Arex.

Very Truly Yours,

Tianyu Ju, Esq

# Exhibit A

US00D925796S

(12) **United States Design Patent**   (10) Patent No.:      **US D925,796 S**
Chen                                     (45) Date of Patent:   ** **Jul. 20, 2021**

(54) **CAR HEADLIGHT**

(71) Applicant: **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD.**, Rui'an (CN)

(72) Inventor: **Yu Chen**, Rui'an (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/743,300**

(22) Filed: **Jul. 21, 2020**

(51) **LOC (13) Cl.** ............................................. **26-06**

(52) **U.S. Cl.**
USPC .......................................................... **D26/28**

(58) **Field of Classification Search**
USPC ........ D26/28, 29, 30, 31, 32, 33, 34, 35, 36,
D26/44
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115;
F21S 48/225; F21S 48/1233; F21S
48/1266; F21S 48/1388; F21S 48/2268;
F21V 21/04; F21W 2103/35; F21W 3/40;
F21W 2102/17; F21W 2102/30; F21W
2103/00; F21W 2103/55; F21W 2104/00;
F21W 2107/17; F21W 2107/13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D593,233 S    5/2009  Bai et al.
D597,689 S    8/2009  Sun et al.

| | | | | |
|---|---|---|---|---|
| D849,285 S | * | 5/2019 | Lin | ................................ D26/28 |
| D855,849 S | * | 8/2019 | Lin | ................................ D26/28 |
| D863,627 S | * | 10/2019 | Lin | ................................ D26/28 |
| D863,628 S | * | 10/2019 | Lin | ................................ D26/28 |
| D874,040 S | * | 1/2020 | He | ................................ D26/28 |
| D878,642 S | | 3/2020 | Ren | |
| D883,535 S | * | 5/2020 | He | ................................ D26/28 |
| D883,536 S | * | 5/2020 | Lin | ................................ D26/28 |
| D890,386 S | * | 7/2020 | Wu | ................................ D26/28 |
| D890,388 S | * | 7/2020 | Wu | ................................ D26/28 |
| D892,368 S | * | 8/2020 | Lin | ................................ D26/28 |
| D903,158 S | * | 11/2020 | Platto | ................................ D26/28 |
| D907,264 S | * | 1/2021 | Lin | ................................ D26/28 |
| D909,634 S | * | 2/2021 | He | ................................ D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(57) **CLAIM**

The ornamental design for a car headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a car headlight showing my new design;
FIG. **2** is a second perspective view of the thereof;
FIG. **3** is a front view of the thereof;
FIG. **4** is a back view of the thereof;
FIG. **5** is a left side view of the thereof;
FIG. **6** is a right side view of the thereof;
FIG. **7** is a top view of the thereof; and,
FIG. **8** is a bottom view of the thereof.

**1 Claim, 8 Drawing Sheets**



**U.S. Patent**      Jul. 20, 2021      Sheet 1 of 8      **US D925,796 S**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

Exhibit "E"



Exhibit "F"

Doc Code: ROCKET
Document Description: Req for Expedited Processing, Design Rocket Docket

PTO/SB/27 (05-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**REQUEST FOR EXPEDITED EXAMINATION OF A DESIGN APPLICATION (37 CFR 1.155)**

| | |
|---|---|
| Application Number | 29743300 |
| Filing Date | 07/21/2020 |
| First Named Inventor | Yu Chen |
| Title | Car headlight |
| Atty Docket Number | TXUN-US-ID-20034 |

ADDRESS TO:

MAIL STOP EXPEDITED DESIGN
COMMISSIONER OF PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

This is a request for expedited examination of a design application under 37 CFR 1.155.

NOTE: If the present form (PTO/SB/27) accompanies a new nonprovisional design application under 37 CFR 1.53(b), include form PTO/SB/18 "Design Patent Application Transmittal" or its equivalent. Do not include the present form (PTO/SB/27) on the date of filing a new international design application. For an international design application to qualify for expedited examination, 37 CFR 1.155(a)(1) provides that the international design application first must have been published by WIPO pursuant to Hague Agreement Article 10(3).

A preexamination search was conducted. The field of search was:

LOC: 26-06

KI=(S1) AND CC=(US) AND CTB=(Car headlight);

Related applications: NONE

The following items are required under 37 CFR 1.155:

- Drawings in compliance with 37 CFR 1.84, unless the design application is an international design application that designates the United States and was published by WIPO pursuant to Hague Agreement Article 10(3).
- The fee set forth in 37 CFR 1.17(k).
- An information disclosure statement in compliance with 37 CFR 1.98.

Note: The Office will not grant a request for expedited examination if all of the requirements of 37 CFR 1.155 are not satisfied. In addition, the Office will not examine an application that is not in a condition for examination (e.g., missing basic filing fee) even if the applicant files a request for expedited examination under 37 CFR 1.155.

| /JIE YANG/ | 08/19/2020 |
|---|---|
| Signature | Date |
| JIE YANG | 77665 |
| Typed or printed name | Registration Number, if applicable |

| |
|---|
| Telephone Number |

**Warning: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.48. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 29743300 |
| Filing Date | 2020-07-21 |
| First Named Inventor | Yu Chen |
| Art Unit | 2913 |
| Examiner Name | |
| Attorney Docket  Number | TXUN-US-ID-20034 |

## U.S.PATENTS   Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | D597689 | S1 | 2009-08-04 | BYD Company Limited | CLAIM 1 |
| | 2 | D593233 | S1 | 2009-05-26 | BYD Company Limited | CLAIM 1 |
| | 3 | D878642 | S1 | 2020-03-17 | GUANGZHOUSHI OULIANG ZHAOMING LIMITED | CLAIM 1 |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

