**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories, Co., Ltd.<br><br>Plaintiff(s)<br><br>v.<br><br>Arex Industries, Inc.<br><br>Defendant(s) | CASE NUMBER<br><br>2:22-cv-01692-JWH-PD<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____   ☐ Plaintiff  ☐ Defendant  ☐ Other   _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____        _____
*City, State, Zip*                                *E-Mail Address*

_____   _____   _____
*Telephone Number*             *Fax Number*                 *State Bar Number*

as attorney of record instead of  Yu Hao Yao
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____           _____
                                                                        U. S. District Judge/U.S. Magistrate Judge