UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd.<br><br>v.<br>Arex Industries, Inc.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER:<br>2:22-cv-01692-JWH-PD<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

<u>Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd</u>     x Plaintiff  Defendant  Other _____
*Name of Party*

to substitute     <u>Tianyu Ju</u>     who is

   x Retained Counsel      Counsel appointed by the Court (Criminal cases only)      Pro Se

<u>251 South Lake Ave Suite 910</u>
*Street Address*

<u>Pasadena, CA 91101</u>                                          <u>iris.ju@glacier.law</u>
*City, State, Zip*                                                 *E-Mail Address*

<u>(312)448-7772</u>           <u>(312)801-4587</u>           <u>323817</u>
*Telephone Number*            *Fax Number*              *State Bar Number*

as attorney of record instead of     <u>Yu Hao Yao</u>
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby  ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   November 29, 2023                          /s/ J. W. Holcomb
                                          U. S. District Judge, John W. Holcomb