## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-01692-JWH-PDx | Date | January 17, 2024 |
|---|---|---|---|
| Title | Zhejiang Yuanzheng Auto & Motorcycle Accessories Col, Ltd. v. Arex Industries, Inc. | | |

Present: The Honorable    PATRICIA DONAHUE, U.S. MAGISTRATE JUDGE

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**    **Request for Informal Discovery Conference (In Chambers)**

Counsel emailed the Court on January 11, 2024, requesting an informal discovery conference pursuant to the Court's procedures.

The discovery cutoff date was October 12, 2023, and the discovery motion cutoff was January 12, 2024.  [See Dkt. Nos. 81, 84 at 2.]   Based on these deadlines, the request for an informal discovery conference is denied without prejudice.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        IV