Alexander Chen [SBN 245798]
alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kmg@inhouseco.com
Theodore S. Lee [SBN 281475]
tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: 949-250-1555
Facsimile: 714-882-7770

*Attorneys for Defendant and Counterclaimant,*
*AREX INDUSTRIES, INC.*

Tianyu Ju [SBN 323817]
Iris.ju@glacier.law
Tao Liu [PRO HAC VICE]
tao.liu@glacier.law
Xionghui Murong [SBN 326314]
ben.murong@glacier.law
**GLACIER LAW LLP**
9660 Flair Dr., Ste. 328
El Monte, CA 91731
Telephone: 312-448-7772
Facsimile: 312-801-4587

*Attorneys for Plaintiff and Counterdefendant,*
*ZHEJIANG YUANZHENG AUTO &*
*MOTORCYCLE ASSESSORIES CO., LTD*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD.**, a Chinese company,<br><br>Plaintiff,<br><br>v.<br><br>**AREX INDUSTRIES, INC.**, a California company,<br><br>Defendant.<br><br>AND RELATED COUNTERACTION | Case No.: 2:22-cv-01692-JWH-PD<br>Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING AMENDMENT OF SCHEDULING ORDER**<br><br>**FRCP 16(b)(4)** |

The Court has read and considered the Joint Stipulation to Amend Scheduling Order entered into by the Parties submitted pursuant to FRCP 16(b)(4).

The Court finds good cause exists for granting the Joint Stipulation to Amend Scheduling Order.

**IT IS HEREBY ORDERED** that the new deadlines are set as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| All Discovery Cutoff (including hearing of discovery motions) | October 4, 2024 | September 5, 2025 |
| Dispositive Motion Hearing Cut-Off | December 13, 2024 | November 14, 2025 |
| Deadline for Hearing on Motions *in Limine* | January 13, 2025 | December 16, 2025 |
| Final Pretrial Conference | February 7, 2025 | January 9, 2026 |
| Trial | February 24, 2025 | January 26, 2026 |

**IT IS SO ORDERED.**

DATED:

                                                                                                               Hon. John W. Holcomb
                                                                                                               United States District Court Judge