UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:22-cv-01692-JWH(PDx) |
| Date | October 16, 2024 |
| Title | *Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. v. Arex Industries, Inc.* |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Xionghui Murong | Alexander Chen |
| | Katja Grosch |

**Proceedings:** HEARING RE: COUNTERCLAIM DEFENDANTS' MOTION TO STRIKE AND TO DISMISS COUNTERCLAIM PLAINTIFF'S THIRD AMENDED COMPLAINT [117]; SCHEDULING CONFERENCE

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. The motion [ECF No. 117] is taken **UNDER SUBMISSION**.

2. The parties' Stipulation to Amend Scheduling Order [ECF No. 125] is **APPROVED**. The case schedule is **CONTINUED** as follows:

| EVENT | DATE/DEADLINE |
|---|---|
| All Discovery Cutoff (including hearing of discovery motions) | September 5, 2025 |
| Dispositive Motion Hearing Cut-Off | November 14, 2025 |
| Deadline for Hearing on Motions *in Limine* | January 2, 2026 |
| Final Pretrial Conference | January 9, 2026 |

Time:  0:58
Initials of Preparer: cla

| EVENT | DATE/DEADLINE |
|---|---|
| Jury Trial | January 26, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

Time: 0:58
Initials of Preparer: cla