**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ASSESSORIES CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>v.<br><br>AREX INDUSTRIES, INC., a California company,<br><br>Defendant.<br><br>AND RELATED COUNTERACTION | Case No.: 2:22-cv-01692-JWH-PD<br>Hon. John W. Holcomb<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT AREX INDUSTRIES, INC.'S *EX PARTE* APPLICATION TO AMEND SCHEDULING ORDER** |

1

**ORDER**
2:22-cv-01692-JWH-PD

1     The Court, having considered the *Ex Parte* Application of Defendant and Counterclaimant Arex Industries, Inc. ("Arex"), the supporting papers, and all records on file in this matter, and good cause appearing, hereby **ORDERS** as follows:

    1.     Arex's *Ex Parte* Application to Amend Scheduling Order is **GRANTED**.

    2.     The case schedule is **AMENDED** as follows:

**New Deadlines**

| | |
|---|---|
| Discovery Cutoff (including hearing of discovery motions): | April 5, 2026 |
| Dispositive Motion Hearing Cut-Off: | June 14, 2026 |
| Deadline for Hearing on Motions *in Limine*: | July 2, 2026 |
| Final Pretrial Conference: | July 10, 2026, at 1:00 p.m. |
| Jury Trial: | July 27, 2026, at 9:00 a.m. |

    3.     All other provisions of the prior Scheduling Order will remain in full force and effect.

**IT IS SO ORDERED.**

Dated: __August 28__, 2025

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE