Exhibit A

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM773814

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City, Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6302000 | VLAND |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=88486095#page1.tif
source=88486095#page2.tif

CH $40.00  6302000

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "No.185, Fedndfu Second Road, Tangxia Town, Ruian, Zhejiang Province CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**, a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN),325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 012 | 6302000 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: _Wang Yonghuo_
Name: Wang, Yonghuo
Title: Principal

Signed by: _Wang Yonghuo_
Name: Wang, Yonghuo
Title: Principal

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                              ETAS ID: TM773840
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5065813 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**
source=86834961#page1.tif
source=86834961#page2.tif

*(side margin)* CH $40.00    5065813

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2<u>nd</u> day of <u>December</u>, 2022 by and BETWEEN:

<u>ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD</u>, a limited company organized and existing under the laws of <u>China</u>, having its principal place of business at "<u>LUOFENG NORTH INDUSTRIAL AREA, NO185 FENGDU 2ND ROAD, TANGXIA RUIAN, ZHEJIANG PROVINCE CHINA 325200</u>" (hereinafter called the "ASSIGNOR"),

and

<u>ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.</u>, a limited company organized and existing under the laws of <u>China</u>, having its principal place of business at "<u>No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN) 325204</u>" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND     | 011   | 5065813                |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:                                    ASSIGNEE:
**ZHEJIANG YUANZHENG AUTO &**    **ZHEJIANG HONGGUAN LIGHTING**
**MOTORCYCLE ACCESSORIES CO.,**    **TECHNOLOGY CO., LTD.**
**LTD**

Signed by: _Wang Yong huo_        Signed by: _Wang, Yong huo_
              Name: Wang, Yonghuo                      Name: Wang, Yonghuo
              Title: Principal                         Title: Principal

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1

ETAS ID: TM773837

Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| Street Address: | No. 185 Fengdu 2nd Road, |
| Internal Address: | International Automobile and Motorcycle Industry Base, |
| City: | Ruian City, Zhejiang Province |
| State/Country: | CHINA |
| Postal Code: | 325204 |
| Entity Type: | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 5781201 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | trademarks@kaiplaw.com |
| Correspondent Name: | Rumit Ranjit Kanakia |
| Address Line 1: | 21750 Hardy Oak Blvd Ste 104 |
| Address Line 2: | KA IP Law PLLC, PMB 68590 |
| Address Line 4: | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| SIGNATURE: | /Rumit Ranjit Kanakia/ |
| DATE SIGNED: | 12/13/2022 |

**Total Attachments: 2**

source=88196972#page1.tif

source=88196972#page2.tif

CH $40.00  5781201

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**, a limited company organized and existing under the laws of China, having its principal place of business at "C/O LegalForce RAPC Worldwide 446 E Southern Ave Tempe, ARIZONA UNITED STATES 85282" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN) 325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 011 | 5781201 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2<u>nd</u> day of <u>December,</u> 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: _Wang Yong huo_
Name: Wang, Yonghuo
Title: Principal

Signed by: _Wang, Yong hua_
Name: Wang, Yonghuo
Title: Principal

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                ETAS ID: TM773835
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. | | 12/02/2022 | Limited Company (Ltd.): CHINA |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Zhejiang Hongguan Lighting Technology Co., Ltd. |
| **Street Address:** | No. 185 Fengdu 2nd Road, |
| **Internal Address:** | International Automobile and Motorcycle Industry Base, |
| **City:** | Ruian City, Zhejiang Province |
| **State/Country:** | CHINA |
| **Postal Code:** | 325204 |
| **Entity Type:** | Limited Company (Ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| **Registration Number:** | 6301997 | VLAND |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | trademarks@kaiplaw.com |
| **Correspondent Name:** | Rumit Ranjit Kanakia |
| **Address Line 1:** | 21750 Hardy Oak Blvd Ste 104 |
| **Address Line 2:** | KA IP Law PLLC, PMB 68590 |
| **Address Line 4:** | San Antonio, TEXAS 78258-4946 |

| NAME OF SUBMITTER: | Rumit Ranjit Kanakia |
|---|---|
| **SIGNATURE:** | /Rumit Ranjit Kanakia/ |
| **DATE SIGNED:** | 12/13/2022 |

**Total Attachments: 2**
source=88483414#page1.tif
source=88483414#page2.tif

CH $40.00   6301997

# TRADEMARK ASSIGNMENT AGREEMENT

THIS AGREEMENT is made as of the 2nd day of December, 2022 by and BETWEEN:

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD,** a limited company organized and existing under the laws of China, having its principal place of business at "No.185, Fedndfu Second Road, Tangxia Town, Ruian, Zhejiang Province CHINA 325200" (hereinafter called the "ASSIGNOR"),

and

**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.,** a limited company organized and existing under the laws of China, having its principal place of business at "No. 185 Fengdu 2nd Road, International Automobile and Motorcycle Industry Base, Ruian City Zhejiang Province (CN),325204" (hereinafter called the "ASSIGNEE")

