# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD. | Case No.: 2:22-cv-01692-JWH-PD |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND SCHEDULING DEADLINES** |
| v. | JUDGE: John W. Holcomb |
| AREX INDUSTRIES, INC. | |
| Defendant. | |

1

On May 19, 2026, the Parties filed a Joint Stipulation to Extend Scheduling Deadlines.  The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby **ORDERS** as follows:

1.    The Stipulation is **GRANTED**.

2.    The Scheduling Order is **MODIFIED** as follows:

| EVENT | CURRENT DATES | NEW DATES |
|---|---|---|
| Dispositive Motion Hearing Cut-Off | June 14, 2026 | September 11, 2026 |
| Deadline for Hearing on Motions *in Limine* | July 2, 2026 | October 2, 2026 |
| Final Pretrial Conference | July 10, 2026, at 1:00 p.m. | October 16, 2026, at 1:00 p.m. |
| Jury Trial | July 27, 2026, at 9:00 a.m. | October 26, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  May 19, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE