# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>AREX INDUSTRIES, INC.<br><br>Defendant. | Case No.: 2:22-cv-01692-JWH-PD<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SCHEDULING DEADLINES**<br><br>JUDGE: John W. Holcomb<br><br>NOTE CHANGES MADE BY COURT |

The Court, having considered the Parties' Joint Stipulation to Extend Scheduling Deadlines and finding good cause therefore, hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**.

2. The Scheduling Order, as previously modified by the Court's May 19, 2026, Order (Dkt. No. 158), is further **MODIFIED** as follows:

| **Event** | **Current Dates** | **New Dates** |
|---|---|---|
| Dispositive Motion Hearing Cut-Off | September 11, 2026 | Thursday, September 24, 2026 at 9:00 a.m. |
| Deadline for Hearing on Motions *in Limine* | October 2, 2026 | October 16, 2026 |
| Final Pretrial Conference | October 16, 2026, at 1:00 p.m. | October 30, 2026, at 1:00 p.m. |
| Jury Trial | October 26, 2026, at 9:00 a.m. | November 16, 2026, at 9:00 a.m. |

3. All other dates, deadlines, and provisions of the Scheduling Order remain unchanged and in full force and effect.

**IT IS SO ORDERED.**

Dated: August 13, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE