Jie Li (SBN 354432)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (626) 750-0040
Email: jie.li@glacier.law

Weed, Benjamin (PHV pending)
Glacier Law LLP
5336 Lyman Ave
Downers Grove, IL60515
Email: ben.weed@glacier.law

Dandan Pan (PHV admitted)
Glacier Law LLP
41 Madison Avenue, Ste. 2529
New York, NY 10010
Telephone: (212) 927-5033
Email: dandan.pan@glacier.law
*Attorneys for Plaintiff Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD., a Chinese company,**

Plaintiff,

v.

**AREX INDUSTRIES, INC., a California company,**

Defendant.

**Case No. 2:22-cv-01692-JWH-PD**

**JOINT EXHIBIT TO PLAINTIFF ZYA'S MOTION FOR SUMMARY JUDGMENT**

Motion Hearing:
District Judge: Hon. John W. Holcomb
Date: September 24, 2026
Time: 9:00 a.m.
Crtm: 9D (Reagan Bldg)

**PLEASE TAKE NOTICE** that Plaintiff and Counterclaim-Defendant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("ZYA") hereby submits the following Joint Exhibit of all evidence in support of and in opposition to ZYA's Motion for Summary Judgment, consecutively paginated pursuant to the Honorable John W. Holcomb's Standing Order (Dkt. 14).

A Table of Contents to the Joint Exhibit is provided below.

Dated: August 27, 2026

**GLACIER LAW LLP**

By: /s/ Jie Li

Jie Li (SBN 354432)
*Attorney for Plaintiff*

| Document | Page(s) |
| --- | --- |
| Ex. 1 — U.S. Design Patent No. D909,634 | 1 – 8 |
| Ex. 2 — Prior Art Design Patents Produced by Arex (AREX000072–AREX000158) D769,480 · D771,291 · D807,547 · D843,621 · D844,199 · D849,285 · D850,677 · D855,849 · D857,262 · D863,627 | 9 – 96 |
| Ex. 3 — U.S. Design Patent No. D863,628 (AREX000397–AREX000400) | 97 – 101 |
| Ex. 4 — File History Excerpts, Application No. 29/677,455 (AREX000159–AREX000280) | 102 – 224 |
| Ex. 5 — Fourth Amended Counterclaims (Dkt. 147) | 225 – 244 |
| Ex. 6 — Exhibit A to the Fourth Amended Counterclaims — Accused Product Listings (Dkt. 147-1) | 245 – 323 |
| Ex. 7 — Declaration of Jason C. Hill (Sept. 6, 2024) | 324 – 365 |
| Ex. 8 — Second Rebuttal Declaration of Jim Gandy | 366 – 391 |
| Ex. 9 — Initial Expert Report of Timothy P. Fletcher (Sept. 6, 2024) | 392 – 447 |
| Ex. 10 — Expert Opening Report of Russell D. Slifer (Sept. 6, 2024) | 448 – 476 |
| Ex. 11 — Expert Rebuttal Report of Russell D. Slifer (Sept. 20, 2024) | 477 – 492 |
| Ex. 12 — Expert Rebuttal Report of Eric Noble (Sept. 20, 2024) | 493 – 537 |
| Ex. 13 — Arex's Designation of Experts (Sept. 6, 2024) | 538 – 549 |
| Ex. 14 — Transcript of the Deposition of Timothy P. Fletcher (Sept. 26, 2023) | 550 – 609 |
| Ex. 15 — Transcript of the Deposition of Kevin Yu, Individually and as a 30(b)(6) Witness of Arex Industries, Inc. (Oct. 5, 2023) | 610 – 686 |
| Ex. 16 — Arex's Responses and Objections to Requests for Admission, Set One (Feb. 8, 2023) | 687 – 695 |
| Ex. 17 — Arex's Second Supplemental Responses and Objections to Interrogatories, Set One (Sept. 8, 2023) | 696 – 705 |
| Ex. 18 — Demonstrative Comparisons | 706 – 709 |

Date: August 27, 2026

/s/ Jie Li

Jie Li, Esq.
Jie.li@glacier.law
Glacier Law LLP
***Attorney for Plaintiff***