**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD., a Chinese company,

Plaintiff(s),

v.

AREX INDUSTRIES, INC., a California company,

Defendant(s).

Case No. 2:22-cv-01692-JWH-PD

**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM-DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

The Court has received and reviewed the Motion of Plaintiff and Counterclaim-Defendant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("ZYA") for Summary Judgment of Noninfringement of U.S. Design Patent No. D909,634 (the "'634 Patent"), the Joint Statement of Undisputed Facts and Genuine Disputes, and the Joint Exhibit. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Motion for Summary Judgment of Noninfringement is **GRANTED**.

2. The Court DECLARES that ZYA's accused VLAND LED headlight for the 2018–2020 Ford F-150 does not infringe the '634 Patent. Judgment is ENTERED for ZYA on Count One of the Complaint (Dkt. 1). Judgment is ENTERED against Defendant and Counterclaimant Arex Industries, Inc. on Count One (Infringement) and Count Two (Willful Infringement) of the Fourth Amended Counterclaims (Dkt. 147), and those claims are DISMISSED with prejudice. Costs are awarded to ZYA as the prevailing party. Fed. R. Civ. P. 54(d)(1); L.R. 54-1.

**IT IS SO ORDERED.**

Dated:

**John W. Holcomb**
**UNITED STATES DISTRICT JUDGE**