Jie Li (SBN 354432)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (626) 750-0040
Email: jie.li@glacier.law

Dandan Pan (PHV admitted)
Glacier Law LLP
41 Madison Avenue, Ste. 2529
New York, NY 10010
Telephone: (212) 927-5033
Email: dandan.pan@glacier.law

*Attorneys for Plaintiff Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ZHEJIANG YUANZHENG AUTO & MOTORCYCLE ACCESSORIES CO., LTD., a Chinese company,**

Plaintiff
,

v.

**AREX INDUSTRIES, INC., a California company,**

Defendant.

**Case No. 2:22-cv-01692-JWH-PD**

**DECLARATION OF JIE LI**

**DECLARATION OF JIE LI**

I, Jie Li, declare as follows:

1. I am an attorney duly licensed to practice before this Court and a member of Glacier Law LLP, counsel of record for Plaintiff and Counterclaim-Defendant Zhejiang Yuanzheng Auto & Motorcycle Accessories Co., Ltd. ("ZYA"). I have personal knowledge of the matters stated below and, if called as a witness, could and would testify competently to them.

2. Concurrently with this Motion the parties lodge a single, consecutively paginated Joint Exhibit, Bates-stamped JX 0001 through JX 0709. I authenticate its contents as follows. Each of the following is what it purports to be:

Exhibit 1 (JX 0001–0008) — U.S. Design Patent No. D909,634: a true and correct copy of the patent as issued by the United States Patent and Trademark Office.

Exhibit 2 (JX 0009–0096) — Prior art design patents produced by Arex, AREX000072–AREX000158: true and correct copies of documents Arex produced in this action.

Exhibit 3 (JX 0097–0101) — U.S. Design Patent No. D863,628, AREX000397–AREX000400: a true and correct copy of a document Arex produced in this action.

Exhibit 4 (JX 0102–0224) — File history excerpts, Application No. 29/677,455, AREX000159–AREX000280: true and correct copies of documents Arex produced in this action.

Exhibit 5 (JX 0225–0244) — Fourth Amended Counterclaims (Dkt. 147): a true and correct copy of the document filed on this Court's docket.

Exhibit 6 (JX 0245–0323) — Exhibit A to the Fourth Amended Counterclaims (Dkt. 147-1): a true and correct copy of the document filed on this Court's docket.

Exhibit 7 (JX 0324–0365) — Declaration of Jason C. Hill (Sept. 6, 2024): a true and correct copy of the declaration served in this action.

Exhibit 8 (JX 0366–0391) — Second Rebuttal Declaration of Jim Gandy: a true and correct copy of the declaration served in this action.

Exhibit 9 (JX 0392–0447) — Initial Expert Report of Timothy P. Fletcher (Sept. 6, 2024): a true and correct copy of the report Arex served in this action.

Exhibit 10 (JX 0448–0476) — Expert Opening Report of Russell D. Slifer (Sept. 6, 2024): a true and correct copy of the report Arex served in this action.

Exhibit 11 (JX 0477–0492) — Expert Rebuttal Report of Russell D. Slifer (Sept. 20, 2024): a true and correct copy of the report Arex served in this action.

Exhibit 12 (JX 0493–0537) — Expert Rebuttal Report of Eric Noble (Sept. 20, 2024): a true and correct copy of the report Arex served in this action.

Exhibit 13 (JX 0538–0549) — Arex's Designation of Experts (Sept. 6, 2024): a true and correct copy of the disclosure Arex served in this action.

Exhibit 14 (JX 0550–0609) — Transcript of the Deposition of Timothy P. Fletcher (Sept. 26, 2023): a true and correct copy of the certified transcript.

Exhibit 15 (JX 0610–0686) — Transcript of the Deposition of Kevin Yu (Oct. 5, 2023): a true and correct copy of the certified transcript.

Exhibit 16 (JX 0687–0695) — Arex's Responses and Objections to Requests for Admission, Set One (Feb. 8, 2023): a true and correct copy of the responses Arex served in this action.

Exhibit 17 (JX 0696–0705) — Arex's Second Supplemental Responses to Interrogatories, Set One: a true and correct copy of the verified responses Arex served in this action.

Exhibit 18 (JX 0706–0709) — Demonstrative Comparisons: demonstratives prepared solely from images already in the Joint Exhibit, altered only by cropping, scaling, and the addition of labels and callouts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026

/s/ Jie Li

Jie Li