## U.S.PATENT APPLICATION PUBLICATIONS   Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   Add

## FOREIGN PATENT DOCUMENTS   Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29743300 |
| | Filing Date | 2020-07-21 |
| | First Named Inventor | Yu Chen |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket Number | TXUN-US-ID-20034 |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

| NON-PATENT LITERATURE DOCUMENTS | | Remove |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | 29743300 |
| Filing Date | 2020-07-21 |
| First Named Inventor | Yu Chen |
| Art Unit | 2913 |
| Examiner Name | |
| Attorney Docket Number | TXUN-US-ID-20034 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /JIE YANG/ | Date (YYYY-MM-DD) | 2020-08-19 |
|---|---|---|---|
| Name/Print | JIE YANG | Registration Number | 77665 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Case 2:22-cv-01692-JWH-PD  Document 71-1  Filed 07/10/23  Page 131 of 195  Page ID #:944

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM773814

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City, Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6302000 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=88486095#page1.tif
source=88486095#page2.tif

CH $40.00  6302000

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "No.185, Fedndfu Second Road, Tangxia Town, Ruian, Zhejiang Province CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**, a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN),325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 012 | 6302000 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2<u>nd</u> day of <u>December</u>, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                          ASSIGNEE:
<u>**ZHEJIANG YUANZHENG AUTO &**</u>          <u>**ZHEJIANG HONGGUAN LIGHTING**</u>
<u>**MOTORCYCLE ACCESSORIES CO.,**</u>        <u>**TECHNOLOGY CO., LTD.**</u>
<u>**LTD**</u>

Signed by: ___Wang Yonghuo___              Signed by: ___Wang Yong huo___
Name: Wang, Yonghuo                            Name: Wang, Yonghuo
Title: Principal                                      Title: Principal

Case 2:22-cv-01692-JWH-PD   Document 71-1   Filed 07/16/23   Page 134 of 195   Page ID #:5746

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM773840

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5065813 | VLAND |

## CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | trademarks@kaiplaw.com |
| Correspondent Name: | Rumit Ranjit Kanakia |
| Address Line 1: | 21750 Hardy Oak Blvd Ste 104 |
| Address Line 2: | KA IP Law PLLC, PMB 68590 |
| Address Line 4: | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=86834961#page1.tif
source=86834961#page2.tif

*(side margin: CH $40.00   5065813)*

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "LUOFENG NORTH INDUSTRIAL AREA, NO185 FENGDU 2ND ROAD, TANGXIA RUIAN, ZHEJIANG PROVINCE CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN) 325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 011 | 5065813 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: Wang Yong huo
Name: Wang, Yonghuo
Title: Principal

Signed by: Wang, Yong huo
Name: Wang, Yonghuo
Title: Principal

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM773837

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City, Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5781201 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=88196972#page1.tif
source=88196972#page2.tif

*(right margin: 5781201   CH $40.00)*

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "C/O LegalForce RAPC Worldwide 446 E Southern Ave Tempe, ARIZONA UNITED STATES 85282" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN) 325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 011 | 5781201 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2<u>nd</u> day of <u>December</u>, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized
representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                      ASSIGNEE:
**ZHEJIANG YUANZHENG AUTO &**                  **ZHEJIANG HONGGUAN LIGHTING**
**MOTORCYCLE ACCESSORIES CO.,**                **TECHNOLOGY CO., LTD.**
**LTD**

Signed by: _Wang, Yong huo_          Signed by: _Wang, Tony huw_
Name: Wang, Yonghuo                            Name: Wang, Yonghuo
Title: Principal                               Title: Principal

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM773835

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City, Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6301997 | VLAND |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

Total Attachments: 2
source=88483414#page1.tif
source=88483414#page2.tif

CH $40.00   6301997

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD,** a limited company organized and existing under the laws of China, having its principal place of business at "No.185, Fedndfu Second Road, Tangxia Town, Ruian, Zhejiang Province CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN),325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 012 | 6301997 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized
representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                    ASSIGNEE:
**ZHEJIANG YUANZHENG AUTO &**                **ZHEJIANG HONGGUAN LIGHTING**
**MOTORCYCLE ACCESSORIES CO.,**              **TECHNOLOGY CO., LTD.**
**LTD**

Signed by:   *Wang Yonghuo*          Signed by:   *Wang Yonghuo*
      Name: Wang, Yonghuo                Name: Wang, Yonghuo
      Title: Principal                Title: Principal









- **1 year of after-sale service makes you feel cost-effective**

We promise that VLAND can be refunded and replaced if the lights are not artificially modified within one year.

- **Upgrade lighting, experience new feelings**

Compared with the same shape of the original car lights, VLAND can change the appearance and configuration of the car lights through old reform services, independent design and upgrades, allowing you to experience the new feelings at a minimal cost. Choose VLAND to give your car a new lease of life.

- **A variety of reflector colors is available to meet your individual needs**

In order to coordinate with the body color, VLAND reflectors are available in a variety of colors to make your car more beautiful.

Additional information

Vehicle Fitment

Reviews (18)

Shipping & Warranty

## questions & answers

Ask the community here    **ASK THE COMMUNITY**

## RELATED PRODUCTS

**18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black**

US$499.99   -  1  +   ADD TO CART   BUY NOW

---

Vland
We typically reply in a few minutes

Welcome to our store!
We will reply you within 2 days.
1. The default is the price of a set
2. Normally, orders will be shipped within 2 days
3. LHD/RHD means driver's seat on the left/right
Newest discount code:VlandJune
Got any questions?

Write a message

Add free live chat to your site



**Description**

- **Own factory production, strictly control the whole process of production**

Adopt advanced manufacturing equipment and strict quality control standards to ensure product quality.

- **Product certification certifies your trusted choice.**

Our factory has American DOT, European E-Mark and Chinese CCC certification to assure product quality. In terms of appearance, we have the appearance and design patents of our car lights.  As for production capacity, our factory has IATF 16949 auto parts production management system and ISO 9001 quality management system certification standards.

- **1 year of after-sale service makes you feel cost-effective**

We promise that VLAND can be refunded and replaced if the lights are not artificially modified within one year.

- **Upgrade lighting, experience new feelings**

Compared with the same shape of the original car lights, VLAND can change the appearance and configuration of the car lights through old reform services, independent design and upgrades, allowing you to experience the new feelings at a minimal cost. Choose VLAND to give your car a new lease of life.

- **A variety of reflector colors is available to meet your individual needs**

In order to coordinate with the body color, VLAND reflectors are available in a variety of colors to make your car more beautiful.