## WITNESSETH

WHEREAS ASSIGNOR is the owner of certain trademark and/or service marks duly registered and/or filed in the United States Patent and Trademark Office, as listed in the Schedule attached hereto (hereinafter called the "Trademark");

| TRADEMARK | CLASS | US Registration Number |
|-----------|-------|------------------------|
| VLAND | 012 | 6301997 |

AND WHEREAS ASSIGNEE is desirous of acquiring the rights to the Trademark:

NOW THEREFORE, the ASSIGNOR, together with the goodwill of the business symbolized by the Trademark and the federal registration therefor, hereby transfers and assigns to the ASSIGNEE absolutely, all right, title and interest in and to the Trademark. The ASSIGNOR covenants that it will execute and deliver in favor of the ASSIGNEE all such documents and instruments, and will do all such things, as are necessary or desirable in order to register the ASSIGNEE as the owner of the Trademark in United States.

THIS AGREEMENT shall take effect from 2nd day of December, 2022

IN WITNESS WHEREOF the parties hereto have caused their respective authorized representatives to execute this Agreement on the day and year first written above.

ASSIGNOR:
**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD**

ASSIGNEE:
**ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO., LTD.**

Signed by: *Wang Yonghuo*
    Name: Wang, Yonghuo
    Title: Principal

Signed by: *Wang Yonghuo*
    Name: Wang, Yonghuo
    Title: Principal

Exhibit B







FOR BMW MINI F55 F56 2014-UP LED TAIL LAMP

FOR TOYOTA REIZ MARK X 2010-2013 LED HEAD

FOR TOYOTA HILUX 2015-UP HEAD LAMP

## Sign up to our Newsletter & Get the Ebook

You personal data is safe with us, it will never be disclosed to any third portions or sold, you can unsubscribe anytime.

Enter you email          Sing Up

EMAIL

ADDRESS

+86 400 6677 555

PHONE

© 2021 ZHEJIANG HONGGUAN LIGHTING TECHNOLOGY CO.,LTD

Exhibit C





**VLAND** is the leading manufacturer that specialized on the design and manufacturing modified car accessories. With a wide range of backgrounds from business management, technology, buyer experience and automotive modify service sectors.

Welcome people from all walks of life to join the expedition to share the great wealth created by the high development and deep potential restructured car lights.

## Product Description

**VLAND Led Headlights for F150 2018 2019 2020 (Not Fit A Raptor)**
*Sequential Turn Signal*

*Full Led, No Need Extra Bulbs*

*Black Housing*

**Message us when you meet any questions**
*Please keep all boxes labels and user manuals when you receive the package. In the event merchandise is damaged, becomes defective or needs to be returned, please message us and provide the product label, video& pictures proof, make sure the pictures& video clearly shows the defect.*

- Certification: DOT.
- Operating voltage: 12V 35~42W.
- Housing Color: Black/ Chrome
- Style: OE/ Led Projector

**Functions& Feature**
*Daytime Running Light, Switchback Turn Signal, High Beam and Low Beam*
**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that sequential feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

*Contain*

*2 x Led headlights including left and right sides*

*2 x DELUXE to GENERAL adapters*

*1 x ACC cable*

*1 x User manual*

**Replacement for the following Vehicles,**
**2018 2019 2020 F150 Pickup Trucks( Not for Raptor)**

- F-150 Limited Crew Cab Pickup 4-Door
- F-150 SSV Crew/ Extended Cab Pickup 4-Door
- F-150 Lariat Crew/ Extended Cab Pickup 4-Door
- F-150 Police Responder Crew Cab Pickup 4-Door
- F-150 XL Crew/Extended Cab Pickup 4-Door
- F-150 XL/ XLT Standard Cab Pickup 2-Door
- F-150 XLT Crew/ Extended Cab Pickup 4-Door
- F-150 King Ranch Crew Cab Pickup 4-Door
- F-150 Platinum Crew Cab Pickup 4-Door

Interchange Part Info,

- Partslink #: FO2503335, FO2502335, FO2503335, FO2519140, FO2518140.
- OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L,
- HL3Z-13008-B,HL3Z-13008-M.

**How to Remove the Sequential Indicator**

| Switchback Turning Light | Circuit Board Controller | Disconnect the Yellow Wire | Stable Signal as OE |
|---|---|---|---|
| *The vland headlights have a row of amber LED which can set up to run as sequential lighting.* | *Open the stabilizer on the bottom of led headlights gently.* | *Find out the yellow wire with a label and disconnect it.* | *Done, the headlights will work as OE headlights.* |

**ACC Wiring Harness**

- You need to connect the ACC harness to the fuse box if your Tundra does not currently have the OEM LED DRL function. The ACC harness is already included in the headlights package.
- It has the same connections and wires with the original trucks, replacement for the stock Unit directly. Designed to provide trouble-free installation.

| Plug&Play | Mounting Panels | Low Beam | Daytime Running Light |
|---|---|---|---|

    

| | LED-Chrome | LED-Black | LED Projector | Clear Lens | Smoke Lens |
|---|---|---|---|---|---|
| Turn Signal | Amber+Seuential | Amber | Amber+Seuential | Red | Red |
| Color | Chrome | Black | Black | Smoke | Clear |
| Full Led | √ | √ | √ | √ | √ |