**Additional information**

**Vehicle Fitment**

18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black

US$499.99







FOR BMW MINI F55 F56 2014-UP LED TAIL LAMP

FOR TOYOTA REIZ MARK X 2010-2013 LED HEAD

FOR TOYOTA HILUX 2015-UP HEAD LAMP

## Sign up to our Newsletter & Get the Ebook

You personal data is safe with us, it will never be disclosed to any third partions or sold, you can unsubscribe anytime.

Enter you email

Sing Up

EMAIL

ADDRESS

+86 400 6677 555

PHONE

© 2021 ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO.,LTD



## Frequently bought together



## Based on your recent views

## Deals on related products

## From the brand

**VLAND** is the leading manufacturer that specialized on the design and manufacturing modified car accessories. With a wide range of backgrounds from business management, technology, buyer experience and automotive modify service sectors.

Welcome people from all walks of life to join the expedition to share the great wealth created by the high development and deep potential restructured car lights.

## Product Description

**VLAND Led Headlights for F150 2018 2019 2020 (Not Fit A Raptor)**
*Sequential Turn Signal*

*Full Led, No Need Extra Bulbs*

*Black Housing*

**Message us when you meet any questions**
*Please keep all boxes labels and user manuals when you receive the package. In the event merchandise is damaged, becomes defective or needs to be returned, please message us and provide the product label, video& pictures proof, make sure the pictures& video clearly shows the defect.*

- Certification: DOT.
- Operating voltage: 12V 35~42W.
- Housing Color: Black/ Chrome
- Style: OE/ Led Projector

**Functions& Feature**
*Daytime Running Light, Switchback Turn Signal, High Beam and Low Beam*
**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that sequential feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

*Contain*

*2 x Led headlights including left and right sides*

*2 x DELUXE to GENERAL adapters*

*1 x ACC cable*

*1 x User manual*

**Replacement for the following Vehicles,**
**2018 2019 2020 F150 Pickup Trucks( Not for Raptor)**

- F-150 Limited Crew Cab Pickup 4-Door
- F-150 SSV Crew/ Extended Cab Pickup 4-Door
- F-150 Lariat Crew/ Extended Cab Pickup 4-Door
- F-150 Police Responder Crew Cab Pickup 4-Door
- F-150 XL Crew/Extended Cab Pickup 4-Door
- F-150 XL/ XLT Standard Cab Pickup 2-Door
- F-150 XLT Crew/ Extended Cab Pickup 4-Door
- F-150 King Ranch Crew Cab Pickup 4-Door
- F-150 Platinum Crew Cab Pickup 4-Door

Interchange Part Info,

- Partslink #: FO2503335, FO2502335, FO2503335, FO2519140, FO2518140.
- OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L,
- HL3Z-13008-B,HL3Z-13008-M.

**How to Remove the Sequential Indicator**

**Switchback Turning Light**
*The vland headlights have a row of amber LED which can set up to run as sequential lighting.*

**Circuit Board Controller**
*Open the stabilizer on the bottom of led headlights gently.*

**Disconnect the Yellow Wire**
*Find out the yellow wire with a label and disconnect it.*

**Stable Signal as OE**
*Done, the headlights will work as OE headlights.*

**ACC Wiring Harness**

- You need to connect the ACC harness to the fuse box if your Tundra does not currently have the OEM LED DRL function. The ACC harness is already included in the headlights package.
- It has the same connections and wires with the original trucks, replacement for the stock Unit directly. Designed to provide trouble-free installation.

**Plug&Play      Mounting      Low Beam      Daytime
              Panels                      Running
                                          Light**

    

| | LED-Chrome | LED-Black | LED Projector | Clear Lens | Smoke Lens |
|---|---|---|---|---|---|
| Turn Signal | Amber+Seuential | Amber | Amber+Seuential | Red | Red |
| Color | Chrome | Black | Black | Smoke | Clear |
| Full Led | √ | √ | √ | √ | √ |

**VLAND LED Headlights Upgrade Your Styling of Vehicle.**

**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that dynamic animation feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

**Product information**

### Technical Details

| | |
|---|---|
| Brand | VLAND |
| Color | LED Projector |
| Specific Uses For Product | Head Lights |
| Vehicle Service Type | 18-20 f150 |
| Year | 2018 |
| Special Feature | Plug and play, Full led, HI/ LO beam with led bulbs, cannot be changed, Black housing |
| Wattage | 42 watts |
| Auto Part Position | Unknown |
| Lens Color | Black |
| Lens Material | Polycarbonate |

### Additional Information

| | |
|---|---|
| ASIN | B08KGKYL8T |
| Customer Reviews | 3.7      69 ratings<br>3.7 out of 5 stars |
| Best Sellers Rank | #540,562 in Automotive (See Top 100 in Automotive)<br>#6,371 in Automotive Headlight Assemblies |
| Date First Available | September 30, 2020 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

| Manufacturer | VLAND |
| --- | --- |
| Item Weight | 27.4 pounds |
| Package Dimensions | 23.8 x 19.5 x 18.5 inches |
| Manufacturer Part Number | YAA-F150-2042 |
| OEM Part Number | OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M., Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140. |
| Special Features | Plug and play, Full led, Hi/ LO beam with led bulbs, cannot be changed, Black housing |
| Safety Rating | DOT Certified |

Feedback

Would you like to **tell us about a lower price?**

## Compare with similar items



| | **This item** VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No need Extra Bulbs, Black Housing | ACANII - For [Halogen Model] 2018-2020 Ford F150 Black Smoked Switchback Signal LED Tube Projector Headlights Headlamps, Cyber Black | AKKON - Fit 2018 2019 2020 Ford F150 [Full LED] Black Halogen Model w/Sequential LED Switchback Signal Strip Projector Headlights | VLAND LED Headlight Assembly Fit for Ford F150 13th Gen 2018-2020, Plug-and-play, Not for Raptor, Black |
| --- | --- | --- | --- | --- |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (69) | (74) | (0) | (4) |
| Price | $440⁹⁹ | $398⁹⁹ | $879⁹⁹ | $679⁹⁹ |
| Sold By | VLAND US | EJay | AKKON | VLAND-STORE |
| Auto Part Position | Unknown | Front | Front | Front |
| Brand Name | VLAND | ACANII | AKKON | VLAND |
| Lens Color | Black | Smoke | Clear | Clear |
| Lens Material | Polycarbonate | — | Crystal | Abs,Glass |
| Light Source | LED | Low Beam H7 / High Beam H1 (Included) | Full-LED Low Beam & High Beam | LED |
| Voltage | 12.00 volts_of_direct_current | — | — | — |