**VLAND LED Headlights Upgrade Your Styling of Vehicle.**

**TIPS FOR YOU**

*1- Please make sure that led headlights are firmly installed before driving.*

*2- Please make sure that dynamic animation feature of headlights is legal in your State before purchase.*

*3- These are Modified car lamps, please replace the led headlights in a pair.*

*4- Mounting panels from stock taillights should be reused.*

---

**Product information**

Technical Details

| | |
|---|---|
| Brand | VLAND |
| Color | LED Projector |
| Specific Uses For Product | Head Lights |
| Vehicle Service Type | 18-20 f150 |
| Year | 2018 |
| Special Feature | Plug and play, Full led, HI/ LO beam with led bulbs, cannot be changed, Black housing |
| Wattage | 42 watts |
| Auto Part Position | Unknown |
| Lens Color | Black |
| Lens Material | Polycarbonate |

Additional Information

| | |
|---|---|
| ASIN | B08KGKYL8T |
| Customer Reviews | 3.7     69 ratings<br>3.7 out of 5 stars |
| Best Sellers Rank | #540,562 in Automotive (See Top 100 in Automotive)<br>#6,371 in Automotive Headlight Assemblies |
| Date First Available | September 30, 2020 |

Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

| Manufacturer | VLAND |
| --- | --- |
| Item Weight | 27.4 pounds |
| Package Dimensions | 23.8 x 19.5 x 18.5 inches |
| Manufacturer Part Number | YAA-F150-2042 |
| OEM Part Number | OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M., Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140. |
| Special Features | Plug and play, Full led, Hi/ LO beam with led bulbs, cannot be changed, Black housing |
| Safety Rating | DOT Certified |

Feedback

Would you like to **tell us about a lower price?**

## Compare with similar items



| | **This item** VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No Need Extra Bulbs, Black Housing | ACANII - For [Halogen Model] 2018-2020 Ford F150 Black Smoked Switchback Signal LED Tube Projector Headlights Headlamps, Cyber Black | AKKON - Fit 2018 2019 2020 Ford F150 [Full LED] Black Halogen Model w/Sequential LED Switchback Signal Strip Projector Headlights | VLAND LED Headlight Assembly Fit for Ford F150 13th Gen 2018-2020, Plug-and-play, Not for Raptor, Black |
| --- | --- | --- | --- | --- |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (69) | (74) | (0) | (4) |
| Price | $440⁹⁹ | $398⁹⁹ | $879⁹⁹ | $679⁹⁹ |
| Sold By | VLAND US | EJay | AKKON | VLAND-STORE |
| Auto Part Position | Unknown | Front | Front | Front |
| Brand Name | VLAND | ACANII | AKKON | VLAND |
| Lens Color | Black | Smoke | Clear | Clear |
| Lens Material | Polycarbonate | — | Crystal | Abs,Glass |
| Light Source | LED | Low Beam H7 / High Beam H1 (Included) | Full-LED Low Beam & High Beam | LED |
| Voltage | 12.00 volts_of_direct_current | — | — | — |

## Products related to this item

Sponsored



| VLAND Projector LED Headlights Fit for F150 2018 2019 2020 (Not Fit A Raptor), No N... | PZ Headlight Assembly Replacement For Ford F-150 2018-2021 Halogen Model... | PZ for Ford F150 2018-2022 LED high/low beam headlight Assembly... | M-AUTO OE Style Left+Right Headlights Assembly w/PRE-ASSEMBLED 6000K... | G-PLUS Headlights Compatible With 92-96 Bronco/92-96 Ford F150 F250 F350 Super Duty... | XWQHJW LED Headlight Bulbs Compatible For FORD F150 2015 2016 2017 2018 2019 2020... | VLAND Headlights Assembly Fit for Ford F-150 13th Gen 2018-2020(Not for... | CHUS Repla 2016 2020... |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | | 10 | | 9 | 39 | 3 | |
| $479.99 | $375.88 | $664.99 | $391.00 | $89.99 | $49.99 ($5.10/Count) | $679.99 | $69. |

## Related Posts



| ADCARLIGHTS + Follow | AmeriLite + Follow | OEDRO + Follow | CNNELL |
| --- | --- | --- | --- |
| Compatible with 2004-2008 Ford F150 Pickup/ 2006-2008 Lincoln Mark LT | We got some sick Light for your Ford Pickup! Enjoy the LED Projectors, Switchback Light Tube, LED DRL... | #Headlight Assembly# #OEDRO# | CNNELL brings your high appearance val |
| See more Posts > | See more Posts > | See more Posts > | See more Posts > |

## Looking for specific info?

See questions and answers ›

## Customer reviews

### 3.7 out of 5

69 global ratings

5 star  49%
4 star  16%
3 star  8%
2 star  7%
1 star  21%

How customer reviews and ratings work

Sponsored

### Reviews with images

See all photos ›



Top reviews

## Top reviews from the United States

David

**Great looking but failed after 3 weeks -- Update: all is working now --**
Reviewed in the United States on July 7, 2022
Color: LED Projector    Verified Purchase

They look great but unfortunately failed after 3 weeks - amber running light on passenger side stopped working. Really disappointing considering the time spent doing the install. Sent a message to VLand so hopefully will get resolved...