## Products related to this item

Sponsored

       

| VLAND Projector LED Headlights Fit for F150 2018 2019 2020 (Not Fit A Raptor), No N...<br>2<br>$479.99 | PZ Headlight Assembly Replacement For Ford F-150 2018-2021 Halogen Model...<br>$375.88 | PZ for Ford F150 2018-2022 LED high/low beam headlight Assembly...<br>10<br>$664.99 | M-AUTO OE Style Left+Right Headlights Assembly w/PRE-ASSEMBLED 6000K...<br>$391.00 | G-PLUS Headlights Compatible With 92-96 Bronco/92-96 Ford F150 F250 F350 Super Duty...<br>9<br>$89.99 | XWQHJW LED Headlight Bulbs Compatible For FORD F150 2015 2016 2017 2018 2019 2020...<br>39<br>$49.99 ($5.10/Count) | VLAND Headlights Assembly Fit for Ford F-150 13th Gen 2018-2020(Not for...<br>3<br>$679.99 | CHUS Repla 2016 2020<br>$69. |

## Related Posts



| ADCARLIGHTS    + Follow | AmeriLite    + Follow | OEDRO    + Follow | CNNELL |
| --- | --- | --- | --- |
| Compatible with 2004-2008 Ford F150 Pickup/ 2006-2008 Lincoln Mark LT | We got some sick Light for your Ford Pickup! Enjoy the LED Projectors, Switchback Light Tube, LED DRL... | #Headlight Assembly# #OEDRO# | CNNELL brings your high appearance val |
| See more Posts > | See more Posts > | See more Posts > | See more Posts > |

## Looking for specific info?

See questions and answers

## Customer reviews

### 3.7 out of 5

69 global ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 16% |
| 3 star | | 8% |
| 2 star | | 7% |
| 1 star | | 21% |

⌄ How customer reviews and ratings work

### Reviews with images

See all photos ›



Top reviews

### Top reviews from the United States

**David**

**Great looking but failed after 3 weeks -- Update: all is working now --**

Reviewed in the United States on July 7, 2022

Color: LED Projector    Verified Purchase

They look great but unfortunately failed after 3 weeks - amber running light on passenger side stopped working. Really disappointing considering the time spent doing the install. Sent a message to VLand so hopefully will get resolved...

UPDATE 7/13/22: VLAND reached out and sent me a replacement passenger side light within a few days. I haven't had the time to install yet, but I do appreciate the quick customer service. Will update again once I have put the new light in.

UPDATE: 7/22/22: Back down to 1 star. After spending the time to disassemble the and reinstall the replacement light, the new passenger side light has the exact same issue as the first - the amber running light not working at all. This leads me to believe its a wiring harness issue but VLAND insists on sending me ANOTHER passenger light and not a new harness as I requested - which of course is out of stock so who knows when I'll receive it. I'm not pleased about how this has gone and I can't recommend VLAND at all at this point.

⌄ Read more

3 people found this helpful

Helpful    Report

**caa**

**Great looks- water in lense after 6 months**

Reviewed in the United States on May 12, 2023

Color: 18-20 F150(LED+Animation)    Verified Purchase

These headlights have a great look and have been working great for a few months. I had to program my truck with forscan to prevent hyperflashing but other than that the headlamps have worked as intended.

It wasn't until recently the driver side developed water inside. I am waiting for vland to respond to my emails and see how they proceed with resolving the issue. I will update when they respond.

Update: VLAND has sent me a replacement and everything is working as expected. Overall I can't say that I recommend these headlamps. After having to use Forscan to prevent hyperflashing and then only lasting 6 months on the truck, I'm a bit disappointed. The overall light output is just okay. For the price of these headlamps I would expect a bit better quality overall.

Helpful    Report

**Hunter**

**A nice upgrade to premium OEM looks without the price tag**

Reviewed in the United States on August 10, 2021

Color: LED-Black    Verified Purchase

I'll try to make this review brief and to the point,

The good:

These headlights are worth the money. Plain and simple. The light output is good, the fitment is near OEM, the looks are almost impossible to distinguishable from OEM. They truly transform the looks of the truck and make me happy that I didn't spend thousands extra for a higher end model that came with these lights

⌄ Read more

but with added features that I didn't care for. Overall it took about 1 1/2 hours to install. The only special tools you'll need (you still need a few different size sockets, etc.) are some cheap body panel removal tools. Forscan will also be required to disable the bulb outage detection so the hyper flash on the dash will stop, however externally the turn signals will operate at the normal speed/interval without doing this.

The "just ok":
The wiring harness adapter is decent, however the connectors feel sort of cheap. They all snapped together with a positive click but I would definitely use dielectric grease on all connections as I doubt they are

2 people found this helpful

| Helpful | Report |

Travis

**Great cosmetic upgrade for my 2019 F-150 Lariat.**
Reviewed in the United States on December 17, 2019
Color: LED-Black    Verified Purchase    Early Reviewer Rewards  (What's this?)
These are mean looking lights. I got these for my 2019 F-150 Lariat Abyss Gray with oem led. They're plug and play but come with harnesses if your OEM are halogen. As another reviewer said they look just like the oem but they're black where the oem's have chrome. The other difference is the daytime running lights flash yellow when the turn signal is on but the rest of the time they're white led. I would have given these five stars but I just put them in yesterday and also my turn signal indicator on the dash flashes faster. No error codes though and the signals front and back flash at the normal pace. These are a pain in the neck to install but it has nothing to do with the lights. It's just the way these F-150's are. I'd recommend buying a panel pulling tool kit because I did and it was worth it. The lights fit perfectly and I did a night time road test and they're just as bright as my oem led.