UPDATE 7/13/22: VLAND reached out and sent me a replacement passenger side light within a few days. I haven't had the time to install yet, but I do appreciate the quick customer service. Will update again once I have put the new light in.

UPDATE: 7/22/22: Back down to 1 star. After spending the time to disassemble the and reinstall the replacement light, the new passenger side light has the exact same issue as the first - the amber running light not working at all. This leads me to believe its a wiring harness issue but VLAND insists on sending me ANOTHER passenger light and not a new harness as I requested - which of course is out of stock so who knows when I'll receive it. I'm not pleased about how this has gone and I can't recommend VLAND at all at

Read more

3 people found this helpful

Helpful    Report

caa

**Great looks- water in lense after 6 months**
Reviewed in the United States on May 12, 2023
Color: 18-20 F150(LED+Animation)    Verified Purchase

These headlights have a great look and have been working great for a few months. I had to program my truck with forscan to prevent hyperflashing but other than that the headlamps have worked as intended.

It wasn't until recently the driver side developed water inside. I am waiting for vland to respond to my emails and see how they proceed with resolving the issue. I will update when they respond.

Update: VLAND has sent me a replacement and everything is working as expected. Overall I can't say that I recommend these headlamps. After having to use Forscan to prevent hyperflashing and then only lasting 6 months on the truck, I'm a bit disappointed. The overall light output is just okay. For the price of these headlamps I would expect a bit better quality overall.

Helpful    Report

Hunter

**A nice upgrade to premium OEM looks without the price tag**
Reviewed in the United States on August 10, 2021
Color: LED-Black    Verified Purchase

I'll try to make this review brief and to the point,

The good:
These headlights are worth the money. Plain and simple. The light output is good, the fitment is near OEM, the looks are almost impossible to distinguish from OEM. They truly transform the looks of the truck

Read more

but with added features that I didn't care for. Overall it took about 1 1/2 hours to install. The only special tools you'll need (you still need a few different size sockets, etc.) are some cheap body panel removal tools. Forscan will also be required to disable the bulb outage detection so the hyper flash on the dash will stop, however externally the turn signals will operate at the normal speed/interval without doing this.

The "just ok":
The wiring harness adapter is decent, however the connectors feel sort of cheap. They all snapped together with a positive click but I would definitely use dielectric grease on all connections as I doubt they are

2 people found this helpful

| Helpful | Report |

    Travis

**Great cosmetic upgrade for my 2019 F-150 Lariat.**
Reviewed in the United States on December 17, 2019
Color: LED-Black    Verified Purchase    Early Reviewer Rewards  (What's this?)
These are mean looking lights. I got these for my 2019 F-150 Lariat Abyss Gray with oem led. They're plug and play but come with harnesses if your OEM are halogen. As another reviewer said they look just like the oem but they're black where the oem's have chrome. The other difference is the daytime running lights flash yellow when the turn signal is on but the rest of the time they're white led. I would have given these five stars but I just put them in yesterday and also my turn signal indicator on the dash flashes faster. No error codes though and the signals front and back flash at the normal pace. These are a pain in the neck to install but it has nothing to do with the lights. It's just the way these F-150's are. I'd recommend buying a panel pulling tool kit because I did and it was worth it. The lights fit perfectly and I did a night time road test and they're just as bright as my oem led.

4 people found this helpful

| Helpful | Report |

    David Meneses
**Okay**
Reviewed in the United States on September 10, 2022
Color: 18-20 F150(LED+Animation)    Verified Purchase
The lights work when they want to

| Helpful | Report |

    angel perez
**Good**
Reviewed in the United States on June 15, 2022
Color: LED Projector    Verified Purchase
Good

| Helpful | Report |

    Josh
**Very nice**
Reviewed in the United States on May 28, 2022
Color: LED Projector    Verified Purchase
To soon to tell

| Helpful | Report |

See all reviews ›

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to
your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Exhibit D



Home › VLAND LED Headlights For Ford F150 13th Gen Pickup 2018 2019 2020 with DRL F-150 aftermarket Front lights Assembly



🔍 Click to expand

## VLAND LED Headlights For Ford F150 13th Gen Pickup 2018 2019 2020 with DRL F-150 aftermarket Front lights Assembly

**Save $50.00**  ~~$499.99~~  **$449.99**

Quantity
1

[ Add to cart ]

[ Buy it now ]

**Share this:**
🔵 🔵 🔵 🔴

**Fitment:**
Fit For Ford F150 13th Gen Pickup 2018 2019 2020 (**NOT For 2018 Raptor**) aftermarket Headlights.

**2015-2017 FORD F150 HEADLIGHTS (Click)**

Item Features:
Color: Full Black
Style:  Full LED
High/Low beam:  LED Projector
Running Light: LED (white)
Turn Signals: LED (**Amber**)

The items have the same connections and wires with the original headlights. It is plug and play, easy to install still professional installation is recommended.