4 people found this helpful

| Helpful | Report |

David Meneses

**Okay**
Reviewed in the United States on September 10, 2022
Color: 18-20 F150(LED+Animation)    Verified Purchase
The lights work when they want to

| Helpful | Report |

angel perez

**Good**
Reviewed in the United States on June 15, 2022
Color: LED Projector    Verified Purchase
Good

| Helpful | Report |

Josh

**Very nice**
Reviewed in the United States on May 28, 2022
Color: LED Projector    Verified Purchase
To soon to tell

| Helpful | Report |

See all reviews

Back to top

Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English    United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

VLAND For Ford F-150 F150 20

https://vland-usa.com/collections/ford/products/vland-for-ford-f-150-f150-2018-2020-black-led-headlights

HOME   PRODUCTS ⌄   WHOLESALE ⌄   ABOUT VLAND ⌄   HELP CENTER   COUPONS   Account

**Notice: Affected by Covid-19, there will be some delay on the delivery.Thanks for understanding !**








# VLAND For Ford F-150 F150 2018-2020 Black LED Headlights

☆☆☆☆☆ 0

SALE   $579.00   ~~$779.00~~

QUANTITY

−   1   +

ADD TO CART

BUY IT NOW


🇺🇸 United States (US... ⌄



Home › Ford headlights › VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)



🔍 Click to expand



# VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

⭐⭐⭐⭐⭐  22 reviews

**Save $50.00**   ~~$499.99~~  **$449.99**

SKU YAA-F150-2042A-Pr-P01

**Quantity**
1

**Add to cart**

**Buy it now**

**Share this:**
f  🐦  in  📌

Product Details     Warranty     LHD and RHD     Shipping Policy

Return Policy

Chat with us 👋







# EXHIBIT 3

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


ZHEJIANG YUANZHENG AUTO &
MOTORCYCLE ACCESSORIES CO.,
LTD.,

          Plaintiff,

             vs.

AREX INDUSTRIES, INC.,

          Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~

CASE NO.
2:22-cv-01692-JWH-PD


CONFIDENTIAL

DEPOSITION OF JIE YANG

May 30, 2023


Michelle L. Wade, CSR-12861
982500





(310) 207-8000 Los Angeles  (415) 433-5777 San Francisco  (949) 955-0400 Irvine  (858) 455-5444 San Diego
(310) 207-8000 Century City  (408) 885-0550 San Jose  (760) 322-2240 Palm Springs  (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento  (800) 222-1231 Martinez  (702) 366-0500 Las Vegas  (800) 222-1231 Monterey
(951) 686-0606 Riverside  (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson  (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn  (518) 490-1910 Albany  (914) 510-9110 White Plains
(312) 379-5566 Chicago  00+1+800 222 1231 Paris  00+1+800 222 1231 Dubai  001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4   ZHEJIANG YUANZHENG AUTO &
     MOTORCYCLE ACCESSORIES CO.,
 5   LTD.,

 6                   Plaintiff,
                                    CASE NO.
 7          vs.                     2:22-cv-01692-JWH-PD

 8   AREX INDUSTRIES, INC.,

 9                   Defendants.
     ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
10

11

12                   CONFIDENTIAL

13

14              REMOTE DEPOSITION OF

                     JIE YANG
15

16

17             Tuesday, May 30, 2023

                   10:03 a.m.
18

19

20               Remote via Zoom

21

22
     Magna Legal Services
23   866-624-6221
     www.MagnaLS.com
24   Reported by:  Michelle L. Wade, CSR-12861

25
```

1

```
 1                      APPEARANCES OF COUNSEL

 2

 3    For the Plaintiff:

 4         GLACIER LAW LLP
           BY:  TIANYU JU, ESQ.
 5         BY:  WEI WANG, ESQ.
           251 South Lake Avenue, Suite 910
 6         Pasadena, California 91101
           312.448.7772
 7         312.801.4587 Fax
           iris.ju@glacier.law
 8         wei.want@glacier.law

 9

10    For the Defendant:

11         INHOUSE CO LAW FIRM
           BY:  ALEXANDER CHEN, ESQ.
12         7700 Irvine Center Drive, Suite 800
           Irvine, California 92618
13         408.918.5393
           714.882.7770 Fax
14         ss@inhouseco.com

15    For the Deponent:

16         MCCABE & ALI, LLP
           BY:  EMIL J. ALI, ESQ.
17         13337 South Street, Suite 555
           Cerritos, California 90703
18         310.596.1234
           310.649.7890 Fax
19         emil@mccabeali.com