Package Includes:

Exhibit E



HOME    PRODUCTS ⌄    WHOLESALE ⌄    ABOUT VLAND ⌄    HELP CENTER    COUPONS    Account

Notice: Affected by Covid-19, there will be some delay on the delivery.Thanks for understanding ! ✕









# VLAND For Ford F-150 F150 2018-2020 Black LED Headlights

☆☆☆☆☆ 0

**SALE** $579.00 ~~$779.00~~

QUANTITY

−  1  +

ADD TO CART

BUY IT NOW


🇺🇸 United States (US… ⌄

Exhibit F



Home  >  Ford headlights  >  VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)



Click to expand

# VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

★★★★★  22 reviews

**Save $50.00**  ~~$499.99~~  **$449.99**

SKU YAA-F150-2042A-Pr-P01

Quantity
1

Add to cart

Buy it now

**Share this:**

Product Details    Warranty    LHD and RHD    Shipping Policy

Return Policy

Chat with us 👋

Exhibit G



Home / FORD / Ford F150 / Vland F150 Headlights /

# 18-20 Ford F150 13th Gen Facelifted Vland (II) LED Dual Beam Projector HeadLights Black

★★★★★ (18 reviews)

## $499.99

- 1 +    ADD TO CART    BUY NOW

Receive items in 1-4 business days



♡ Add to wishlist    ⇄ Compare

For Bulk Orders or Wholesale Businesses, please **Contact us!**
Not include discounted products





 12-Months Warranty     14-Day Return

 Lifetime Support     Free Shipping

- Direct OEM Fitment – VLAND LED headlights assembly for FORD F150 2018 2019 2020. Designed as a perfect replacement for your OE lights, they install the same way







Exhibit H



Exhibit I



Exhibit J









Exhibit K

# Order Summary

Order placed October 16, 2024     Order # 114-8376969-9889838

**Ship to**
Anna Kim
4 BIRKDALE WAY
COTO DE CAZA, CA 92679-5000
United States

**Payment method**
Amazon Business Prime American Express Card  ending in 1006
5% Back

View related transactions

**Order Summary**
| | |
|---|---|
| Item(s) Subtotal: | $429.99 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$21.50 |
| Total before tax: | $408.49 |
| Estimated tax to be collected: | $31.66 |
| **Grand Total:** | **$440.15** |
| **Refund Total** | **$440.15** |

## Refunded

We are expecting your return. Your refund has been issued.

When will I get my refund?



VLAND Projector Headlights Compatible with F150 2018 2019 2020 (Not for Raptor), Full LED Front Lamps w/White DRL w/Amber Turn Signals, No Need Bulbs
Sold as Pair
Sold by: VLAND US
Supplied by: Other
$429.99

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Exhibit L



Exhibit M

US00D909634S

(12) **United States Design Patent**       (10) Patent No.:        **US D909,634 S**

He                                          (45) Date of Patent:    **       Feb. 2, 2021**

(54) **VEHICLE HEADLIGHT**

(71) Applicant: **Arex Industries, Inc.**, Irwindale, CA (US)

(72) Inventor: **Mizeng He**, TaiZhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/677,455**

(22) Filed: **Jan. 21, 2019**

(51) LOC (13) Cl. ............................................. **26-06**

(52) **U.S. Cl.**
USPC ........................................................ **D26/28**

(58) **Field of Classification Search**
USPC ....... D26/28, 29, 30, 31, 32, 33, 34, 35, 36; 362/459–468, 475–478, 485–487
CPC .......... F21S 48/00; F21S 48/10; F21S 48/115; F21S 48/225; F21S 48/1233; F21S 48/1266; F21S 48/1388; F21S 48/2268; F21V 21/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D769,480 S | * | 10/2016 | Lai | D26/28 |
| D771,291 S | * | 11/2016 | Tsai | D26/28 |
| D807,547 S | * | 1/2018 | Lin | D26/28 |
| D842,503 S | * | 3/2019 | Yang | D26/28 |
| D843,621 S | * | 3/2019 | Yang | D26/28 |
| D844,199 S | * | 3/2019 | Lin | D26/28 |
| D844,200 S | * | 3/2019 | Lin | D26/28 |
| D846,770 S | * | 4/2019 | Kozub | D26/28 |
| D849,285 S | * | 5/2019 | Lin | D26/28 |
| D850,677 S | * | 6/2019 | Lin | D26/28 |
| D855,849 S | * | 8/2019 | Lin | D26/28 |
| D857,262 S | * | 8/2019 | Lin | D26/28 |
| D863,627 S | * | 10/2019 | Lin | D26/28 |

* cited by examiner

*Primary Examiner* — Angela J Lee
(74) *Attorney, Agent, or Firm* — Theodore S. Lee, Esq.

(57) **CLAIM**

The ornamental design for a vehicle headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a vehicle headlight;
FIG. **2** is a front view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is an alternative perspective view thereof; and,
FIG. **5** is a top view thereof.
The broken lines are for environmental purposes only and form no part of the claimed design. The drawings and descriptions represent the right side embodiment. The claim is also for a mirror image of a left side embodiment that is not shown.