20

21

22

23

24

25


                            2
```

1    Q    And when you said that you have no

2    practitioner-client relationship with anyone concerning

3    this application, can you state to me what that means?

4    A    That means I did not have a practitioner-client

5    relationship with ZYA or anyone else concerning this

6    application.

7    Q    By "ZYA," do you mean the applicant of this

8    particular application?

9    A    Yeah, shorthand for the plaintiff.

10   Q    I understand.  And do you have any relationship

11   with the -- is it also your position that you do not have

12   a client-practitioner relationship with regard to

13   Mr. Yuanzheng, the inventor of this application?

14        MR. ALI:  Objection.  Lacks foundation, vague.

15   You haven't established anything about the application.

16   BY MR. CHEN:

17   Q    You can go ahead and answer if you understand.

18   A    I do not have any practitioner-client

19   relationship with the inventor.  What's his name again?

20   Q    That's okay.  You answered my question.  You do

21   not have any practitioner relationship -- relationship

22   with the inventor, as well as the applicant, correct?

23   A    That's correct.

24   Q    Do you have any reasons why this application

25   was submitted using your name as a practitioner?

16

1   and transmit what is now -- I would ask marked --

2   Madam Court Reporter to go ahead and mark this Exhibit

3   Number 7 and by way of sharing the screen, I will

4   represent to you Exhibit 7 is a Design Patent Application

5   transmittal referring to first name of inventor, Yu Chen,

6   of this particular patent at issue, and I want to go

7   ahead and ask you to go and look to the bottom.

8           (Defendant's Exhibit 7 was marked for

9           identification by the court reporter.)

10  BY MR. CHEN:

11      Q    There is signature, signature number --

12  signature is Jie Yang.  The name is also Jie Yang and the

13  registration number of this particular attorney or agent,

14  77665.

15          Now my question for you is, is your

16  registration number at USPTO 77665?

17      A    Yes, that's my number.

18      Q    Are you familiar with this document at all?

19      A    No.

20      Q    Is this not your signature, ma'am?

21      A    I did not sign it.

22      Q    You have any knowledge or reason to understand

23  why your signature is affixed to this particular

24  transmittal?

25          MR. ALI:  Objection.  Calls for speculation.

45

1    BY MR. CHEN:

2         Q      You can answer.

3         A      I don't know how it got on there.

4         Q      Did you get compensated at all in relation to

5    this prosecution of this particular application?

6         A      I didn't say I got compensated for prosecution

7    of this patent.

8         Q      No.  My question is, did you get compensated at

9    all with relation to the prosecution of this application?

10        A      No.

11               MR. CHEN:  I'm going to stop sharing and go

12   ahead and now transmit Exhibit Number 8.  Go ahead,

13   Madam Court Reporter, go and mark this as Exhibit 8.

14               (Defendant's Exhibit 8 was marked for

15               identification by the court reporter.)

16   BY MR. CHEN:

17        Q      I'll go ahead and open this.  Share the screen.

18   I will represent to you that this is an electronic

19   acknowledgement of receipt of this particular application

20   when it was filed.  I want to go ahead and point you to

21   the middle of the particular page.  It states the filer

22   as Jie Yang, J-i-e, Y-a-n-g.  Do you see your name there,

23   ma'am?

24        A      Yes.  Sorry.  I had trouble.

25        Q      No worries.  And do you -- have you ever seen

                                    46

1    is the Information Disclosure Statement allegedly or

2    supposedly filed in connection with the request for

3    expedited service or expedited examination.  This is a

4    four pager.  At the bottom of Page 3 a practitioner is

5    required to sign.  I see the signature of Jie Yang, dated

6    2020, August 19th, registration number 77665.  To the

7    extent I understand 77665 is you, do you recognize your

8    signature here?

9         A   I did not sign it.

10        Q    Did you authorize anyone to sign on behalf of

11   you to this Information Disclosure Statement?

12        A    No.

13        Q    Did you get compensated in any way in

14   connection to the -- placing your signature with

15   request -- with regard to this Information Disclosure

16   Statement?

17        A    No.

18        Q    Did you perform any work at all in relation to

19   preparing either in this form or perform a search in

20   connection to the results affixed here in this form for

21   this prosecution of this application?

22        A    No.

23        Q    I'm going to ask you to go ahead and review

24   Page 1.  Page 1 lists three prior arts.  Number one is

25   D597689.  Number two is D593233.  Number three is D5- --

52

```
1              identification by the court reporter.)
2    BY MR. CHEN:
3         Q    Have you ever seen this document before?
4         A    Not before the subpoena.
5              MR. CHEN:  Go ahead and look at Exhibit 15.  I
6    just sent -- Madam Court Reporter, please go ahead and
7    mark as Exhibit 15.  This -- I will represent to you this
8    is the fees transmittal.  This was a fees transmittal
9    that was submitted to the USPTO in connection to the
10   prosecution of this particular application.
11             (Defendant's Exhibit 15 was marked for
12             identification by the court reporter.)
13   BY MR. CHEN:
14        Q    Towards the bottom I will ask you to
15   carefully -- look -- it states the authorized signature
16   is Jie Yang, dated June 21st, 2021.  The prosecutioner's
17   name is Jie Yang, registration number 77665.  To the
18   extent you testified that this is you, do you recognize
19   the signature here?
20        A    I did not sign it.
21        Q    Did you give authorization to anyone anywhere
22   involved in the prosecution of this application?
23        A    No.
24        Q    Did you give any authorization to anyone who
25   signed on your behalf for this notice of allowance?
```

55