**1 Claim, 5 Drawing Sheets**





FIG. 1



**FIG. 2**

U.S. Patent          Feb. 2, 2021          Sheet 3 of 5          US D909,634 S



FIG. 3

U.S. Patent          Feb. 2, 2021          Sheet 4 of 5          US D909,634 S



FIG. 4

**U.S. Patent**    Feb. 2, 2021    Sheet 5 of 5    US D909,634 S



FIG. 5

Exhibit N



Home  ›  Ford headlights  ›  VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)





## VLAND LED Projector Headlights for Ford F150 2018-2020 (Without Sequential Turn Signal)

☆☆☆☆☆ (0 reviews)

**$499.99**

Description

### Bulk Discount:

We accept bulk discount on the same item with minimum order quantity from 3 set and more in one order. Contact us for more details if you need a bulk discount and we will offer a limited time code when you purchase more from us.

Style
Projector Black Housing

Quantity
1

Add to cart

Buy it now

Share this:



Chat with us👋











Hello
Select your address

Automotive Parts & Accessories ▾

18 f150 headligh

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0

All | Best Sellers | Audible | Customer Service | Prime ▾ | New Releases | Books | Pharmacy | Registry | Deals for you, gifts for them

57

Automotive › Lights & Lighting Accessories › Lighting Assemblies & Accessories › Headlight Assemblies, Parts & Accessories › Headlight Assemblies    Sponsored

amazon confirmed fit | Make sure this fits



ED Upgraded [Ford F150 13th 2018 2019 2020 tor) ] with DRLs ssembly YAA- Black

Store

tings | 4 answered questions

tails

$499.99    $699.00    $699.00

Light Source Type: LED
Brand: YUANZHENG
Position: Inside
Voltage: 12 Volts (DC)

### About this item

- ◇Direct OEM Fitment - 3D LED headlights assembly for Ford F150 Pickup 2018 2019 2020. Designed as a perfect replacement for your OE lights, they install the same way as factory units.
- ◇Interchange Part Info - OEM #: HL3Z-13008-G, HL3Z-13008-J, HL3Z-13008-H, HL3Z-13008-K, HL3Z-13008-A, HL3Z-13008-L, HL3Z-13008-B,HL3Z-13008-M. Partslink #: FO2503335, FO2502335, FO2503335, FO2502335, FO2519140, FO2518140. Same performance with the original cars. Easy to install. (If you can not confirm, tell us and we will help)
- ♀LED display - NO NEED bulbs (included). Bright superior lighting makes your vehicle more visible on the road and improving your driving safety.
- ◇Exclusive Custom Style - Stylish 3D LED bar, amber W sequential turn signal, high / low beam.

**$499.99**

FREE delivery: **Nov 4 - 12**

Select delivery location

Only 7 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    YUANZHENG US
Sold by    YUANZHENG US

Return policy: Extended holiday return window till Jan 31, 2022

1-Click ordering is not available for this item.

Add to List

Share

152

Sponsored

Pay **$41.67/month for 12 months, interest-free upon approval for the Amazon Rewards Visa Card**

Color: **Projector**

Provide you stronger concentrated light output in comparison to ordinary head lamps.

- ◇ Thoroughly Tested - DOT and SAE approved, comply with rigorous quality and safety standards. Rigorously tested to provide smooth operation and hermetically sealed to prevent moisture from being trapped inside. Water proof, dirt proof, shock proof.

› See more product details



**Alexa Pay for Gas**
Use the Alexa app on your phone, an Echo Auto, or Alexa-enabled device in your car for a safe and simple way to fill up your tank. Say, pay, and be on your way. Try saying, "Alexa, pay for gas" the next time you're at an Exxon or Mobil station. Discover How

---

## Buy it with



Total price: $590.17

[ Add all three to Cart ]

Some of these items ship sooner than the others. Show details

☑ **This item:** VLAND Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] ... $499.99
☑ iJDMTOY Smoked Lens Full LED High Mount Third Brake/Stop Light Assembly Compatible With 2015-up Ford F-150, ... $34.19
☑ Upgrade LED Fog Lights for 2015-2020 Ford F150 4 Inch LED Fog Light Assembly Kit,36W Waterproof LED Bumper L... $55.99

---

## Products related to this item

Sponsored ⓘ

Page 1 of 35

    

VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp...
90
$699.00

VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Se...
27
$699.00

ACANII - For 2018-2020 Ford F150 Chrome LED Tube w/Sequential Signal LED Projector ...
$485.99

VLAND LED Headlights Compatible For [2015-2017 Ford F150 XL, XLT, Lariat, King Ranc...
2
$689.99

ACANII - For Ford F150 C Amber LED Sequential S
$485.99

---

## What other items do customers buy after viewing this item?

Page 1 of 4

10/26/21, Case 2:22-cv-01692-JWH-PD ...Assembly - YAA for F150 LED Upgraded Headlights for [Ford F150 Pickup 2018 2019 2020 F150] with D...