```
1    application on your behalf?
2              MR. ALI:  Objection.  Vague.  Is there a
3    specific application?
4              MS. JU:  All the applications I just introduced
5    associated with W&K and HYIP.
6              MR. ALI:  Objection.  Vague.  Can you specify
7    the exhibit numbers you're talking about?
8              MS. JU:  The exhibit number from Exhibit B to
9    Exhibit -- Exhibit B to Exhibit R.
10             MR. CHEN:  What was the question again?
11   BY MS. JU:
12        Q    Have you authorized your friend, Mr. Wang, to
13   file any patent applications on your behalf?
14             MR. CHEN:  In connection to Exhibit B and (sic)
15   R?
16   BY MS. JU:
17        Q    Yes.
18        A    I did not authorize Mr. Wang to file these
19   applications.
20        Q    To the best of your knowledge, have you
21   authorized Mr. Wang to file any patent application
22   besides these?
23             MR. CHEN:  Objection.  Privacy and relevance.
24             You can answer if you want.
25             MR. ALI:  And also objection to potential
```

89

# EXHIBIT 4



**Frequently bought together**



**Based on your recent views**

**Deals on related products**

**From the brand**

**VLAND** is the leading manufacturer that specialized on the design and manufacturing modified car accessories. With a wide range of backgrounds from business management, technology, buyer experience and automotive modify service sectors.

Welcome people from all walks of life to join the expedition to share the great wealth created by the high development and deep potential restructured car lights.

## Product Description

**VLAND Led Headlights for F150 2018 2019 2020 (Not Fit A Raptor)**
*Sequential Turn Signal*

*Full Led, No Need Extra Bulbs*

*Black Housing*

**Message us when you meet any questions**
*Please keep all boxes labels and user manuals when you receive the package. In the event merchandise is damaged, becomes defective or needs to be returned, please message us and provide the product label, video& pictures proof, make sure the pictures& video clearly shows the defect.*

- Certification: DOT.
- Operating voltage: 12V 35~42W.
- Housing Color: Black/ Chrome
- Style: OE/ Led Projector

**Functions& Feature**
*Daytime Running Light, Switchback Turn Signal, High Beam and Low Beam*
**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that sequential feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

*Contain*

*2 x Led headlights including left and right sides*

*2 x DELUXE to GENERAL adapters*

*1 x ACC cable*

*1 x User manual*

**Replacement for the following Vehicles,**
**2018 2019 2020 F150 Pickup Trucks( Not for Raptor)**

- F-150 Limited Crew Cab Pickup 4-Door
- F-150 SSV Crew/ Extended Cab Pickup 4-Door
- F-150 Lariat Crew/ Extended Cab Pickup 4-Door
- F-150 Police Responder Crew Cab Pickup 4-Door
- F-150 XL Crew/Extended Cab Pickup 4-Door
- F-150 XL/ XLT Standard Cab Pickup 2-Door
- F-150 XLT Crew/ Extended Cab Pickup 4-Door
- F-150 King Ranch Crew Cab Pickup 4-Door
- F-150 Platinum Crew Cab Pickup 4-Door

Interchange Part Info,

- Partslink #: FO2503335, FO2502335, FO2503335, FO2519140, FO2518140.
- OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L,
- HL3Z-13008-B,HL3Z-13008-M.

**How to Remove the Sequential Indicator**

**Switchback Turning Light**
*The vland headlights have a row of amber LED which can set up to run as sequential lighting.*

**Circuit Board Controller**
*Open the stabilizer on the bottom of led headlights gently.*

**Disconnect the Yellow Wire**
*Find out the yellow wire with a label and disconnect it.*

**Stable Signal as OE**
*Done, the headlights will work as OE headlights.*

**ACC Wiring Harness**
- You need to connect the ACC harness to the fuse box if your Tundra does not currently have the OEM LED DRL function. The ACC harness is already included in the headlights package.
- It has the same connections and wires with the original trucks, replacement for the stock Unit directly. Designed to provide trouble-free installation.

**Plug&Play**     **Mounting Panels**     **Low Beam**     **Daytime Running Light**

    

| | LED-Chrome | LED-Black | LED Projector | Clear Lens | Smoke Lens |
|---|---|---|---|---|---|
| Turn Signal | Amber+Seuential | Amber | Amber+Seuential | Red | Red |
| Color | Chrome | Black | Black | Smoke | Clear |
| Full Led | √ | √ | √ | √ | √ |

**VLAND LED Headlights Upgrade Your Styling of Vehicle.**

**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that dynamic animation feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

## Product information

### Technical Details

| Brand | VLAND |
|---|---|
| Color | LED Projector |
| Specific Uses For Product | Head Lights |
| Vehicle Service Type | 18-20 f150 |
| Year | 2018 |
| Special Feature | Plug and play, Full led, HI/ LO beam with led bulbs, cannot be changed, Black housing |
| Wattage | 42 watts |
| Auto Part Position | Unknown |
| Lens Color | Black |
| Lens Material | Polycarbonate |

### Additional Information

| ASIN | B08KGKYL8T |
|---|---|
| Customer Reviews | 3.7          69 ratings<br>3.7 out of 5 stars |
| Best Sellers Rank | #540,562 in Automotive (See Top 100 in Automotive)<br>#6,371 in Automotive Headlight Assemblies |
| Date First Available | September 30, 2020 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

| Manufacturer | VLAND |
|---|---|
| Item Weight | 27.4 pounds |
| Package Dimensions | 23.8 x 19.5 x 18.5 inches |
| Manufacturer Part Number | YAA-F150-2042 |
| OEM Part Number | OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M., Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140. |
| Special Features | Plug and play, Full led, Hi/ LO beam with led bulbs, cannot be changed, Black housing |
| Safety Rating | DOT Certified |

Feedback

Would you like to **tell us about a lower price?**

### Compare with similar items

|  | **This item** VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No need Extra Bulbs, Black Housing | ACANII – For [Halogen Model] 2018-2020 Ford F150 Black Smoked Switchback Signal LED Tube Projector Headlights Headlamps, Cyber Black | AKKON - Fit 2018 2019 2020 Ford F150 [Full LED] Black Halogen Model w/Sequential LED Switchback Signal Strip Projector Headlights | VLAND LED Headlight Assembly Fit for Ford F150 13th Gen 2018-2020, Plug-and-play, Not for Raptor, Black |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (69) | (74) | (0) | (4) |
| Price | $440.99 | $398.99 | $879.99 | $679.99 |
| Sold By | VLAND US | EJay | AKKON | VLAND-STORE |
| Auto Part Position | Unknown | Front | Front | Front |
| Brand Name | VLAND | ACANII | AKKON | VLAND |
| Lens Color | Black | Smoke | Clear | Clear |
| Lens Material | Polycarbonate | — | Crystal | Abs,Glass |
| Light Source | LED | Low Beam H7 / High Beam H1 (Included) | Full-LED Low Beam & High Beam | LED |
| Voltage | 12.00 volts_of_direct_current | — | — | — |

## Products related to this item

Sponsored 

      

| VLAND Projector LED Headlights Fit for F150 2018 2019 2020 (Not Fit A Raptor), No N... 2 | PZ Headlight Assembly Replacement For Ford F-150 2018-2021 Halogen Model... | PZ for Ford F150 2018-2022 LED high/low beam headlight Assembly... 10 | M-AUTO OE Style Left+Right Headlights Assembly w/PRE-ASSEMBLED 6000K... | G-PLUS Headlights Compatible With 92-96 Bronco/92-96 Ford F150 F250 F350 Super Duty... 9 | XWQHJW LED Headlight Bulbs Compatible For FORD F150 2015 2016 2017 2018 2019 2020... 39 | VLAND Headlights Assembly Fit for Ford F-150 13th Gen 2018-2020(Not for... 3 | CHUS Repla 2016 2020 |