Case 2:22-cv-01692-JWH-PD    Document 147-1    Filed 12/05/25    Page 62 of 78   Page
ID #:2734









Upgrade LED Fog Lights for 2015-2020 Ford F150 4 Inch LED Fog Light Assembly Kit,36W Waterproof LED Bumper Lamps Set-1 Pair
1,105
$55.99

VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp Assembly Full LED with DRL, Turn Signal, Plug-and-play,...
90
$699.00

DEE ZEE DZ43204 Tailgate Assist Shock
10,749
38 offers from $32.90

VLAND Projector LED Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor), No Need Extra Bulbs, Black Housing
27
$499.99

Bullet Antenn... F150 (2009-... Highly Durab... Truck Antenn... - Car Wash-... Antenna for...
$18.95

---

## Product Description

YUANZHENG

- We are the Manufacturer

Zhejiang Yuanzheng Auto & Motorcycle accessories Ltd is the leading manufacturer and parent company of the brand VLAND. YUANZHENG is specialised on the design and manufacturing modified car accessories. Our products are popular in China, United States, South East Asia, Russia, Middle East and many other countries.



Upgraded Headlights for Ford [Ford 2015-2017 Group 20R2018 2020 N 78 for Page ] with D…





## SPECIFICATION Headlights For Ford F150











### Projector headlamps

- **More concentrated**
- **Durable High Low Beam**
- **Stylish using experience**

### Amer Turn Signal Light

- **Fashion outlook upgrade to your car**
- **Manufacture LED Beads**
- **More dependable performance**

### OE Power Plug

- **P-N-P operation.**
- **Install easily**
- **Housing Material: ABS**

### Hi / Low Beam Lens

- **Housing Material: PC**
- **Housing Color: Black**
- **Waterproof: IP67**







| | |
|---|---|
| | bulbs needed, HI / LOW Beam + Turn Signal + Running / Parking Light |
| Voltage | 12 Volts (DC) |

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Compare with similar items

   

| | This item VLAND Full LED Upgraded Headlights for [Ford F150 13th Gen Pickup 2018 2019 2020 (NOT for Raptor) ] with DRLs Head Lamp Assembly YAA-F150-2042A, Black | 4WDKING 7 Inch LED Round Headlight, Cree H6024 High Low Beam Compatible with Wrangler 97-2017 JK TJ LJ CJ Hummber H1 H2 (Black Pair) | VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp Assembly Full LED with DRL, Turn Signal, Plug-and-play, Black | ACANII - For 2018-2020 Ford F150 Black Amber LED Tube Sequential Signal LED Projector Headlights Headlights Left+Right |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (4) | (101) | (90) | (5) |
| Price | $499⁹⁹ | $99⁹⁹ | $699⁰⁰ | $498⁹⁶ |
| Sold By | YUANZHENG US | 4WDKING | VLAND-OFFICIAL | EJay |

## Products related to this item

Page 1 of 20

Sponsored ⓘ

    

| VLAND Headlight Assembly Fit for Ford F-150 2018 2019 2020, LED Headlamp... | VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Se... | Fits 2018-2020 Ford F150 Pickup Truck [Halogen Type] Projector Black Headlights Pai... | ACANII - For 2018-2020 Ford F150 Black Amber LED Tube Sequential LED Project... | VLAND LED Compatible F 2017 Ford F Lariat, King F |
|---|---|---|---|---|
| 90 | 27 | 6 | 5 | |
| $699.00 | $699.00 | $398.98 | $498.96 | $689.99 |

## Videos

### Videos for this product

### Videos for related products



0:45

VLAND LED Headlights For Ford F150 Pickup 2018-2020

YUANZHENG US



5:15

Jeep Gladiator Oculus Headlight Installation Guide

Oracle Lighting



7:58

AUTOSAVER88 Headlight for 99-02 Silverado/00-06 Tahoe Suburban

autosaver88



The Installat... Headlights &

Xprite USA

Upload your video

## Customer questions & answers

Have a question? Search for answers

**0 votes**

**Question:** Is there warranty

**Answer:** Dear customer, we are one year warranty.
Any question, we can apply the replacement.
Other questions will welcome to email: vland04@yzheng.com
By YUANZHENG US SELLER on February 27, 2021

**0 votes**

**Question:** Does the black projector style have the sequential turn signal option like the black full led set?

**Answer:** Dear customer, no. The turn signal is no sequential.
By YUANZHENG US SELLER on July 23, 2021

**0 votes**

**Question:** Does clear mean chrome?

**Answer:** Yes dear friend, housing of this 2042 headlights is chrome, fit for 2018 2019 F150 (NOT for raptor). Same looking to the OE ones, but YUANZHENG 2042 headlights have the sequential turn signal. For more detail please tell and I will help you. vland04@yzheng.com
By YUANZHENG US SELLER on December 24, 2019

**0 votes**

**Question:** Amazon is stating this doesn't fit my 2019 ford stx. please advise. also i see this is plug and play but only see one plug. most have 3. please advise

**Answer:** Dear customer, yes. It have 3 connector, plug and play.
By YUANZHENG US SELLER on September 6, 2021

## Customer reviews

### 4.7 out of 5

4 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 32% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 4 customer ratings.