|---|---|---|---|---|---|---|---|
| $479.99 | $375.88 | $664.99 | $391.00 | $89.99 | $49.99 ($5.10/Count) | $679.99 | $69. |

## Related Posts



| ADCARLIGHTS + Follow | AmeriLite + Follow | OEDRO + Follow | CNNELL |
|---|---|---|---|
| Compatible with 2004-2008 Ford F150 Pickup/ 2006-2008 Lincoln Mark LT | We got some sick Light for your Ford Pickup! Enjoy the LED Projectors, Switchback Light Tube, LED DRL... | #Headlight Assembly# #OEDRO# | CNNELL brings your high appearance val |
| See more Posts > | See more Posts > | See more Posts > | See more Posts > |

### Looking for specific info?

See questions and answers

## Customer reviews

### 3.7 out of 5

69 global ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 16% |
| 3 star | | 8% |
| 2 star | | 7% |
| 1 star | | 21% |

⌄ How customer reviews and ratings work

### Reviews with images

See all photos ›



Top reviews

### Top reviews from the United States

David

**Great looking but failed after 3 weeks -- Update: all is working now --**

Reviewed in the United States on July 7, 2022

Color: LED Projector    Verified Purchase

They look great but unfortunately failed after 3 weeks - amber running light on passenger side stopped working. Really disappointing considering the time spent doing the install. Sent a message to VLand so hopefully will get resolved...

UPDATE 7/13/22: VLAND reached out and sent me a replacement passenger side light within a few days. I haven't had the time to install yet, but I do appreciate the quick customer service. Will update again once I have put the new light in.

UPDATE: 7/22/22: Back down to 1 star. After spending the time to disassemble the and reinstall the replacement light, the new passenger side light has the exact same issue as the first - the amber running light not working at all. This leads me to believe its a wiring harness issue but VLAND insists on sending me ANOTHER passenger light and not a new harness as I requested - which of course is out of stock so who knows when I'll receive it. I'm not pleased about how this has gone and I can't recommend VLAND at all at this point.

⌄ Read more

3 people found this helpful

Helpful    Report

caa

**Great looks- water in lense after 6 months**

Reviewed in the United States on May 12, 2023

Color: 18-20 F150(LED+Animation)    Verified Purchase

These headlights have a great look and have been working great for a few months. I had to program my truck with forscan to prevent hyperflashing but other than that the headlamps have worked as intended.

It wasn't until recently the driver side developed water inside. I am waiting for vland to respond to my emails and see how they proceed with resolving the issue. I will update when they respond.

Update: VLAND has sent me a replacement and everything is working as expected. Overall I can't say that I recommend these headlamps. After having to use Forscan to prevent hyperflashing and then only lasting 6 months on the truck, I'm a bit disappointed. The overall light output is just okay. For the price of these headlamps I would expect a bit better quality overall.

Helpful    Report

Hunter

**A nice upgrade to premium OEM looks without the price tag**

Reviewed in the United States on August 10, 2021

Color: LED-Black    Verified Purchase

I'll try to make this review brief and to the point,

The good:

These headlights are worth the money. Plain and simple. The light output is good, the fitment is near OEM, the looks are almost impossible to distinguishable from OEM. They truly transform the looks of the truck and make me happy that I didn't spend thousands extra for a higher end model that came with these lights

⌄ Read more

Sponsored

but with added features that I didn't care for. Overall it took about 1 1/2 hours to install. The only special tools you'll need (you still need a few different size sockets, etc.) are some cheap body panel removal tools. Forscan will also be required to disable the bulb outage detection so the hyper flash on the dash will stop, however externally the turn signals will operate at the normal speed/interval without doing this.

The "just ok":
The wiring harness adapter is decent, however the connectors feel sort of cheap. They all snapped together with a positive click but I would definitely use dielectric grease on all connections as I doubt they are

2 people found this helpful

Helpful    Report

Travis

**Great cosmetic upgrade for my 2019 F-150 Lariat.**
Reviewed in the United States on December 17, 2019
Color: LED-Black    Verified Purchase    Early Reviewer Rewards    (What's this?)

These are mean looking lights. I got these for my 2019 F-150 Lariat Abyss Gray with oem led. They're plug and play but come with harnesses if your OEM are halogen. As another reviewer said they look just like the oem but they're black where the oem's have chrome. The other difference is the daytime running lights flash yellow when the turn signal is on but the rest of the time they're white led. I would have given these five stars but I just put them in yesterday and also my turn signal indicator on the dash flashes faster. No error codes though and the signals front and back flash at the normal pace. These are a pain in the neck to install but it has nothing to do with the lights. It's just the way these F-150's are. I'd recommend buying a panel pulling tool kit because I did and it was worth it. The lights fit perfectly and I did a night time road test and they're just as bright as my oem led.

4 people found this helpful

Helpful    Report

David Meneses

**Okay**
Reviewed in the United States on September 10, 2022
Color: 18-20 F150(LED+Animation)    Verified Purchase

The lights work when they want to

Helpful    Report

angel perez

**Good**
Reviewed in the United States on June 15, 2022
Color: LED Projector    Verified Purchase

Good

Helpful    Report

Josh

**Very nice**
Reviewed in the United States on May 28, 2022
Color: LED Projector    Verified Purchase

To soon to tell

Helpful    Report

See all reviews

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English    United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy |
| Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

# EXHIBIT 5



# EXHIBIT 6



VLAND For Ford F-150 F150 20

https://vland-usa.com/collections/ford/products/vland-for-ford-f-150-f150-2018-2020-black-led-headlights

HOME   PRODUCTS ⌄   WHOLESALE ⌄   ABOUT VLAND ⌄   HELP CENTER   COUPONS   Account

Notice: Affected by Covid-19, there will be some delay on the delivery.Thanks for understanding !







# VLAND For Ford F-150 F150 2018-2020 Black LED Headlights

☆☆☆☆☆ 0

**SALE** $579.00 ~~$779.00~~

QUANTITY

− 1 +

ADD TO CART

BUY IT NOW


United States (US… ⌄

# EXHIBIT 7



Home › Ford headlights › VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)





Click to expand

# VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

⭐⭐⭐⭐⭐  22 reviews

**Save $50.00**  ~~$499.99~~  **$449.99**

SKU YAA-F150-2042A-Pr-P01

**Quantity**
1

Add to cart

Buy it now

**Share this:**

Product Details   Warranty   LHD and RHD   Shipping Policy

Return Policy

Chat with us 👋

# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10