## Review this product

Share your thoughts with other customers

> Write a customer review

Shop now

Sponsored

## Recommended based on your shopping trends

Page 1 of 3

Sponsored

   

| AlphaRex Base Model Black Fit 18-20 Ford F150 Halogen Type Black Switchback DRL/Signal LED Tube | VLAND Led Headlights Compatible with F150 2018 2019 2020 (Not Fit A Raptor) with Sequential Turn Signal, No Need | Partsam H6054 7x6 5x7 LED Headlights Sealed Beam Hi/Low w/ H4 Wiring Harness Compatible with Jeep | Partsam 2PCS Rectangle H6054 LED Headlights 5x7 7x6 Headlamp Hi/Low Sealed Beam H4 9003 Plug 6054 H5054 | For Volvo Headlight 2001 2002 and Passe Black Bez |
|---|---|---|---|---|
| 68 | 27 | 453 | 3,620 | |
| $595.00 | $699.00 | $50.99 | $47.99 | $371.05 |

## Best Sellers in this category

Page 1 of 6

    

| THISWORX Car Vacuum Cleaner - Portable, High Power, Handheld Vacuums w/ 3 Attachments, 16 Ft... | Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Cleaner Auto Air Vent Interior... | iOttie Easy One Touch 4 Dash & Windshield Universal Car Mount Phone Holder Desk Stand for iPhone,... | First Alert HOME1 Rechargeable Standard Home Fire Extinguisher UL Rated 1-A:10-B:C, Red | Car Charg 3.4a Fast Port USB Lighter Ad iPhone 13 |
|---|---|---|---|---|
| 187,859 | 17,250 | 57,079 | 26,863 | |
| #1 Best Seller in Vacuums | #1 Best Seller in Detailing Tools | #1 Best Seller in Amazon Launchpad Electronics | #1 Best Seller in Fire Extinguishers | #1 Best Se in Phone Auto |
| $35.99 | $5.94 | $16.06 | $17.98 | $8.99 |

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes — right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2021, Amazon.com, Inc. or its affiliates

Exhibit O

US00D925796S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D925,796 S**

Chen     (45) **Date of Patent:**     \*\*     **Jul. 20, 2021**

(54) **CAR HEADLIGHT**

(71) Applicant: **ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD.**, Rui'an (CN)

(72) Inventor: **Yu Chen**, Rui'an (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/743,300**

(22) Filed: **Jul. 21, 2020**

(51) **LOC (13) Cl.** ............................................... **26-06**

(52) **U.S. Cl.**
    USPC ........................................................ **D26/28**

(58) **Field of Classification Search**
    USPC ........ D26/28, 29, 30, 31, 32, 33, 34, 35, 36, D26/44
    CPC .......... F21S 48/00; F21S 48/10; F21S 48/115; F21S 48/225; F21S 48/1233; F21S 48/1266; F21S 48/1388; F21S 48/2268; F21V 21/04; F21W 2103/35; F21W 3/40; F21W 2102/17; F21W 2102/30; F21W 2103/00; F21W 2103/55; F21W 2104/00; F21W 2107/17; F21W 2107/13
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D593,233  S      5/2009  Bai et al.
D597,689  S      8/2009  Sun et al.

| | | | | |
|---|---|---|---|---|
| D849,285 S | * | 5/2019 | Lin | ................................. D26/28 |
| D855,849 S | * | 8/2019 | Lin | ................................. D26/28 |
| D863,627 S | * | 10/2019 | Lin | ................................. D26/28 |
| D863,628 S | * | 10/2019 | Lin | ................................. D26/28 |
| D874,040 S | * | 1/2020 | He | ................................. D26/28 |
| D878,642 S | | 3/2020 | Ren | |
| D883,535 S | * | 5/2020 | He | ................................. D26/28 |
| D883,536 S | * | 5/2020 | Lin | ................................. D26/28 |
| D890,386 S | * | 7/2020 | Wu | ................................. D26/28 |
| D890,388 S | * | 7/2020 | Wu | ................................. D26/28 |
| D892,368 S | * | 8/2020 | Lin | ................................. D26/28 |
| D903,158 S | * | 11/2020 | Platto | ................................. D26/28 |
| D907,264 S | * | 1/2021 | Lin | ................................. D26/28 |
| D909,634 S | * | 2/2021 | He | ................................. D26/28 |

\* cited by examiner

*Primary Examiner* — Angela J Lee

(57)     **CLAIM**

The ornamental design for a car headlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a car headlight showing my new design;
FIG. **2** is a second perspective view of the thereof;
FIG. **3** is a front view of the thereof;
FIG. **4** is a back view of the thereof;
FIG. **5** is a left side view of the thereof;
FIG. **6** is a right side view of the thereof;
FIG. **7** is a top view of the thereof; and,
FIG. **8** is a bottom view of the thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



# FIG. 4



# FIG. 5



FIG. 6

**U.S. Patent**     **Jul. 20, 2021**     **Sheet 7 of 8**     **US D925,796 S**



# FIG. 7

**U.S. Patent**        **Jul. 20, 2021**        **Sheet 8 of 8**        **US D925,796 S**



FIG. 8